UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PHILIP R. MCHUGH,** | : | |
| | : | Case No. 1:21-cv-00238 |
| Plaintiff, | : | |
| | : | Judge Michael R. Barrett |
| v. | : | |
| | : | **ORDER GRANTING PLAINTIFF'S** |
| **FIFTH THIRD BANCORP, ET AL.** | : | **MOTION TO AMEND CALENDAR** |
| | : | **ORDER** |
| Defendants. | : | |
| | : | |

This matter is before the Court on Plaintiff Philip R. McHugh's Unopposed Motion to Amend the Calendar Order in light of ongoing discovery and production of documents necessary to prepare Plaintiff's expert report. For good cause shown, this Court hereby GRANTS Plaintiff's Motion, and amends the Calendar Order as follows:

| | **Current** | **New** |
|---|---|---|
| **Plaintiff disclosure and report of experts** | October 1, 2021 | November 15, 2021 |
| **Defendant disclosure and report of experts** | November 1, 2021 | December 15, 2021 |
| **Disclosure and report of rebuttal experts** | December 1, 2021 | January 17, 2022 |

**IT IS SO ORDERED.**

_____
Michael R. Barrett
UNITED STATES DISTRICT JUDGE