# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **PHILLIP R. MCHUGH** | : | Case No. 1:21-cv-00238 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | **PLAINTIFF'S UNOPPOSED** |
| **FIFTH THIRD BANCORP, ET AL.,** | : | **MOTION FOR EXTENSION OF** |
| | : | **TIME TO REPLY TO RHR** |
| Defendants. | : | **INTERNATIONAL LLP'S** |
| | : | **RESPONSE TO PLAINTIFF'S** |
| | : | **MOTION TO COMPEL** |

Plaintiff Philip R. McHugh (Plaintiff), by and through counsel, hereby moves this Court pursuant to Local Rule 7.3 for a motion of extension of time to reply to RHR International LLP's response to Plaintiff's Motion to Compel, up to and including Wednesday, April 10, 2024. Plaintiff's counsel has consulted with RHR International LLP's counsel, and they do not oppose this Motion.

A proposed Order is attached hereto.

                                                          Respectfully submitted,

                                                          /s/ Joshua M. Smith
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
jms@sspfirm.com

                                                          */s/ John J. McHugh*
John J. McHugh, III
McHUGH & McCARTHY, LTD
5580 Monroe Street
Sylvania, Ohio 43560
(419) 885-3597
(419) 885-3861 (fax)

**Co-Counsel for Plaintiff Philip R. McHugh**

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a copy of the foregoing was served on all counsel of record this 3rd day of April 2024 via the Court's CM/ECF system.

/s/ Joshua M. Smith
Joshua M. Smith (0092360)