UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PHILIP R. MCHUGH, | : | |
| | : | Case No. 1:21-cv-00238 |
| Plaintiff, | : | |
| | : | Judge Michael R. Barrett |
| v. | : | |
| | : | |
| FIFTH THIRD BANCORP, ET AL. | : | **ORDER GRANTING PLAINTIFF'S** |
| | : | **UNOPPOSED MOTION FOR** |
| Defendants. | : | **EXTENSION OF TIME TO REPLY TO** |
| | : | **RHR INTERNATIONAL LLP'S** |
| | : | **RESPONSE TO PLAINTIFF'S** |
| | : | **MOTION TO COMPEL** |
| | : | |

This matter came before the Court on Plaintiff Philip R. McHugh's ("Plaintiff") Unopposed Motion for Extension of Time.

Based upon the Motion and for good cause shown, this Court finds the Motion well-taken and is hereby **GRANTED**. As a result, Plaintiff will have up to and including Wednesday, April 10, 2024, to reply to RHR International LLP's response to Plaintiff's Motion to Compel.

IT IS SO ORDERED.

_____
Judge Michael R. Barrett

1