# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| PHILIP R. MCHUGH, | ) |
| | ) |
| | ) Case No. 1:21-cv-00238 |
| Plaintiff, | ) |
| | ) Honorable Michael R. Barrett |
| v. | ) |
| | ) |
| FIFTH THIRD BANCORP, *ET AL.*, | ) |
| | ) |
| Defendants. | ) |

## NON-PARTY RHR INTERNATIONAL LLP'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO PLAINTIFF PHILIP R. MCHUGH'S REPLY IN SUPPORT OF HIS MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to the United States District Court for the Southern District of Ohio's Local Rule 7.2(a)(2), non-party RHR International LLP ("RHR"), a Delaware limited liability partnership located at 233 South Wacker Drive, Suite 9500, Chicago, Illinois, by and through its undersigned counsel, hereby moves this Court for leave to file a sur-reply in response to Plaintiff Philip R. McHugh's Reply in Support of his Motion to Compel Production of Documents (the "Reply" and "Motion to Compel," respectively). This motion is supported by the attached memorandum in support. A copy of RHR's proposed sur-reply is attached hereto as Exhibit A.

Dated: May 31, 2024

Respectfully submitted,

By: */s/ Nicole C. Mueller*
Nicole C. Mueller *(Pro Hac Vice)*
nicole.mueller@klgates.com
Christopher A. Bloom *(Pro Hac Vice)*
christopher.bloom@klgates.com
**K&L Gates, LLP**
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000

*Attorneys for Defendant*
*RHR INTERNATIONAL LLP*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on May 31, 2024, which will serve all counsel of record.

                By:    */s/ Nicole C. Mueller*
                         Nicole C. Mueller