AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| PHILIP R. MCHUGH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-CV-00238-MRB |
| FIFTH THIRD BANCORP, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Fifth Third Bancorp; Fifth Third Bank, National Association; Gregory D. Carmichael  .

Date:  05/20/2025

/s/ Jeffrey W. DeBeer
*Attorney's signature*

Jeffrey W. DeBeer
*Printed name and bar number*

Blank Rome LLP
1700 PNC Center
201 East Fifth Street
Cincinnati, OH  45202
*Address*

jeffrey.debeer@blankrome.com
*E-mail address*

(513) 362-8703
*Telephone number*

(513) 362-8787
*FAX number*