```
 1     A    As best I can recall, yes.  That is -- that is
 2   accurate.
 3     Q    Okay.  Why is that?
 4     A    I understand the bank employees were told not
 5   to contact me after October of 2020.
 6     Q    But there are several text messages with bank
 7   employees after October 2020, right?
 8     A    Yes.
 9     Q    But not with Jamie Leonard.  Why not?
10     A    I don't believe there are any text messages
11   with Jamie after October 26 of 2020.
12     Q    Did you have any telephone calls with him
13   after October 26, 2020?
14     A    I don't believe I've had any telephone
15   conversations with Jamie Leonard after October 26, 2020.
16     Q    Any meetings?
17     A    I have not had any meetings with Jamie Leonard
18   after October 26, 2020.
19     Q    You mentioned earlier this morning that one of
20   the entities you had discussions with about employment
21   was BMO, which is Bank of Montreal, right?
22     A    BMO is Bank of Montreal, correct.
23     Q    I believe you testified that you had
24   discussions with BMO --
25     A    Yes.
```

```
 1      Q    -- about employment; is that right?  Who at
 2  BMO did you talk to?
 3      A    The individual I spoke to at BMO was Dave
 4  Casper.
 5      Q    Anyone else at BMO?
 6      A    That I spoke with?
 7      Q    Well, that's my first question that you spoke
 8  with, yes.
 9      A    I may have spoken to an individual by the name
10  of Sid Deloatch.
11      Q    Did you have any e-mail exchanges with anyone
12  at BMO?
13      A    I had e-mail exchanges with Dave Casper, I
14  believe Dave's assistant.  I can't recall that name, and
15  I can't recall with Sid if it was an e-mail, a text, or
16  a phone conversation.
17      Q    Any text messages with individuals at BMO
18  concerning your job search discussions?
19      A    Can -- can you an -- ask that question again?
20  I want --
21           MR. CIOFFI:  Sure.  Read it back, please.
22               (REPORTER READS BACK REQUESTED TESTIMONY)
23      A    Text messages from BMO employees?
24      Q    Text messages from you to BMO employees or
25  affiliates, and text messages from them to you.
```