Case: 1:21-cv-00238-MRB Doc #: 74-5 Filed: 06/06/25 Page: 1 of 2  PAGEID #: 3283

Deposition of Gregory Carmichael, Volume I    EXHIBIT 5    Philip R. McHugh v. Fifth Third Bancorp, et al.

```
 1   about vetting Tim as a potential president.
 2           Once again, I made that clear to each of them,
 3   that this vetting process and this assessment was about
 4   Tim becoming president.  So it wasn't a secret.
 5   Everyone understood what this was about that he was
 6   going to be vetted, and his peers knew he was being
 7   vetted for the president, including Phil McHugh, who, by
 8   the way, never came to me and said, why not me?  What's
 9   going on?  Why am I not being vetted?
10           Once again, all the peers were communicated he
11   was being vetted as the potential president.  Did they
12   talk among themselves?  I believe they did; I heard
13   that.  I don't have that documented, but comments were
14   made to me that we all knew what was going on.
15       Q.   Who made those comments to you?
16       A.   Jamie Leonard made those comments; Tayfun
17   Tuzun would have made those comments to me.
18       Q.   When did Jamie Leonard and Tayfun Tuzun make
19   these comments to you?
20       A.   Jamie's comment was made to me weeks after --
21   weeks after -- a week or so after Phil left -- somewhere
22   shortly thereafter when Phil walked out and quit.
23       Q.   Had a lawsuit already been filed?
24       A.   I don't know what the time exactly was, to be
25   honest with you.
```

1  job.  He wanted the regions job.  He did not want to
2  report to Tim Spence.
3          Interestingly enough, during any of these
4  discussions I had with Phil here in these texts or
5  verbally on the phone, did he ever one time question,
6  object to, or even raise a concern about Tim being the
7  ==president.  It was never about that.  And, in fact, in==
8  ==any of the vetting process, we talked about RHR earlier.==
9  ==RHR, everybody knew that process was going on.  Phil was==
10 ==even interviewed in that process, and he never said==
11 ==anything to RHR.  He never said anything to Greg==
12 ==Carmichael or me at all about his concern for not being==
13 ==vetted for that process.==
14         ==So Phil had firsthand knowledge of what was==
15 ==going on, and even as he was quitting the company here==
16 ==in mid-October, he never raised that as a concern.  It==
17 ==really wasn't until the complaint that he filed that==
18 ==that came up.==
19     Q.   Well, Phil was still under the impression that
20 he was under consideration for president, wasn't he?
21         MR. CIOFFI:  Objection to the form of the
22     question.  Lack of foundation.
23         THE WITNESS:  I would not know why he would
24     think that.
25 BY MR. SABA: