Phil McHugh (Interim, Emergency Basis Only)
Tayfun Tuzun (Interim, Emergency Basis Only)

4. State the factual basis for Defendant's decision to appoint Timothy N. Spence to the position of President in 2020.

**ANSWER:** Fifth Third Bank incorporates by reference herein its Preliminary Statement and General Objections. Fifth Third Bank objects to this Request because the phrase "factual basis for the Defendant's decision to appoint" is undefined, vague, and ambiguous, and is therefore subject to multiple interpretations. Fifth Third Bank objects to this Request because it is overly broad and unduly burdensome. Fifth Third Bank objects to this Request because it calls for a detailed narrative, which is not a proper Interrogatory question, but is rather better suited for a deposition. Fifth Third Bank objects to this Request to the extent it seeks information protected by the attorney client-privilege and/or the attorney work product privilege.

Subject to and without waiver of its objections, Fifth Third Bank refers Plaintiff to: "Final, The Winning Formula, Fifth Third Bank, President and Chief Executive Officer," at FifthThird-McHugh-001074 to 001079; "Board Summary: Tim Spence," at FifthThird-McHugh-001033 to 001040; "Executive Assessment Development Report: Timothy Spence, Executive Vice President and Head of Consumer Bank, Payments, and Strategies, Fifth Third Bank," at FifthThird-McHugh-000954 to 00976; and the "Chief Executive Officer: Skills and Abilities" slide (FifthThird-McHugh-006995) included in the Bank's "Executive Succession Planning" PowerPoint presentation slides, at FifthThird-McHugh-006990 to 007015.

5. Identify all criteria which Fifth Third considered in selecting Timothy N. Spence for the position of President of Fifth Third Bancorp in 2020.

**ANSWER:** Fifth Third Bank incorporates by reference herein its Preliminary Statement and General Objections. Fifth Third Bank objects to this Request because the term "criteria" is undefined, vague, and ambiguous, and is therefore subject to multiple interpretations. Fifth Third Bank objects to this Request because it is overly broad and unduly burdensome. Fifth Third Bank objects to this Request because it calls for a detailed narrative, which is not a proper Interrogatory question, but is rather better suited for a deposition. Fifth Third Bank objects to this Request to the extent it seeks information protected by the attorney client-privilege and/or the attorney work product privilege.

Subject to and without waiver of its objections, Fifth Third Bank refers Plaintiff to: "Final, The Winning Formula, Fifth Third Bank, President and Chief Executive Officer," at FifthThird-McHugh-001074 to 001079; "Board Summary: Tim Spence," at FifthThird-McHugh-001033 to 001040; "Executive Assessment Development Report: Timothy Spence, Executive Vice President and Head of Consumer Bank, Payments, and Strategies, Fifth Third Bank," at FifthThird-McHugh-000954 to 00976; and the "Chief Executive