# Caroline R. Dillard

| | |
|---|---|
| **From:** | Mueller, Nicole C. <Nicole.Mueller@klgates.com> |
| **Sent:** | Monday, April 14, 2025 12:10 PM |
| **To:** | Joshua M. Smith, Esq. |
| **Cc:** | Bloom, Christopher A. |
| **Subject:** | RE: McHugh v. Fifth Third Bank -- Motion to Compel RHR |

Josh,

Thanks for the time this morning. I'm writing to confirm our discussion and agreement that the provisions of the protective order entered in the McHugh v. Fifth Third Bank lawsuit apply to documents produced by RHR. RHR will be designating documents as "confidential" and its production is being made in recognition of the protective order's terms and reliance upon our agreement regarding same.

Best regards,
Nicole

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Monday, April 14, 2025 10:48 AM
**To:** Mueller, Nicole C. <Nicole.Mueller@klgates.com>
**Cc:** Bloom, Christopher A. <Christopher.Bloom@klgates.com>
**Subject:** RE: McHugh v. Fifth Third Bank -- Motion to Compel RHR

Hi Nicole,

I'll call you back shortly. It will be on my cell as well (614-284-9201).

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

**From:** Mueller, Nicole C. <Nicole.Mueller@klgates.com>
**Sent:** Monday, April 14, 2025 11:30 AM
**To:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Cc:** Bloom, Christopher A. <Christopher.Bloom@klgates.com>
**Subject:** McHugh v. Fifth Third Bank -- Motion to Compel RHR

Hi Josh,

Following up on my voicemail from this morning. Please give me a ring today when you can on the Motion to Compel RHR. Best way to reach me today is on my cell, at 630-803-4758.

Best regards,
Nicole

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicole.Mueller@klgates.com.