**Caroline R. Dillard**

| | |
|---|---|
| **From:** | Hart, Collin <collin.hart@blankrome.com> |
| **Sent:** | Monday, May 12, 2025 5:50 PM |
| **To:** | Peter A. Saba, Esq.; Joshua M. Smith, Esq.; John J. McHugh III |
| **Cc:** | Cioffi, Michael L.; Stewart, Tom; Mehl, Suzanne |
| **Subject:** | McHugh v FTB -- Defendants' Responses and Objections to Plaintiff's Supplemental ROGs and RFPs |
| **Attachments:** | Defs' Objs. and Resps. to Plaintiff's Suppl ROGs and RFPs (4-10-25).pdf |

Counsel – Please find attached Defendants' responses and objections to Plaintiff's supplemental interrogatories and requests for production served on April 10, 2025.

Additionally, following this email, Defendants will be producing a supplemental set of emails between employees of Fifth Third Bank and RHR, in light of RHR's recent discovery production. This supplemental production is in no way intended as a waiver of Defendants' objections to Plaintiff's prior requests for production or an admission that any such emails are relevant to this dispute. FYI, this supplemental production will be sent via Sharefile from Suzanne Mehl.

Thank you,

**Collin D. Hart** | BLANKROME
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
O: 513.362.8746 | F: 513.964.9916 | collin.hart@blankrome.com

*******************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*******************************************************************************************