```
1      A    Correct.
2      Q    And what does it say next to that field?
3      A    President, one to two years.
4      Q    And, in fact, what's reflected on this
5  document happened, right?
6      A    In less than one year, yes.
7      Q    Approximately --
8      A    October --
9      Q    This at December of 2019, right?
10     A    Right.  In September of that year, yes.
11     Q    Right.  Did you see the document 001135 in
12 December --
13     A    No.
14     Q    -- of 2019?
15     A    No.
16     Q    With respect to Tim Spence becoming the
17 president in October of 2020, that decision was preceded
18 by a vetting process; isn't that correct?
19     A    Yes.
20     Q    Describe what you know about that vetting
21 process.
22     A    Mr. Carmichael came into my office, said that
23 I would -- he asked me to participate in a discussion
24 with Guy Beaudin that would that they would be providing
25 some -- he wanted me to provide feedback about Tim and
```

1   how Tim could be a better leader at Fifth Third.  And he
2   said, you'll need to know Guy as well.
3        Q    And Guy, I think his name is pronounced Guy.
4        A    Okay.
5        Q    Pronounced Guy --
6        A    I never spoke to Guy.
7        Q    Was a principal at the firm RHR; isn't that
8   correct?
9        A    I believe so.
10       Q    Did you have other familiarity with the
11  company RHR?
12       A    Only from the fact that Jamie or Tayfun told
13  me they were utilized before by the bank.
14       Q    And the truth is that for a number of years
15  they'd used RHR as a consultant to that -- the position
16  of president and CEO, right?
17       A    Jamie told me, or Tayfun, that they use them
18  back in '15 or so for -- I forget the specific years for
19  CFO and CEO, I believe.
20       Q    You understood, did you not, that RHR was one
21  of the leading consultants in executive vetting, right?
22       A    I was not familiar with RHR.
23       Q    But you were asked to participate in the
24  vetting of Tim Spence, isn't that right?
25       A    Correct.

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)