| | |
|---|---|
| 1 | about vetting Tim as a potential president. |
| 2 | ==Once again, I made that clear to each of them,== |
| 3 | ==that this vetting process and this assessment was about== |
| 4 | ==Tim becoming president.  So it wasn't a secret.== |
| 5 | ==Everyone understood what this was about that he was== |
| 6 | ==going to be vetted, and his peers knew he was being== |
| 7 | ==vetted for the president, including Phil McHugh, who, by== |
| 8 | ==the way, never came to me and said, why not me?  What's== |
| 9 | ==going on?  Why am I not being vetted?== |
| 10 | Once again, all the peers were communicated he |
| 11 | was being vetted as the potential president.  Did they |
| 12 | talk among themselves?  I believe they did; I heard |
| 13 | that.  I don't have that documented, but comments were |
| 14 | made to me that we all knew what was going on. |
| 15 | Q.   Who made those comments to you? |
| 16 | A.   Jamie Leonard made those comments; Tayfun |
| 17 | Tuzun would have made those comments to me. |
| 18 | Q.   When did Jamie Leonard and Tayfun Tuzun make |
| 19 | these comments to you? |
| 20 | A.   Jamie's comment was made to me weeks after -- |
| 21 | weeks after -- a week or so after Phil left -- somewhere |
| 22 | shortly thereafter when Phil walked out and quit. |
| 23 | Q.   Had a lawsuit already been filed? |
| 24 | A.   I don't know what the time exactly was, to be |
| 25 | honest with you. |

Case: 1:21-cv-00238-MRB Doc #: 76-5 Filed: 06/09/25 Page: 2 of 2  PAGEID #: 3368

Deposition of Robert Paul Shaffer                EXHIBIT 5                Philip R. McHugh v. Fifth Third Bancorp, et al.

```
 1   job.  He wanted the regions job.  He did not want to
 2   report to Tim Spence.
 3              Interestingly enough, during any of these
 4   discussions I had with Phil here in these texts or
 5   verbally on the phone, did he ever one time question,
 6   object to, or even raise a concern about Tim being the
 7   president.  It was never about that.  And, in fact, in
 8   any of the vetting process, we talked about RHR earlier.
 9   RHR, everybody knew that process was going on.  Phil was
10   even interviewed in that process, and he never said
11   anything to RHR.  He never said anything to Greg
12   Carmichael or me at all about his concern for not being
13   vetted for that process.
14              So Phil had firsthand knowledge of what was
15   going on, and even as he was quitting the company here
16   in mid-October, he never raised that as a concern.  It
17   really wasn't until the complaint that he filed that
18   that came up.
19        Q.    Well, Phil was still under the impression that
20   he was under consideration for president, wasn't he?
21              MR. CIOFFI:  Objection to the form of the
22        question.  Lack of foundation.
23              THE WITNESS:  I would not know why he would
24        think that.
25   BY MR. SABA:
```