**Caroline R. Dillard**

| | |
|---|---|
| **From:** | Hart, Collin <collin.hart@blankrome.com> |
| **Sent:** | Tuesday, May 20, 2025 8:10 AM |
| **To:** | OHSDdb_Barrett_ch |
| **Cc:** | Peter A. Saba, Esq.; Bailey E. Sharpe, Esq.; Caroline R. Dillard; mchugh@mchughlaw.com; Cioffi, Michael L.; DeBeer, Jeffrey; Joshua M. Smith, Esq. |
| **Subject:** | RE: McHugh v. Fifth Third |
| **Attachments:** | McHugh v FTB__Supplemental Production of RHR Emails.zip; 2025.05.16 Order denying Motion to Compel.pdf |

Good Morning Judge Barrett:

While Plaintiff's May 15 email below was sent without a meet and confer, on issues the parties could have resolved without involving the Court, Fifth Third provides this brief response.

Summary Judgment. Dispositive motions should encompass all claims, and should occur jointly after the completion of all fact and expert discovery. Each party's claims are based upon the same underlying facts. Piecemeal and duplicative briefing would unnecessarily waste time and resources.

RHR Motion to Compel Denied. On Friday, the Northern District of Illinois denied Plaintiff's motion to compel RHR International to produce documents. The order is attached. It confirms that Plaintiff sought information that had "no bearing on whether the bank discriminated against Mr. McHugh." Furthermore, the Court ordered Plaintiff to file a supplemental brief by Friday, May 23, explaining why he should not be liable for the reasonable fees and costs incurred by RHR in defending against Plaintiff's motion.

Fact Discovery Is Complete. With the denial of Plaintiff's RHR motion, fact discovery is complete. Plaintiff has deposed every Fifth Third witness with any potentially relevant knowledge, including its former CEO, 14 Board members, the current and former Chief Human Resources Officers, and others. Separately, Fifth Third produced every responsive document provided to or created by the Board in appointing Spence as President, as well as all documents regarding Carmichael reassigning Plaintiff as Head of Consumer Banking. There is no legitimate discovery left for Plaintiff to pursue.

Supplemental Production. Fifth Third made no false representations to the Court. After reviewing RHR's April 16 production, Fifth Third noticed that it had not produced a small subset of irrelevant, inconsequential, and largely non-responsive emails (out of its prior productions of more than 214,000 documents). Nearly all of these have to do with scheduling issues. These emails, attached, are immaterial. To avoid a dispute, Fifth Third produced them in any event. This issue is moot.

Next Steps and Proposed Pretrial Schedule. With fact discovery complete, this case is ready to proceed to expert discovery and dispositive motions. The parties should negotiate a pretrial schedule, subject to the Court's review and approval.  Fifth Third proposes the following deadlines.

Proposed Pretrial Schedule:

Close of Fact Discovery: May 30
Plaintiff's Expert Reports Due: July 1
Defendants' Expert Reports Due: August 15
Rebuttal Expert Reports Due: September 30

Close of Expert Discovery: November 15
Dispositive Motions Due: December 15
Responses to Dispositive Motions: January 15
Replies to Dispositive Motions: February 15

Respectfully,

**Collin D. Hart** | BLANKROME
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
O: 513.362.8746 | F: 513.964.9916 | collin.hart@blankrome.com

---

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Monday, May 19, 2025 4:37 PM
**To:** OHSDdb_Barrett_ch <barrett_chambers@ohsd.uscourts.gov>
**Cc:** Peter A. Saba, Esq. <PAS@sspfirm.com>; Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Caroline R. Dillard <crd@sspfirm.com>; mchugh@mchughlaw.com; Cioffi, Michael L. <michael.cioffi@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>
**Subject:** RE: McHugh v. Fifth Third

Judge Barrett:

In follow-up, if the Court would prefer a phone conference to discuss Plaintiff's request with the parties, Plaintiff is available at the Court's convenience including this week and early next week. Thank you.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

---

**From:** Joshua M. Smith, Esq.
**Sent:** Thursday, May 15, 2025 11:40 AM
**To:** OHSDdb_Barrett_ch <barrett_chambers@ohsd.uscourts.gov>
**Cc:** Peter A. Saba, Esq. <PAS@sspfirm.com>; Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Caroline R. Dillard <crd@sspfirm.com>; mchugh@mchughlaw.com; Cioffi, Michael L. <michael.cioffi@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>
**Subject:** McHugh v. Fifth Third

Judge Barrett: