# EXHIBIT 6

# [PRODUCED FOR *IN CAMERA* INSPECTION]