# EXHIBIT 11

# [PRODUCED FOR *IN CAMERA* INSPECTION]