# EXHIBIT 12

# [PRODUCED FOR *IN CAMERA* INSPECTION]