# EXHIBIT 13

# [PRODUCED FOR *IN CAMERA* INSPECTION]