# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **PHILLIP R. MCHUGH** | : | Case No. 1:21-cv-00238 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | **NOTICE OF SUBMISSION OF** |
| **FIFTH THIRD BANCORP, ET AL.,** | : | **EXPERT REPORT** |
| | : | |
| Defendants. | : | |

Please take notice that, pursuant to the Court's June 25, 2025 Notation Order, Plaintiff Phillip R. McHugh ("Plaintiff") has served the report prepared by his designated expert, Dr. John Burke of Burke, Rosen & Associates, on Defendants' counsel of record via electronic mail.

Respectfully submitted,

/s/ Joshua M. Smith
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701

(513) 533-2711 (fax)
pas@sspfirm.com
jms@sspfirm.com

 /s/ John J. McHugh
John J. McHugh, III
McHUGH & McCARTHY, LTD
5580 Monroe Street
Sylvania, Ohio 43560
(419) 885-3597
(419) 885-3861 (fax)

**Co-Counsel for Plaintiff Philip R. McHugh**

### CERTIFICATE OF SERVICE

I certify that a copy of the forgoing Notice of Submission of Expert Report has been served via electronic mail on July 31, 2025, upon:

Michael L. Cioffi
Collin D. Hart
Jeffrey DeBeer
 BLANK ROME LLP
201 E. Fifth Street
Cincinnati, Ohio 45202
michael.cioffi@blankrome.com
Collin.hart@blankrome.com
jeffrey.debeer@blankrome.com
**Attorneys for Defendants**

/s/ Joshua M. Smith
Joshua M. Smith (0092360)