## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **PHILIP R. MCHUGH** | : | Case No. 1:21-cv-00238 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | **NOTICE OF SUBMISSION OF** |
| **FIFTH THIRD BANCORP, ET AL.,** | : | **EXPERT REBUTTAL REPORT** |
| | : | |
| Defendants. | : | |

Please take notice that Plaintiff Philip R. McHugh ("Plaintiff") has served via electronic mail upon attorneys for the Defendant, Michael L. Cioffi, Collin D. Hart, and Thomas H. Stewart, the expert rebuttal report prepared by Dr. Albert H. Lyter, III, Ph.D.

 

Respectfully submitted,

/s/ Joshua M. Smith
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701

(513) 533-2711 (fax)
pas@sspfirm.com
jms@sspfirm.com

 /s/ *John J. McHugh*
John J. McHugh, III
McHUGH & McCARTHY, LTD
5580 Monroe Street
Sylvania, Ohio 43560
(419) 885-3597
(419) 885-3861 (fax)

**Co-Counsel for Plaintiff Philip R. McHugh**

### CERTIFICATE OF SERVICE

I certify that a copy of the forgoing Notice of Submission of Expert Rebuttal Report has been served via electronic mail on October 3, 2025, upon:

Michael L. Cioffi
Collin D. Hart
Thomas H. Stewart
BLANK ROME LLP
201 E. Fifth Street
Cincinnati, Ohio 45202
michael.cioffi@blankrome.com
Collin.hart@blankrome.com
tom.stewart@blankrome.com
**Attorneys for Defendants**

/s/ Joshua M. Smith
Joshua M. Smith (0092360)