UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Philip R. McHugh,

    Plaintiff,

        v.

Fifth Third Bancorp., et al.,

    Defendants.[1]

Case No. 1:21-cv-00238

Judge Michael R. Barrett

## ORDER

This matter is before the Court on Plaintiff's Motion for Sanctions Against Defendants. (Doc. 76). Defendants have filed a memorandum in opposition (Doc. 77), to which Plaintiff has replied (Doc. 78). Mindful of the impending November 4, 2025 fact (and expert) discovery deadline[2], the Court rules as follows:

Plaintiff may take targeted depositions of Greg Carmichael, Bob Shaffer, and Tim Spence with respect to the RHR documents and information withheld by Defendants. At this time, the Court declines to allow targeted depositions of "any other relevant witnesses." These depositions must occur within 30 days after this Order is entered. For this limited purpose, the November 4, 2025 fact discovery deadline is hereby extended to November 7, 2025, if necessary.

Plaintiff's request for a jury instruction with respect to the RHR documents is held in abeyance.

---

[1] Plaintiff Philip R. McHugh has sued Defendants Fifth Third Bancorp, Fifth Third Bank, N.A., and Gregory D. Carmichael (collectively, "Defendants") for violations of the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq., as well as Ohio Rev. Code § 4112. (Doc. 9). His six-count Amended Complaint includes federal and state law claims for failure to promote, wrongful termination, and retaliation. (Id. ¶¶ 39–67). Defendants have filed a counterclaim (Doc. 10 PAGEID 1809–1816) for abuse of process under state common law (id. ¶¶ 31–41).

[2] (See 06/25/2025 Minute Entry, 06/25/2025 NOTATION ORDER (resetting Calendar)).

Plaintiff's request for a finding of fact regarding the purpose of the RHR assessment (specifically, "to provide feedback about Tim and how Tim could be a better leader at Fifth Third") is held in abeyance.

Plaintiff's request for reimbursement of his reasonable expenses—including attorneys' fees, associated with subpoenas directed to RHR International and the upcoming targeted depositions of Messrs. Carmichael, Shaffer, and Spence—is held in abeyance.

To conclude, Plaintiff's Motion for Sanctions Against Defendants (Doc. 76) is **GRANTED in part** and otherwise **HELD IN ABEYANCE**. Defendants' Motion for Leave to File a Sur-Reply (Doc. 79) is **DENIED as moot**.

**IT IS SO ORDERED.**

/s/ *Michael R. Barrett*
JUDGE MICHAEL R. BARRETT