# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **PHILIP R. MCHUGH** | : | Case No. 1:21-cv-00238 |
| Plaintiff, | : | Judge Michael R. Barrett |
| v. | : | **NOTICE OF DEPOSITION OF** |
| **FIFTH THIRD BANCORP, ET AL.,** | : | **GREGORY D. CARMICHAEL** |
| Defendants. | : | |

Please take notice that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Philip R. McHugh ("Plaintiff"), by and through counsel, will take the videotaped deposition of GREGORY D. CARMICHAEL on Tuesday, October 28, 2025, beginning at 3:30 p.m. at 1700 PNC Center, 201 East Fifth Street, Cincinnati, Ohio 45202. Said deposition will be taken in the presence of a Notary Public or some officer authorized by law to take depositions. The deposition will be stenographically and video recorded and shall continue day to day until completed.

Plaintiff is taking said deposition according to the Federal Rules of Civil Procedure and said deposition shall be used for any purpose contemplated by the Federal Rules of Civil Procedure. Plaintiff reserves the right to conduct such further depositions and discovery from Gregory D. Carmichael as may arise at a later date.

Respectfully Submitted,

*/s/ Peter A. Saba*
Peter A. Saba, Esq. (0055535)
Joshua M. Smith, Esq. (0092360)
Bailey E. Sharpe, Esq. (0103565)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
jms@sspfirm.com

bes@sspfirm.com

/s/ John J. McHugh
John J. McHugh, III
McHUGH & McCARTHY, LTD
5580 Monroe Street
Sylvania, Ohio 43560
(419) 885-3597
(419) 885-3861 (fax)

**Co-Counsel for Plaintiff Philip R. McHugh**

## CERTIFICATE OF SERVICE

I certify that a copy of the forgoing Notice of Deposition has been served via electronic mail on October 20, 2025, upon:

Michael L. Cioffi
Collin D. Hart
Thomas H. Stewart
BLANK ROME LLP
201 E. Fifth Street
Cincinnati, Ohio 45202
michael.cioffi@blankrome.com
Collin.hart@blankrome.com
tom.stewart@blankrome.com
**Attorneys for Defendants**

/s/ Peter A. Saba
Peter A. Saba, Esq. (0055535)