# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PHILIP R. MCHUGH,** | : | |
| | : | Case No. 1:21-cv-00238 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Michael R. Barrett |
| | : | |
| **FIFTH THIRD BANCORP, ET AL.** | : | |
| | : | |
| Defendants. | : | |
| | : | **PLAINTIFF'S AMENDED** |
| | : | **DISCLOSURE OF LAY WITNESSES** |
| | : | |

Pursuant to the Section III of this Court's Standing Order on Cincinnati Civil Procedures, Plaintiff Philip R. McHugh ("Plaintiff") hereby submits the following disclosure of lay witnesses for purposes of trial:

1. Philip R. McHugh
2. Tayfun Tuzun
3. Gregory D. Carmichael (as if on cross)
4. Timothy N. Spence (as if on cross)
5. Nancy C. Pinckney (as if on cross)
6. Robert P. Shaffer (as if on cross)
7. Susan B. Zaunbrecher (as if on cross)
8. Nicholas K. Akins (as if on cross)
9. B. Evan Bayh III (as if on cross)
10. Jorge L. Benitez (as if on cross)
11. Katherine B. Blackburn (as if on cross)

1

12. Emerson L. Brumback (as if on cross)

13. C. Bryan Daniels (as if on cross)

14. Linda W. Clement-Holmes (as if on cross)

15. Mitchell S. Feiger (as if on cross)

16. Thomas H. Harvey (as if on cross)

17. Gary R. Heminger (as if on cross)

18. Eileen A. Mallesch (as if on cross)

19. Michael B. McCallister (as if on cross)

20. Marsha C. Williams (as if on cross)

21. Charley King at Frederic W. Cook & Co., Inc. (as if on cross)

22. Elizabeth McKay (as if on cross)

23. Paula Hennard (as if on cross)

24. Tim Tierney

25. Jim Gaunt

26. One or more records custodians of Defendants Fifth Third Bancorp and/or Fifth Third Bank, N.A.

27. One or more records custodians of RHR International, LLP

28. One or more records custodians of Frederic W. Cook & Co., Inc.

29. Rebecca Popenoe of Management Recruiters International of Newburgh, Indiana, LLC (d/b/a The Newburgh Group)

30. Brandon Cooper of Management Recruiters International of Newburgh, Indiana, LLC (d/b/a The Newburgh Group)

Plaintiff reserves the right to identify and/or call additional witnesses in rebuttal to Defendants' case. Plaintiff reserves the right to call any lay or expert witnesses identified by

Defendants including as if on cross. Plaintiff reserves the right to supplement and/or amend its witness list in response to witnesses disclosed by Defendants. Plaintiff reserves the right to supplement and/or amend its witness list as discovery is still ongoing. Finally, Pursuant to Fed. R. Evid. 611, Plaintiff reserves the right to call any witness as if on cross that is identified as a witness of defendants or is otherwise considered a hostile witness.

Respectfully submitted,

/s/ Joshua M. Smith
Peter A. Saba, Esq. (0055535)
Joshua M. Smith, Esq. (0092360)
Bailey E. Sharpe (0103565)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
jms@sspfirm.com
bes@sspfirm.com
**Co-Counsel for Plaintiff Philip R. McHugh**

/s/ John J. McHugh, III
John J. McHugh, III
McHUGH & McCARTHY, LTD
5580 Monroe Street
Sylvania, Ohio 43560
(419) 885-3597
(419) 885-3861 (fax)
**Co-Counsel for Plaintiff Philip R. McHugh**

**CERTIFICATE OF SERVICE**

  The undersigned does hereby certify that a true and accurate copy of the foregoing was served upon the following via electronic mail on November 4th, 2025.

Michael L. Cioffi, Esq.
Collin D. Hart, Esq.
Jeffrey DeBeer
BLANK ROME LLP
201 E. Fifth Street
Cincinnati, OH 45202
Tel.: (513) 362-8701
Fax: (513) 362-8702
michael.cioffi@blankrome.com
collin.hart@blankrome.com
Jeffrey.debeer@blankrom.com
Attorneys for Defendants

              /s/ Joshua M. Smith
              Joshua M. Smith (0092360)