# Exhibit C

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Tuesday, November 4, 2025 5:22 PM
**To:** Hart, Collin; Peter A. Saba, Esq.
**Cc:** Leighton E. Heiner; DeBeer, Jeffrey; Cioffi, Michael L.; Bailey E. Sharpe, Esq.
**Subject:** RE: McHugh v. Fifth Third: Amended Witness List and McHugh Production

Collin,

We are not withdrawing the documents or identified witnesses, but if you have additional discovery you are proposing we are open to discussing that.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

**From:** Hart, Collin <collin.hart@blankrome.com>
**Sent:** Tuesday, November 4, 2025 3:43 PM
**To:** Joshua M. Smith, Esq. <jms@sspfirm.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>
**Cc:** Leighton E. Heiner <leh@sspfirm.com>; DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>
**Subject:** RE: McHugh v. Fifth Third: Amended Witness List and McHugh Production

Counsel,

Given that you have served 45 additional pages of documents and an amended witness list identifying two new witnesses on the final day of discovery, Defendants request that you withdraw these documents and amended witness list by 5:00PM this evening or we will raise the issue with the Court at the upcoming conference call, including seeking additional discovery related to these documents and witnesses.

Thank you,

**Collin D. Hart** | BLANKROME
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
direct: +1.513.362.8746 | mobile: +1.513.673.3809
collin.hart@blankrome.com | bio

1

**From:** Leighton E. Heiner <leh@sspfirm.com>
**Sent:** Tuesday, November 4, 2025 12:15 PM
**To:** Cioffi, Michael L. <michael.cioffi@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>; Stewart, Tom <tom.stewart@blankrome.com>; DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>
**Cc:** Peter A. Saba, Esq. <PAS@sspfirm.com>; Joshua M. Smith, Esq. <jms@sspfirm.com>; Leighton E. Heiner <leh@sspfirm.com>
**Subject:** McHugh v. Fifth Third: Amended Witness List and McHugh Production

Good afternoon,

Please see the attached Amended Witness List and McHugh production, Bates-stamped McHugh_001855-001899. If you have any questions, please feel free to contact our office.

Thank you.

Sincerely,

Leighton E. Heiner
Paralegal
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.2477
Main Fax: 513.533.2999
leh@sspfirm.com
https://www.sspfirm.com



This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.


********************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

********************************************************************************************