# Exhibit D

# PHILIP R. MCHUGH

8000 Finley Lane
Cincinnati, OH  45242                                        mchugh.phil@yahoo.com
502.836.5550                                                 www.Linkedin.com/in/philiprmchugh

---

### *BANKING/FINANCE EXECUTIVE*

---

» Highly accomplished and well-respected Business Leader with repeated successes in the banking and financial services industry.
» Achieved consistent and successful delivery of complete value proposition to clients and prospects across fourteen regions, multiple lines of business and two expansion markets.
» Earned ranking in Barron's Top Wealth Managers, from 2013 to present.

### *CORE STRENGTHS*

Relationship Management ♦ New Business Development ♦ Optimal Execution
Acquisitions/Divestures ♦ Risk Management ♦ New Markets
Quality/Continuous Improvement ♦ Talent Management /Development
Product Development ♦ Performance Improvement

### *PROFESSIONAL EXPERIENCE*

**FIFTH THIRD BANCORP - Cincinnati, OH**                                        **1986 - 2020**
One of the country's largest financial institution that delivers financial services in the Midwestern and Southeastern regions of the U.S.  Principal businesses include retail banking, commercial banking, wealth management and consumer lending. (FITB: NASDAQ)

**Executive Vice President, Head of Regional Banking, Middle Market Banking, Business Banking, Wealth/Asset Management and Community/Economic Development** (2018 - 2020)
Responsible for over 60% ($1.5 Billion) of company's net income.  Direct leadership of  3,000+ employees with employee engagement scores in top quartile.  Reported directly to CEO.  Member of Enterprise, Credit/Risk, Asset Liability and Employee Conflict Committees.
- Led client management teams for relationships totaling deposits of $50 Billion and loan balances of $32 Billion.
- **Delivered record deposit growth in 2020 exceeding $5 Billion.**
- **Successfully implemented SBA's Paycheck Protection Program, 2020 processing $5.5 Billion in loans for 40,000 clients,** sixty-day period during Covid-19 pandemic. **Thirteen largest volume in the country for any financial institution.**
- **Increased Wealth and Asset Management division by over 100% to $400,000 Billion** in client assets with $50 Billion in fiduciary managed accounts.  Produced recurring annual fee revenue of $400 Million.
- Led the Community outreach and economic development efforts including the bank's Community Reinvestment Act.  **Bank rating was Outstanding.**
- Appointed Executive Leader of annual President's Circle trip recognizing top 400 performers.

**Executive Vice President, Head of Consumer Bank** (2017 - 2018)
Responsible for Retail Banking, 1,200 financial centers in ten states.  Managed all elements of Mortgage Lending division including origination, fulfillment, closing and collection.
- **Received 2018 JD Power award for best retail bank in Florida.**

McHugh 01010

**Phillip R. McHugh    Page 2**

- Increased Consumer Deposits to $70 Billion, ten largest Consumer Bank among US based banks.
- Generated and managed $6 Billion auto loan portfolio while minimizing credit losses.
- Implemented new account opening process to verify every new account approved by customer resulting in improved customer engagement scores.

**Executive Vice President, Head of Wealth and Asset Management** (2010 - 2017)
Transitioned underperforming business segment by focusing on client experience and aggregation of client assets.  Private bank is now nationally recognized, one of the most profitable divisions. Responsible for Private Bank, Investment Management, Fiduciary and Custody Services.
- Earned ranking in Barron's Top 40 Wealth Managers from 2013 - present.
- Accelerated Assets Under Care growth from $200 Billion to $400 Billion.
- Improved pre-tax profitability from $25 Million to $140 Million.
- Implemented Life 360 aggregation program which dramatically increased revenue /household and client satisfaction.
- Successfully sold proprietary mutual fund family to eliminate any conflicts of interest.

**President & Chief Executive Officer, Commercial Lending, Consumer and Trust & Investments - Louisville, KY** (1994 - 2010)
- Recognized as one of community's most effective leaders by Louisville Magazine.
- Increased deposit share position from 12th to 3rd in the Louisville market.
- Integrated Cumberland Federal Savings Bank, one of the most profitable acquisitions in Bank's history.  Continually recognized as one of Fifth Third's most profitable regions.

Held various positions:  Institutional Services division, Asset Management, Retirement Plan Services and Asset Custody.  Launched 401(k) and mutual fund businesses. (1986 - 1994)

### *BOARDS/SERVICE*

Board Member, Cincinnati Inner City School Education Fund, 2011 - Present
Campaign Chair, 2014

Board Member, Summit Country Day School, 2020 - Present

Advisory Committee Member, Xavier University Athletics, 2016 - Present

Member, Bellarmine Parish; Founding Member, Engaged Couples Retreat Team, 2011 - Present

Board Member, Cincinnati United Way, 2012 - 2017

### *EDUCATION*

B.S. Business Administration, Finance, Xavier University

Young President's Organization, Harvard Summer Series

FINRA Series 6, 7, 24 Licenses

## Meet with WDG

| From: | Dan Vogelpohl (dvogelpohl@wealthdimensions.com) |
|---|---|
| To: | mchugh.phil@yahoo.com |
| Date: | Monday, January 11, 2021, 09:46 AM EST |

Phil-

We'll meet, do intros and Q&A and then Dana Glasgo will meet with you for a bit...

Looking forward to introducing you to my partners!

 Untitled
1.6kB

McHugh 01012

## Catching up the first week of January

From:   Casper, David R (david.casper@bmo.com)

To:     mchugh.phil@yahoo.com; Terese.Melone@bmo.com

Date:   Thursday, December 17, 2020, 09:29 AM EST

Phil, good catching up yesterday and the very best to you and your family during the holiday. Two points. First, introducing my right hand, Terese, and she can find an hour in the first week of the new year. Second, I did catch up with TT and gave him a heads up on our conversation. Talk soon.

David R. Casper
312-461-3292

McHugh 01013

## Re: CISE

From: Phil Mchugh (mchugh.phil@yahoo.com)

To: donjr@mellottcpa.com

Cc: lkyte@dinsmore.com

Date: Friday, June 18, 2021, 05:14 PM EDT

Yes, I will meet the two of you on Monday at 8:00am at the Queen City Club.
Enjoy your weekend.

Phil

Sent from my iPad

> On Jun 18, 2021, at 3:47 PM, Don L. Mellott, Jr. <donjr@mellottcpa.com> wrote:

Phil, can we meet at the Queen City Club Monday morning at 8am? Larry and I can both make it and I'm leaving town Tuesday for the week and Larry is out the week after next for a while.

Phil we look forward to speaking to you about your role in CISE.

Take care,

Don

### *Donald L. Mellott, Jr.*

Managing Partner

312 Walnut St. Suite 2500

Cincinnati, OH 45202

513-241-2940 (voice)

513-842-4811 (direct fax)

Mellott & Mellott, P.L.L.

Securely send me a file

<image001.jpg>

<image002.jpg>

McHugh 01015

Privileged and Confidentiality Notice

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender.  The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, electronic storing, or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by reply e-mail and immediately delete this record from your computer system.

**From:** Phil Mchugh <mchugh.phil@yahoo.com>
**Sent:** Friday, June 18, 2021 2:46 PM
**To:** Lawrence Kyte <lkyte@dinsmore.com>; Don L. Mellott, Jr. <donjr@mellottcpa.com>
**Subject:** CISE

Don and Larry,

Good afternoon, I hope that you are having a good week.

As you both are aware, Mabe and I have been discussing whether I have any interest in succeeding her.

We continue to have these discussions with the next meeting scheduled for Monday morning.

I also would like to speak with each of you to discuss the position.

Please let me now when would be a convenient time to meet with each of you.

Thank you, Phil

McHugh 01016

## Accepted: Mohib/Phil Connect

| | |
|---|---|
| From: | mchugh.phil@yahoo.com (mchugh.phil@yahoo.com) |
| To: | mohib.yousufani@pwc.com |
| Date: | Wednesday, December 2, 2020, 04:35 PM EST |

## mchugh.phil has accepted

| When | Friday, 04 December 2020 |
|---|---|
| | 06:30 AM to 07:00 AM |
| | (GMT-08:00) Pacific Time (US & Canada) |

| Where | 502-836-5550 |
|---|---|

📅 reply.ics
5.4kB

📅 Untitled
5.4kB

McHugh 01017

RE: meeting etc.

From:   Burke, Patrick J. (pburke@burkecpa.com)

To:     mchugh.phil@yahoo.com

Cc:     DVallota@burkecpa.com; GSchindler@burkecpa.com

Date:   Tuesday, March 2, 2021, 10:41 AM EST

Phil,

Great.

I will have Dianne set up.

Pat



Patrick J. Burke

Managing Partner

Burke & Schindler PLL

901 Adams Crossing

Cincinnati, Ohio 45202

513-455-8200

513-455-8212 (fax)

pburke@burkecpa.com

www.burkecpa.com

McHugh 01018

Privacy Notice/Disclaimer: The information contained in this email transmission is confidential. It is intended solely for the use of the named addressee, and is protected by law. Unauthorized access of this e-mail, including copying and/or re-using it or forwarding it or any portion of its content in any manner, is strictly prohibited. If you are not the intended recipient, please notify me immediately by returning this e-mail to me. Thank you for your cooperation.

---

**From:** Phil Mchugh <mchugh.phil@yahoo.com>
**Sent:** Tuesday, March 2, 2021 10:37 AM
**To:** Burke, Patrick J. <pburke@burkecpa.com>
**Subject:** Re: meeting etc.

Good morning Pat!

Thanks for all your assistance with silent auction items for the CISE party!

I thought I might also see if you wanted to have another conversation relative to your wealth management operation.

I have been meeting with different groups and discussing various approaches and want to stay in dialogue with you.

Let me know if you want to meet again. If yes, maybe some dates and time that you are available next week.

Thanks, Phil

On Monday, December 28, 2020, 08:59:49 AM EST, Burke, Patrick J. <pburke@burkecpa.com> wrote:

Phil,

Thanks for your note.

Let me know about the office (we have great coffee).

Happy 2021!

Pat



Patrick J. Burke
Managing Partner
Burke & Schindler PLL
901 Adams Crossing
Cincinnati, Ohio 45202
513-455-8200
513-455-8212 (fax)
pburke@burkecpa.com
https://link.edgepilot.com/s/cffc5955/I4YOTDMVfUmgx6gxPwy-_w?u=http://www.burkecpa.com/


Privacy Notice/Disclaimer: The information contained in this email transmission is confidential. It is intended solely for the use of the named addressee, and is protected by law. Unauthorized access of this e-mail, including copying and/or re-using it or forwarding it or any portion of its content in any manner, is strictly prohibited. If you are not the intended recipient, please notify me immediately by returning this e-mail to me. Thank you for your cooperation.

**From:** Phil Mchugh <mchugh.phil@yahoo.com>
**Sent:** Monday, December 28, 2020 8:38 AM
**To:** Burke, Patrick J. <pburke@burkecpa.com>
**Cc:** Diego Vallota <DVallota@burkecpa.com>; Pete Robinson <probinson@burkecpa.com>
**Subject:** Re: meeting etc.

Pat,
I hope that you and your family had a Merry Christmas.  I also wish you a healthy and happy new year.

I also enjoyed the discussion with you, Diego and Pete about the wealth management business. Specifically, the opportunities for your firm to capitalize on your existing relationships with your clients. You have a very attractive business model.
Let's stay in touch as the new year unfolds and determine if there is a mutual desire to work together.

Finally, I appreciate your offer of office space, I may accept that in the future.

Pat, thanks again for your time and interest in me, I appreciate it!

Phil McHugh

On Wednesday, December 16, 2020, 09:43:36 AM EST, Burke, Patrick J. <pburke@burkecpa.com> wrote:


Phil,


Enjoyed the session yesterday.


Please let me know if there are any introductions from the Capitalist Samaritan's list you'd like for me to make.


Also, we have a few open offices here if you'd like a non-home place to work or meet.


Pat

McHugh 01020

3/4



Patrick J. Burke

Managing Partner

Burke & Schindler PLL

901 Adams Crossing

Cincinnati, Ohio 45202

513-455-8200

513-455-8212 (fax)

pburke@burkecpa.com

https://link.edgepilot.com/s/cffc5955/I4YOTDMVfUmgx6gxPwy-_w?u=http://www.burkecpa.com/

Privacy Notice/Disclaimer: The information contained in this email transmission is confidential. It is intended solely for the use of the named addressee, and is protected by law. Unauthorized access of this e-mail, including copying and/or re-using it or forwarding it or any portion of its content in any manner, is strictly prohibited. If you are not the intended recipient, please notify me immediately by returning this e-mail to me. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

McHugh 01021

## FW: Reach out to Phil McHugh

| | |
|---|---|
| From: | Burke, Patrick J. (pburke@burkecpa.com) |
| To: | mchugh.phil@yahoo.com |
| Cc: | DVallota@burkecpa.com |
| Date: | Tuesday, December 8, 2020, 03:06 PM EST |

Phil,

Diego Vallota who runs Concentric, our wealth management company, asked that I reach out to you.

Please let me know if you'd like to set up a call or meet.

Thanks Phil,

Pat

Patrick J. Burke

Managing Partner

Burke & Schindler PLL

901 Adams Crossing

Cincinnati, Ohio 45202

513-455-8200

513-455-8212 (fax)

pburke@burkecpa.com

www.burkecpa.com

McHugh 01022

Privacy Notice/Disclaimer: The information contained in this email transmission is confidential. It is intended solely for the use of the named addressee, and is protected by law. Unauthorized access of this e-mail, including copying and/or re-using it or forwarding it or any portion of its content in any manner, is strictly prohibited. If you are not the intended recipient, please notify me immediately by returning this e-mail to me. Thank you for your cooperation.

---

**From:** Diego Vallota <DVallota@burkecpa.com>
**Sent:** Thursday, December 03, 2020 2:53 PM
**To:** Burke, Patrick J. <pburke@burkecpa.com>
**Subject:** Reach out to Phil McHugh

Pat,

I heard thru the grapevine that Phil McHugh has either left 5/3 or is going to leave 5/3. I would love an opportunity to show him what we do. I met Phil when our sons played soccer together at Summit so I think he would remember me. And I'm pretty sure he knows Pete Robinson as well.

I don't have any of his information, do you think you could reach out to Phil and see if he would be interested in hearing how we could help him in his next stage of life? This is the perfect place for him.

Thanks

Diego Vallota

Wealth Manager

513-338-0083

Securities offered through Avantax Investment Services[SM], Member FINRA, SIPC

Investment Advisory Services offered through Avantax Advisory Services[SM]

Insurance services offered through Avantax Insurance Agency[SM]

Concentric Wealth Management is not a registered broker/dealer or registered investment advisory firm

McHugh 01023

RE: Catching up the first week of January

From: Melone, Terese (terese.melone@bmo.com)

To: mchugh.phil@yahoo.com

Date: Wednesday, January 6, 2021, 07:54 AM EST

Good morning Phil,

Reconfirming today's Teams Meeting call with Dave Casper at 9:00 a.m. CT.

Terese Melone
Executive Assistant to David R. Casper

BMO Harris Bank
111 West Monroe Street
Chicago, IL 60603
terese.melone@bmo.com
T
312-461-5313

www.bmo.com

This email and its attachments are confidential. Any unauthorized use or disclosure is prohibited. If you receive this email in error, please notify me by reply email and permanently delete the original without making any copies or disclosing its contents.

-----Original Message-----
From: Phil Mchugh <mchugh.phil@yahoo.com>
Sent: Thursday, December 17, 2020 5:07 PM
To: Melone, Terese <Terese.Melone@bmo.com>
Subject: Re: Catching up the first week of January

Yes, that would be great.

Sent from my iPad

> On Dec 17, 2020, at 6:05 PM, Melone, Terese <Terese.Melone@bmo.com> wrote:
>
> Great - would you like me to send a meeting invite?
>
> -----Original Message-----
> From: Phil Mchugh <mchugh.phil@yahoo.com>
> Sent: Thursday, December 17, 2020 4:51 PM

McHugh 01024

> To: Melone, Terese <Terese.Melone@bmo.com>
> Subject: Re: Catching up the first week of January
>
> Yes, 9:00am CT will work.
>
> Sent from my iPad
>
>> On Dec 17, 2020, at 5:09 PM, Melone, Terese <Terese.Melone@bmo.com> wrote:
>>
>> Would 9:00 a.m. CT work?
>>
>> -----Original Message-----
>> From: Phil Mchugh <mchugh.phil@yahoo.com>
>> Sent: Thursday, December 17, 2020 4:02 PM
>> To: Melone, Terese <Terese.Melone@bmo.com>
>> Subject: Re: Catching up the first week of January
>>
>> External Email: Use caution with links and attachments. | Courriel externe : Faites preuve de prudence en ce qui a trait aux liens et aux pièces jointes.
>>
>> Terese,
>>
>> Yes, Wednesday, January 6 will work. I would prefer a morning meeting. Let me know the time that is best for Dave.
>>
>> Thank you, Phil
>>
>> Sent from my iPhone
>>
>>>> On Dec 17, 2020, at 2:44 PM, Melone, Terese <Terese.Melone@bmo.com> wrote:
>>>
>>> Good afternoon Phil,
>>>
>>> Following up on Dave Casper's message, would Wednesday, January 6, be an option?
>>>
>>> -----Original Message-----
>>> From: Casper, David R <david.casper@bmo.com>
>>> Sent: Thursday, December 17, 2020 8:29 AM
>>> To: mchugh.phil@yahoo.com; Melone, Terese <Terese.Melone@bmo.com>
>>> Subject: Catching up the first week of January
>>>
>>> Phil, good catching up yesterday and the very best to you and your family during the holiday. Two points. First, introducing my right hand, Terese, and she can find an hour in the first week of the new year. Second, I did catch up with TT and gave him a heads up on our conversation. Talk soon.
>>>
>>> David R. Casper
>>> 312-461-3292
>>>
>>> _____
>>>
>>> This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.
>>>
>>> Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.

McHugh 01025

>>>
>>> _____
>>>
>>> This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.
>>>
>>> Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.


>>
>>
>> _____
>>
>> This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.
>>
>> Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.
>>
>> _____
>>
>> This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.
>>
>> Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.
>
>
> _____
>
> This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.
>
> Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute

McHugh 01026

personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.
>
> _____
>
> This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.
>
> Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.


_____

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.

Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.


_____

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.

Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.

McHugh 01027

RE: Catching up the first week of January

From: Melone, Terese (terese.melone@bmo.com)

To: mchugh.phil@yahoo.com

Date: Thursday, December 17, 2020, 06:05 PM EST

Great - would you like me to send a meeting invite?

-----Original Message-----
From: Phil Mchugh <mchugh.phil@yahoo.com>
Sent: Thursday, December 17, 2020 4:51 PM
To: Melone, Terese <Terese.Melone@bmo.com>
Subject: Re: Catching up the first week of January

Yes, 9:00am CT will work.

Sent from my iPad

> On Dec 17, 2020, at 5:09 PM, Melone, Terese <Terese.Melone@bmo.com> wrote:
>
> Would 9:00 a.m. CT work?
>
> -----Original Message-----
> From: Phil Mchugh <mchugh.phil@yahoo.com>
> Sent: Thursday, December 17, 2020 4:02 PM
> To: Melone, Terese <Terese.Melone@bmo.com>
> Subject: Re: Catching up the first week of January
>
> External Email: Use caution with links and attachments. | Courriel externe : Faites preuve de prudence en ce qui a trait aux liens et aux pièces jointes.
>
> Terese,
>
> Yes, Wednesday, January 6 will work. I would prefer a morning meeting. Let me know the time that is best for Dave.
>
> Thank you, Phil
>
> Sent from my iPhone
>
>> On Dec 17, 2020, at 2:44 PM, Melone, Terese <Terese.Melone@bmo.com> wrote:
>>
>> Good afternoon Phil,
>>
>> Following up on Dave Casper's message, would Wednesday, January 6, be an option?
>>
>> -----Original Message-----
>> From: Casper, David R <david.casper@bmo.com>
>> Sent: Thursday, December 17, 2020 8:29 AM
>> To: mchugh.phil@yahoo.com; Melone, Terese <Terese.Melone@bmo.com>
>> Subject: Catching up the first week of January
>>
>> Phil, good catching up yesterday and the very best to you and your family during the holiday. Two points. First, introducing my right hand, Terese, and she can find an hour in the first week of the new year. Second, I did catch up with TT and gave him a heads up on our conversation. Talk soon.
>>
>> David R. Casper
>> 312-461-3292

McHugh 01028

1/3

>>
>> _____
>>
>> This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.
>>
>> Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.
>>
>> _____
>>
>> This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.
>>
>> Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.

>
>
> _____
>
> This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.
>
> Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.
>
> _____
>
> This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.
>
> Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre

utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.

_____

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.

Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.

_____

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. Unless otherwise stated, opinions expressed in this e-mail are those of the author and are not endorsed by the author's employer.

Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Sauf indication contraire, les opinions exprimées dans le présent message sont celles de l'auteur et ne sont pas avalisées par l'employeur de l'auteur.

McHugh 01030