# Exhibit E

## Meiners, Olivia

| | |
|---|---|
| **From:** | DeBeer, Jeffrey |
| **Sent:** | Thursday, November 6, 2025 4:50 PM |
| **To:** | OHSDdb_Barrett_ch |
| **Cc:** | Peter A. Saba, Esq.; Joshua M. Smith, Esq.; Bailey E. Sharpe, Esq.; Leighton E. Heiner; John J. McHugh III; Cioffi, Michael L.; Hart, Collin; Meiners, Olivia |
| **Subject:** | McHugh v. Fifth Third Bancorp, et al. |
| **Attachments:** | 2025.11.04 P's Amended Witness List.pdf; McHugh 001855-001888 CONFIDENTIAL.pdf; McHugh 001889-001899 CONFIDENTIAL.pdf |

Judge Barrett:

Per your request at today's conference, attached are Plaintiff's November 4, 2025 (1) Amended Witness List and (2) supplemental document productions.

The Amended Witness List deletes several individuals and adds the following:

1. Rebecca Popenoe of Management Recruiters International of Newburgh, Indiana, LLC (d/b/a The Newburgh Group).
2. Brandon Cooper of Management Recruiters International of Newburgh, Indiana, LLC (d/b/a The Newburgh Group).
3. One or more records custodians of RHR International, LLP.
4. One or more records custodians of Frederic W. Cook & Co., Inc.
5. One or more records custodians of Defendants Fifth Third Bancorp and/or Fifth Third Bank, N.A.

Additionally, it appears that Plaintiff redacted many documents in his supplemental production (MCHUGH_001855, MCHUGH_001856, MCHUGH_001858, MCHUGH_001862, MCHUGH_001864, MCHUGH_001865). Defendants have not received a privilege or redaction log.

Plaintiff's last-minute witness disclosures and productions are improper, including for reasons articulated in Plaintiff's recent filings (ECF Nos. 76, 78, and 81), as ruled upon in the Court's subsequent order (ECF No. 84). Plaintiff's conduct is even more egregious because it occurred on the last day of discovery and after depositions of damages experts. Further and separately, Plaintiff is violating the Court's Order (ECF No. 84) by questioning witnesses on issues other than "the RHR documents and information withheld by Defendants." Defendants intend to file a motion for sanctions in light of Plaintiff's discovery abuses and to document this misconduct on the record.

Jeff

**Jeffrey W. DeBeer** | BLANKROME
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
+1.513.362.8703 | jeffrey.debeer@blankrome.com | bio