# Exhibit A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| PHILIP R. McHUGH, | Case No. 1:21-cv-00238-MRB |
| Plaintiff, | Hon. Michael R. Barrett |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANTS' EXPEDITED MOTION TO RESET CALENDAR ORDER** |
| FIFTH THIRD BANCORP, *et al.*, | |
| Defendants. | |

Now before the Court is Defendants' opposed motion to reset the calendar order so that the Parties may complete all discovery before filing dispositive motions. Having considered the motion and the arguments of counsel, and otherwise being sufficiently advised, the motion is hereby **GRANTED**. The Court **ORDERS** that the calendar order is reset as follows:

- The Court will resolve all discovery disputes, as is practicable under the Court's busy schedule.

- Upon a resolution of these disputes, the Court will set a firm deadline for completion of any additional discovery that the Court may deem reasonable and necessary.

- Upon the completion of all discovery, the Parties shall submit a written certification, on the cutoff date, that discovery is closed and finished.

- Upon submission of the last certification, the Parties shall file dispositive motions 30 days thereafter.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
**UNITED STATES DISTRICT JUDGE**