# Exhibit C

| | |
|---|---|
| **From:** | Joshua M. Smith, Esq. <jms@sspfirm.com> |
| **Sent:** | Wednesday, August 27, 2025 12:48 PM |
| **To:** | DeBeer, Jeffrey |
| **Cc:** | Peter A. Saba, Esq.; Bailey E. Sharpe, Esq.; Leighton E. Heiner; John J. McHugh III; Cioffi, Michael L.; Hart, Collin |
| **Subject:** | RE: McHugh v. Fifth Third - Plaintiff's Expert Report |
| **Attachments:** | Burke Expert Report - Revised.pdf; McHugh 001850-001854.pdf |

Jeff,

See attached revised report from Dr. Burke. Also attached are 2016-2019 pay for performance details that I believe we inadvertently missed in the zip file we sent you. They are referenced in the list of docs in the report, and we have added bates numbers to them.

Tuesday October 14 or Wednesday October 15 are available for Dr. Burke and us for deposition. Let us know if one of those dates work for you. Our schedules do not work earlier than that due to trial and prior out-of-town commitments/conflicts. Dr. Burke's rates for deposition are $1,400 for the first two hours and $525/hour thereafter. That is exclusive of any travel costs. On that front, let us know if you intend to take the deposition remotely or in-person.

Regarding your preference on sequence, we don't see the need to move rebuttal report deadlines. Rebuttal experts will have expert reports available to them long before that deadline (your rebuttal expert has for nearly 4 weeks now). Further, rebuttal experts can supplement if needed when deposition transcripts become available.  Thanks.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

---

**From:** DeBeer, Jeffrey <Jeffrey.DeBeer@BlankRome.com>
**Sent:** Monday, August 25, 2025 8:04 AM
**To:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Cc:** Peter A. Saba, Esq. <PAS@sspfirm.com>; Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Leighton E. Heiner <leh@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>; Cioffi, Michael L.

<michael.cioffi@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>
**Subject:** RE: McHugh v. Fifth Third - Plaintiff's Expert Report

Josh,

Appreciate your response and willingness to get us a revised report. I forgot to mention, please also make sure it clarifies that Dr. Burke's CV includes all articles written in the past 10 years.

On his deposition, we are willing to work with you on scheduling issues. However, this case has been pending a long time, and we have 37 days between now and October. Neither of you have any availability? We want to take Dr. Burke's deposition before serving our rebuttal report on September 26. We assume you would like the same ordering for your rebuttal expert(s).

If you are both jammed up in September, we could do Dr. Burke's depo on October 1–3. For sequencing, we propose both sides still disclosing the *identity* of rebuttal experts (without reports) on September 26, so that we can immediately work on scheduling their depos. Rebuttal experts could then issue written reports sometime around October 10. That would accommodate your schedule, still give us plenty of time to do rebuttal reports/depos, and not jeopardize the November 4 discovery cutoff.

On the report being final, the rule requires it to be "complete." But, we were not suggesting that term meant you would be waiving the right to supplement in compliance with the rule.

Jeff

**Jeffrey W. DeBeer** | BLANKROME
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
O: 513.362.8703 | F: 513.362.8787 | jeffrey.debeer@blankrome.com

---

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Thursday, August 21, 2025 4:47 PM
**To:** DeBeer, Jeffrey <Jeffrey.DeBeer@BlankRome.com>
**Cc:** Peter A. Saba, Esq. <PAS@sspfirm.com>; Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Leighton E. Heiner <leh@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>
**Subject:** RE: McHugh v. Fifth Third - Plaintiff's Expert Report

Jeff,

Thanks for reaching out. I'll talk to Dr. Burke about updating the report including with the items we sent last week, but that should not be an issue.

As far as scheduling Dr. Burke's deposition, September is going to be very tough with a jury trial mid-month and some other prior commitments on our end. Can you let us know some dates in October that work for you? In the meantime, we'll check with Dr. Burke as to his availability in that month and get back to you so we can set a date.

Finally, while I understand you all wanting to label this a "final" and "complete" report, the report is going to be subject to some supplementation as the case proceeds particularly given this is an economic damages expert. This is specifically contemplated under Rule 26(a)(2)(E) / Rule 26(e) and I'm sure you're aware of that, but I didn't want anyone getting the wrong impression that the numbers reflected in the current report are not subject to some

supplementation as we get beyond dispositive motions and closer to trial (e.g., Spence's actual compensation for full calendar year 2025 is not yet available but is anticipated to become available in 2026). Let me know if you have a different take on this as I'd rather address it now. Thank you.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

**From:** DeBeer, Jeffrey <Jeffrey.DeBeer@BlankRome.com>
**Sent:** Wednesday, August 20, 2025 9:52 AM
**To:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Cc:** Peter A. Saba, Esq. <PAS@sspfirm.com>; Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Leighton E. Heiner <leh@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>
**Subject:** RE: McHugh v. Fifth Third - Plaintiff's Expert Report

Josh,

Appreciate you providing this information. Can we also get the final report signed by Dr. Burke, attaching/incorporating the list of testimony? Please have the report confirm that the docs you sent him (and the report's specifically cited studies, etc.) are all the "facts and data" he considered, and that his report includes "any exhibits that will be used to summarize or support them."

Also, let us know some dates next month for Dr. Burke's deposition. I can send a depo notice if you want one.

Jeff

**Jeffrey W. DeBeer** | BLANKROME
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
O: 513.362.8703 | F: 513.362.8787 | jeffrey.debeer@blankrome.com

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Friday, August 15, 2025 2:38 PM
**To:** Hart, Collin <collin.hart@blankrome.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>
**Cc:** Leighton E. Heiner <leh@sspfirm.com>; Bailey E. Sharpe, Esq. <bes@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; DeBeer, Jeffrey <Jeffrey.DeBeer@BlankRome.com>
**Subject:** RE: McHugh v. Fifth Third - Plaintiff's Expert Report

Collin, Jeff, and Michael:

The testifying expert will be Dr. John Burke, as confirmed in our expert identification a few years ago (see attached). The publications list on Dr. Burke's CV lists all publications authored in the past 10 years.

I'm also attaching the list of Dr. Burke's cases over the last 4 years. We'll be sending the zip file of documents provided to Dr. Burke in a separate e-mail later today.

If you have any other questions let us know. Have a great weekend.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

**From:** Hart, Collin <collin.hart@blankrome.com>
**Sent:** Wednesday, August 13, 2025 10:37 AM
**To:** Joshua M. Smith, Esq. <jms@sspfirm.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>
**Cc:** Leighton E. Heiner <leh@sspfirm.com>; Bailey E. Sharpe, Esq. <bes@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; DeBeer, Jeffrey <Jeffrey.DeBeer@BlankRome.com>
**Subject:** RE: McHugh v. Fifth Third - Plaintiff's Expert Report

Josh:

Your expert report is deficient and non-compliant with Rule 26 for many reasons. For starters, it is not "signed by the witness" who will be testifying. Is your expert Dr. Burke, Dr. Rosen, Mr. Amoroso, or some combination thereof? The report lists all three but is not signed by any of them. Please promptly send us a signed report.

Relatedly, if your experts also include Dr. Rosen or Mr. Amoroso, then please send their CVs. We have a CV only for Dr. Burke. And as for Dr. Burke's CV, can you confirm that the "Articles" section includes a complete "list of all publications authored in the previous 10 years?"

Further, and regardless of who your expert might be, you did not provide a list of all other cases in which he testified at trial or by deposition in the past four years. Please provide this information for all of your experts.

Also, the report states that it is "preliminary."  The rule requires "a complete statement of all opinions the witness will express and the basis and reasons for them."  Please confirm that this is a "final" and "complete" report.

Additionally, it is unclear what specific information your expert considered.  The report makes several vague references to documents, such as proxy statements and payroll information. Rule 26 requires a comprehensive list or description of all facts or data considered, so that we can prepare for expert depositions. Please provide this list (e.g., listing specific documents by ECF or Bates number) or, alternatively, send us a zip file of all documents provided to your expert.

**We request that you provide this information by Friday, August 15**, so that the current case schedule is not jeopardized.

Thank you,

Collin


**Collin D. Hart** | BLANKROME
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
O: 513.362.8746 | F: 513.964.9916 | collin.hart@blankrome.com

---

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Thursday, July 31, 2025 2:37 PM
**To:** Cioffi, Michael L. <michael.cioffi@blankrome.com>; DeBeer, Jeffrey <Jeffrey.DeBeer@BlankRome.com>; Hart, Collin <collin.hart@blankrome.com>
**Cc:** Leighton E. Heiner <leh@sspfirm.com>; Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>
**Subject:** McHugh v. Fifth Third - Plaintiff's Expert Report

Counsel,

Pursuant to the Court's updated scheduling order including expert report deadlines, attached is the report from Burke, Rose & Associates. Also attached is Dr. Burke's updated CV. Thank you, and please let us know if there are any questions or concerns.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*