# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PHILIP R. MCHUGH,** | : | Case No. 1:21-cv-00238 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | **PLAINTIFF'S TARGETED** |
| **FIFTH THIRD BANCORP,** *et al.*, | : | **REQUESTS FOR PRODUCTION OF** |
| | : | **DOCUMENTS TO DEFENDANTS** |
| Defendants. | : | **PERTAINING TO IDENTIFIED** |
| | : | **EXPERTS** |
| | : | |
| | : | |
| | : | |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Philip R. McHugh ("Plaintiff") hereby submits the following Request for Production of Documents Directed to Defendants Fifth Third Bancorp, Fifth Third Bank N.A., and Gregory Carmichael (collectively, "Defendants"). Plaintiff respectfully requests that Defendants provide responses to the offices of SSP Law Co., L.P.A., 2623 Erie Avenue, Cincinnati, Ohio 45208, no later than thirty (30) days of the service of these Requests or as otherwise ordered by the Court.

Each of the following Requests for the Production of Documents shall be deemed continuing and Defendants are requested, pursuant to Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure, to provide, by way of supplementary answers thereto, such additional information as may hereafter be obtained by the Defendants or persons acting on their behalf.

## INSTRUCTIONS AND DEFINITIONS

1. These discovery requests must be answered in accordance with the requirements in and policies of Civ.R. 1, Civ.R. 11, Civ.R. 26 through 37, and any other applicable laws or rules. These requirements and policies include but are not limited to: effecting just results by eliminating delay,

1

unnecessary expense, and all other impediments to the administration of justice; encouraging parties to fully and thoroughly prepare and investigate their cases for trial and/or settlement; fairly responding to the substance of discovery requests without obfuscation or unjustified objection; fostering openness, honesty, and professionalism in litigation; and seeking truth. Consistent with this instruction, discovery requests should not be considered vague or unanswerable due to any grammatical, syntactical, typographical, capitalization, or semantic errors or idiosyncrasies, and all responses should fairly meet the substance of the discovery request.

2. In answering these Requests for the Production of Documents, Defendants are to divulge all information in their possession, custody, or control, or which is available to them, including information in the control of their attorneys, investigators, employees, agents or other representatives, or any other person or persons acting on their behalf.

3. Where there is insufficient space for your answers, please attach a separate sheet of paper wherein you number your answer to correspond with the question you are answering and continue your answer thereon.

4. Unless otherwise indicated, the scope of the requests for production of documents is the time period of October 31, 2020 through the present.

5. Unless indicated to the contrary, "You," "Your," and "Defendants" shall include Fifth Third Bancorp, Fifth Third Bank, N.A., Gregory Carmichael, and/or any person or entity acting on its or his behalf, including, but not limited to, officers, directors, attorneys, investigators, employees, agents, or other representatives.

6. "Document" or "documents" includes all written or graphic matter of every kind or description, however produced or reproduced, whether drafted or final, original or copy, signed or unsigned, and regardless of whether approved, sent, received, redrafted or executed, including but

not limited to correspondence, letters, memorandum, summaries of conversations or telephone conversations, minutes or records of meetings, conferences or seminars, notebooks, diaries, desk calendar, contracts, agreements, preliminary and final reports, opinions or reports of consultants, projections, estimates, financial statements, bills, invoices, receipts, loan sheets, checks, checkbooks, purchase orders, change orders, confirmations, facsimiles, e-mails, text messages, telegrams, telexes, computer disks, digital or analog recordings, tape recordings, video recordings, photographs, drawings, charts, and plans. The term "document" means every document as above defined known to Defendant and in Defendant's possession, custody, or control or under the control of its agents, attorneys, employers, employees, or other persons related by total or partial common ownership and includes every such document which can be located or discovered by diligent effort.

7. "Document" also includes electronically stored information ("ESI"). Where possible, ESI should be produced in its native form, except that ESI which is only accessible through proprietary software that is not commonly available in office software suites should be produced in a readily accessible electronic form (such as PDF, Word or similar text document, or Excel or similar spreadsheet). By way of example only:

    a. documents created using Microsoft Word must be produced as a .doc or .docx file;

    b. documents created using Microsoft Excel must be produced as a .slx or. xlsx file;

    c. documents created using Microsoft PowerPoint must be produced as .ppt or .pptx files; and

    d. e-mails or outlook calendars must be produced as .msg or .pst files.

8. "Person" and "persons" include natural persons, corporations, companies, firms, proprietorships, partnerships, associations, joint ventures, government agency or organization, and any other type of legal entity, whether formal or informal.

9. The words "relate to", "relating to" or "related to" shall mean that which implicitly or explicitly refers to, concerns, reflects, embodies or in any manner describes the subject matter of the interrogatory or document request.

10. The words "communication" or "communicate" mean any correspondence, disclosure, transfer or exchange of information, whether oral or written, and whether in person, by telephone, mail, e-mail, telecopy, text message or other "document" form, including but not limited to discussions, statements, negotiations, inquiries, requests, notices, responses, or demands.

11. "Litigation" refers to refers to the present case, *Philip R. McHugh v. Fifth Third Bancorp, et al.*, pending in the U.S. District Court for the Southern District of Ohio, Case No. 1:21-cv-00238.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

Produce true and accurate copies of the following:

1. Correspondence between any experts identified by Defendants in this Litigation, and Defendant or Defendant's counsel which (i) relates to compensation for the expert's study or testimony, which would include all invoices and any communications between counsel and the expert relating to their compensation, (ii) identifying facts or data that Defendant or Defendant's counsel provided and that the expert considered in forming the opinions to be expressed, and (iii) identifying assumptions that Defendant or Defendant's counsel provided and that expert relied upon in forming the opinions to be expressed.

4

2. All documents reviewed, relied upon, or referenced by any experts identified by Defendants in this Litigation in formulating their opinions, including but not limited to those opinions set forth in their expert report;

3. All final reports authored by any experts identified by Defendants with regard to this Litigation;

4. All billing statements generated by any experts identified by Defendants in this Litigation, with regard to their work as an expert witness in this Litigation;

5. All timesheets maintained by any experts identified by Defendants in this Litigation, for their work as an expert in this Litigation; and

6. An updated curriculum vitae of any experts identified by Defendants in this Litigation, if any changes have occurred

                                              Respectfully Submitted,

                                              */s/ Joshua M. Smith*
Peter A. Saba, Esq. (0055535)
Joshua M. Smith, Esq. (0092360)
Bailey E. Sharpe, Esq. (0103565)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
jms@sspfirm.com
bes@sspfirm.com

*/s/ John J. McHugh*
John J. McHugh, III
McHUGH & McCARTHY, LTD
5580 Monroe Street
Sylvania, Ohio 43560
(419) 885-3597
(419) 885-3861 (fax)

                **Co-Counsel for Plaintiff Philip R. McHugh**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion was served on all counsel of record this 28th day of October, 2025, via the Court's CM/ECF system and/or via ordinary or electronic mail.

                */s/ Joshua M. Smith*
                Joshua M. Smith, Esq. (0092360)