# Exhibit G

**From:** DeBeer, Jeffrey
**Sent:** Monday, November 10, 2025 9:57 PM
**To:** Joshua M. Smith, Esq.; Peter A. Saba, Esq.
**Cc:** Bailey E. Sharpe, Esq.; Cioffi, Michael L.; Hart, Collin; Meiners, Olivia
**Subject:** Re: Activity in Case 1:21-cv-00238-MRB McHugh v. Fifth Third Bancorp et al Discovery Conference

Why won't you produce the information you believe is discoverable?

**Jeffrey W. DeBeer** | BLANKROME
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
+1.513.362.8703 | jeffrey.debeer@blankrome.com | bio

---

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Monday, November 10, 2025 9:45 PM
**To:** DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>
**Cc:** Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>; Meiners, Olivia <olivia.meiners@blankrome.com>
**Subject:** RE: Activity in Case 1:21-cv-00238-MRB McHugh v. Fifth Third Bancorp et al Discovery Conference

Jeff,

I want to clarify because your last response refers to something entirely different from your Friday e-mail. Are you asking for (1) total compensation; (2) list of documents provided; and (3) updated CV? I can get you the total compensation tomorrow. The list of documents provided is already in the report and you have copies, and I believe Dr. Lyter's updated CV was also attached. You had that same information for Dr. Burke too, except maybe the total compensation (although he provided that to you at his deposition too).

If you are asking for the communications that you will not give us, i.e., communications which (i) relate to compensation for the expert's study or testimony; (ii) identify facts or data that the party's attorney provided and that the expert considered in forming the opinions to be expressed; or (iii) identify assumptions that the party's attorney provided and that the expert relied on in forming the opinions to be expressed, then my answer is the same. We've been requesting this information from you for weeks, not the other way around. We've offered mutuality in producing but it's not mutual when one side is willing and the other is requiring a court order.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

---

**From:** DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>
**Sent:** Monday, November 10, 2025 9:06 PM
**To:** Joshua M. Smith, Esq. <jms@sspfirm.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>
**Cc:** Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>; Meiners, Olivia <olivia.meiners@blankrome.com>
**Subject:** RE: Activity in Case 1:21-cv-00238-MRB McHugh v. Fifth Third Bancorp et al Discovery Conference

Josh,

You said during the conference that any additional expert discovery would be reciprocal. Are you walking back that representation to the Court?

Our proposal on timing is because your expert's deposition is first. We made a similar agreement for damages experts and then you didn't comply.

We'll give you what we said we'd give you. The Court might order us to produce more (doubtful). We cannot control the timing of the Court's in camera review or orders.

Will you produce what you agreed to give us, and that you agree is discoverable but are withholding? If not, we'll let Judge Barrett know.

Jeff

**Jeffrey W. DeBeer** | BLANK**ROME**
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
+1.513.362.8703 | jeffrey.debeer@blankrome.com | bio

---

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Monday, November 10, 2025 8:50 PM
**To:** DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>
**Cc:** Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>; Meiners, Olivia <olivia.meiners@blankrome.com>
**Subject:** RE: Activity in Case 1:21-cv-00238-MRB McHugh v. Fifth Third Bancorp et al Discovery Conference

Jeff,

At the Thursday discovery conference Defendants made clear they did not want a mutual exchange of the expert documents/communications Plaintiff has been seeking, and instead resorted to its usual tactics of stonewalling discovery. Whether that is refusing to produce expert communications, blatantly misrepresenting to the court that the sanctions depositions have been improper (they have not, and have been targeted and efficient), or falsely claiming that Spence has no involvement in the withheld RHR documents despite you knowing full well that he wrote scripted e-mails, the position has always been to prevent proper discovery rather than seeking it. Even at the end of the call when Judge Barrett asked Defendants if there's anything Defendants still needed in discovery, the answer was no.

Now it sounds like Defendants have changed their mind since the court will be conducting an in-camera review, and you want those expert documents/communications produced from our end too. We can discuss that, but your proposal that Plaintiff voluntarily produce those documents first (Nov. 11), while Defendants will only produce documents five days later (Nov. 16) and only "*subject to and contingent upon the Court's completion of it's in-camera review*" is not agreeable. We'll await the court's direction following the in-camera review and your production of the requested documents that are ordered to be produced. Thank you.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

---

**From:** DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>
**Sent:** Friday, November 7, 2025 4:13 PM
**To:** Peter A. Saba, Esq. <PAS@sspfirm.com>; Joshua M. Smith, Esq. <jms@sspfirm.com>
**Cc:** Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>; Meiners, Olivia <olivia.meiners@blankrome.com>
**Subject:** FW: Activity in Case 1:21-cv-00238-MRB McHugh v. Fifth Third Bancorp et al Discovery Conference

Peter, Josh:

We are actively working on gathering our emails with Dr. Lewin for in camera review. Pursuant to the Court's instruction and your agreement that any expert discovery will be reciprocal, please respond to the RFPs for each of your experts. We agree that your production will, like ours, be limited by Judge Barrett's ruling on RFP Nos. 1(i) & 4–5, *i.e.*, responses need to provide only a statement of total hours billed and total compensation paid.

Defendants request that Plaintiff produce all responsive documents and information by November 11, in advance of the November 13 deposition of Dr. Lyter. In exchange, Defendants will—subject to and contingent upon the Court's completion of its in camera review—produce responsive information by

November 16, in advance of the November 18 deposition of Mr. Speckin.  Please let us know if this is acceptable.

Jeff

**Jeffrey W. DeBeer** | BLANKROME
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
+1.513.362.8703 | jeffrey.debeer@blankrome.com | bio

---

**From:** cmecfhelpdesk@ohsd.uscourts.gov <cmecfhelpdesk@ohsd.uscourts.gov>
**Sent:** Thursday, November 6, 2025 4:09 PM
**To:** ecf.notification@ohsd.uscourts.gov
**Subject:** Activity in Case 1:21-cv-00238-MRB McHugh v. Fifth Third Bancorp et al Discovery Conference


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Ohio

## Notice of Electronic Filing

The following transaction was entered on 11/6/2025 at 4:08 PM EST and filed on 11/6/2025
**Case Name:**       McHugh v. Fifth Third Bancorp et al
**Case Number:**     1:21-cv-00238-MRB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge Michael R. Barrett: Discovery Conference held on 11/6/2025; Peter Saba, Joshua Smith and Bailey Sharpe appeared on behalf of Plaintiff; Michael Cioffi, Jeffrey DeBeer and Collin Hart appeared on behalf of Defendants; issues raised in multiple letters (submitted to Chambers) by Mr. Smith and Messrs. DeBeer and Hart during the period 10/28/2025 through 11/5/2025 discussed; Court to review *in camera* all email correspondence from defense counsel to Defendants' experts (Dr. Erich Speckin and Dr. David Lewin) on damages/mitigation; Court also to review documents produced by Plaintiff (on 11/4/2025) in support of mitigation along with additional witness disclosures. (Court Reporter: Maryann Maffia) (kkz)**

**1:21-cv-00238-MRB Notice has been electronically mailed to:**

Michael Lawrence Cioffi     cioffi@blankrome.com

Peter A Saba     pas@sspfirm.com, crd@sspfirm.com, leh@sspfirm.com

Thomas H Stewart     stewart@blankrome.com, olivia.otting@blankrome.com

Jeffrey W. DeBeer     jeffrey.debeer@blankrome.com, col_dckt@squirepb.com, jeffrey-w-debeer-7640@ecf.pacerpro.com, sue.mcfarland@squirepb.com

Joshua Michael Smith     jms@sspfirm.com, crd@sspfirm.com, jsmith2623@recap.email, leh@sspfirm.com

John J McHugh, III     mchugh@mchughlaw.com, roxanne@mchughlaw.com

Collin David Hart     collin.hart@blankrome.com

Bailey Sharpe     bes@sspfirm.com, leh@sspfirm.com

Nicole C. Mueller     nicole.mueller@klgates.com

Christopher Arthur Bloom     christopher.bloom@klgates.com

**1:21-cv-00238-MRB Notice has been delivered by other means to:**

******************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

******************************************************************************************