# Exhibit I

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Friday, November 14, 2025 12:19 PM
**To:** Hart, Collin; Cioffi, Michael L.; DeBeer, Jeffrey
**Cc:** Bailey E. Sharpe, Esq.; Peter A. Saba, Esq.; John J. McHugh III; Leighton E. Heiner
**Subject:** RE: McHugh v. Fifth Third - MSJ Exhibits

Collin,

I am not hearing anything Defendants specifically need to prepare or respond to dispositive motions. Instead it sounds like you're trying to pick a fight about the past discovery issues and make unsupported arguments about what you think is the "rule and SOP" in every court . Notwithstanding your mischaracterizations, that's not a rabbit hole we're inclined to go down with you.

We don't want to involve the court either. To avoid that, why don't we agree to a mutual extension of 2 weeks? I don't think we really need it on our end but if you do we can agree to that:

Dispositive Motions Due 11/25/2025 → 12/9/2025
Memoranda In Opposition 1/9/2026 → 1/23/2026
Replies in Support 2/6/2026 → 2/20/2026

Thoughts?

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

**From:** Hart, Collin <collin.hart@blankrome.com>
**Sent:** Friday, November 14, 2025 8:59 AM
**To:** Joshua M. Smith, Esq. <jms@sspfirm.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>
**Cc:** Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>; Leighton E. Heiner <leh@sspfirm.com>
**Subject:** RE: McHugh v. Fifth Third - MSJ Exhibits

Josh,

We will review the additional exhibits.

As to your refusal to a stay of the dispositive motion deadlines, you demanded open-ended discovery for more than three years and fought all attempts to reimpose any pretrial deadlines until the completion of every single piece of discovery Plaintiff sought and the resolution of every discovery dispute, even though such deadlines could be extended by the Court as needed to facilitate the completion of discovery. There are now multiple discovery disputes pending, entirely of your own making, yet you demand to push headlong into dispositive motion briefing. That not only is hypocritical, it also is illogical and a waste of party resources. There is simply no reason to proceed with dispositive motion briefing **until discovery is finished**. To do so would only risk the need for unnecessary, supplemental dispositive motion briefing.

The Court has absolutely no reason to be burdened with this dispute and so we ask that you reconsider and agree to a simple stay of the dispositive motion briefing until the conclusion of all discovery.   For obvious reasons, this is the rule and SOP in every court.   Judge Barrett will not see it any differently as has previously rejected your attempts to push forward with dispositive motion briefing until the full completion of discovery.

-Collin


**Collin D. Hart** | BLANKROME
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
direct: +1.513.362.8746 | mobile: +1.513.673.3809
collin.hart@blankrome.com | bio

---

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Thursday, November 13, 2025 5:43 PM
**To:** Hart, Collin <collin.hart@blankrome.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>
**Cc:** Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>; Leighton E. Heiner <leh@sspfirm.com>
**Subject:** RE: McHugh v. Fifth Third - MSJ Exhibits

Collin,

We've identified two additional exhibits we anticipate using, which I've added to the prior list and included below:

1. FIFTHTHIRD-MCHUGH-0212759
2. FIFTHTHIRD-MCHUGH-0213196
3. FIFTHTHIRD-MCHUGH-0001218
4. McHugh00486-00487 (these were originally designated confidential by Plaintiff but we would plan to withdraw the designation. That said we wanted to give you the opportunity to seek leave to seal them if you want given they are texts with Zaunbrecher)
5. McHugh00147 (same as #4 but as to Shaffer)
6. FIFTHTHIRD-MCHUGH-001216-001222 (001218 referenced above is contained within this)
7. McHugh01519-01520 (note—this was not designated confidential pursuant to the protective order but it does appear to have a transparent marking of "confidential" when it was originally sent. We wanted to inform you of that in the event you wanted to seek protection for that document too).

Thanks.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

**From:** Joshua M. Smith, Esq.
**Sent:** Wednesday, November 12, 2025 9:54 AM
**To:** Hart, Collin <collin.hart@blankrome.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>
**Cc:** Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>; Leighton E. Heiner <leh@sspfirm.com>
**Subject:** RE: McHugh v. Fifth Third - MSJ Exhibits

Collin,

No we are not agreeable to an open-ended stay of the dispositive motion deadline. This case has been pending for over 5 years now and it needs to get moving toward summary judgment and trial. From our perspective we are ready to go on dispositive motions, and do not see why the pending issues would prevent Defendants from filing/responding. Happy to hear you out on that and/or consider a more limited extension (1-2 weeks) if you legitimately need it, but we're not agreeable to an open-ended stay. Thank you.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

**From:** Hart, Collin <collin.hart@blankrome.com>
**Sent:** Wednesday, November 12, 2025 8:54 AM
**To:** Joshua M. Smith, Esq. <jms@sspfirm.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>
**Cc:** Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>; John J. McHugh III

<mchugh@mchughlaw.com>; Leighton E. Heiner <leh@sspfirm.com>
**Subject:** RE: McHugh v. Fifth Third - MSJ Exhibits

Josh,

We will review the exhibits below and get back to you. On a related point, given that your overbroad, untimely expert discovery requests and untimely supplemental fact disclosures have created pending discovery disputes, we will need to stay the existing dispositive motion deadline. We previously flagged this issue for the Court, and you seemed to agree that an extension would be needed. We suggest staying the dispositive motion deadline until 30 days after the resolution of all pending discovery disputes. Does Plaintiff agree?

-Collin


**Collin D. Hart** | BLANKROME
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
direct: +1.513.362.8746 | mobile: +1.513.673.3809
collin.hart@blankrome.com | bio

---

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Tuesday, November 11, 2025 9:00 PM
**To:** Cioffi, Michael L. <michael.cioffi@blankrome.com>; DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>
**Cc:** Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>; Leighton E. Heiner <leh@sspfirm.com>
**Subject:** McHugh v. Fifth Third - MSJ Exhibits

Michael, Jeff, and Collin:

Below is a list of currently anticipated exhibits for Plaintiff's Motion for Summary Judgment which have confidentiality/AEO designations. Obviously we are still in the process of drafting, so this is subject to supplementation as we approach the dispositive motion deadline. However, wanted to get you what we have now so you have time to prepare a motion for sealing if you choose to do so:

1. FIFTHTHIRD-MCHUGH-0212759
2. FIFTHTHIRD-MCHUGH-0213196
3. FIFTHTHIRD-MCHUGH-0001218
4. McHugh00486-00487 (these were originally designated confidential by Plaintiff but we would plan to withdraw the designation. That said we wanted to give you the opportunity to seek leave to seal them if you want given they are texts with Zaunbrecher)
5. McHugh00147 (same as #4 but as to Shaffer)

If you want to propose redactions on the text chains we can discuss that too, just let us know. Thank you.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com




This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.




************************************************************************************
******

This message and any attachments may contain confidential or privileged information and are only for
the use of the intended recipient of this message. If you are not the intended recipient, please notify the
Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy
this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution,
or reproduction of this message or any attachments is prohibited and may be unlawful.

************************************************************************************
******