**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| PHILIP R. McHUGH, | : | Case No. 1:21-cv-00238-MRB |
|  | : |  |
| Plaintiff, | : | Hon. Michael R. Barrett |
|  | : |  |
| vs. | : | **DEFENDANTS' NOTICE OF** |
|  | : | **COMPLIANCE WITH ORDER** |
| FIFTH THIRD BANCORP, *et al.*, | : | **REQUIRING SUBMISSION OF** |
|  | : | **DOCUMENTS FOR IN CAMERA** |
| Defendants. | : | **REVIEW** |
|  | : |  |

Defendants, Fifth Third Bancorp; Fifth Third Bank, National Association; and Gregory D. Carmichael (collectively "Fifth Third"), hereby provide notice that they have complied with the Court's November 6, 2025 Order requiring the submission, for in camera review, of Fifth Third's communications with Dr. David Lewin and Mr. Erich Speckin.

DATED: November 19, 2025

Respectfully submitted,

**BLANK ROME LLP**

*s/ Michael L. Cioffi*
Michael L. Cioffi (0031098)
    Trial Attorney
Jeffrey W. DeBeer (0089499)
Collin D. Hart (0099869)
1700 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202
Tel.:    (513) 362-8701
Fax:    (513) 362-8702
Email: michael.cioffi@blankrome.com
        jeffrey.debeer@blankrome.com
        collin.hart@blankrome.com

*Attorneys for Defendants–*
*Counterclaimants*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed this document with the Clerk of Court using CM/ECF on November 19, 2025, which will automatically generate and serve Notices of Electronic Filing on all counsel of record.


*s/ Michael L. Cioffi*
Michael L. Cioffi