## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| **PHILIP R. MCHUGH,** | : |  |
|  | : | Case No. 1:21-cv-00238 |
| Plaintiff, | : |  |
|  | : | Judge Michael R. Barrett |
| v. | : |  |
|  | : |  |
| **FIFTH THIRD BANCORP, ET AL.** | : | **DECLARATION OF JOSHUA M.** |
|  | : | **SMITH, ESQ. IN SUPPORT OF** |
| Defendants. | : | **PLAINTIFF'S MEMORANDUM IN** |
|  | : | **OPPOSITION TO DEFENDANTS'** |
|  | : | **MOTION FOR SANCTIONS** |

I, Joshua M. Smith, Esq., hereby certify pursuant to 28 U.S.C. § 1746 that the statements set forth below are true and correct to the best of my knowledge, information, and belief:

1.      I have personal knowledge of the information presented herein.

2.      **Exhibit 1** is a true and accurate copy of an excerpt from Plaintiff Phil McHugh's ("McHugh") responses to Defendant's First Set of Requests for Production of Documents, including Request No. 17 (request for mitigation documents), dated July 30, 2021.

3.      **Exhibit 2** are true and accurate copies of ███████████████████. ███████████████████████████████████ **Exhibit 2** has been submitted to the Court for in-camera review.

4.      **Exhibit 3** are true and accurate excerpts from the deposition of McHugh, taken August 30, 2021.

5.      **Exhibit 4** is a true and accurate copy of █████████████████████ **Exhibit 4** has been submitted to the Court for in-camera review.

6.      **Exhibit 5** is a true and accurate copy of █████████████████████ ███████████████████. **Exhibit 5** has been submitted to the Court for in-camera review.

7.      **Exhibit 6** is a true and accurate copy of █████████████████████ ███████████████████. **Exhibit 6** has been submitted to the Court for in-camera review.

1

8.     **Exhibit 7** is a true and accurate copy of e-mail correspondence sent by Michael Cioffi ("Cioffi") to John McHugh, dated October 27, 2020.

9.     **Exhibit 8** is a true and accurate copy of ███████████████████████████ ████████████████████████████████████████████████████████████████████████

Exhibit 8 has been submitted to the Court for in-camera review.

10.     **Exhibit 9** is a true and accurate copy of Defendants' initial disclosures, dated May 28, 2021.

11.     **Exhibit 10** is a true and accurate excerpt from the deposition of Timothy Spence ("Spence"), taken November 7, 2025.

12.     **Exhibit 11** is a true and accurate copy of Dr. John Burke's ("Burke") expert report, dated July 31, 2025.

13.     **Exhibit 12** are true and accurate excerpts from the deposition of Burke, taken October 30, 2025.

14.     **Exhibit 13** is a true and accurate copy of Dr. David Lewin's ("Lewin") expert report, dated October 3, 2025.

15.     **Exhibit 14** are true and accurate excerpts from the deposition of Lewin, taken November 4, 2025.

16.     **Exhibit 15** is a true and accurate copy of Plaintiff's privilege log on his November 4, 2025 discovery document production.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Joshua M. Smith, Esq.

Dated: _12/10/25_____