**EXHIBIT**

**1**

17. All documents, including but not limited to resumes, applications, and correspondence you have submitted to employers, potential employers, employment agencies, or employment services and any documents received in response from January 1, 2017 to the date of your responses to these Requests for Production.

**RESPONSE:**

**Objection. The request is vague, ambiguous, overly broad, and unduly burdensome, and requests information which is neither relevant to any party's claim or defense, nor proportional to the needs of the case as defined in Fed. R. Civ. P. 26.**

**However, in an effort to cooperate with Defendant and without waiving any of the general or specific objections, Plaintiff states as follows:**

**See documents produced and bates labeled MCHUGH01012-01030.**

**Plaintiff reserves the right to supplement and amend this response.**