```
 1     A    No.
 2     Q    Since leaving Fifth Third Bank in October of
 3   2020, have you looked for other work?
 4     A    Yes.
 5     Q    And what work have you looked for?
 6     A    Could you be more specific?
 7     Q    Did you apply for any jobs?
 8     A    I have spoken to other employers, yes.  I have
 9   not completed an employment application, no.
10     Q    So your answer to my question is no, you have
11   not applied for any jobs; is that right?
12     A    I have not completed an application.
13     Q    Have you partially completed an application?
14     A    I have had many conversations with potential
15   employers.
16          MR. CIOFFI:  Read my question back, please?
17          COURT REPORTER:  Just give me one second.
18          (REPORTER PLAYS BACK REQUESTED TESTIMONY)
19   BY MR. CIOFFI:
20     Q    Please answer that question.
21     A    I have --
22     Q    And you have an obligation to answer the
23   question I ask, not the question you want to answer.
24     A    Can you repeat your question?
25     Q    I -- it just was repeated for you.
```

```
 1              MR. CIOFFI:  Repeat it again, please.
 2              COURT REPORTER:  Just one second.
 3              (REPORTER PLAYS BACK REQUESTED TESTIMONY)
 4       A    No.
 5  BY MR. CIOFFI:
 6       Q    You mentioned conversations you've had.  With
 7  whom have you had conversations with?
 8       A    Could you be more specific?
 9              MR. CIOFFI:  Read back his prior answer,
10     please.
11              COURT REPORTER:  Yes.  The last question?
12              MR. CIOFFI:  The question before that.
13              COURT REPORTER:  Okay.
14              (REPORTER PLAYS BACK REQUESTED TESTIMONY)
15       A    Is your question concerning conversations with
16  potential employers?
17  BY MR. CIOFFI:
18       Q    Yes.  You said you had many conversations with
19  potential employers, and I'm asking you to describe
20  those for the judge and jury.
21       A    To the best of my recollection this morning,
22  I've talking to the financial institutions; Republic
23  Bank, Stock Yards Bank, BMO Bank of Montreal.  There
24  have been executive recruiters who have called me about
25  potential positions with other financial services.  I
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1 have talked to wealth management firms in Cincinnati by
2 the name of Dimensions Wealth and Burke & Company.  I
3 can't recall their specific name at the moment. Glenview
4 Trust in Louisville, Kentucky.  And I have had
5 conversations with charitable organizations, including
6 CISE, which is the C-I-S-E, Cincinnati Inner-City School
7 Education Fund, as well as Bellarmine Chapel.
8    Q    For each one of those entities or
9 organizations, tell me the person with whom you've had
10 these conversations?
11    A    For CISE, the Cincinnati Inter -- Inner-City
12 School Education Fund, I have spoken to Mabe Rodriguez,
13 Larry Kyte, and Don Mellott.  For Bellarmine Chapel,
14 Father Eric Sundrup.  For Dimension, I think it's Wealth
15 Dimensions -- Wealth Dimensions, Dan Vogepohl and his
16 two partners, I don't recall their names off the top of
17 my head.  For Republic Bank, Steve Trager.  For Stock
18 Yards Bank, Rich Lechleiter.  For Glenview Trust, Mike
19 Richardson.  Those are all the names that I recall at
20 this moment.
21    Q    For each one of those entities, describe the
22 positions that you were discussing for your employment?
23    A    For CISE, C-I-S-E, the Cincinnati Inner-City
24 School Education Fund, the role of president and
25 executive director.  For Bellarmine Chapel, the role of

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1  business advisor.  For Wealth Dimensions, a partner in
2  that firm.  For Burke & Company, their wealth management
3  firm, a partner in that company.  For Republic Bank, the
4  position of -- of their wealth leader, I guess they do
5  not have a wealth division.  And for Sto -- for Glenview
6  Trust, a senior advisor.  And for Stock Yards Bank,
7  position of senior advisor.
8       Q    For those positions, what salary range have
9  you been discussing?
10      A    Salary range was the question.  I would say my
11 understanding at this time was the salary was somewhere
12 between 150,000 and up from there.
13      Q    Up from where to what?
14      A    From 150,000 to a range above that.
15      Q    What is the range?
16      A    It could be higher than 150,000.
17      Q    Did you discuss how much higher with any of
18 these entities?
19      A    The only group I had discussions in terms of
20 base salary was the CISE group, Cincinnati Inner-City
21 School Education Fund, and their current pay of their
22 president and CEO is 150,000 a year.
23      Q    But did you have a discussion with other
24 entities for salaries higher than 150,000?
25      A    Yes.

1    Q    In which one of the entities did you have
2    those discussions?
3    A    Wealth Dimensions.
4    Q    What was that salary discussion?
5    A    They asked me what my salary was when I left
6    the bank.
7    Q    And what did you tell them?
8    A    $500,000.
9    Q    Okay. And did you describe the other salary
10   benefits at the bank?
11   A    I don't recall at this time discussing the
12   other benefits with them.
13   Q    When you left the bank, what was your total
14   compensation?
15   A    Are you asking for my total compensation in
16   terms of paid dollars or benefits as well?
17   Q    Benefits as well.
18   A    So my understanding, to the best of my
19   recollection, is my base pay was $500,000. I was
20   eligible for variable compensation with a target of
21   550,000. I was eligible for long-term incentives that
22   would comprise various stock programs with a target of
23   1.2 million. I was provided healthcare benefits as well
24   as a deferred compensation plan.
25   Q    What did all of those benefits add up to in