Case: 1:21-cv-00238-MRB Doc #: 92-6 Filed: 12/10/25 Page: 1 of 1 PAGEID #: 4270
Deposition of Timothy N. Spence, Volume II               Philip R. McHugh vs. Fifth Third Bancorp, et al

EXHIBIT
10

1    Q.   My question to you, Mr. Spence, do
2  you recognize these emails?
3    A.   I mean, I don't -- I'm sure that I
4  had seen them.  I think you asked originally is
5  if I had seen them.  I'm sure I had -- I did.
6  Because they either came from me or there's one
7  here -- there are four from me and one to me.
8  I don't remember them, but I remember sending a
9  message out to the folks who were meant to be
10 interviewed by Guy Beaudin inside my
11 organization.  So I'm assuming that's what
12 these are; that's what they look like.
13   Q.   Were each of these individuals the
14 emails were sent to, were these your direct
15 reports at the time?
16   A.   They weren't all my direct -- yes,
17 each of them individually reported to me
18 directly.  I had other people who also reported
19 to me directly that are not these four folks.
20   Q.   Understood.
21   A.   Okay.
22   Q.   And the last Exhibit, 37, you see
23 your email on June 24th at 8:29 p.m.  There's a
24 response from Chris Shroat.  Thanks, Tim,
25 looking forward to connecting with Guy.