**EXHIBIT 11**

# Burke, Rosen & Associates

2800 Euclid Avenue, Suite 300, Cleveland, OH 44115
T: (216)566-9300

**John F. Burke, Jr., Ph.D.**
j.burke@burkerosen.com

**Harvey S. Rosen, Ph.D.**
h.rosen@burkerosen.com

July 31, 2025

Joshua Smith, Esq.
Peter Saba, Esq.
SSP LAW CO., LPA
2623 Erie Avenue
Cincinnati, OH 45208

**RE: Philip McHugh**

Dear Attorneys Smith and Saba,

You have asked me to state an opinion concerning the loss of earning capacity of Mr. Philip McHugh from a failed promotion to President and Chief Executive Officer of Fifth Third Bank and a subsequent termination of his employment at the Bank. I am happy to do this for you.

In order to arrive at my opinion I have reviewed and relied upon the following documents:

• Amended Complaint with Endorsed Jury Demand: 001838 – 001849
• McHugh Termination Questionnaire Completed: 001612 -001624
• 2021-2025 Proxy NEO Compensation: 001647- 001837
• 2021-2024 1040 and W2 Info: 001585 – 001602
• Fifth Third Nonqualified Deferred Compensation Plan: 001603 – 001611
• Performance Share Award Agreement: 001625 – 001628
• Restricted Stock Unit Grant Agreement: 001629 – 001632
• Social Security Earnings Records – 001633 – 001646
• Deposit Advice (10/30/2020): 001584
• CISE Pay Statement (06/06/2025): 001602
• 2016-2019 Compensation details and Pay for Performance details for Phil McHugh
• Phone Interview with Mr. McHugh, 07/03/2025
• Other specific items reviewed to form my opinion are footnoted in the tables of my report.

Mr. McHugh was born on August 2, 1964 and failed to be promoted to President of Fifth Third Bank on October 26, 2020, when he was 56.2 years of age. Mr. McHugh's employment with Fifth Third Bank was later terminated as of October 22, 2020. Mr. McHugh had worked for Fifth Third Bank since 1986 and at the time of his failed promotion and his ensuing termination, was the Executive Vice President. Mr. McHugh's colleague, Timothy Spence, was promoted to President on October 26, 2020 and later became CEO in 2022. Since his termination, Mr. McHugh has been employed as the Executive Director for CISE (Cleveland Inner-City School Education) since January 1, 2022. Mr. McHugh's current salary is $250,000 per year.

When measured from a more current time, August 1, 2025, Mr. McHugh would be a 61-year-old American male having a life expectancy to the age of 82.9 years. Furthermore, his statistical work life expectancy is to

age 68. Note that the life expectancy data is from a relatively new statistical series based in the year 2022, whereas the work life data comes from a comparatively old study based in the year 1980.

Had Mr. McHugh been promoted to President of Fifth Third Bank and then to CEO, he would have had earnings similar to Mr. Spence, as shown in Fifth Third Bank's 2021-2025 filed proxy statements. Based on this information, it is my opinion that the present value of his lost total earnings (Salary, Non-Equity Incentive Plan Compensation, Stock/Options Award Compensation, and fringe benefits) measured to his statistical work life expectancy, age 68, is equal to $105,885,263.

In my calculations of Mr. McHugh's offset earnings, I based my analysis on his actual and projected future earnings at CISE. Based on this information, the present value of his post-termination wages and fringe benefits are equal to $2,651,840, leaving a net loss of $103,233,423 to his statistical work life expectancy (age 68).

Of the above losses, $40,252,428 represent backpay from October 26, 2020 through end of 2025. The balance of $62,980,995 represents future losses or front pay. Please note that I have included accumulator columns for Mr. McHugh's pre and post future earnings. This accumulator calculates the net loss for any point in the future up until his normal life expectancy.

Burke Rosen & Associates is being compensated based on an a flat rate of $525 per hour. If testimony is required, an additional fee will be incurred which consists of $1,400 for the first two hours plus $525 per hour thereafter and any travel expenses. Attached to this report is my most current Curriculum Vitae, which outlines my education, academic and professional experience, as well as a publication list and other pertinent information.

Please note that this is a preliminary report based on the information I have available at this time. My findings are subject to change as time progresses, including lost past vs. future, and work life expectancy. If additional information becomes available, I may need to revise my findings. I do hope this information is helpful to you and if I can be of further service, please feel free to call.

Sincerely yours,

*John F. Burke, Jr.*

John F. Burke, Jr. Ph.D.
Burke Rosen & Associates
Economists
JFB:HSR:MNA

# Preliminary Report

*concerning the*

## Loss of Earning Capacity

*of*

## Philip McHugh

*Prepared for*

**Joshua Smith, Esq.**
**Peter Saba, Esq.**
Attorneys at Law

*Prepared by:*

**John F. Burke, Jr., Ph.D.**
**Harvey S. Rosen, Ph.D.**
**Matt Amoroso, Ph.D. Candidate**
*Economists*

*July 31, 2025*

2

Personal Data Sheet
_____

Name:                      Philip McHugh
Date of Birth:             8/2/1964
Date of Termination: 10/26/2020                    (18.08% of 2020 Remains)

Age on:                    10/26/2020              56.2 Years


Age on: 8/1/2025                                   61.0 Years

Work Life Expectancy from: 8/1/2025                 7.0 Years ( 58.36% of 2032)*

Age at Expiration of Work Life Expectancy:         68.0 Years Old

Life Expectancy from: 8/1/2025                     21.9 Years ( 48.49% of 2047)**

Age at Expiration of Life Expectancy:              82.9 Years Old

Occupation:    Banker; Executive Director

Employer:      Fifth Third Bank; CISE (Catholic Inner-City School ED)

Date of Hire:   10/06/1986; 1/1/2022

Education Level:     College Graduate

|                |              |               |      | As of 8/1/2025 |       |
| -------------- | ------------ | ------------- | ---- | -------------- | ----- |
| Name           | Relationship | Date of Birth | Age  | Life Expectancy |      |
| Suzanne McHugh | Wife         | 6/25/1964     | 61.1 | 23.1           | Years |
| Patrick McHugh | Son          | 9/25/2004     | 20.8 | 57.4           | Years |


Note: As of  8/1/2025  41.64% of 2025 Remains

*Length of Working Life for Men and Women, 1979-80, Worklife Estimates,
February 1986, Bureau of Labor Statistics, U.S. Department of Labor.

**Expectation of Life at Single Years of Age, by Race, and Sex: U.S., 2022, Arias, Xu and
Kochanek. United States Life Tables, 2022. National Vital Statistics Reports; Vol 74, No.2.
Hyattsville, MD: National Center for Health Statistics, April 8, 2025 pgs.40-49.

MW

3a

Summary Sheet

I. Loss of Past and Future Earning Income

| A. 2020-Work Life Expectancy (Age 68)* | Present Value Total Past/Future Lost Earnings Since Termination | | Present Value Total Actual//Future Offset Earnings Since Termination | | Present Value Net Loss | |
|---|---|---|---|---|---|---|
| Salary | $ | 11,562,530 | | | | |
| Non-Equity Incentive Plan Comp | $ | 22,226,328 | | | | |
| Stock/Options Award Compensation | $ | 67,261,154 | | | | |
| Total Income | $ | 101,050,012 | $ | 2,389,156 | $ | 98,660,856 |
| Fringe Benefits | $ | 3,802,401 | $ | 95,566 | $ | 3,706,835 |
| Social Security and other legally required Benefits | $ | 1,032,849 | $ | 167,118 | $ | 865,731 |
| Total | $ | 105,885,263 | $ | 2,651,840 | $ | 103,233,423 |

* Calculations start on 10/26/2020- Date of Mr. Spence appointed President..
** Future years for wages are grown at 0.00% real & discounted using tiered real rates from Table 8.

3b

Summary Sheet, cont.

I. Past and Future Breakdown

| A. Past (2020-2025)* | Total Past Lost Earnings | | Total Past Actual Offset Earnings | | Present Value Net Loss | |
|---|---|---|---|---|---|---|
| Salary | $ | 4,761,308 | | | | |
| Non-Equity Incentive Plan Comp | $ | 7,945,485 | | | | |
| Stock/Options Award Compensation | $ | 26,598,938 | | | | |
| Total Income | $ | 39,305,731 | $ | 854,005 | $ | 38,451,727 |
| Fringe Benefits | $ | 1,449,942 | $ | 34,160 | $ | 1,415,782 |
| Social Security and other legally required Benefits | $ | 447,256 | $ | 62,338 | $ | 384,919 |
| Total | $ | 41,202,930 | $ | 950,503 | $ | 40,252,428 |

| B. Future (2026-Work Life Expectancy (Age 68)) | Present Value Total Future Lost Earnings | | Present Value Total Future Offset Earnings | | Present Value Net Loss | |
|---|---|---|---|---|---|---|
| Salary | $ | 6,801,222 | | | | |
| Non-Equity Incentive Plan Comp | $ | 14,280,843 | | | | |
| Stock/Options Award Compensation | $ | 40,662,216 | | | | |
| Total Income | $ | 61,744,281 | $ | 1,535,151 | $ | 60,209,130 |
| Fringe Benefits | $ | 2,352,459 | $ | 61,406 | $ | 2,291,053 |
| Social Security and other legally required Benefits | $ | 585,593 | $ | 104,780 | $ | 480,812 |
| Total | $ | 64,682,332 | $ | 1,701,337 | $ | 62,980,995 |

| C. Past +Future (2020-Work Life Expectancy (Age 68))* | | | | | | |
|---|---|---|---|---|---|---|
| | $ | 105,885,263 | $ | 2,651,840 | **$** | **103,233,423** |

\* Calculations start on 10/26/2020- Date of Mr. Spence appointed President.
\*\* Future years for wages are grown at 0.00% real & discounted using tiered real rates from Table 8.

4

Table 1: Schedule Showing the Actual & Projected Income for the Years 2015 through 2025 for Philip McHugh.

| | | | | Fifth Third Bank W-2s | | |
| Year | | Annual Income | Elective Deferral (Code D) | Cost of ER Health (Code DD) | Income from Exercise of nonstatutory stock options (Code V) | ER Contributions to an HSA (Code W) |
|---|---|---|---|---|---|---|
| 2015 | | $ 899,507.00 | $ 24,000.00 | $ 15,962.27 | $ - | $ 6,650.00 |
| 2016 | | $ 1,570,642.00 | $ 24,000.00 | n/a | $ 423,562.50 | $ 6,269.12 |
| 2017 | | $ 1,593,707.00 | $ 24,000.00 | n/a | $ 215,194.89 | $ 6,269.12 |
| 2018 | | $ 2,681,002.00 | $ 24,500.00 | $ 17,199.78 | n/a | $ 6,899.84 |
| 2019 | | $ 3,458,031.00 | $ 25,000.00 | $ 15,700.75 | $ 391,700.88 | n/a |
| 2020 | (a) | $ 2,054,918.00 | $ 26,000.00 | $ 13,402.16 | $ 432,495.68 | $ 7,042.34 |

**Philip McHugh- 2016-2019 Pay for Performance Details (b)**

| Year | Salary | VC Award | LTI Award | Total Compensation |
|---|---|---|---|---|
| 2016 | $ 424,986.00 | $ 550,000.00 | $ 525,000.00 | $ 1,499,986.00 |
| 2017 | $ 459,992.00 | $ 525,000.00 | $ 1,000,000.00 | $ 1,984,992.00 |
| 2018 | $ 478,400.00 | $ 975,000.00 | $ 1,100,000.00 | $ 2,553,400.00 |
| 2019 | $ 490,360.00 | $ 540,000.00 | $ 1,000,000.00 | $ 2,030,360.00 |
| 2020 | $ 500,167.00 | $ 550,184.00 | $ 1,200,000.00 | $ 2,250,351.00 |

2016-2020 growth 4.16%

(a) Date of Termination: Octobert 22, 2020.
(b) 2016 taken from Fifth Third Bank Compensation Details. 2017-2019 taken from Fifth Third Bank Pay for Performance Details. 2020 taken as 2020 Compensation Targets from 2019 pay for performance details.

4

Table 2:    Schedule Showing the Compensation of Executive Officers for Timothy N. Spence, President and Chief Executive Officer of Fifth Third Bancorp, for the Years 2019 through 2024, Executive Officers Fringe benefits, and Philip McHugh's forecasted annual income 2020 through 2025..

**Timothy Spence- President / CEO (a)**

Fifth Third Bank Compensation of Named Executive Officers

| Year | | Salary | Growth | Non-Equity Incentive Plan Comp* | Total Income | Stock Awards | Option Awards | Total Awards | Total Compensation |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | $ 1,200,000.00 | | | | | |
| 2019 | | $ 492,694.00 | | $ 670,000.00 | $ 1,692,694.00 | $ 1,121,999.00 | $ 197,998.00 | $ 1,319,997.00 | $ 2,482,691.00 |
| 2020 | (b) | $ 514,987.00 | 4.5% | $ 910,472.00 | $ 1,184,987.00 | $ 1,020,002.00 | $ 180,000.00 | $ 1,200,002.00 | $ 2,625,461.00 |
| 2021 | | $ 620,915.00 | 20.6% | $ 1,312,500.00 | $ 1,531,387.00 | $ 1,275,012.00 | $ 225,000.00 | $ 1,500,012.00 | $ 3,433,427.00 |
| 2022 | (c) | $ 826,923.00 | 33.2% | $ 1,621,220.00 | $ 2,139,423.00 | $ 4,621,877.00 | $ 815,610.00 | $ 5,437,487.00 | $ 7,885,630.00 |
| 2023 | | $ 1,025,385.00 | 24.0% | $ 1,622,250.00 | $ 2,646,605.00 | $ 5,481,769.00 | $ 900,000.00 | $ 6,381,769.00 | $ 9,029,404.00 |
| 2024 | | $ 1,073,577.00 | 4.7% | $ 2,314,410.00 | $ 2,695,827.00 | $ 5,428,553.00 | $ 990,002.00 | $ 6,418,555.00 | $ 9,806,542.00 |

*paid the following year

Fifth Third Bank Executive Officers Fringe Benefits (d)

| Year | Other Comp (Fringe Benefits) | As % of Annual Total Income |
|---|---|---|
| 2019 | $ 122,914.00 | 7.26% |
| 2020 | $ 91,819.00 | 7.75% |
| 2021 | $ 139,143.00 | 9.09% |
| 2022 | $ 253,029.00 | 11.83% |
| 2023 | $ 356,322.00 | 13.46% |
| 2024 | $ 300,816.00 | 11.16% |

Philip McHugh Forecasted Lost Annual Wage, 2020 through 2025 (e)

| Year | Salary | Total Award Compensation | Growth Rate (CPI) | Non-Equity Incentive Plan Comp | Total Income |
|---|---|---|---|---|---|
| 2020 | $ 112,275 | $ 271,235 | | $ 164,633 | $ 548,143 |
| 2021 | $ 620,915 | $ 1,500,012 | | $ 910,472 | $ 3,031,399 |
| 2022 | $ 826,923 | $ 5,437,487 | | $ 1,312,500 | $ 7,576,910 |
| 2023 | $ 1,025,385 | $ 6,381,769 | | $ 1,621,220 | $ 9,028,374 |
| 2024 | $ 1,073,577 | $ 6,418,555 | | $ 1,622,250 | $ 9,114,382 |
| 2025 | $ 1,102,233 | $ 6,589,880 | 2.67% | $ 2,314,410 | $ 10,006,523 |

(a)  Taken from Fifth Third Bank 2021-2025 2025 Proxy Statements.

(b)  Mr. Timothy Spence was promoted to President on 10/26/2020, per Amended Complaint.

(c)  Mr. Timothy Spence was appointed as Chief Executive Officer in 2022, per proxy statements.

(d)  Taken from proxy statements as "All other compensation", and include financial planning, parking, security costs, use of personal aircraft, contributions to defined contribution plans, tax reimbursements and insurance premiums and company contributions to health savings account.  Calculated as % of total salary plus Non-Equity Incentive Plan Comp.

(e)  2020 calculated as Mr. Timothy Spence's 2021 full-year income as President adjusted for time remaining after 10/26/2020 (1-299/365days).  2021-2024 are taken as executive compensation for Mr. Timothy Spence as President and then CEO, per 2021-2025 Fifth Third Bank proxy statements. 2025 Salary and Award compensation is grown at current year CPI (Table 4).  Non-Equity Incentive Plan Compensation are from prior year's proxy statements, as amounts shown are paid in the following year.

6

Table 3: Schedule Showing the Present Value of Lost Income and Fringe
Benefits for Philip McHugh, through WLE (Age 68), and Normal Life Expectancy (Age 82.9).

| Year | | Present Value Lost Wages (a) | Present Value Lost Non-Equity Incentive Plan Comp (a) | Present Value Lost Award Compensation (a) | Present Value Total Lost Income | Present Value Fringe Benefits (b) | Present Value Social Security and other legally required Benefits (c) | Present Value Lost Total Income and Benefits | Loss Accumulator |
|---|---|---|---|---|---|---|---|---|---|
| 2020 | (d) | $ 112,275 | $ 164,633 | $ 271,235 | $ 548,143 | $ 19,384 | $ 39,383 | $ 606,910 | 606,910 |
| 2021 | | $ 620,915 | $ 910,472 | $ 1,500,012 | $ 3,031,399 | $ 139,143 | $ 62,718 | $ 3,233,260 | 3,840,170 |
| 2022 | | $ 826,923 | $ 1,312,500 | $ 5,437,487 | $ 7,576,910 | $ 253,029 | $ 75,681 | $ 7,905,620 | 11,745,790 |
| 2023 | | $ 1,025,385 | $ 1,621,220 | $ 6,381,769 | $ 9,028,374 | $ 356,322 | $ 81,595 | $ 9,466,291 | 21,212,081 |
| 2024 | | $ 1,073,577 | $ 1,622,250 | $ 6,418,555 | $ 9,114,382 | $ 300,816 | $ 92,976 | $ 9,508,174 | 30,720,255 |
| 2025 | | $ 1,102,233 | $ 2,314,410 | $ 6,589,880 | $ 10,006,523 | $ 381,249 | $ 94,903 | $ 10,482,675 | 41,202,930 |
| Past | | $ 4,761,308 | $ 7,945,485 | $ 26,598,938 | $ 39,305,731 | $ 1,449,942 | $ 447,256 | $ 41,202,930 | |
| 2026 | | $ 1,083,489 | $ 2,275,052 | $ 6,477,814 | $ 9,836,354 | $ 374,765 | $ 93,290 | $ 10,304,409 | 51,507,339 |
| 2027 | | $ 1,065,063 | $ 2,236,363 | $ 6,367,653 | $ 9,669,079 | $ 368,392 | $ 91,703 | $ 10,129,174 | 61,636,513 |
| 2028 | | $ 1,046,951 | $ 2,198,331 | $ 6,259,366 | $ 9,504,649 | $ 362,127 | $ 90,144 | $ 9,956,920 | 71,593,433 |
| 2029 | | $ 1,029,147 | $ 2,160,947 | $ 6,152,921 | $ 9,343,014 | $ 355,969 | $ 88,611 | $ 9,787,594 | 81,381,027 |
| 2030 | | $ 1,011,645 | $ 2,124,198 | $ 6,048,285 | $ 9,184,129 | $ 349,916 | $ 87,104 | $ 9,621,148 | 91,002,176 |
| 2031 | | $ 994,441 | $ 2,088,075 | $ 5,945,429 | $ 9,027,946 | $ 343,965 | $ 85,622 | $ 9,457,533 | 100,459,708 |
| 2032 | (e) | $ 570,487 | $ 1,197,877 | $ 3,410,747 | $ 5,179,110 | $ 197,324 | $ 49,120 | $ 5,425,554 | 105,885,263 |
| WLE (Age 68) | | $ 11,562,530 | $ 22,226,328 | $ 67,261,154 | $ 101,050,012 | $ 3,802,401 | $ 1,032,849 | $ 105,885,263 | |
| 2032 | | $ 407,044 | $ 854,688 | $ 2,433,576 | $ 3,695,308 | $ 140,791 | $ 35,047 | $ 3,871,146 | 109,756,409 |
| 2033 | | $ 960,906 | $ 2,017,660 | $ 5,744,935 | $ 8,723,502 | $ 332,366 | $ 82,735 | $ 9,138,602 | 118,895,011 |
| 2034 | | $ 944,565 | $ 1,983,348 | $ 5,647,238 | $ 8,575,151 | $ 326,714 | $ 81,328 | $ 8,983,193 | 127,878,204 |
| 2035 | | $ 928,502 | $ 1,949,619 | $ 5,551,202 | $ 8,429,324 | $ 321,158 | $ 79,945 | $ 8,830,427 | 136,708,630 |
| 2036 | | $ 906,652 | $ 1,903,739 | $ 5,420,567 | $ 8,230,958 | $ 313,600 | $ 78,064 | $ 8,622,621 | 145,331,252 |
| 2037 | | $ 885,316 | $ 1,858,939 | $ 5,293,005 | $ 8,037,260 | $ 306,220 | $ 76,227 | $ 8,419,707 | 153,750,958 |
| 2038 | | $ 864,482 | $ 1,815,193 | $ 5,168,446 | $ 7,848,120 | $ 299,014 | $ 74,433 | $ 8,221,567 | 161,972,525 |
| 2039 | | $ 844,138 | $ 1,772,476 | $ 5,046,817 | $ 7,663,432 | $ 291,977 | $ 72,681 | $ 8,028,090 | 170,000,615 |
| 2040 | | $ 824,273 | $ 1,730,765 | $ 4,928,051 | $ 7,483,089 | $ 285,106 | $ 70,971 | $ 7,839,166 | 177,839,781 |
| 2041 | | $ 804,876 | $ 1,690,035 | $ 4,812,080 | $ 7,306,991 | $ 278,397 | $ 69,301 | $ 7,654,688 | 185,494,469 |
| 2042 | | $ 785,935 | $ 1,650,263 | $ 4,698,838 | $ 7,135,036 | $ 271,845 | $ 67,670 | $ 7,474,551 | 192,969,020 |
| 2043 | | $ 767,439 | $ 1,611,428 | $ 4,588,261 | $ 6,967,129 | $ 265,448 | $ 66,077 | $ 7,298,654 | 200,267,674 |
| 2044 | | $ 749,379 | $ 1,573,507 | $ 4,480,286 | $ 6,803,172 | $ 259,201 | $ 64,522 | $ 7,126,896 | 207,394,569 |
| 2045 | | $ 731,744 | $ 1,536,477 | $ 4,374,852 | $ 6,643,074 | $ 253,101 | $ 63,004 | $ 6,959,179 | 214,353,749 |
| 2046 | | $ 714,524 | $ 1,500,320 | $ 4,271,900 | $ 6,486,743 | $ 247,145 | $ 61,521 | $ 6,795,410 | 221,149,158 |
| 2047 | (f) | $ 338,319 | $ 710,385 | $ 2,022,697 | $ 3,071,401 | $ 117,020 | $ 29,130 | $ 3,217,551 | 224,366,710 |
| NLE (Age 82.9) | | $ 24,020,626 | $ 48,385,170 | $ 141,743,906 | $ 214,149,702 | $ 8,111,503 | $ 2,105,504 | $ 224,366,710 | |

(a) 2020-2025 come from Table 1, years after 2025 are grown at 0.00% real and discounted using the tiered real rates from Table 8.
(b) Fringe Benefits are calculated on Table 2. Calculated as annual Lost wages plus non-equity incentive plan compensation
   x respective percentages. 2024 percentage (11.16%) is used for all future years.
(c) Earnings are above Social Security maximum. Calculated as the maximum contribution plus 1.45% (Medicare) of that earned over the maximum (See Table 9) plus
   legally required payments from Table 7 (net of Social Security 7.65%). In 2025, the benefit would have been $94,903 which equals 2.78% of wages plus Non-Equity
   Incentive Plan Compensation. 2025 percentage (2.78%) is used for all future years.
(d) Calculated as of 10/26/2020 (1-299/365 days). Mr. Spence's appointment to President.
(e) 58.36% of 2032, Work Life Expectancy (age 68).
(f) 48.49% of 2047, Normal Life Expectancy (age 82.9).

7

Table 4:   Schedule Showing the Actual Offset Income for the Years 2021
           through 2025 for Philip McHugh.

| Year | Fifth Third Bank W-2s | | | Philip McHugh Wages Worksheet | | |
|---|---|---|---|---|---|---|
| | Annual Taxed Medicare Earnings (Fifth Third Bank) | Deferred Comp Income | Income from Exercise of nonstatutory stock options (Code V) | Performance Shares | Restricted Stock Units | Stock Appreciation Rights |
| 2021 | $ 2,673,067.00 | $ 576,468.90 | $ 1,843,752.00 | $ 408,889.10 | $ 420,427.41 | $ 1,843,752.00 |
| 2022 | $ 1,880,278.28 | $ - | $ - | $ 1,429,375.58 | $ 450,902.70 | $ - |
| 2023 | $ 1,188,604.26 | $ - | $ - | $ 1,042,303.14 | $ 146,301.12 | $ - |
| 2024 | $ 652,511.04 | $ - | $ 652,511.04 | $ - | $ - | $ 652,511.04 |

| Year | | CISE* W-2s and Payroll Statement | | | |
|---|---|---|---|---|---|
| | | Annual Taxed Medicare Earnings (CISE) | Elective Deferral (Code D) | Cost of ER Health (Code DD) | EE Contributions to Health and Section 125 |
| 2022 | (a) | $ 188,647.46 | $ 10,384.64 | $ 20,105.00 | |
| 2023 | | $ 194,945.11 | $ 22,516.54 | $ 16,184.64 | $ 3,066.48 |
| 2024 | | $ 220,412.18 | $ 18,405.48 | $ 1,397.04 | $ 3,439.80 |
| 2025 | (b) | $ 110,096.00 | | | |

*CISE = Catholic Inner-city Schools Education

(a) Hired by CISE on 1/1/2022 with annual salary of $200,000.
(b)  2025 taken as Year to Date (YTD) Total Earnings from Philip McHugh's Payroll Statement from CISE dated June 6, 2025.

8

Table 5:    Schedule Showing the Projected Offset Income and Fringe Benefits
            Philip McHugh.

| Offset Forecasted Annual Wage, 2025 (a) | |
|---|---|
| Year | Annual Wage |
| 2025 | $ 250,000 |

| Offset Fringe Benefits (b) | | |
|---|---|---|
| Year | Annual Amount | % of wage |
| 401k | $ 4,404 | 4.0% |

(a)  Calculated as annual salary of $250,000, also by annualizing payroll statement current earnings of $9,615.38 * 26 pay periods.
(b)  Calculated as YTD 401k employer contribution of $4,404 divided by YTD earnings of $110,096.15 (per June 6 Pay Stub).

9

Table 6:  Schedule Showing the Present Value of Offset Income and Fringe
Benefits for Philip McHugh, through WLE (Age 68), and Normal Life Expectancy (Age 82.9).

| Year | | Present Value Offset Wages (a) | Present Value Fringe Benefits (b) | Present Value Social Security and other legally required Benefits (c) | Present Value Total Offset Income and Benefits | Offset Accumulator | Net Loss Accumulator (Loss minus Offset) |
|------|---|---|---|---|---|---|---|
| 2022 | (d) | $ 188,647 | $ 7,546 | $ 14,243 | $ 210,437 | $ 210,437 | $ 11,535,353 |
| 2023 | | $ 194,945 | $ 7,798 | $ 15,209 | $ 217,952 | $ 428,389 | $ 20,783,692 |
| 2024 | | $ 220,412 | $ 8,816 | $ 15,822 | $ 245,051 | $ 673,439 | $ 30,046,816 |
| 2025 | | $ 250,000 | $ 10,000 | $ 17,064 | $ 277,064 | $ 950,503 | $ 40,252,428 |
| | | $ 854,005 | $ 34,160 | $ 62,338 | $ 950,503 | | |
| 2026 | | $ 245,749 | $ 9,830 | $ 16,773 | $ 272,352 | $ 1,222,855 | $ 50,284,485 |
| 2027 | | $ 241,569 | $ 9,663 | $ 16,488 | $ 267,720 | $ 1,490,575 | $ 60,145,939 |
| 2028 | | $ 237,461 | $ 9,498 | $ 16,208 | $ 263,167 | $ 1,753,742 | $ 69,839,691 |
| 2029 | | $ 233,423 | $ 9,337 | $ 15,932 | $ 258,692 | $ 2,012,434 | $ 79,368,593 |
| 2030 | | $ 229,454 | $ 9,178 | $ 15,661 | $ 254,293 | $ 2,266,727 | $ 88,735,448 |
| 2031 | | $ 225,552 | $ 9,022 | $ 15,395 | $ 249,968 | $ 2,516,696 | $ 97,943,013 |
| 2032 | (e) | $ 121,944 | $ 4,878 | $ 8,323 | $ 135,145 | $ 2,651,840 | $ 103,233,423 |
| WLE (Age 68) | | $ 2,389,156 | $ 95,566 | $ 167,118 | $ 2,651,840 | | |
| 2032 | | $ 99,772 | $ 3,991 | $ 6,810 | $ 110,573 | $ 2,762,413 | $ 106,993,996 |
| 2033 | | $ 217,945 | $ 8,718 | $ 14,876 | $ 241,539 | $ 3,003,952 | $ 115,891,059 |
| 2034 | | $ 214,239 | $ 8,570 | $ 14,623 | $ 237,431 | $ 3,241,383 | $ 124,636,821 |
| 2035 | | $ 210,596 | $ 8,424 | $ 14,374 | $ 233,394 | $ 3,474,777 | $ 133,233,854 |
| 2036 | | $ 205,640 | $ 8,226 | $ 14,036 | $ 227,901 | $ 3,702,678 | $ 141,628,574 |
| 2037 | | $ 200,801 | $ 8,032 | $ 13,705 | $ 222,538 | $ 3,925,216 | $ 149,825,743 |
| 2038 | | $ 196,075 | $ 7,843 | $ 13,383 | $ 217,301 | $ 4,142,517 | $ 157,830,008 |
| 2039 | | $ 191,461 | $ 7,658 | $ 13,068 | $ 212,187 | $ 4,354,704 | $ 165,645,911 |
| 2040 | | $ 186,955 | $ 7,478 | $ 12,760 | $ 207,194 | $ 4,561,898 | $ 173,277,883 |
| 2041 | | $ 182,556 | $ 7,302 | $ 12,460 | $ 202,318 | $ 4,764,216 | $ 180,730,253 |
| 2042 | | $ 178,260 | $ 7,130 | $ 12,167 | $ 197,557 | $ 4,961,773 | $ 188,007,247 |
| 2043 | | $ 174,065 | $ 6,963 | $ 11,881 | $ 192,908 | $ 5,154,681 | $ 195,112,993 |
| 2044 | | $ 169,968 | $ 6,799 | $ 11,601 | $ 188,368 | $ 5,343,049 | $ 202,051,520 |
| 2045 | | $ 165,969 | $ 6,639 | $ 11,328 | $ 183,935 | $ 5,526,985 | $ 208,826,764 |
| 2046 | | $ 162,063 | $ 6,483 | $ 11,061 | $ 179,607 | $ 5,706,591 | $ 215,442,567 |
| 2047 | (f) | $ 76,735 | $ 3,069 | $ 5,237 | $ 85,042 | $ 5,791,633 | $ 218,575,077 |
| NLE (Age 82.9) | | $ 5,222,255 | $ 208,890 | $ 360,488 | $ 5,791,633 | | |

(a) 2022-2025 come from Table 5, years after 2025 are grown at 0.00% real and discounted using the tiered real rates from Table 8.

(b) Fringe Benefits are calculated as 4% of Offset wages. See Table 5.

(c) Earnings are above Social Security maximum. Calculated as the maximum contribution plus 1.45% (Medicare) of that earned over the maximum (See Table 9) plus legally required payments from Table 7 (net of Social Security 7.65%). In 2025, the benefit would have been $17,064 which equals 6.83% of wages. 2025 percentage (6.83%) is used for all future years.

(d) As of 1/1/2022, hire date at CISE.

(e) 58.36% of 2032, Work Life Expectancy (age 68).

(f) 48.49% of 2047, Normal Life Expectancy (age 82.9).

10

Table 7:    Schedule Showing Employer Cost per Hour Worked for Employee Compensation and Costs, as Percent of Wages and Salaries Plus Paid Leave for All Workers, for Selected Benefits.

| Year | Legally Required Payments | Retirement & Savings | Medical Benefits | Total Payments |
|------|------|------|------|------|
| 2002 | 9.67% | 4.26% | 8.21% | 22.14% |
| 2003 | 9.90% | 4.55% | 8.89% | 23.33% |
| 2004 | 10.16% | 5.30% | 9.18% | 24.64% |
| 2005 | 10.23% | 5.38% | 9.56% | 25.17% |
| 2006 | 10.06% | 5.53% | 9.74% | 25.33% |
| 2007 | 10.00% | 5.56% | 9.91% | 25.47% |
| 2008 | 9.80% | 5.57% | 9.97% | 25.33% |
| 2009 | 9.76% | 5.54% | 10.31% | 25.61% |
| 2010 | 9.80% | 5.67% | 10.61% | 26.08% |
| 2011 | 9.83% | 5.79% | 10.67% | 26.29% |
| 2012 | 9.90% | 5.94% | 10.81% | 26.65% |
| 2013 | 9.82% | 6.02% | 10.71% | 26.55% |
| 2014 | 9.67% | 6.74% | 10.71% | 27.13% |
| 2015 | 9.68% | 6.64% | 10.59% | 26.91% |
| 2016 | 9.42% | 6.87% | 11.18% | 27.47% |
| 2017 | 9.32% | 6.74% | 11.13% | 27.19% |
| 2018 | 9.32% | 6.83% | 11.07% | 27.22% |
| 2019 | 9.26% | 6.72% | 11.05% | 27.03% |
| 2020 | 9.14% | 6.62% | 10.98% | 26.74% |
| 2021 | 8.99% | 6.49% | 9.89% | 25.37% |
| 2022 | 8.92% | 6.38% | 9.69% | 24.99% |
| 2023 | 8.91% | 6.45% | 9.51% | 24.86% |
| 2024 | 8.64% | 6.49% | 9.38% | 24.50% |
| 2025 | 8.66% | 6.51% | 9.63% | 24.80% |

Source:    Employer Cost per Hour Worked for Employee Compensation and Costs, as Percent of Total Compensation: Civilian workers, by major occupational and industry group, 2002-2024 economic news releases, last modified June 13, 2025. U.S. Department of Labor, U.S. Bureau of Labor Statistics, MAR. 2025. Percentages reported above have been converted from percentages of total compensation to percentages of wages and salaries plus paid leave and supplemental pay.

http://www.bls.gov/news.release/ecec.t01.htm

Links to archive copies of ECEC News Releases:

https://www.bls.gov/bls/news-release/ecec.htm

Table 8:                    Schedule Showing the Real Discount Rates Based on the Daily Treasury Real Yield Curve Rates.

| Year | Daily Treasury Real Yield Curve Rates |
|------|-----------------------------|
| 0 - 10 | 1.73% |
| 11 - 29 Years | 2.41% |
| 30 - Thereafter | 2.63% |

Source:          Rates are taken as the Daily Treasury Real Yield Curve Rates.  They are as of 9/20/2025 and are from
the web site http://www.ustreas.gov/offices/domestic-finance/debt-management/interest-rate/real_yield.shtml.
The 0 - 10 year rate is taken as the 7 year rate, the 11-29 year rate is taken as the 20 year rate, while the
 30- thereafter rate is taken as the 30 year rate.

Table 9:        Social Security Contribution Rate for Employers

| Year | For Retirement Survivors, and Disability Insurance | For Hospital Insurance | Total | Maximum Amount of Covered Earnings | Maximum Contribution |
|------|------|------|------|------|------|
| 2003 | 6.20% | 1.45% | 7.65% | $87,000 | $6,655.50 |
| 2004 | 6.20% | 1.45% | 7.65% | $87,900 | $6,724.35 |
| 2005 | 6.20% | 1.45% | 7.65% | $90,000 | $6,885.00 |
| 2006 | 6.20% | 1.45% | 7.65% | $94,200 | $7,206.30 |
| 2007 | 6.20% | 1.45% | 7.65% | $97,500 | $7,458.75 |
| 2008 | 6.20% | 1.45% | 7.65% | $102,000 | $7,803.00 |
| 2009 | 6.20% | 1.45% | 7.65% | $106,800 | $8,170.20 |
| 2010 | 6.20% | 1.45% | 7.65% | $106,800 | $8,170.20 |
| 2011 | 6.20% | 1.45% | 7.65% | $106,800 | $8,170.20 |
| 2012 | 6.20% | 1.45% | 7.65% | $110,100 | $8,422.65 |
| 2013 | 6.20% | 1.45% | 7.65% | $113,700 | $8,698.05 |
| 2014 | 6.20% | 1.45% | 7.65% | $117,000 | $8,950.50 |
| 2015 | 6.20% | 1.45% | 7.65% | $118,500 | $9,065.25 |
| 2016 | 6.20% | 1.45% | 7.65% | $118,500 | $9,065.25 |
| 2017 | 6.20% | 1.45% | 7.65% | $127,200 | $9,730.80 |
| 2018 | 6.20% | 1.45% | 7.65% | $128,400 | $9,822.60 |
| 2019 | 6.20% | 1.45% | 7.65% | $132,900 | $10,166.85 |
| 2020 | 6.20% | 1.45% | 7.65% | $137,700 | $10,534.05 |
| 2021 | 6.20% | 1.45% | 7.65% | $142,800 | $10,924.20 |
| 2022 | 6.20% | 1.45% | 7.65% | $147,000 | $11,245.50 |
| 2023 | 6.20% | 1.45% | 7.65% | $160,200 | $12,255.30 |
| 2024 | 6.20% | 1.45% | 7.65% | $168,600 | $12,897.90 |
| 2025 & up | 6.20% | 1.45% | 7.65% | $176,100 | $13,471.65 |

Source:        U.S. Department of Health, Education and Welfare, Social Security Administration, the Associate Commissioner for External Affairs.
Note:        Automatically adjusted after 2013.

13

Table 10: Schedule Showing the Consumer Price Index for All Items in US city average, all urban consumers from the Bureau of Labor Statistics.

CPI for All Urban Consumers (CPI-U)

| Original Data Value | | CAGR Annual CPI (2014 to 2024) | 2.85% |
|---|---|---|---|
| Series | CUUR0000SA0,CUUS0000SA0 | CAGR CPI (JUN 15 to JUN 25) | 3.06% |

Not Seasonally Adjusted

Series    All items in U.S. city average, all urban consumers, not seasonally adjusted

Area:      U.S. city average
Item:      All items
Base Peri 1982-84=100
Years:     2003 to 2025

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | Annual % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 181.7 | 183.1 | 184.2 | 183.8 | 183.5 | 183.7 | 183.9 | 184.6 | 185.2 | 185.0 | 184.5 | 184.3 | 184.0 | |
| 2004 | 185.2 | 186.2 | 187.4 | 188.0 | 189.1 | 189.7 | 189.4 | 189.5 | 189.9 | 190.9 | 191.0 | 190.3 | 188.9 | 2.66% |
| 2005 | 190.7 | 191.8 | 193.3 | 194.6 | 194.4 | 194.5 | 195.4 | 196.4 | 198.8 | 199.2 | 197.6 | 196.8 | 195.3 | 3.39% |
| 2006 | 198.3 | 198.7 | 199.8 | 201.5 | 202.5 | 202.9 | 203.5 | 203.9 | 202.9 | 201.8 | 201.5 | 201.8 | 201.6 | 3.23% |
| 2007 | 202.416 | 203.499 | 205.352 | 206.686 | 207.949 | 208.352 | 208.299 | 207.917 | 208.490 | 208.936 | 210.177 | 210.036 | 207.342 | 2.85% |
| 2008 | 211.080 | 211.693 | 213.528 | 214.823 | 216.632 | 218.815 | 219.964 | 219.086 | 218.783 | 216.573 | 212.425 | 210.228 | 215.303 | 3.84% |
| 2009 | 211.143 | 212.193 | 212.709 | 213.240 | 213.856 | 215.693 | 215.351 | 215.834 | 215.969 | 216.177 | 216.330 | 215.949 | 214.537 | -0.36% |
| 2010 | 216.687 | 216.741 | 217.631 | 218.009 | 218.178 | 217.965 | 218.011 | 218.312 | 218.439 | 218.711 | 218.803 | 219.179 | 218.056 | 1.64% |
| 2011 | 220.223 | 221.309 | 223.467 | 224.906 | 225.964 | 225.722 | 225.922 | 226.545 | 226.889 | 226.421 | 226.230 | 225.672 | 224.939 | 3.16% |
| 2012 | 226.665 | 227.663 | 229.392 | 230.085 | 229.815 | 229.478 | 229.104 | 230.379 | 231.407 | 231.317 | 230.221 | 229.601 | 229.594 | 2.07% |
| 2013 | 230.280 | 232.166 | 232.773 | 232.531 | 232.945 | 233.504 | 233.596 | 233.877 | 234.149 | 233.546 | 233.069 | 233.049 | 232.957 | 1.46% |
| 2014 | 233.916 | 234.781 | 236.293 | 237.072 | 237.900 | 238.343 | 238.250 | 237.852 | 238.031 | 237.433 | 236.151 | 234.812 | 236.736 | 1.62% |
| 2015 | 233.707 | 234.722 | 236.119 | 236.599 | 237.805 | 238.638 | 238.654 | 238.316 | 237.945 | 237.838 | 237.336 | 236.525 | 237.017 | 0.12% |
| 2016 | 236.916 | 237.111 | 238.132 | 239.261 | 240.229 | 241.018 | 240.628 | 240.849 | 241.428 | 241.729 | 241.353 | 241.432 | 240.007 | 1.26% |
| 2017 | 242.839 | 243.603 | 243.801 | 244.524 | 244.733 | 244.955 | 244.786 | 245.519 | 246.819 | 246.663 | 246.669 | 246.524 | 245.120 | 2.13% |
| 2018 | 247.867 | 248.991 | 249.554 | 250.546 | 251.588 | 251.989 | 252.006 | 252.146 | 252.439 | 252.885 | 252.038 | 251.233 | 251.107 | 2.44% |
| 2019 | 251.712 | 252.776 | 254.202 | 255.548 | 256.092 | 256.143 | 256.571 | 256.558 | 256.759 | 257.346 | 257.208 | 256.974 | 255.657 | 1.81% |
| 2020 | 257.971 | 258.678 | 258.115 | 256.389 | 256.394 | 257.797 | 259.101 | 259.918 | 260.280 | 260.388 | 260.229 | 260.474 | 258.811 | 1.23% |
| 2021 | 261.582 | 263.014 | 264.877 | 267.054 | 269.195 | 271.696 | 273.003 | 273.567 | 274.310 | 276.589 | 277.948 | 278.802 | 270.970 | 4.70% |
| 2022 | 281.148 | 283.716 | 287.504 | 289.109 | 292.296 | 296.311 | 296.276 | 296.171 | 296.808 | 298.012 | 297.711 | 296.797 | 292.655 | 8.00% |
| 2023 | 299.170 | 300.840 | 301.836 | 303.363 | 304.127 | 305.109 | 305.691 | 307.026 | 307.789 | 307.671 | 307.051 | 306.746 | 304.702 | 4.12% |
| 2024 | 308.417 | 310.326 | 312.332 | 313.548 | 314.069 | 314.175 | 314.540 | 314.796 | 315.301 | 315.664 | 315.493 | 315.605 | 313.689 | 2.95% |
| 2025 | 317.671 | 319.082 | 319.799 | 320.795 | 321.465 | 322.561 | | | | | | | | 2.67% * |

*Annual % Change is based on JUN 2024 and JUN 2025.

April 2025

**CURRICULUM VITAE**

| John F. Burke, Jr., Ph.D. |
| --- |

Business Address:        BURKE, ROSEN & ASSOCIATES
2800 Euclid Avenue, Suite 300
Cleveland, Ohio  44115

Business Phone:          (216) 566-9300

Personal Data:     Born:    March 25, 1937; Bath, Maine
Married; Ten Children
Veteran - U.S. Navy, HM3

**Academic Training**:

| Degree | Institution | Major | Minor | Year |
| --- | --- | --- | --- | --- |
| Ph.D. | University of Notre Dame | Economics | Int'l. Economics | 1967 |
| M.A. | University of Notre Dame | Economics | Statistics | 1963 |
| B.S. | Boston College | Economics | Business | 1961 |

**Academic Experience**:

| | | |
| --- | --- | --- |
| 2023-present | John Carroll University | Adjunct Professor |
| 1999-2021 | John Carroll University | Adjunct Professor |
| 1994 | Cleveland State University | Associate Professor Emeritus |
| 1970-1994 | Cleveland State University | Associate   Professor |
| 1967-1969 | Cleveland State University | Assistant   Professor |
| 1965-1967 | Eastern Illinois University | Assistant   Professor |
| 1963-1965 | Indiana University | Instructor |

**Special Assignments and Awards**:

- Appointed by Chief Justice (O.S.C.) T. Moyer as member of Ohio Family Judicial Family Network (1999 to 2007) Chairman 2001-2002
- Invited lecturer at numerous C.L.E. meetings in Ohio
- Mentioned in various "Who's Who's"
- Burke, Rosen & Associates has had numerous court appointments including the Eagle Pitcher Bankruptcy
- Invited Lecturer, University of Ljubljana, Provinces of Slovenia, Ljubljana, Yugoslavia (1989).
- Host: CSU Forum, Bronze Medal Winner in National Competition, (1989).
- Economic Advisor to the Attorney General, of the State of Ohio (1983 - 1985).
- Staff Economist for WKYC Television and NBC, Cleveland, Ohio (1981 - 1984).
- Host of Radio Talk Show, WERE Radio, 1300 AM (1983 - 1984).
- Commencement Address at Cuyahoga Community College (1982).
- Member of College Entrance Examination Board:  Committee on Need Assessment Procedures (1978 - 1981).
- Faculty Representative to the Ohio Board of Regents (1972 - 1979).
- Elected Member of the Cleveland Heights-University Heights School Board (1973 - 1974).
- New Frontier Award (1973)

**Membership in Professional Organizations**:

- American Association of University Professors
- American Economic Association
- American Statistical Association

1

April 2025

**Membership in Professional Organizations**: (continued)

- Association for Social Economics
- National Association of Business Economists
- Atlantic Economic Association
- Eastern Economic Association
- Mid-West Economic Association
- National Tax Association
- National Academy of Economic Arbitrators

**Articles**:

2010    Brown, R, ed., *Valuing Professional Practices & Licenses: A Guide for the Matrimonial Practitioner,* 3rd ed. (*Aspen Publishers 1998-2010*), Ch. 31, John F. Burke, Jr., Ph.D and Harvey S. Rosen, Ph. D., "Valuing Educational Attainment as an Educational Asset."

1993    "Valuing Educational Attainment as a Distributable Asset, " Valuing Professional Practices and Licenses:  A Guide For The Matrimonial Practitioner, Edited by Ronald L. Brown, Copyright 1993, Prentice Hall Law & Business, co-authored.

1991    Co-editor Handbook of Financial Planning for Divorce and Separation, 1992 Supplement, Ed. John Wiley & Sons, Inc., New York, NY, with H.S.R.

"Uniform Child Support Guidelines", Financial Planning for Divorce and Separation, Crumbley Apostolov, Ed., second edition.

1990    Reprinted, February 1990, "The Value of a Professional License" Family Advocate, American Bar Association, Summer, 1984, Vol.7, No. 1, with HSR for use by the Indiana Judicial Center for distribution and application in a seminar to assist in explaining the valuation of interests in closely-held corporations.

"Economic Models of Valuation in Divorce Proceedings,"Financial  Planning for Divorce and Separation, Crumbley Apostolov, Ed. John Wiley & Sons, Inc., with H.S.R.

1987    "Using an Economist in Evaluating Claims," Settling Personal Injury Insurance Claims in Ohio, Professional Education Systems, Inc., 1987, with H.S.R.

"Valuing Educational Attainment as a Distributable Asset," Expert Valuation of Professions: The Value of Law and Medical Degrees and Licenses Upon Divorce, Edited by Ronald L. Brown, Copyright 1987, Prentice Hall Law & Business, with H.S.R.

1986    "Settling Personal Injury Insurance Claims in Michigan," Professional Education Systems, Inc. November 5, 1986, with H.S.R.

"Forecasting Enhanced Educational Attainment," Fair$hare Law and Business, Inc., Harcourt and Brace, Vol. 6, May, 1986, with H.S.R.

1985    "Economic Value of a Professional License," Reprinted in Contemporary Matrimonial Law Issues: A Guide to Divorce Economics and Practice, Edited by Foster & Brown, Law & Business, Harcourt, Brace & Jovanovich, New York, 1985, with H.S.R.

"Basic Approach to Valuing Closely Held Corporations," Edited by Foster & Brown, Law & Business, Inc., Harcourt, Brace and Jovanovich, New York, 1985, with H.S.R.

1984    "Consumption & Family Size," Proceedings of the Industrial Relations Research Association, Spring, 1984. co-authored with H.S.R.

**Articles:** (continued)

1983    "The Value of a Professional License," <u>Family Advocate</u>, American Bar Association, Summer, 1984, Vol. 7, No.1, with H.S.R.

1983    "Taxes and Compensation for Lost Earnings - A Comment," <u>The Journal of Legal Studies</u>, Vol. 12, No. 1, January, 1983, with H.S.R.

1983    "ABC's of Valuing Closely Held Corporations, "<u>Fair$hare</u>, Vol. 3, No. 1, January,1983, with H.S.R.

1982    Edward M. and Fredric A. Swartz, <u>Handbook of Personal Injury Forms and Litigation Materials</u>, "Economist Report on Replacement Cost," (Rochester, New York:  The Lawyers Co-Operative Publishing Company, 1982).

        "Economic Value of a Professional License," <u>Fair$hare</u>, Vol. 2, No. 6, June, 1982, with H.S.R.

1981    <u>Modern Trials Video Production:</u>  A series of Educational Video Tapes for attorneys, with Melvin Belli, et. al., Produced by Thomas Murray,  Copyright: 1982.

1976    "Local Government Revenue and Expenditures:  A Case Study of Cleveland, 1976," <u>The Law and Economics of Municipal Finance</u>, <u>Selected Readings</u>, Ed. U.S. Crockett Jr., 1976.

        "The Economist's Role in Demonstrating Damages," <u>Recent Developments in the Law of Damages</u>, The Law Society of Upper Canada, Osgood Hall, Toronto, Canada,1976.

1974    "Local Government Revenue and Expenditures:  A Case Study of the City of Cleveland 1961-1971," <u>National League of Cities</u>., October,1974, co-authored with E.A. Weld.

1971    <u>The Financing of Higher Education by the State of Ohio</u> 1955 - 1969.  Prepared for the Ohio Education Conference Committee, Columbus, Ohio.  co-authored with E.A. Weld.

1970    "Ohio Tax Manual," <u>Ohio State University</u>, Labor Education and Research Center. co-authored with E.A. Weld.

1969    "Eliciting Expert Opinion Evidence:  Transcript Testimony of Economist," <u>OHIO LEGAL CENTER INSTITUTE</u>, by Donald P. Traci, J.D., Summer, 1969.

**Testimony Prepared for Legislative Bodies**:

- Ohio State Senate Hearings on Ohio Insurance Crisis Tort Reform - Invited Testimony, April 9, 1987; April 22, 1987; May 14, 1987.
- Ohio State Senate Hearings on Ohio Insurance Crisis Tort Reform - Invited Testimony, March 19, 1986.
- Congressional Hearings:  Committee on Energy and Commerce, 98th Congress 2nd Session on       HR 3400, Serial No. 98-115:  Acid Rain Control.  February 17, 1984.
- Cleveland City Council:   Hearing on the UDAG Grant on the Bar Mill Project, "Economic Impact on Cleveland," 1983.
- Congressional Hearing:  Cleveland Area Congressmen, "Impact of the Reagan Budget," 1981.
- Many appearances before the Ohio State Legislature on matters dealing with taxation, school          finance, the environment and the balanced budget amendment.

**Presented Papers**:

1990    Ohio Personal Injury Damages Seminar, "Working With an Economist" prepared for Professional Education Systems, Inc., April 1990.

**Presented Papers**: (continued)

"Measuring Economic Damages in Wrongful Employment Discharge Cases" for Plaintiff Employment Lawyer's Association, October 25, 1990.

1989    Continuing Legal Education Seminars for county Bar Associations on various topics: "Economics of Business Evaluations," "The Use of Statistics in Discrimination Cases," and "The Economics of Forecasting Income."

1987    "Purchasing Power of Ohio Judges," Prepared for the... Select Committee... at the request of Ohio Judges.  February 27, 1987, with H.S.R.

"Evaluation of a Business," Ohio Association of Trial Lawyers, February 20, 1987, Columbus, Ohio, with James Wilsman and H.S.R.

Federal Trial Practice Seminar prepared at the request of Federal Judge Manos, September 11, 1987, Cleveland, Ohio, with H.S.R.

Mock Cross-Examination - Cleveland Area Civil Trial Attorneys Association, September 14, 1987.

1986    "Economic Evidence as a Teaching Tool," American Bar Association: Section of Litigation, Seattle, Washington, October 15-18, 1986, with H.S.R., presented by J.W. McElhaney.

"The Underground Economy," City Club, Cleveland, April 18, 1986.

1985    "Current Legal-Economic Issues in Trial Practice,"  Ohio Association of Trial Lawyers, October, 1985.

"Trial Practice: the Use of Economic Experts," Ohio Association of Civil Trial Attorneys, April, 1985.

1985    "Consumption Patterns by Size of Family and Income," Eastern Economic Association, Pittsburgh, Pennsylvania, March, 1985, with H.S.R.

1984    "More Evidence on Consumption by Family Size," Eastern Economic Association, New York, March, 1984 with H.S.R.

1983    "Consumption by Family Size:  A Labor Relations Study," presented to the Allied Social Science Association, San Francisco, December, 1983, with H.S.R.

"Assessment of Damages by an Expert Economist," Insight, Toronto, Canada, January, 1983.

1983    "Preliminary Evidence on Consumption by Family Size," Atlantic Economic Society, Philadelphia, PA., October, 1983, with H.S.R.

"A Taxation Algorithm in Personal Injury Awards," Eastern Economic Association, Boston, Massachusetts, March, 1983, with H.S.R.

1982    Discussant on "The Offset Method of Calculating Personal Injury Awards," Midwestern Economic Association, Chicago, Illinois, April,1982, with H.S.R.

"Trends in Financial Aid," Indiana Association of Financial Aid Officers, Indianapolis, Indiana.

"New Developments in Financial Aid," National Association of Financial Aid Officers, Colorado Springs, Colorado.

April 2025

**Presented Papers**: (continued)

  "Taxation and Personal Injury Awards as a Result of the <u>Liepelt</u> Decision," <u>Eastern Economic Association</u>, Washington, D.C., March,1982, with H.S.R.

1981 "Structured Settlements: Are they Good for Your Client," <u>Cleveland Trial Advocacy Institute Bar Association of Greater Cleveland</u>, January,1981.

1980 "Economic Forecast and the Law," presented to the <u>International Academy of Trial Attorneys</u>, Rio de Janeiro, Brazil, South America, March, 1980.

  "Financial Aid," <u>Midwest Financial Aid Officers Association</u>, Indianapolis, Indiana, October, 1980.

  "The Consumer Price Index and Financial Aid," <u>Ohio Financial Aid Officers Meeting</u>, May,

1979 "The Examination of an Expert Economist," <u>Ohio Forum of Trial Lawyers</u>, Case Western Reserve Litigation Forum, March, 1979.

1978 "Financial Aid Requirements," <u>Massachusetts Association of Financial Aid Officers</u>.

1977 "More on Financial Aid," <u>The Midwest Association of Financial Aid Officers</u>, St. Louis, Missouri.

  "The Home Equity Question in Financial Aid," Annual meeting of <u>The College Entrance Examination Board</u>, San Francisco.

1975 "Damage Testimony from an Economist," <u>The Ohio Academy of Trial Lawyers</u>, Columbus, Ohio, April 4, 1975.

  "Litigators, Computer Simulation and The Regulatory Process," (with co-authors) <u>American Bar Association</u>, Section on Litigation, National Institute, New York, New York, February 7, 1975, with H.S.R.

1972 "Some Implications for School Financing in Vouchers for Education," <u>American Association of Law Schools Convention</u>, December,1972, New York, with E.A. Weld.

1970 "Economic Evidence," with Craig Spangenberg and George Meisel, <u>American Bar Association Meeting</u>, St. Louis, Missouri.

1969 "The Role of the Economist in the Trial of a Personal Injury Case," an invited paper delivered to the <u>American Trial Lawyers Association</u>, Cleveland, Ohio, October, 1969.

**Selected Reports**:

1989 "The Iowa Soy Bean Cooperative Case"

  "Some Financial Aspects of Free Standing Medical Clinics: The Cincinnati Women's Clinic Case"

  "Age Discrimination at GenCorp: A Result of the Goldsmith Takeover Attempt"

1988 "The Economics of the Fast Food Industry: The Burger Chef Case"

  "The Retail Merchandise Manner: The Higbee - Horne Anti - Trust Case"

April 2025

**Selected Reports:** (continued)

     "The Value of an Auto Franchise:  The Case of Jaguar"

1987    Report on the Ice Cream, Frozen Novelty Market - The Popsicle Anti-Trust Case," prepared  for Michael T. McMenamin, with H.S.R.

     "Report and Analysis of Cleveland Policeman Salaries," prepared for The Cleveland Police Patrolman's Association, with H.S.R.

1986    "Report on Age Discrimination at The Martin-Marietta Company, St. Croix, The Virgin Islands," prepared for John Coon, with H.S.R.

     "Economist Report on Anti-Competitive Activities in The Bradford, Pennsylvania Market Place (the newspaper market)," prepared for Andrew Conner with H.S.R.

     "Report on the Earning Capacity of a Manager at Owen-Corning Fiberglass," prepared for Melvin Belli, with H.S.R.

     "The Valuation of Stock in a Closely Held Family Food Chain:  the Heinen Case," prepared for James Wilsman, with H.S.R.

1984    "Dependents Replacement Service Loss," prepared for: The Attorney General, State of Ohio, with H.S.R.

     "Report on Life-Time Earnings of a Convicted Felon," prepared for:  The Court of Claims: State of Ohio, with H.S.R.

     "Report of Sex Discrimination at Proctor and Gamble," prepared for:  The Womans Law Fund, with H.S.R.

     "Replacement Cost Services," prepared for:  Litigation Division of the District of Columbia, with H.S.R.

1984    "Economic Analysis of the Effect of Pollution," prepared for:  The City of Akron, Ohio, with H.S.R.

1983    "A Simulation Model of State Tax Revenue and Budgetary Position," prepared for:  Office of the Governor, State of Ohio, co-authored with H.S. Rosen and E.A. Weld.

     "Report on Economic Effect of Cardiac Catherization," prepared for Prince George's County Hospital, Prince George County, Maryland, with H.S.R.

     "The Economic Impact of a Regional Shopping Mall in Cape Girado, Missouri," prepared for Robert Manley, Cincinnati, Ohio, with H.S.R.

     "Survey of Subscriber Demographics," prepared for:  The Republic Steel Corporation, with H.S.R.

     "Employment Survey for Black Males in Dayton, Ohio, SMSA," prepared for:  The Cleveland Office of the EEOC, with H.S.R.

     "Employment and Tax Impact of In-state Pharmaceutical Purchases," submitted to:  State Teachers Retirement System, with H.S.R.

1982    "Report on Sex and Race Discrimination of the Goodyear Corporation," prepared for:  The Cleveland Office of the EEOC, with H.S.R.

April 2025

**Selected Reports:** (continued)

"Report on Age Discrimination of the American Motors Corporation," prepared for:  The Detroit Office of the EEOC, with H.S.R.

1981    "The Effect of Price Fixing in the Food Industry in Cleveland, Ohio - The Pick-N-Pay Case," prepared for:  The Ohio Public Interest Campaign, et.al., with H.S.R.

1980    "Report of Salaries, Fringe Benefits and Earnings of Ohio Prosecuting Attorneys," prepared for: The Ohio Prosecuting Attorney Association, Columbus, Ohio, with H.S.R.

"Report on Race Discrimination in Minneapolis, Minnesota:  The Humphrey Dome Project," prepared for:  The NAACP, with H.S.R.

"Attitudinal Survey of the Cleveland Clinic Foundation," prepared for:  The Cleveland Clinic Foundation, with H.S.R.

"Report of the City of Dayton, Ohio, on Wages, Fringe Benefits and Working Conditions for City Fire Fighters," prepared for:  The City of Dayton, Ohio, with H.S.R.

1979    "Report on Wage and Hour Discrimination at the Youngstown Sheet and Tube Company," prepared for:  U.S. Department of Labor, with H.S.R.

"Economic Impact Study of Buffalo Grove, Illinois," submitted to:  The Village of Buffalo Grove,  Illinois, with H.S.R.

1978    "Report on Hiring Practices in the Operating Engineers Union," prepared for:  Professor Alan Rubin, Cleveland State University, with H.S.R.

1978    "The Capacity of Cleveland Area Business to Support Charitable Contributions," prepared for: The United Torch Agency, with H.S.R.

"Ascertainment Study:  WUAB Television," submitted to:  The Federal Communication Commission, with H.S.R.

**Selected Cases:**

2022    OPIOIDS: County of Lake, Ohio v. Purdue Pharma, L.P., et al.,
County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.,
2021    Tennessee Rand, Inc. v. Gestamp Washtenaw, LLC, et al.
2019    Jennifer Mora, on behalf of herself and a proposed class of all similarly-situated persons v. VisionWorks of America, Ic.
2018    Spaulding vs The Republic of Iran, 1983 Bombing of the Marine Barracks in Lebanon.
2016    Thatcher vs Dupont Chemical Asbestos Subrogation Litigation
BP Utah UST Litigation
BP South Dakota UST Litigation BP South Carolina UST Litigation Indian Hill EVSD Litigation
2015    Goode vs American Water WVA Litigation
Otero vs Cook County Prisoner Litigation
2014    Country Wide (BOA) Mortgage Backed Security Litigation
Morgan Stanley Mortgage Backed Security Litigation
Goldman Sachs Mortgage Backed Security Litigation
Valero- UST Litigation
Duke Energy Utility Rebate Litigation

April 2025

**Selected Cases:** (continued)

2013   Dante Whitner Litigation
         Cincinnati Pressman vs Enquirer Litigation
         Credit Suisse Mortgage Backed Security Litigation
         Conoco Phillips UST Litigation- Colorado
2012   Uranie of France vs Achelor Mittral Litigation
2010   Westgate Ford Truck Litigation
2008   Mound SuperFund Real Estate Litigation
          Korey Stringer vs Minnesota Vikings Leadscope vs American Chemical Socie
2007   P&G Utah
         Comair Lexington KY Aircrash
         WR Grace Pension Fund Employee Litigation Tamaraz- Welding Rod Fumes
         MDL Litigation Rawls- West Virginia Water Litigation
         Penn Central Railroad Litigation
2006   Toshiba Notebook Cover Litigation Los Angeles Hatano, Makiko- Grand Canyon
         Helicopter Crash Interstate Diesel- Bosch
2005   STRS Medco Health Solutions Litigation
         Country Wide Home Loans Mortgage Release Litigation
2004   World Trade Center/Victims Compensation Fund Louisiana Smokers Litigation- Smoke
         Cessation Program UPS EV Set
2003   Worldwide Basketball/NCAA Litigation
         Lucent Ponder Litigation
         P&G/Amway Litigation Michigan Case Thomas Kinkade Media Arts Trademark Case International
         Paper Lamson Sessions Contract Case Dayton Power & Light Shareholder Litigation
2002   Kodak Employment Case
         State Alarm Litigation
2001   Sulzer Medica- Hip Implant Litigation
2000   American Home Products Phen-Fen
         Louisiana Smokers Litigation- Scott
1999   Bogalusa Chemical Release- Gaylord
         Phen-Fen Interneuron Corporation
1998   Ohio Valley Fireworks Litigation
         Firestone Insurance Claim
         Telectronics Corporation- Pacemaker J lead litigation
1997   The Pension Benefit Guaranty Corporation (Cincinnati) Acromed Orthopedic Bone Screw
         Tobacco Litigation Testimony
1996   The Protection Group (Toledo)
         Queen Village Pharmacy (Philadelphia)
1994   Pfizer Heart Valve Foreign Fracture Panel, Ernst & Young Age
         Discrimination Case
1993   Eagle Pitcher Bankruptcy
         Pfizer Heart Valve, US formula
         Mentor Corporation Breast Implant Litigation
          USAir 405 Crash
          USAir Beckley, West Virginia Crash

April 2025

**Selected Cases**: (continued)

1992    The BASF Explosion
           USAir Los Angeles Crash
1990     Stark County Toxic Landfill Case
           Miamisburg Train Derailment
1989     The Cincinnati Pipefitters Case
           The WD40 Cases
           The Lockerbie, Scotland Case - Pan Am Flight 103
1988     The DuPont Plaza Fire in San Juan, Puerto Rico
1987     The LTV Bankruptcy-Oglebay  Norton Case
           The May Company-Supermarket  Anti-Trust Case
           The Home State Savings and Loan Company Case
           The Fernald Nuclear Plant Case
1986     The Gander Cases - Arrow Air Disaster
1985     Air Canada Air Disaster
1984     The Dalkon Shield Case
           The Pan American Crash Disaster
           The Bendectin Case
           The Bhopal India Case
1983     The Thurman Munson Plane Crash
           The Hyatt Kansas City Balcony Collapse
           The Air Florida Plane Crash in Washington, D.C.
1982     The MGM Fire
1981     Asbestos Litigation (Johns - Manville)
           Pick-N-Pay Supermarket Anti-Trust Case (Cleveland & Lorain)
1980     The Beverly Hills Supper Club Fire
1979     The Sinking of The Edmund Fitzgerald
1975     The Kent State Cases
1973     The Thalidomide Cases

**Other Professional Activities**:

Reviewer for the Review of Social Economy, 1971 – 1981

**Entrepreneurial Experience**

1973- present I am a principal in Burke Rosen and Associates.  Harvey Rosen and I started this economic
           consulting firm specializing in litigation expert valuations and courtroom testimony.  We have provided
           evidence in thousands of different cases over the past 45 years drawing upon or experience and academic
           training as economists and careers as classroom educators.

1975- 1988- Harvey Rosen and I developed several new businesses. We developed, built and operated a chain of
           racquetball clubs, "Harvey's Wallbanger" in Cleveland, Elyria and Columbus Ohio. We started and Operated
           Public Data Systems which provided statistical analysis, polling data, and mailing services to political
           candidates.  We developed software in the pre-personal computer era to provide direct mail services to political
           candidates.  We were the first in Ohio to computerize all county Boards of Elections in Ohio that were on
           computer at that time. We also created computer tapes for other counties in Ohio not on computer from voter
           poll books. The voter lists were married to telephone numbers throughout the State. Our tapes were also sold to
           and used by the U.S. Senate office of Senator Metzenbaum, to direct mail his constituents
           in the State of Ohio. We started "Voicebank" a company that provided voicemail services to persons and
           businesses prior to its widespread availability by phone company providers.

Dr. Burke
Depo Testimony List

| Date | Depo | Test | Our File | Location/Judge | Caption | Case Number |
|------|------|------|----------|----------------|---------|-------------|
| 8/12/2025 | X | | Squire/Goins | Franklin  County Ohio /Judge Aveni | Goins v YMCA Central Ohio | 21 CV002468 |
| 7/31/2025 | | X | O'Brian/Redding | US Dist Court, Northern Dist Ohio/JudgeOliver | Redding v | |
| 7/22/2025 | | X | Torr/Nauffal | Cuyahoga County Ohio /Judge Russo | Nauffal v Cleveland Clinic | CV-22-964111 |
| 7/10/2025 | X | | Fink/AXA | US Dist Court, Northern Dist Ohio/Judge Ruiz | Med Mutual Ohio v AXA Assistance & Aetna Insurance | 1:22-cv-01313-DAR |
| 6/20/2025 | X | | Hayes/Bogle | Franklin County Ohio /JudgeNoble | Bogle v VanFossen, et al. | |
| 6/19/2025 | X | | Morrison/Osborn | Portage County Ohio /Judge Doherty | Osborne v United Parcel Service | 2023 CV 00945 |
| 6/2/2025 | X | | Roberts/Garza | Cuyahoga County Ohio /Judge Gallagher | Garza v UH Hospital Health | CV 24 990941 |
| 5/30/2025 | X | | Walters /Beck Industries | US Dist Court, Northern Dist Ohio/Judge Nugent | Beck Industries v Ford Motor | 1:24-cv-00669 |
| 5/13/2025 | X | | Loucas/Reilly | Cuyahoga County Ohio /Judge | Reilly v Cleveland Clinic | CV 22 970915 |
| 4/2/2025 | X | | Kremer/Adams | Cuyahoga County Ohio /Judge Turner | Adams v Cleveland Clinic | CV-20-932414 |
| 2/20/2025 | X | | Mellino/Healy | Cuyahoga County Ohio /Judge Kilbane | Healy v Cleveland Clinic, et. al. | CV 23 983355 |
| 1/20/2025 | X | | Ryan/Jones | US Dist Court, Northern Dist Ohio/Judge Fleming | Jones v Dicks Sporting Goods | 1:24-cv-00619-CEF-RJS |
| 1/15/2025 | X | | Gibson/ Gressle | Hamilton County Ohio /Judge Branch | Gressle v Mercy Health | A2304786 |
| 12/19/2024 | X | | Lewis Bordner | Summit County Ohio /Judge Rowlands | Bordner v Aultman Hospital | CV 2023 05 1442 |
| 12/13/2024 | X | | Cutt/Holtkamp | 7th Judicial District Grand Cnty Utah/Judge Torgerson | Holtkamp v Valley Health er al. | 230700039 |
| 11/25/2024 | X | | McKenna/Diaz | Cook County Illinois County  Law Division/ | Messiah Diaz v Univ Chicago Medical Center | . 22 L 6684 |
| 10/24/2024 | | X | Hawal/Dunlap | Richland County Ohio / Judge Robinson | Dunlap v Ontario Vein Center et al. | 22-CV-598 |
| 10/22/2024 | X | | Bashein/Urbansky | Cuyahoga County Ohio /Judge Kelley | Urbansky v Ilander Bar & Grille | CV-23-977823 |
| 9/10/2024 | X | | Pierce/Vakinova | Circuit Court Dupage County Ilinois/Judge Barron | Vaklinova v LaFollett | 2018  L 1342 |
| 7/23/2024 | X | | Squire/Meshel/Allison | Mahoning County Ohio /Judge Donofrio | Barry Allison fka Meshel | 22CV2282 |
| 7/16/2024 | X | | Gerken/Alford | LucasCounty Ohio / Judge Lori | Alford v Phillippi | G4801-CI--20230101583-000 |
| 7/10/2024 | x | | Connel/Clayton | Franklin  County Ohio /Judge Cocroft | Clayton v Ohio Health | 20CV006140 |
| 6/12/2024 | X | | Shaw/Goldstein | US Dist Court, Southern Dist Ohio | Traci Shaw v. Richard Wozniak, et al. | 2:23-cv-942 |
| 5/30/2024 | X | | Hawal/Dunlap | Richland County Ohio / Judge Robinson | Dunlap v Ontario Vein Center et al. | 22-CV-598 |
| 5/29/2024 | X | | Sweeney/Beebe | Summit County Ohio / | Beebe v Neurorestorative et al | CV-2022-07-2284 |
| 5/10/2024 | X | | Wulliger/Paragon | Cuyahoga County Ohio /Judge Clancy | Paragon Data Systems v Cintas Corporation | CV-22-969925 |
| 5/8/2024 | X | | Terbrack/Kopp Development | US Dist Court, Northern Dist Ohio | Kopp Development v Metrasens Inc | 1:21-cv-01216-PAB |
| 4/25/2024 | | X | Lewis/Remali | Cuyahoga County Ohio /Judge Saffold | Remali v Univ Hospital  Elyria | CV22 962868 |
| 4/24/2024 | | X | Pierce/Pierce | Cook County Illinois County  Law Division/ | Chicago Trust Estate of Craig Pierce | 2021 L 007988 |
| 3/15/2024 | X | | Wantz/Hinton-Johnson | Lorain  County Ohio /Judge Miraldi | Johnson v Dalton | 22 CV 206860 |
| 3/5/2024 | X | | Cortese/Radomski | Circuit Court of Cook County Illinois | Radomski v American Airlines et al | 2021 L 5846 |
| 3/1/2024 | X | | Lewis/Remali | Cuyahoga County Ohio /Judge Saffold | Remali v Univ Hospital  Elyria | CV22 962868 |
| 2/28/2024 | | X | Scott/Assault Cases | Fairfield  County Ohio /Judge Berens | Jane Doe 1-4 v Natural Remidies Massage | 21-CV-260 |
| 1/25/2024 | X | | George/Miller William John | American Arbitration Association | William John Miller v Cintas Corporation | 01-22-0004-6388 |

Dr. Burke
Depo Testimony List

| Date | | | Attorney | Court/Judge | Case | Case No. |
|------|---|---|----------|-------------|------|----------|
| 1/11/2024 | | X | Potter/Zala | Lake County Ohio /Judge | Zala v Eppig, M.D. | 19  CV 001929 |
| 1/9/2023 | X | | Mays/Barens | US Dist Court, Northern Dist Ohio/Judge Barker | Barens v Parma School District | 1:22-cv-00103 |
| 1/4/2024 | X | | Pierce/Pierce | Cook County Illinois County  Law Division/ | Chicago Trust Estate of Craig Pierce | 2021 L 007988 |
| 12/7/2023 | X | | Burnside/Richardson | Will County Illinois/ Judge Rickmon | Hosptial, et. al. | 2021L000172 |
| 12/4/2023 | | X | Kampinski/Havasi | Cuyahoga County Ohio /Judge McConnell | Havasi v Kimberely Kraus, et al | CV-20-934601 |
| 10/11/2023 | | X | Bossin/Godby | Hamilton County Ohio /Judge Flottman | Godby v Godby | DR2200334 |
| 9/20/2023 | X | | Loucas/Flanan | Cuyahoga County Ohio /Judge Santoli | Flanigan v Southwest General Health | CV-21-946471 |
| 8/29/2023 | X | | Headley/Rager | Circuit Court Jackson County WV/Judge Dyer | Rager v Community Health Association | CC-18-2022-C-5 |
| 8/16/2023 | | X | Lockhart/Mankowski | Medina County Ohio /Judge Kimbler | Lockhart v Kontak, M.D. | 20CIV0530 |
| 7/11/2023 | X | | Patrick/Lewis | OHIO/ JUDGE JOHN DURKIN | Administratrix of the Estate of Brian | 2021 CV 00471 |
| 5/25/2023 | | X | Hance/Kampinski | Judge Emily Hagan | Eloise L Hance ET AL vs. Cleveland Clinic | CV-20-929034 |
| 5/9/2023 | X | | Disilvio/Decoy | Mahoning County Ohio /Judge Durkin | Decoy v Anna West MD | 2021 CV 00708 |
| 4/18/2023 | X | | Kushner/Kaufman Estate | Cuyahoga County Ohio /Judge Miday | Kaufman v Kaufman, et al | CV-17-884086 |
| 3/28/2023 | | X | McNamara/Goss | Summit County Ohio /Judge McLaughlin | Goss, et al v Jeffrey Eckman, MD, et al. | CV 2020 03 1177 |
| 3/24/2023 | X | | Smola/Bittle | Circuit Court of Cook County Illinois | Bittle v Advocate Good Shepherd Hospital | 2019 L007994 |
| 3/7/2023 | X | | Culbertson/McKinney | Cuyahoga County Ohio /Judge Bell | McKinney v Cleveland Clinic | CV 20 931660 |
| 2/23/2023 | X | | Torr/Nauffal | Cuyahoga County Ohio /Judge Russo | Nauffal v Cleveland Clinic | CV-22-964111 |
| 2/13/2023 | X | | Desilvio/ Craig | Cuyahoga County Ohio /JudgeVodrey | Craig v Azem, M.D. et al | CV 20 935116 |
| 1/31/2023 | | X | Snead/Williams | Montgomery County Ohio /Judge O'Connell | Williams v Dayton City Schools | 2019 CV 04499 |
| 1/9/2023 | | X | Sweeney/Goins | Mahoning County Ohio /Judge Durkin | Goins v Tite Aid Ohio et al | 2021 CV 00291 |
| 12/15/2022 | X | | Phillips/Ferguson, Kenneth | Circuit Court of Cook County Illinois | Ferguson v Elmhurst Hospital et al | 19 L 001735 |
| 12/12/2022 | X | | McKenna/Fasciano | Circuit Court of Cook County Illinois | Fasciano v Northshore University Health Sys | 2021 L011878 |
| 11/15/2022 | X | | Williams-Young/Coykendall | Lucas County Ohio /Judge McNamara | Coykendall v Lima Refining Company | G-4801-Cl-0202203766 |
| 10/5/2022 | X | | Sweeney/Thurston | Cuyahoga County Ohio /Judge Sutula | Thurston v Cleveland Clinic | CV 20 940816 |
| 9/29/2022 | | X | Roberts/Roberts | Court of Claims Ohio | Center | 2020-00717JD |
| 9/23/2022 | | X | Torr/Sollars | Cuyahoga County Ohio /Judge Synenberg | Sollars v Perk Company et al | CV-19-926993 |
| 9/14/2022 | X | | Petersen/Hoeptner | Summit County Ohio /Judge Jones | Hoeptner v Vacha | CV-2021-05-1493 |
| 9/7/2022 | X | | Griebling/Cress | US Dist Court, Northern Dist Ohio/Judge Boyko | Cress v Motion Industries | 1:21-cv-00985 |
| 9/1/2022 | | X | Albert/Gamaccini | Summit County Ohio /Judge Oldfield | Gambiccini v Summa Health System | CV2019-09-3539 |
| 8/31/2022 | X | | Sweeny/Evans | US Dist Court, Northern Dist Ohio/Judge Nugent | Joseph Evans (Hider) v USA | 1:21-cv-00159 |
| 8/18/2022 | | X | Brannon/Dominique | Montgomery County Ohio /Judge Wiseman | Dominique v Good Samaritan Hospital et al | 2016-CV-03623 |
| 8/15/2022 | X | | Albert/Gamaccini | Summit County Ohio /Judge Oldfield | Gambiccini v Summa Health System | CV2019-09-3539 |
| 8/8/2022 | | X | Sheehan/Warren | Ditrict of Hawaii/ Judge Seabright | Warren v United States et al/ Stipulated | 1:19-cv-00232-JMS-WRP |
| 8/5/2022 | X | | Fitkis/Coburn | Southern District of Ohio Eastern Division/Judge Sargis | Baugus/Estate of MichaelCoburn v Newsome | 2:20-cv-04900 |
| 7/11/2022 | X | | Ryan\Curtis | Cuyahoga County Ohio /Judge Saffold | Curtis v Cleveland Clinic, et al. | CV-21-943925 |
| 6/7/2022 | X | | Cooper/Brake | Franklyn County Ohio /Judge Sheeran/Magis Van Schoyck | Brake v Ohio State University Medical Ctr | 2020-00389JD |

2

Dr. Burke
Depo Testimony List

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/25/2022 | | X | Landsdowne/Gauagenti | Allen County Ohio /Judge Reed | Guagenti v Bobcat of Lima, et al | CV 2021 0018 |
| 5/23/2022 | X | | McKenna\Wilson | Circuit Court Cook County Illinois/ Judge O'Hara | Wilson v Ingalls Memorial Hospital, et al. | 2019 L 012588 |
| 5/12/2022 | | X | OPIOID LAKE TRUMBULL | | Lake 18-op-45032 Trumbull 18-op-45079 | Case 1:17-md-2804 |
| 4/28/2022 | X | | McNamara/Bugh | Ohio Court of Claims, Judge Van Schoyck | Bugh v Ohio Dept of Rehab and Correction | 2016-00387JD |
| 4/21/2022 | | X | Higgins/Rigo | Cuyahoga County Ohio /Judge Turner | Rigo v Liberty Mutual et al | CV-19-909749 |
| 4/15/2022 | X | | Morrison/Henze | Summit County Ohio /Judge Croce | Henze v University Hospital Medical Group | 2020-CV-2826 |
| 3/29/2022 | X | | Kampinsky/Smarr | Lorain County Ohio /Judge Rothgery | Smarr v El-Atassi, M.D. et al | 20CV200969 |
| 3/24/2022 | X | | Ryan/Tuggle | Cuyahoga County Ohio /Judge Gallgher | Tuggle v Fairview Hospital, et al | CV20 928123 |
| 3/15/2022 | X | | Kolach | Cuyahoga County Ohio /Judge Brian Corrigan | Kolach v Southwest General Health Center | CV-20-936180 |
| 3/14/2022 | | X | Ryan/Gadelsayed | Cuyahoga County Ohio /Judge O'Donnell | Gadelsayed v Frost | CV-19-917481 |
| 2/15/2022 | X | | OPIOID LAKE TRUMBULL | US Dist Court, Northern Dist Ohio/Judge Polster | Lake 18-op-45032 Trumbull 18-op-45079 | Case 1:17-md-2804 |
| 2/14/2022 | X | | Zeiger/Barrett | Franklin County Ohio /Judge Holbrook | Barrett v Waggenbrenner Development | 20-CV-005815 |
| 2/11/2022 | X | | Torr/Arrendale | Stark County Ohio /Judge Hartnett | Arrendale v Mercy Medical Center | 2020-CV-01326 |
| 2/4/2022 | X | | Fogarty/Tennessee Rand | US Dist Court, Northern Dist Ohio/Judge Oliver | Tennessee Rand v Gestamp Washtenaw | 1:20-cv-02433 |
| 1/27/2022 | | X | Adkinson/Hild (Boldman) | Montgomery County Ohio /Judge Parker | Hild v Good Samaritan Hospital | 2018 CV 5710 |
| 1/27/2022 | X | | Torr/Gelhausen | Cuyahoga County Ohio /Judge Robert Bell | Gelhausen v Waste Management, et al | CV 19 922834 |
| 1/14/2022 | X | | Manley/Green | Circuit Court Baltimore County Maryland/ | Green v Franklyn Square Hospital, | C-03-CV-20-001284 |
| 1/12/2022 | | X | Casey/Hopkins | Montgomery County Ohio /Judge Wiseman | Hopkins v Premier Health Specialists, et al | 2019 CV 02345 |
| 1/3/2022 | X | | MCKenna/Johnson | Cook County Illinois County  Law Division/ Calandar D | Johnson v Metro South Medical Center | 17 L 6940 |
| 12/22/2021 | X | | Mankowski/Lockhart | Medina County Ohio /Judge Kimbler | Lockhart v Kontak, M.D. | 20CIV0530 |
| 12/21/2021 | X | | Desilvio/ Shadle | Lorain County Ohio /Judge Betleski | Estate of Joshua Shadle v | 20 CV 201076 |
| 12/20/2021 | X | | Casey, James S./Hopkins | Montgomery County Ohio /Judge Wiseman | Hopkins v Premier Health Specialists, et al | 2019 CV 02345 |
| 12/16/2021 | X | | Hawal/Stevens | Lake County Ohio /Judge John O'Donnell | Jeffrey Stevens, from Joyce Stevens v West Medical Ctr, et al | 20CV001323 |
| 12/15/2021 | X | | Dugino/shenton | US Dist Court, District of Columbia | Shenton v Potomac Electric Co, et al | 1:19-CV-0426 |
| 12/1/2021 | X | | Kampinsky/Havasi | Cuyahoga County Ohio /JudgeNancy McDonnell | Havasi v Krause, M.D., et al | CV 20 934601 |
| 11/10/2021 | X | | Fogarty/Tennessee Rand | US Dist Court, Northern Dist Ohio/Judge Oliver | Tennessee Rand v Gestamp Washtenaw | 1:20-cv-02433 |
| 10/21/2021 | X | X | Hawal/Thomas | Hamilton County Ohio /Judge Allen | Richard Thomas, Minor v Carol Choi, MD | A 1900508 |
| 10/1/2021 | X | | Gross/ Smith | Summit County Ohio /Judge Baker-Ross | Smith v City of Stow et al | cv 2020-02-0518 |
| 9/27/2021 | | X | Skall/Dailey | Cuyahoga County Ohio /Judge Shaughnesy | Pamela Dailey v Cleve Clinic Fnd | CV 18-907493 |
| 9/22/2021 | | X | Hawal/Pipatjarasgit | Lucas County Common Pleas/ Judge  Jennings | Pipatjarasgit v Szepiela MD | CI-201902665-000 |
| 9/8/2021 | X | | Sheean/Simpson | Circuit Court First Circuit State of Hawaii/Judge Crabtree | | 17-1-1503-09 JPC |
| 9/1/2021 | X | | Phillips/Koziel | | | |
| 8/12/2021 | X | | Hawal/Woodburn | Franklin County Ohio /Judge Blunt | Woodburn v Fairfield Medical Center | 18-CV-4239 |
| 7/22/2021 | X | | McNamara/Goss | Summit County Ohio /Judge McLaughlin | Goss, et al v Jeffrey Eckman, MD, et al. | CV 2020 03 1177 |
| 6/11/2021 | X | | Guerney/Wilson | Cuyahoga County Ohio /Judge Corrigan | Wilson v Crystal Clinic | CV 2019 05 1991 |
| 6/8/2021 | | X | Manley/Kerrigan | Circuit Court Talbot County Maryland/ Judge Kehoe | Kerrigan v Univ of Maryland Med Sys, et al | 20-c-15-009225 |
| 6/2/2021 | X | | Roller/Hughes | Cuyahoga County Ohio /Judge Corrigan | Hughs v Hartman | CV-20-932750 |
| 5/27/2021 | X | | Skall/Wojcehowicz | US Dist Court, Northern Dist Ohio/Judge Gwin/Magis Ruiz | Wojcehowicz v United States of America | 1:19-CV-02947 |