

EXHIBIT 14

```
 1   isn't that correct?
 2        A.   He did that.  That is not mitigation.
 3        Q.   Why isn't that mitigation?
 4        A.   It's an offset, comparing one number to
 5   another.  He did not -- he, Dr. Burke, did not analyze
 6   what, if any, Mr. McHugh did to search the labor market
 7   for a position in the banking sector or in any other
 8   sector at any level.  He simply didn't do that work.
 9             So I don't believe that Dr. Burke can -- and
10   I'll repeat it -- authoritatively opine about mitigation
11   in this matter.  Doing a calculation of what somebody
12   received going to another position somewhere else is not
13   a mitigation analysis.
14        Q.   What is your understanding of the mitigation
15   efforts that Mr. McHugh took on in this particular case?
16        A.   I don't know what they are because I do not
17   recall having information about that.  That's a question
18   for Mr. McHugh, or Dr. Burke, for that matter.
19        Q.   Were you provided with a copy of Mr. McHugh's
20   deposition?  You indicated you were.
21        A.   I was.
22        Q.   Did you review any of that testimony regarding
23   any of his mitigation efforts?
24        A.   I think that I did, but my report is not about
25   him.  It is a rebuttal report to Dr. Burke, and it's
```

Case: 1:21-cv-00238-MRB Doc #: 92-10 Filed: 12/10/25 Page: 2 of 5  PAGEID #: 4333

Deposition of David Lewin, Ph.D.                    Philip R. McHugh v. Fifth Third Bancorp, et al.

```
 1   Dr. Burke who limits what he says about mitigation to
 2   saying oh, this is what Mr. McHugh earned when he went
 3   to this other organization, a non-profit organization.
 4   I don't consider that a mitigation analysis.
 5       Q.   Well, if that is the best job that Mr. McHugh
 6   was able to obtain regarding after reasonable mitigation
 7   efforts, then that would be a proper calculation of his
 8   mitigation; isn't that correct?
 9       A.   But I don't believe that Dr. Burke, as an
10   expert, has sufficiently analyzed the mitigation.  That
11   is the point that I'm making here.
12       Q.   But if the facts properly support that that is
13   the total mitigation and reasonable mitigation that
14   Mr. McHugh is able to obtain, then those calculations
15   are correct; isn't that right?
16       A.   I'm not arguing the calculation.  I'm arguing
17   about the assumption that Dr. Burke has made here, and I
18   will repeat that answer if you'd like, but that is my
19   critique of this particular assumption.
20       Q.   Well, let me rephrase my question then.
21            The assumption is correct if Mr. McHugh's
22   mitigation efforts were reasonable and the best job he
23   was able to obtain was the employment with CISE?
24       A.   I am not opining about reasonableness.  I'm
25   not opining about best job or not best job.  I'm simply
```

1  opining about what I believe is the assumption that
2  Dr. Burke made here.
3       Q.   You have an understanding of what Mr. McHugh's
4  obligation was with respect to mitigation?
5       A.   Mr. McHugh --
6            MR. CIOFFI:  Object to the form of the
7       question.
8            THE WITNESS:  Mr. McHugh's obligation?  I
9       don't understand your question.
10 BY MR. SABA:
11      Q.   Okay.  What is your understanding of what
12 "mitigation" means?
13      A.   I thought I answered this before, and I
14 defined it in the -- in my report.  And, for example,
15 discussed the well-known concepts of labor economics of
16 extensive and intensive margins of search.
17           It refers to have you looked for another
18 position or positions?  How extensively did you look?
19 For how long did you look?  What particular steps did
20 you take to look?  If you're an executive, did you
21 retain a search firm or a headhunter?  And you could do
22 that extensively, geographically, or you could do it
23 intensively in a local or regional labor market.
24           Those are the analytical underpinnings of
25 mitigation, okay?  And as I point out in that number 5

Case: 1:21-cv-00238-MRB Doc #: 92-10 Filed: 12/10/25 Page: 4 of 5  PAGEID #: 4335

Deposition of David Lewin, Ph.D.                                    Philip R. McHugh v. Fifth Third Bancorp, et al.

```
 1  that you read, there's nothing that Dr. Burke did that
 2  even approached the kind of mitigation analysis I just
 3  described to you.
 4       Q.   As you sit here today, are you able to say how
 5  Mr. McHugh looked for additional employment?
 6       A.   I am not.
 7       Q.   Are you able to say how extensively he looked?
 8       A.   I am not.
 9       Q.   Are you able to say whether or not he retained
10  a headhunter or recruiter to help him look?
11       A.   I am not.  I'm not commenting on Mr. McHugh.
12       Q.   Are you commenting upon whether or not
13  Mr. McHugh's employment with CISE was the best
14  employment he was able to obtain?
15       A.   Same answer, I'm not commenting on Mr. McHugh.
16       Q.   As you sit here today, you can't say whether
17  or not Mr. McHugh properly mitigated his damages, can
18  you?
19            MR. CIOFFI:  Objection to the form of the
20       question.  He's already answered it.
21            THE WITNESS:  I'm not commenting on
22       Mr. McHugh's mitigation efforts or lack thereof.
23  BY MR. SABA:
24       Q.   Okay.  So you can't give an opinion one way or
25  another regarding that; is that right?
```

Case: 1:21-cv-00238-MRB Doc #: 92-10 Filed: 12/10/25 Page: 5 of 5 PAGEID #: 4336

Deposition of David Lewin, Ph.D.                  Philip R. McHugh v. Fifth Third Bancorp, et al.

1     A.    I am giving you my opinions as a rebuttal
2  expert to Dr. Burke.
3     Q.    Okay.
4     A.    That is correct.
5     Q.    Okay.  But you're not giving an opinion as to
6  whether or not Mr. McHugh properly mitigated his
7  damages, correct?
8           MR. CIOFFI:  Counsel, asked and answered.  You
9     don't have to keep repeating your questions three
10    or four times.
11          THE WITNESS:  I haven't given that opinion and
12    I don't intend to.
13 BY MR. SABA:
14    Q.    The next assumption that's listed there on
15 page 7 under paragraph 18 is, "It is appropriate to
16 calculate present value of Mr. McHugh's economic losses
17 by applying a tiered discount rate structure based on
18 daily treasury real yield curve rates as of September
19 20, 2025"; is that correct?
20    A.    You've read it correctly, yes.
21    Q.    Okay.  And are you aware that during
22 Dr. Burke's deposition, he indicated that the
23 September 20 of 2025 date was a typo and the rate he
24 actually provided was from July 2025?
25    A.    I believe I heard that recently because I