**Privilege Log of November 4, 2025 Production**

| Bates Number | Nature of Redacted Communication | Basis for Redaction |
|---|---|---|
| MCHUGH_001855 | E-mail from Plaintiff to himself following a search of his e-mail account. | Fed. R. Civ. P. 26(b)(3)(A) – documents and tangible things that are prepared in anticipated of litigation or for trial by or for another party or its representative (including the other party's attorney, consultant, surety, indemnitor, insurer, or agent). |
| MCHUGH_001856 | E-mail from Plaintiff to himself following a search of his e-mail account. | Fed. R. Civ. P. 26(b)(3)(A) – documents and tangible things that are prepared in anticipated of litigation or for trial by or for another party or its representative (including the other party's attorney, consultant, surety, indemnitor, insurer, or agent). |
| MCHUGH_001858 | E-mail from Plaintiff to himself following a search of his e-mail account | Fed. R. Civ. P. 26(b)(3)(A) – documents and tangible things that are prepared in anticipated of litigation or for trial by or for another party or its representative (including the other party's attorney, consultant, surety, indemnitor, insurer, or agent). |
| MCHUGH_001862 | E-mail forwarded from Plaintiff to himself following a search of his e-mail account | Fed. R. Civ. P. 26(b)(3)(A) – documents and tangible things that are prepared in anticipated of litigation or for trial by or for another party or its representative (including the other party's attorney, consultant, surety, indemnitor, insurer, or agent). |
| MCHUGH_001864 | E-mail forwarded from Plaintiff to himself following a search of his e-mail account | Fed. R. Civ. P. 26(b)(3)(A) – documents and tangible things that are prepared in anticipated of litigation or for trial by or for another party or its representative (including the other party's attorney, consultant, surety, indemnitor, insurer, or agent). |
| MCHUGH_001865 | E-mail forwarded from Plaintiff to himself following a search of his e-mail account | Fed. R. Civ. P. 26(b)(3)(A) – documents and tangible things that are prepared in anticipated of litigation or for trial by or for another party or its representative (including the other party's attorney, consultant, surety, indemnitor, insurer, or agent). |