UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PHILIP R. MCHUGH,** | : | |
| | : | Case No. 1:21-cv-00238 |
| Plaintiff, | : | |
| | : | Judge Michael R. Barrett |
| v. | : | |
| | : | |
| **FIFTH THIRD BANCORP, ET AL.** | : | DECLARATION OF JOSHUA M. |
| | : | SMITH, ESQ. IN SUPPORT OF |
| Defendants. | : | PLAINTIFF'S MEMORANDUM IN |
| | : | OPPOSITION TO DEFENDANTS' |
| | : | MOTION FOR ORDER REQUIRING |
| | : | PLAINTIFF TO BEAR COSTS OF IN |
| | : | CAMERA SUBMISSION AND ANY |
| | : | RESULTING EXPERT DISCOVERY |

I, Joshua M. Smith, Esq., hereby certify pursuant to 28 U.S.C. § 1746 that the statements set forth below are true and correct to the best of my knowledge, information, and belief:

1. I have personal knowledge of the information presented herein.

2. **Exhibit 1** is a true and accurate copy of copy of an e-mail exchange between Plaintiff's counsel and Defendants' counsel, dated September 25, 2025 – October 28, 2025.

3. **Exhibit 2** is a true and accurate copy of Plaintiff's Targeted Requests for Production of Documents to Defendants Pertaining to Identified Experts, dated October 28, 2025.

4. **Exhibit 3** is a true and accurate copy of Plaintiff's First Set of Requests for Admission and Interrogatories and Second Set of Requests for Production of Documents, including Request for Production of Documents No. 25 (expert witness communications), dated September 27, 2021.

5. **Exhibit 4** is a true and accurate copy of e-mail correspondence sent by Plaintiff's counsel to Judge Barrett's Chambers, dated October 28, 2025.

6. **Exhibit 5** is a true and accurate copy of an e-mail exchange between Plaintiff's counsel and Defendants' counsel, dated October 31, 2025.

7. **Exhibit 6** is a true and accurate copy of e-mail correspondence sent by Defendants' counsel to Judge Barrett's Chambers, dated November 11, 2025.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

_____
Joshua M. Smith, Esq.

Dated: 1/6/26