**EXHIBIT 3**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **PHILIP R. MCHUGH,** | : | Case No. 1:21-cv-00238 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | **PLAINTIFF'S FIRST SET OF** |
| **FIFTH THIRD BANCORP,** *et al.*, | : | **REQUESTS FOR ADMISSION AND** |
| | : | **INTERROGATORIES,** |
| Defendants. | : | |
| | : | **AND** |
| | : | |
| | : | **SECOND SET OF REQUESTS FOR** |
| | : | **PRODUCTION OF DOCUMENTS** |

Pursuant to Rules 26, 33, 34 and 36 of the Federal Rules of Civil Procedure, Plaintiff Philip R. McHugh ("Plaintiff") hereby submits his First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents Directed to Defendants Fifth Third Bancorp, Fifth Third Bank N.A., and Gregory Carmichael (collectively, "Defendants"). Plaintiff respectfully requests that Defendant provide responses to the offices of Stagnaro, Saba & Patterson Co., LPA, 2623 Erie Avenue, Cincinnati, Ohio 45208, within thirty (30) days of the service of these Requests.

Each of the following Requests for Admission, Interrogatories and Requests for the Production of Documents shall be deemed continuing and Defendant is requested, pursuant to Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure, to provide, by way of supplementary answers thereto, such additional information as may hereafter be obtained by the Defendant or persons acting on its behalf.

## INSTRUCTIONS AND DEFINITIONS

1. These discovery requests must be answered in accordance with the requirements in and policies of Civ.R. 1, Civ.R. 11, Civ.R. 26 through 37, and any other applicable laws or rules. These

24. All documents you intend to introduce or may introduce at the trial, arbitration, or other hearing of this matter, or during any deposition.

**RESPONSE:**

25. All expert witness reports, evaluations, or other communications from any expert witness that you may call at trial or otherwise rely upon for purposes of this litigation.

    **RESPONSE:**

    Respectfully submitted,

    /s/ John J. McHugh, III
    John J. McHugh, III
    McHUGH & McCARTHY, LTD
    5580 Monroe Street
    Sylvania, Ohio 43560
    (419) 885-3597
    (419) 885-3861 (fax)
    **Co-Counsel for Plaintiff Philip R. McHugh**

    /s/ Joshua M. Smith
    Peter A. Saba (0055535)
    Joshua M. Smith (0092360)
    STAGNARO, SABA
    & PATTERSON CO., LPA
    2623 Erie Avenue
    Cincinnati, Ohio 45208
    (513) 533-2701
    (513) 533-2733 (fax)
    pas@sspfirm.com
    jms@sspfirm.com
    **Co-Counsel for Plaintiff Philip R. McHugh**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certified that a copy of the foregoing was served on Michael L., Cioffi, David J. Oberly, and Thomas H. Stewart of Blank Rome, LLP, on this 27th day of September, 2021 via ordinary and/or electronic mail.

                 /s/ Joshua M. Smith
                 Joshua M. Smith (0092360)