EXHIBIT 5

**Bailey E. Sharpe, Esq.**

**From:** Joshua M. Smith, Esq.
**Sent:** Friday, October 31, 2025 2:03 PM
**To:** DeBeer, Jeffrey; Hart, Collin; Peter A. Saba, Esq.; John J. McHugh III
**Cc:** Cioffi, Michael L.; Bailey E. Sharpe, Esq.; Leighton E. Heiner
**Subject:** RE: McHugh v FTB -- Lewin Deposition

Jeff:

We have a pending discovery dispute over documents requested for Dr. Lyter's deposition. All I'm asking is whether you'll agree to go forward on Tuesday while continuing the deposition in progress pending the court's resolution of that dispute. That would help us assess whether we go forward or re-iterate our request for an extension of the cutoff to obtain the documents, resolve disputes, and then take the deposition (obviously we know your position on that). I realize you think the deposition can't happen later if it doesn't go forward on Tuesday, but if the court disagrees with your position then it will.

Based upon your refusal to answer I guess I can presume the answer is no, but it's really odd that you won't even answer that simple question.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com







This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

---

**From:** DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>
**Sent:** Friday, October 31, 2025 1:47 PM
**To:** Joshua M. Smith, Esq. <jms@sspfirm.com>; Hart, Collin <collin.hart@blankrome.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>
**Cc:** Cioffi, Michael L. <michael.cioffi@blankrome.com>; Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Leighton E. Heiner <leh@sspfirm.com>
**Subject:** RE: McHugh v FTB -- Lewin Deposition

Josh,

It would be helpful if you could tell us if you're going to depose Dr. Lewin by the expert discovery deadline, or if you're going to let the deadline lapse. It is a simple question that you keep answering with questions.

Since you've not cancelled the deposition, we will plan to go forward on Tuesday.

Jeff

---

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Friday, October 31, 2025 1:17 PM
**To:** DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>
**Cc:** Cioffi, Michael L. <michael.cioffi@blankrome.com>; Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Leighton E. Heiner <leh@sspfirm.com>
**Subject:** RE: McHugh v FTB -- Lewin Deposition

Jeff,

It would be helpful if you could just tell us whether you'll stipulate or not and we can confirm from there whether we are going forward on Tuesday.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com







This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

---

**From:** DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>
**Sent:** Friday, October 31, 2025 1:02 PM
**To:** Joshua M. Smith, Esq. <jms@sspfirm.com>; Hart, Collin <collin.hart@blankrome.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>
**Cc:** Cioffi, Michael L. <michael.cioffi@blankrome.com>
**Subject:** RE: McHugh v FTB -- Lewin Deposition

Josh,

The question is whether you're taking Dr. Lewin's deposition by the discovery deadline or not. Are you?

Jeff

---

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Friday, October 31, 2025 12:47 PM
**To:** DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>
**Cc:** Cioffi, Michael L. <michael.cioffi@blankrome.com>
**Subject:** RE: McHugh v FTB -- Lewin Deposition

Jeff:

Is your answer yes or no as to continuing in progress pending the court's resolution of the discovery dispute?

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com







This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

---

**From:** DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>
**Sent:** Friday, October 31, 2025 12:45 PM
**To:** Joshua M. Smith, Esq. <jms@sspfirm.com>; Hart, Collin <collin.hart@blankrome.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>
**Cc:** Cioffi, Michael L. <michael.cioffi@blankrome.com>
**Subject:** RE: McHugh v FTB -- Lewin Deposition

Josh,

Nov. 4 is the only day we are all available for Dr. Lewin's deposition before the Nov. 4 discovery cutoff. If you unilaterally cancel the deposition based on your untimely document requests, then you will forfeit your opportunity to take this deposition. Judge Barrett's standing orders specifically state, "**NEITHER COUNSEL NOR THE PARTIES SHALL PRESUME THAT A PENDING MOTION RELIEVES THEM OF THEIR OBLIGATION TO CONDUCT DISCOVERY WITHIN THE DEADLINES SET FORTH BY THE CASE SCHEDULE.**" Please confirm that we are going forward on Tuesday.

Jeff

---

**From:** Joshua M. Smith, Esq. <jms@sspfirm.com>
**Sent:** Friday, October 31, 2025 11:33 AM
**To:** Hart, Collin <collin.hart@blankrome.com>; Peter A. Saba, Esq. <PAS@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>
**Cc:** Cioffi, Michael L. <michael.cioffi@blankrome.com>; DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>
**Subject:** RE: McHugh v FTB -- Lewin Deposition

Collin,

Please confirm whether Defendants will agree to continuing the deposition in progress on Tuesday pending the court's resolution of the dispute over requested documents. If we go forward on Tuesday we will not have the benefit of those documents given the refusal, so we would need to continue it in progress pending the court's resolution. Thank you.

Joshua M. Smith, Esq.
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.6715
Main Fax: 513.533.2999
jms@sspfirm.com
https://www.sspfirm.com







This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

---

**From:** Hart, Collin <collin.hart@blankrome.com>
**Sent:** Friday, October 31, 2025 10:33 AM
**To:** Peter A. Saba, Esq. <PAS@sspfirm.com>; Joshua M. Smith, Esq. <jms@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>
**Cc:** Cioffi, Michael L. <michael.cioffi@blankrome.com>; DeBeer, Jeffrey <jeffrey.debeer@blankrome.com>
**Subject:** McHugh v FTB -- Lewin Deposition

Good Morning Counsel,

Can you confirm whether or not you will be appearing for Dr. Lewin's deposition on Tuesday?

Thank you,

**Collin D. Hart** | BLANKROME
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
direct: +1.513.362.8746 | mobile: +1.513.673.3809
collin.hart@blankrome.com | bio

************************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

************************************************************************************************************