**Bailey E. Sharpe, Esq.**

| | |
|---|---|
| **From:** | DeBeer, Jeffrey <jeffrey.debeer@blankrome.com> |
| **Sent:** | Tuesday, November 11, 2025 3:15 PM |
| **To:** | OHSDdb_Barrett_ch |
| **Cc:** | Peter A. Saba, Esq.; Joshua M. Smith, Esq.; Bailey E. Sharpe, Esq.; Leighton E. Heiner; John J. McHugh III; Cioffi, Michael L.; Hart, Collin; Meiners, Olivia |
| **Subject:** | RE: McHugh v. Fifth Third Bancorp, et al. |

Judge Barrett:

Fifth Third has three updates.

**First**, Plaintiff is refusing to produce expert communications identifying facts, data, and assumptions. *See* Rule 26 (limited removal of work product protection for "communications" that "identify facts or data that the party's attorney provided" or "assumptions that the party's attorney provided"). You ordered him to produce these documents as part of reciprocal expert discovery (with the exception that, unlike Plaintiff, Fifth Third is not currently requesting an in camera review of "all communications" to avoid unnecessarily burdening the Court).  <u>We ask that you require Plaintiff to produce these documents by noon tomorrow (11/12), in advance of Dr. Lyter's deposition on Thursday (11/13)</u>.

**Second**, Fifth Third is working diligently to send you expert communications for in camera review.  Our firm's staff pulled (1) emails to or from Michael, Collin, and me to or from the BRG email addresses of Dr. Lewin, Mia Kim, and Dr. Paul Diver (with whom I had worked on an unrelated healthcare matter at my prior firm, and who introduced me to Dr. Lewin), and (2) emails to or from Michael, Collin, Tom Stewart, David Oberly (former BR attorney), Liza Brackman (former BR attorney), and me to or from Erich Speckin.  I also manually collected notifications and messages from Docusign and ShareFile, which is a "Dropbox" type platform used to send files to Dr. Lewin, as these messages come from external (non-Blank Rome) email addresses.

We uploaded the documents into an e-discovery platform.  To reduce the burden on the Court, we ran deduplication and applied threading. We are just getting into the data, but it appears the hit count is over 800 documents.  Note that many of these files are discovery materials already in Plaintiff's possession (deposition transcripts, etc.). To further reduce the burden on you, we will organize the data by (1) documents we agreed to produce and (2) all other documents.  To the extent the Court is inclined to order the production of documents in category 2—in whole or in part—Fifth Third requests permission to brief discoverability issues such as privilege and work product.

**Third**, based on a skim of the expert emails collected for in camera review, they contain no relevant and discoverable information outside of documents sent to experts, which we agreed to provide through far less burdensome means.  This entire exercise is a waste of judicial and party resources.  Fifth Third requests that McHugh pay its expenses associated with this in camera review.  *See, e.g.*, Rule 26(c)(1)(B).  Please let us know if you require a formal motion.

Jeff

**Jeffrey W. DeBeer** | BLANK**ROME**

1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
+1.513.362.8703 | jeffrey.debeer@blankrome.com | bio

---

**From:** DeBeer, Jeffrey
**Sent:** Thursday, November 6, 2025 4:50 PM
**To:** OHSDdb_Barrett_ch <barrett_chambers@ohsd.uscourts.gov>
**Cc:** Peter A. Saba, Esq. <pas@sspfirm.com>; Joshua M. Smith, Esq. <jms@sspfirm.com>; Bailey E. Sharpe, Esq. <bes@sspfirm.com>; Leighton E. Heiner <leh@sspfirm.com>; John J. McHugh III <mchugh@mchughlaw.com>; Cioffi, Michael L. <michael.cioffi@blankrome.com>; Hart, Collin <collin.hart@blankrome.com>; Meiners, Olivia <Olivia.Meiners@BlankRome.com>
**Subject:** McHugh v. Fifth Third Bancorp, et al.

Judge Barrett:

Per your request at today's conference, attached are Plaintiff's November 4, 2025 (1) Amended Witness List and (2) supplemental document productions.

The Amended Witness List deletes several individuals and adds the following:

1. Rebecca Popenoe of Management Recruiters International of Newburgh, Indiana, LLC (d/b/a The Newburgh Group).
2. Brandon Cooper of Management Recruiters International of Newburgh, Indiana, LLC (d/b/a The Newburgh Group).
3. One or more records custodians of RHR International, LLP.
4. One or more records custodians of Frederic W. Cook & Co., Inc.
5. One or more records custodians of Defendants Fifth Third Bancorp and/or Fifth Third Bank, N.A.

Additionally, it appears that Plaintiff redacted many documents in his supplemental production (MCHUGH_001855, MCHUGH_001856, MCHUGH_001858, MCHUGH_001862, MCHUGH_001864, MCHUGH_001865).  Defendants have not received a privilege or redaction log.

Plaintiff's last-minute witness disclosures and productions are improper, including for reasons articulated in Plaintiff's recent filings (ECF Nos. 76, 78, and 81), as ruled upon in the Court's subsequent order (ECF No. 84).  Plaintiff's conduct is even more egregious because it occurred on the last day of discovery and after depositions of damages experts.  Further and separately, Plaintiff is violating the Court's Order (ECF No. 84) by questioning witnesses on issues other than "the RHR documents and information withheld by Defendants."  Defendants intend to file a motion for sanctions in light of Plaintiff's discovery abuses and to document this misconduct on the record.

Jeff

**Jeffrey W. DeBeer** | BLANK**ROME**
1700 PNC Center | 201 East Fifth Street | Cincinnati, OH 45202
+1.513.362.8703 | jeffrey.debeer@blankrome.com | bio

*******************************************************************************

\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*