# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PHILIP R. McHUGH, | : |
| Plaintiff, | : Case No. 1:21-cv-00238-MRB |
| vs. | : Hon. Michael R. Barrett |
| FIFTH THIRD BANCORP, *et al.*, | : |
| Defendants. | : |

## DECLARATION OF JEFFREY DEBEER

1. I, Jeffrey DeBeer, am over 21 years of age and have personal knowledge of the facts set forth in this declaration.

2. I am an attorney for Defendants–Counterclaimants, Fifth Third Bancorp; Fifth Third Bank, National Association; and Gregory D. Carmichael (collectively "Fifth Third"), in the above-captioned matter.

3. I submit this declaration in support of Defendants' Reply in Support of their Motion for an Order Requiring Plaintiff to Bear the Costs of In Camera Submission and Any Resulting Expert Discovery.

4. To complete the in camera submission and production of Defendants' testifying-expert-related communications, Blank Rome's litigation support staff recorded 19.1 hours, including to load collected documents into a review platform, stage the data and coding layout, apply deduplication and threading, review and apply redactions, prepare parallel (redacted/unredacted) production sets for the Court, and then prepare separate productions to Plaintiff.

5. To complete the in camera submission and production of Defendants' testifying-expert-related communications, Blank Rome attorneys recorded over 35 hours, including for reviewing, coding, and redacting documents (in a database that ultimately included over 1,200 files) and preparing the in-camera submission and separate productions to Plaintiff.

6. Defendants' search for testifying-expert-related communications encompassed emails dating back to 2021, which is when Defendants' first retained Erich Speckin.

7. Defendants' search for testifying-expert-related communications included searches of archived materials from former Blank Rome attorneys.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2026, in Cincinnati, Ohio

                                                                                         JEFFREY W. DEBEER