# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| PHILIP R. McHUGH, | Case No. 1:21-cv-00238-MRB |
| Plaintiff, | Hon. Michael R. Barrett |
| vs. | **DEFENDANTS' NOTICE OF IN CAMERA SUBMISSION** |
| FIFTH THIRD BANCORP, *et al.*, | |
| Defendants. | |

Defendants, Fifth Third Bancorp; Fifth Third Bank, National Association; and Gregory D. Carmichael (collectively "Fifth Third"), hereby provide notice that they have complied with the Court's January 21, 2026 Order requiring the in camera submission of two documents that have been referred to as the 2020 and 2021 "talent decks."

DATED: January 29, 2026

Respectfully submitted,

**BLANK ROME LLP**

*s/ Michael L. Cioffi*
Michael L. Cioffi (0031098)
    Trial Attorney
Jeffrey W. DeBeer (0089499)
Collin D. Hart (0099869)
1700 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202
Tel.:   (513) 362-8701
Fax:   (513) 362-8702
Email:  michael.cioffi@blankrome.com
           jeffrey.debeer@blankrome.com
           collin.hart@blankrome.com

*Attorneys for Defendants– Counterclaimants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this document with the Clerk of Court using CM/ECF on January 29, 2026, which will automatically generate and serve Notices of Electronic Filing on all counsel of record.

*s/ Michael L. Cioffi*
Michael L. Cioffi