**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| PHILIP R. McHUGH, | Case No. 1:21-cv-00238-MRB |
| Plaintiff, | Hon. Michael R. Barrett |
| vs. | **DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL** |
| FIFTH THIRD BANCORP, *et al.*, | |
| Defendants. | |

Pursuant to S.D. Ohio Civ. R. 83.4(b), notice is hereby given of the substitution of Jason W. Palmer for Collin Hart as counsel of record for Defendants–Counterclaimants, Fifth Third Bancorp; Fifth Third Bank, National Association; and Gregory D. Carmichael. Blank Rome LLP will continue to represent Defendants–Counterclaimants in this action; leave of Court is therefore not required for this substitution.

The Clerk is requested to add Mr. Palmer as counsel of record for Defendants–Counterclaimants, Fifth Third Bancorp; Fifth Third Bank, National Association; and Gregory D. Carmichael, and to remove Mr. Hart as counsel of record for Counsel for Defendants–Counterclaimants, Fifth Third Bancorp; Fifth Third Bank, National Association; and Gregory D. Carmichael.

DATED: September 23, 2026

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Jason W. Palmer*
Michael L. Cioffi (0031098)
Trial Attorney
Jeffrey W. DeBeer (0089499)
Jason W. Palmer (0088336)
1700 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202
Tel.: (513) 362-8701
Fax: (513) 362-8702
Email: michael.cioffi@blankrome.com
jeffrey.debeer@blankrome.com
jason.palmer@blankrom.com

*Counsel for Defendants–Counterclaimants, Fifth Third Bancorp; Fifth Third Bank, National Association; and Gregory D. Carmichael*

## CERTIFICATE OF SERVICE

Pursuant to S.D. Ohio Civ. R. 5.2(b), I hereby certify that on September 23, 2026, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jason W. Palmer*
Jason W. Palmer