**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

Philip R. McHugh,

Plaintiff,

v.

Fifth Third Bancorp., et al.,

Defendants.

Case No. 1:21-cv-00238

Judge Michael R. Barrett

**ORDER**

This matter is before the Court on Defendant's Motion for Sanctions and Incorporated Memorandum of Law (Doc. 88), Plaintiff’s Response in Opposition to Defendant's Motion for Sanctions (Doc. 92) and Reply in Support of Defendant's Motion for Sanctions (Doc. 93). Plaintiff’s Motion for Sanctions (Doc. 88) is yet another back-and-forth discovery dispute of the type permeating this employment case. Defendant asserts that the Plaintiff's untimely identified two new witnesses and produced years-old documents that had previously been withheld. The “new witnesses” are apparently executive recruiters while the documents relate to plaintiff's mitigation efforts.

For his part, Plaintiff argues that the mitigation documents are updates and any such documents do not affect the previous expert depositions (“To the contrary, both experts have unequivocally confirmed that they are providing no opinions as to plaintiff's job search efforts." Doc. 92, PAGE ID 4228).

Plaintiff further contends that he previously disclosed his efforts to seek employment in both documents and deposition testimony. Obviously, Plaintiff's deposition testimony and previously produced documents may stand. Later produced documents may also be in play if a proper foundation is formed as Plaintiff has

a duty to seasonably update mitigation efforts.

Plaintiff's last minute disclosed witnesses are excluded. Defendant's Motion for Monetary Sanctions (Doc. 88) is **DENIED**. The request for jury instruction and an Order regarding failure to mitigate is likewise **DENIED**.[1] The Parties are to submit a dispositive motion briefing schedule.

**IT IS SO ORDERED.**

*/s/ Michael R. Barrett*
JUDGE MICHAEL R. BARRETT

[1] These may be reviewed at a later date.