**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **PHILIP R. MCHUGH,** Plaintiff, | Case No. 1:21-cv-00238 |
| v. | Judge Michael R. Barrett |
| **FIFTH THIRD BANCORP, ET AL.,** Defendants. | **AGREED ORDER – DISPOSITIVE MOTION BRIEFING SCHEDULE** |

Having been advised that the parties have conferred and agreed on a dispositive motion briefing schedule, the Court hereby ORDERS that the parties submit dispositive motion briefing pursuant to the deadlines below:

1. Motions for Summary Judgment: November 20, 2026
2. Memoranda in Opposition: January 19, 2027
3. Replies in Support: February 19, 2027

**IT IS SO ORDERED.**

______________________________
UNITED STATES DISTRICT JUDGE

HAVING SEEN AND AGREED:

*s/ Joshua M. Smith*
Peter A. Saba, Esq. (0055535)
Joshua M. Smith, Esq. (0092360)
SSP LAW CO., LPA
2623 Erie Avenue
Cincinnati, Ohio 45208
Phone: (513) 553-6715
Fax: (513) 533-2999
Email: pas@sspfirm.com
Email: jms@sspfirm.com
*Attorneys for Plaintiff*

*s/ Michael L. Cioffi*
Michael L. Cioffi (0031098)
Trial Attorney
Jeffrey W. DeBeer (0089499)
Jason Palmer (0088336)
BLANK ROME LLP
1700 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202
Tel.: (513) 362-8701
Fax: (513) 362-8702
Email: michael.cioffi@blankrome.com
Email: jeffrey.debeer@blankrome.com
Email: jason.palmer@blankrome.com
*Attorneys for Defendants*