**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| PHILIP R. McHUGH, | : | Case No. 1:21-cv-00238-MRB |
| Plaintiff, | : | Hon. Michael R. Barrett |
| vs. | : | **JOINT MOTION FOR ENTRY OF STIPULATED ORDER REGARDING SUBMISSION OF DEPOSITION EXHIBITS AND PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING** |
| FIFTH THIRD BANCORP, *et al.*, | : | |
| Defendants. | : | |

Defendants, Fifth Third Bancorp, *et al.* (collectively "Fifth Third"), and Plaintiff, Philip R. McHugh ("Plaintiff" and, collectively with Fifth Third, the "Parties"), jointly move for entry of the attached Stipulated Order governing the submission of deposition exhibits, and setting page limits, for summary judgment briefing. In support of this joint motion, the Parties state as follows:

In advance of summary judgment briefing, a dispute arose between the Parties regarding the proper interpretation of Section I.F of the Court's Standing Order. It provides that "[e]xcept for good cause shown or where the deposition previously has been filed in the case at issue, each deposition cited in any dispositive motion or related brief must be filed: (a) in its entirety, (b) as a separate document, (c) contemporaneously with the filing of said motion or brief." The specific dispute concerns whether the phrase "in its entirety" includes all exhibits to a deposition transcript.

Notwithstanding the dispute, after a meet and confer the Parties agreed to a compromise that ensures all deposition exhibits ultimately become part of the Court's record while avoiding premature sealing and other potential disputes. Under the proposed procedure, the Parties will exchange lists identifying the deposition exhibits for which confidentiality designations will be

withdrawn, which will be filed publicly, and those that present potential sensitivities to public filing. Due to the volume of potentially sensitive documents and the limited time to confer with clients before the dispositive motion deadline, the Parties will then submit the potentially sensitive exhibits *in camera* so that they are available to the Court as briefs are filed. Once summary judgment briefing is complete, the Parties will confer regarding the exhibits submitted *in camera*, withdraw designations where appropriate and file those exhibits publicly, and file motions to seal or redact the remaining exhibits for which confidentiality concerns still exist, consistent with the standard set forth under *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan,* 825 F.3d 299 (6th Cir. 2016).

The Parties further agree, and request, that each side be granted leave to file opening dispositive motions of up to thirty (30) pages, including tables, but excluding the mandatory five-page summary. The Parties will confer regarding page limits for opposition and reply briefs and, if necessary, seek leave of Court at the appropriate time.

This joint motion is not made for purposes of delay, and no Party will be prejudiced by the requested relief. Accordingly, the Parties respectfully request that the Court enter the Stipulated Order attached as Exhibit A.

DATED: November 18, 2026

Respectfully submitted,

**SSP LAW CO., LPA**

*s/ Joshua M. Smith (by J. DeBeer per email authorization)*
Peter A. Saba, Esq. (0055535)
Joshua M. Smith, Esq. (0092360)
2623 Erie Avenue
Cincinnati, Ohio 45208
Phone: (513) 533-6715
Fax: (513) 533-2999
Email: pas@sspfirm.com
Email: jms@sspfirm.com

*Attorneys for Plaintiff*

**BLANK ROME LLP**

*s/ Michael L. Cioffi*
Michael L. Cioffi (0031098)
Trial Attorney
Jeffrey W. DeBeer (0089499)
Jason Palmer (0088336)
1700 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202
Tel.: (513) 362-8701
Fax: (513) 362-8702
Email: michael.cioffi@blankrome.com
jeffrey.debeer@blankrome.com
jason.palmer@blankrome.com

*Attorneys for Defendants–Counterclaimants*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this document with the Clerk of Court using CM/ECF on November 18, 2026, which will automatically generate and serve Notices of Electronic Filing on all counsel of record.

*s/ Michael L. Cioffi*
Michael L. Cioffi