**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| PHILIP R. McHUGH, | Case No. 1:21-cv-00238-MRB |
| Plaintiff, | Hon. Michael R. Barrett |
| vs. | **STIPULATED ORDER GRANTING JOINT MOTION REGARDING SUBMISSION OF DEPOSITION EXHIBITS AND PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING** |
| FIFTH THIRD BANCORP, *et al.*, | |
| Defendants. | |

Now before the Court is the Parties' Joint Motion for Entry of Stipulated Order Regarding Submission of Deposition Exhibits and Page Limits for Summary Judgment Briefing. Having considered the joint motion, and otherwise being sufficiently advised, the Court finds that the motion is due to be **GRANTED**. The Court **ORDERS** as follows:

- Before filing their dispositive motions, the Parties shall exchange lists identifying (a) the deposition exhibits for which confidentiality designations will be withdrawn, and (b) the deposition exhibits that present potential sensitivities to public filing (the "Sensitive Exhibits").

- Deposition exhibits for which confidentiality designations have been withdrawn shall be filed publicly with the deposition transcript to which they relate.

- In lieu of filing the Sensitive Exhibits on the public docket, the Parties shall submit the Sensitive Exhibits to the Court *in camera* so that they are available to the Court as summary judgment briefs are filed.

- Within thirty (30) days after summary judgment briefing is complete, the Parties shall confer regarding the Sensitive Exhibits, withdraw designations where appropriate and file those exhibits publicly, and file motions to seal or redact the remaining Sensitive Exhibits for which confidentiality concerns still exist, consistent with the process set forth in ¶ 8 of the Stipulated Protective Order.

- Each side is granted leave to file an opening dispositive motion of up to thirty (30) pages, including tables, but excluding the mandatory five-page summary.

- The Parties shall confer regarding page limits for opposition and reply briefs and, if necessary, seek leave of Court at the appropriate time.

**IT IS SO ORDERED.**

Dated:______________, 2026

____________________________________
**UNITED STATES DISTRICT JUDGE**

**STIPULATED AND AGREED:**

**SSP LAW CO., LPA**

*s/ Joshua M. Smith*
Peter A. Saba, Esq. (0055535)
Joshua M. Smith, Esq. (0092360)
2623 Erie Avenue
Cincinnati, Ohio 45208
Phone: (513) 533-6715
Fax: (513) 533-2999
Email: pas@sspfirm.com
Email: jms@sspfirm.com

*Attorneys for Plaintiff*

**BLANK ROME LLP**

*s/ Michael L. Cioffi*
Michael L. Cioffi (0031098)
Trial Attorney
Jeffrey W. DeBeer (0089499)
Jason Palmer (0088336)
1700 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202
Tel.: (513) 362-8701
Fax: (513) 362-8702
Email: michael.cioffi@blankrome.com
jeffrey.debeer@blankrome.com
jason.palmer@blankrome.com

*Attorneys for Defendants–Counterclaimants*