**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **PHILIP R. MCHUGH,** | : | Case No. 1:21-cv-00238 |
| Plaintiff, | : | Judge Michael R. Barrett |
| v. | : | |
| **FIFTH THIRD BANCORP, ET AL.** | : | **NOTICE OF FILING OF DEPOSITION TRANSCRIPT AND DEPOSITION EXHIBITS OF PHILIP MCHUGH, GREGORY CARMICHAEL, TIMOTHY SPENCE, ROBERT SHAFFER, ELIZABETH MCKAY, AND SUSAN ZAUNBRECHER** |
| Defendants. | : | |

Now comes Plaintiff Philip McHugh ("Plaintiff"), by and through counsel, and hereby gives notice of the filing of the following written deposition transcripts and exhibits:[1]

1. Philip McHugh taken on August 30, 2021 and August 31, 2021, Elizabeth McKay taken on May 15, 2023,
2. Susan Zaunbrecher taken on October 22, 2024, and
3. Robert Shaffer taken on November 6, 2025.

Additionally, Plaintiff gives notice of the filing of the exhibits to the depositions of the following individuals:

1. Robert Shaffer taken on August 24, 2023,
2. Gregory Carmichael taken on September 26, 2023 and September 27, 2023, and
3. Timothy Spence taken on October 11, 2023,

[1] Pursuant to the parties Joint Motion for Submission of Deposition Exhibits and agreed list as to Sensitive Exhibits, certain of the exhibits in such filings have been submitted for in-camera review by the Court. *See* Doc. # 101 and 101-1, and Court Notation Order granting joint motion dated November 19, 2026.

The above-referenced deposition transcripts were previously filed with this Court without exhibits (Doc # 77-14, 66-3, 77-16, and 77-15 respectively).

I certify that the written deposition transcriptions being filed are true records of the depositions that were certified by the officers who took the depositions and that the testimonies have not been altered in any way.

Respectfully Submitted,

*/s/ Peter A. Saba*___________
Peter A. Saba, Esq. (0055535)
Joshua M. Smith, Esq. (0092360)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
jms@sspfirm.com

*/s/ John J. McHugh*_________
John J. McHugh, III
McHUGH & McCARTHY, LTD
5580 Monroe Street
Sylvania, Ohio 43560
(419) 885-3597
(419) 885-3861 (fax)

**Co-Counsel for Plaintiff Philip McHugh**