UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - -

| | | |
|---|---|---|
| PHILIP R. MCHUGH, | : | |
| Plaintiff, | : | |
| -vs- | : | CASE NO. 1:21-CV-00238 |
| FIFTH THIRD BANCORP, et al., | : | |
| Defendants. | : | |

- - -

Videotaped deposition of ELIZABETH MCKAY, a witness herein, taken by the Plaintiff as upon Cross-Examination and pursuant to the Federal Rules of Civil Procedure and Notice at the offices of OfficeKey Rookwood, 4030 Smith Road, Suite 200, Cincinnati, Ohio, on May 15, 2023 at 9:37 a.m., before Mindy Sindiong, videographer, and Jennifer K. Starner, RPR, a Notary Public within and for the State of Ohio.

- - -

APPEARANCES:

On behalf of the Plaintiff:

Peter A. Saba, Esquire
Joshua M. Smith, Esquire
Stagnaro, Saba & Patterson Company, LPA
2623 Erie Avenue
Cincinnati, Ohio 45208
513.533.2711
pas@sspfirm.com
jms@sspfirm.com

On behalf of the Defendant:

Michael L. Cioffi, Esquire
Collin Hart, Esquire
Blank Rome LLP
201 East Fifth Street
Cincinnati, Ohio 45202
michael.cioffi@blankrome.com
513.362.8701

Also present: Brian Thomas, Esquire
Fifth Third Bank

Phenise Poole, Esquire
Fifth Third Bank

\- - -

S T I P U L A T I O N S

It is stipulated by and among counsel for the respective parties that the deposition of ELIZABETH MCKAY, a witness herein, called as upon Cross-Examination by the Plaintiff may be taken at this time and place pursuant to the Federal Rules of Civil procedure and Notice as to the time and place of taking said deposition; that the deposition was recorded in stenotypy by the court reporter, Jennifer K. Starner, RPR, and transcribed out of the presence of the witness; and that said deposition is to be submitted to the witness for her examination and signature, and that signature may be affixed out of the presence of the Notary Public.

\- - -

# I N D E X


WITNESS:

ELIZABETH MCKAY

| | Page |
|---|---|
| Cross-Examination By Mr. Saba | 6 |


# E X H I B I T S


| | Page |
|---|---|
| Plaintiff's Exhibit 1 | 14 |
| Plaintiff's Exhibit 2 | 20 |
| Plaintiff's Exhibit 3 | 20 |
| Plaintiff's Exhibit 4 | 21 |
| Plaintiff's Exhibit 5 | 23 |
| Plaintiff's Exhibit 6 | 28 |
| Plaintiff's Exhibit 7 | 29 |
| Plaintiff's Exhibit 8 | 29 |
| Plaintiff's Exhibit 9 | 36 |
| Plaintiff's Exhibit 10 | 40 |
| Plaintiff's Exhibit 11 | 43 |
| Plaintiff's Exhibit 12 | 68 |
| Plaintiff's Exhibit 13 | 68 |
| Plaintiff's Exhibit 14 | 72 |
| Plaintiff's Exhibit 15 | 87 |
| Plaintiff's Exhibit 16 | 91 |
| Plaintiff's Exhibit 17 | 93 |
| Plaintiff's Exhibit 18 | 98 |

VIDEOGRAPHER: We are on the record. My name is Mindy Sindiong. I'm videographer for Raymer Reporting. Today is May 15th, 2023 and the time is 9:37 a.m. This deposition is in the matter of Philip R. McHugh versus Fifth Third Bancorp, et al. This is for the United States District Court, Southern District of Ohio, Western Division. The case number is 1:21-CV-00238. The deponent is Elizabeth McKay. All parties of this deposition, please identify yourselves and the parties you represent.

MR. SABA: Peter Saba on behalf of the Plaintiff Philip McHugh.

MR. SMITH: Joshua Smith on behalf of The plaintiff Philip McHugh.

MR. MCHUGH: Philip McHugh.

MR. CIOFFI: Michael Cioffi of Blank Rome on behalf of all the defendants. I also represent Miss McKay personally pursuant to an agreed joint representation.

MR. THOMAS: Brian Thomas, Fifth Third Bank.

MS. POOLE: Phenise Poole for Fifth Third Bank.

VIDEOGRAPHER: The court reporter is

Jennifer Starner, may now swear in the witness and we can proceed.

ELIZABETH MCKAY,

of lawful age, as having been duly sworn, as hereinafter certified, was examined and testified as follows:

CROSS-EXAMINATION

BY MR. SABA

Q. Miss McKay, if you could go ahead and state your name for the record, please, and spell your last name.

A. It's Elizabeth McKay, M-C-K-A-Y.

Q. Have you ever had your deposition taken before?

A. I have not.

Q. Okay. I'm going to be asking you a series of questions today. If there's anything you don't hear or understand, please feel free to ask me to repeat or rephrase the question. For the sake of the court reporter, I will need you to answer verbally even though we're taking this by video as well. But for a clearer record, you can't answer shaking or nodding your head or uh-huhs or huh-uhs. If you can answer with verbal responses, that will make for a clearer record.

Additionally, if you can wait for me to finish my questions before you answer, I'll try to do the same

with respect to your answers before asking another question. That will also make for a clearer record. Do you understand those instructions?

A. I do.

Q. Additionally, although I don't anticipate we'll be here for a long time today, if at any time you need a break, just let me know. I'll just need you to answer the question that's on the table before we take a break.

A. Okay.

Q. Do you understand all those instructions?

A. I do.

Q. Can you provide me with your address, please?

A. Yes. My address is 28 Hathaway Commons Drive, Lebanon, Ohio 45036.

Q. How long have you lived there?

A. I've lived at that address for about six and a half years.

Q. Who do you live there with?

A. I live with my husband and our adult son who has learning challenges.

Q. What's your date of birth?

A. March 4th, 1958.

Q. Did you do anything to prepare for today's deposition?
A. I met with counsel.
Q. Anything else?
A. No.
Q. Did you review any documents in preparation for today's deposition?
MR. CIOFFI: Objection. I'm going to instruct her not to answer. The documents she reviewed were at my direction and revealing them discloses attorney work product.
Q. What is the extent of your education?
A. I have a bachelor's degree from Miami University.
Q. Are you currently employed?
A. I am not.
Q. Where was your last employment?
A. Fifth Third Bank.
Q. What was your last position you held with Fifth Third Bank?
A. The position/title was director of executive development and coaching.
Q. When did you leave Fifth Third Bank?
A. I retired from the bank on August 1st, 2022.

Q. What were your duties as director of executive development and coaching?

A. So I originally was promoted into that role in 2016. At that time, I had responsibility for a small team of executive coaches and primarily our roles and responsibilities were specific to executive development programs. More formalized, I would say structured development programs, executive coaching, one-on-one coaching, leader acceleration coaching and high performing team development, all of which were targeted to, you know, senior executives, senior level executives, sort of the top 2 or 300 leaders in the organization.

And then approximately one year later I was given additional responsibility for leading the performance and talent management processes and I continued in that role until I retired.

Q. You said performance management -- performance and talent management processes; is that correct?

A. That's correct.

Q. Can you explain to us what that is?

A. Sure. Performance management would all -- sort of the approach, the strategy, executions of the annual performance evaluation process, but also including components of performance management, which is

encouraging managers to provide ongoing coaching with their employees throughout the year regarding feedback and working with them, partnering with them on development planning.

The talent management processes were related specifically to the annual talent review approach, again, the strategy, any of the materials providing communication plan for the senior HR business partners and their direct reports to execute on that process annually.

Q. You also mentioned the leader accelerated coaching; is that right?

A. Yes. That was a -- a program that we had developed internally to provide leaders with one-on-one coaching to help them accelerate as they either came into the organization at a senior level or they -- it could have been because they were moving from one position to another. It could have been a promotion or lateral move, but change in scope and responsibility. So, again, to provide them one-on-one support along with their senior business partners and their direct manager, but the point is to accelerate their performance as quickly as possible in the new role.

Q. And you said this was focused on the top 300 executives in the company; is that correct?

A. Correct.

Q. During the time that you held that role as director of executive development and coaching, what involvement did you have with Phil McHugh?

A. Well, my -- my interactions with Phil would have been really in -- mostly in the annual talent review process. When Phil was head of the regional banking -- the regional presidents that reported to him, I would be working to prepare the materials for the annual review of -- of the direct reports, those presidents that Phil would have been in the room obviously. It was his meeting. And then I would have provided the materials and would have been in the room as well to take notes or follow up. Same would be for the annual roll-up of all the talent reviews to the top of the house, which was called the bancorp talent review, bancorp pipeline review. That would have been the meeting for the CEO to sit with his direct reports on the enterprise team and they would be reviewing their direct reports. So I would have been in the room with Phil, again, not necessarily participating in the conversation, but I would have been collecting notes for making changes to any -- any data that as part of their discussion would have warranted that.

Q. Excuse me. Were you ever involved in direct

coaching of Phil McHugh?
A. No.
Q. What about with respect to Tim Spence? What would have been your involvement with Tim Spence during the time that you were director of executive development and coaching?
A. It would have been just as I described my interactions with Phil McHugh. It would have been the same.
Q. At any time that you were serving in the role as director of executive development and coaching, did you ever hear any discussions regarding Phil McHugh succeeding Greg Carmichael as president and/or CEO of Fifth Third?
A. No, not to my recollection.
Q. At any time during your -- that you held the position of director of executive development and coaching, did you ever see any documentation that would indicate that Phil McHugh would be succeeding Greg Carmichael as president or CEO of Fifth Third?
A. Not that I recall.
Q. And just to make clear about my question because I don't want to limit it to just as that language, at any time did you hear conversations or participate in conversations that referred to Phil

McHugh as becoming president and/or CEO of Fifth Third?

A. Not that I recall.

Q. And did you ever see documentation that referred to Phil McHugh as becoming the eventual president and/or CEO of Fifth Third?

A. I have seen a draft of the document, but I don't recall conversation specific to that information.

Q. And what document are you referring to?

A. I would have been involved at -- at -- when Bob Shaffer became the chief human resource officer, at some point he asked me to support pulling together the deck that was presented annually to the board of directors in December every year that was specific to providing the board with sort of a general overview of talent in the organization, sort of an overview, if you will, some metrics related to the roll-up at the annual talent review process and then data specific to the enterprise leaders relative to talent.

Q. And within that -- strike that.

With respect to that document you're referring to, was that often referred to as the talent deck?

A. Generally, yes, the board talent deck.

Q. When did you first become involved in the process of preparing the board talent deck?

A. I can recall back to -- as far back as 2018

being involved.

(Whereupon, Plaintiff's Exhibit 1 was marked for identification purposes.)

Q. Miss McKay, I've handed you what's been marked as Exhibit No. 1. Can you identify that for me, please?

A. It is a draft dated 11/28/18 titled "Talent Management Update."

Q. And would this be a draft of the board talent deck for 2018?

A. I believe so.

Q. And throughout this deposition, we're going to be referring to certain numbers on the documents. Those are on the bottom right-hand corner. We call those Bates stamp numbers. It helps us to identify the specific document and the pages that are included. And just to be clear, your Exhibit 1 begins with Bates stamp Fifth Third McHugh 005635 and should end with Fifth Third McHugh 005671; is that correct?

A. That's correct.

Q. Do you recall being involved in the preparation of this board talent deck?

A. I do.

Q. Take me through that process. How would this be created and what role would you be involved in?

A. Generally, there would be a meeting with Bob

Shaffer and Nancy Pinckney, who was my direct manager at the time, who was Bob's, you know, HR business partner to sort of kick off the discussion around what -- what Bob might be thinking for pulling information for that year's deck, you know, what -- what components he might want to include or not include from maybe a previous year's deck. And then my role in the process, which was very iterative as we worked up to closer to the time that it was actually delivered to the board, was very much more of an administrative role so to speak. It was to gather information for the slides and populate the slides.

Q. Would you dictate any of the content?

A. There were some slides that may have come from other sources, but I wasn't necessarily dictating the content. Once the components were laid out, I might have pulled -- there might have been some slides that actually pulled the information and populate directly on the slides. There could have been slides that I pulled from existing decks that made sense to put into the slide of this particular deck, but I wasn't necessarily creating the content from origin.

Q. The meeting that you referenced that the process would generally begin with -- between yourself, Bob Shaffer and Nancy Pinckney, when -- when would that

begin? What time of year would that start?
A. Usually beginning of fourth quarter. So I'm thinking it's usually October. It could have been late September, but I think usually October.
Q. And following that meeting with -- well, strike that.
At the time of that meeting, would there be an initial draft of the talent deck for that year?
A. It's possible. I think generally -- you know, my references -- there would have been the previous year's document to begin the process. And I may have worked to begin to populate based upon the previous year, sort of, you know, typically there's some slides up front that talks about the general industry related to talent. I may have begun to populate certain slides where I was pulling information that I knew would be used in a -- in a deck. So I could have come to a meeting or -- with some of that sort of started to be revised for the current year. I just don't remember specifically.
Q. But generally speaking, was that your role after you had this initial meeting with Mr. Shaffer and Miss Pinckney for you to then take the notes from that meeting and start to make changes based upon those notes?

A. That's correct.
Q. Okay. And that would -- and if I understand you correctly, it would typically start with the prior year's talent deck; is that right, and then working forward?
A. That's my -- that's how I remember it, yes.
Q. Okay. And then what would you do with those changes once you made them for the draft for the new year's talent deck?
A. So any -- any changes I would make, I would send back to Bob and I would always copy his executive assistant, Paula Hennard. And I don't quite remember, but I'm pretty sure I would have copied Nancy Pinckney.
Q. And with respect to the changes that you had sent to Mr. Shaffer, would he then get back to you with additional changes that he would want to make to the talent deck?
A. He could have, yes.
Q. What did -- you said it was ultimately being prepared for the board. Would -- would Mr. Shaffer then take the talent deck and have it reviewed by Mr. Carmichael?
A. I believe so, but I was not involved in that part of the process.
Q. Okay. You never participated in the meetings

between Mr. Carmichael and Mr. Shaffer --
A. No.
Q. -- regarding the talent deck?
A. No.
Q. Okay. Were you ever present for any of the meetings with any board members with respect to the talent deck?
A. No.
Q. As you would go through adding your changes to the talent deck, would you go through the entire talent deck?
A. Could you be more specific?
Q. Sure. So, for example, going through this 2018 draft, would you go through the entire draft just checking the information to make sure the information that's in there is the information that you want in there? How comprehensive is your review of this draft?
MR. CIOFFI: Objection to the form of the question. It's compounded and confusing.
MR. SABA: Okay. I'll rephrase.
MR. CIOFFI: You said "you wanted in there." I'm not sure she -- there's any foundation for her being a decision maker with respect to what went in and didn't go in.
MR. SABA: I'll rephrase the question.

Q. As part of the process you identified for assisting with preparation of the talent deck, how comprehensive was your review of the talent deck?

A. Any feedback -- so any feedback on revision that Bob and/or Nancy wanted to see, I would have incorporated those changes specifically, but I -- my way of working was to always look at every single slide before I resubmitted it.

Q. And do you recall how many iterations you would typically go through with respect to development of the talent deck before it would reach its final form?

A. I don't have a number. And it probably varied from year to year. I don't, but it was -- it was definitely iterative. There were multiple versions typically.

Q. Referring to Exhibit 1, and if I could refer to you Page 005639.

A. Yes.

Q. Looking at that page, there appears to be notes below the particular slide. Do you see what I'm referring to?

A. Uh-huh. I do.

Q. Who would put those notes in?

A. This looks like notes that I would have entered. So this is an example of a slide that is

re-purposed from another deck that I was using for the talent review process. It was -- for many years it was an evergreen slide that we used to explain the planning process.

(Whereupon, Plaintiff's Exhibit 2 was marked for identification purposes.)

Q. Miss McKay, I've handed you what's been marked as Exhibit 2. Can you identify that for me, please?

A. Yes. It appears to be an email from Bob Shaffer to Paula Hennard. The subject matter is "Talent Management Board Update, 11/28/18 for review." And Bob's comment to Paula is, "Please print. Thanks." And it is -- looks like I had originally sent Bob copying Nancy Pinckney and Paula Hennard that 11/28/18 Talent Management Board Update For Review. My comment is, "Hi, Bob, this latest version includes edits from our touch base on Monday morning as well as the strength and development opportunity slide that you sent this afternoon."

Q. And the talent deck that's referenced would be the talent deck that's marked as Exhibit No. 1; is that correct?

A. Yes.

(Whereupon, Plaintiff's Exhibit 3 was marked for identification purposes.)

Q. Miss McKay, I've handed you what's been marked as Exhibit No. 3. Can you identify that for me, please?

A. It is an email from me sent on 11/29/2018 to Bob Shaffer, copying Nancy Pinckney and Paula Hennard. Subject: Updated Board Deck 11/29/18. Attachment: Update-2018, draft-11/29/18, Bob Shaffer edits.

"Bob, attached is the updated version per our meeting this afternoon. Note: On Slide 10, I changed the bullet on Institutional Deposits to be "Building Institutional Deposits Center of Excellence" since we confirmed with Tom Maxwell that we have not yet hired a leader. Based on that, I wasn't sure if you wanted to keep it in or out."

"If you have any additional changes needed prior to your meeting with Greg at 9:00 a.m., please let me know."

Q. And the Greg that you're referring to is Greg Carmichael?

A. Greg Carmichael, yes.

(Whereupon, Plaintiff's Exhibit 4 was marked for identification purposes.)

Q. Miss McKay, if you can go ahead and identify Exhibit No. 4 for me, please.

A. Yes. It is an email from Bob Shaffer, it's

dated 11/30/2018, to Paula Hennard. And it's referencing Talent Update Board Deck of 11/30. Slide 11 -- it says "Slide 11 Revised." And it seems to be attached. And Bob's comment to Paula is, "Please print two copies for my meeting with Greg at 9:00, thanks."

Q. And just to be clear, Exhibit No. 4 is a two-page exhibit; is that correct?

A. Yes.

Q. And the two pages are Bates Stamped McHugh 005445 and McHugh 005446; is that right?

A. That's correct.

Q. And Exhibit 4 is -- is an email chain?

A. Yes.

Q. Correct?

A. Yes.

Q. And it actually begins with the email that you identified on Exhibit No. 3; is that correct?

A. Begins with -- yes.

Q. And going over to -- moving forward in the email chain, Mr. Shaffer responds to your email; is that correct?

A. Yes.

Q. And, as you indicated earlier, this references -- the top email on the first Page of Exhibit 4 references the November 30th, 2018 draft of the talent

deck; is that correct?
A. Yes.
(Whereupon, Plaintiff's Exhibit 5 was marked for identification purposes.)
Q. Miss McKay, I've handed you what's been marked Exhibit No. 5. Can you identify that for me, please?
A. Yes. It appears to be the draft, 11/30/18, of the talent management update deck.
Q. Exhibit No. 5 is Bates Stamped -- the first page is Fifth Third McHugh 005447 and it's through Fifth Third McHugh 005481; is that correct?
A. Yes.
Q. And this would be the talent deck draft that's referenced in the email from Mr. Shaffer that appears on Defendant's Exhibit No. 4; is that correct?
A. Yes, it appears to be.
Q. If I could refer you to Slide 20, which appears on Fifth Third McHugh 005467.
A. Okay.
Q. Comparing the November 30th, 2018 draft, which is marked as Exhibit No. 5, to the November 28th, 2018 draft, which is marked as Exhibit No. 1, Slide No. 20 does not appear in the November 28th, 2018 draft; is that correct?
A. Are you asking me to confirm?

Q. If you can confirm that for me, please, then I have questions for you.

MR. CIOFFI: Objection. The document speaks for itself as to whether she can confirm that or not.

A. I see it -- I see that slide on Exhibit 1.

Q. Exhibit 1 in the -- in the -- excuse me -- the November 28th draft?

A. Yes.

Q. Where do you see that?

A. 05657.

Q. Comparing those two pages, 05657 -- which is part of Exhibit 1, correct?

A. Uh-huh. Yes.

Q. To 05467, which is part of Exhibit No. 5 --

A. Yes.

Q. -- there were some changes made to that slide, correct?

A. Yes.

Q. And what were the changes that were made?

A. Okay. Relative to -- relative to Tim Spence on the Exhibit 1, under recent move it looks like a little bit of wordsmithing. Assumed -- on the Version

1 -- Exhibit 1 -- excuse me -- "Assume leadership of the consumer bank in addition to payments and strategy." And on Exhibit 5 it reads, "Assume leadership of the consumer bank in addition to payments, digital and strategy."

And then under "Benefit" on Exhibit 1, "Broaden responsibilities to include LOB operational experience and leveraged alignment of strategies for digital deliveries." And on Exhibit 5 it says, "Benefit: Broaden responsibilities to include line of business, operational execution experience and leveraged alignment of strategies for digital deliveries. Prepare for CEO role."

Q. With respect to the language regarding "prepare for CEO role," who would have inserted that into Slide No. 20 on Exhibit 5?

A. As far as I know, I was the only person populating in the deck.

Q. So that would have been information you put in that slide; is that correct?

A. Yes. I would have typed it into the slide.

Q. Where did you get that information from?

A. I don't remember exactly.

Q. That's not something you would have made up on your own?

A. No.
Q. Is that correct?
A. That is correct.
Q. As far as you know, where would that information have come from?
A. Either -- I would think it would have come from Bob Shaffer.
Q. What did that mean, prepare for CEO role?
A. I don't know.
Q. Do you recall having any discussions with Mr. Shaffer about that language on that particular slide?
A. I do not.
Q. Would -- have you ever had any conversations with Mr. Carmichael about any of the changes to the talent deck?
A. No. I never met with Mr. Carmichael on this deck. Those were the -- it looks like those were the only edits on this particular slide.
Q. And referring back to Exhibit No. 4, this particular talent deck dated November 30th, 2018 was prepared for Mr. Shaffer prior to his meeting with Mr. Carmichael; is that correct?
MR. CIOFFI: Objection. When you say "this talent deck," which one are you referring to?
Q. I'm referring to Exhibit 5, the November 30th,

2018 version, which was attached to the email from Mr. Shaffer to Miss Hennard that appears on the top of Exhibit 4. Do you see that?

MR. CIOFFI: Objection. I think you asked two questions. At least maybe start with your last question because there is a foundational problem.

Q. Do you understand my question, Miss McKay? What I'm asking you?

A. I'm not sure.

Q. Okay. Just to be clear, as we indicated before, Exhibit No. 5 is the November 30th, 2018 draft?

A. Yes.

Q. Is that correct?

A. That's correct.

Q. That's the document which includes the language that was added for Mr. Spence of "Prepare for CEO role;" is that correct?

A. Yes.

Q. Okay. And that's the same document that was attached to the email from Mr. Shaffer to Miss Hennard that is referenced on Exhibit No. 4 where they asked her to print two copies for his meeting with Greg at 9:00; is that correct?

A. That appears correct.

(Whereupon, Plaintiff's Exhibit 6 was marked for identification purposes.)

Q. Miss McKay, I've handed you what's been marked as Exhibit No. 6. Can you identify that for me, please?

A. It is an email. At the top it's an email from me dated 12/4/2018 to Bob Shaffer, copying Nancy Pinckney and Paula Hennard. "Subject: Enterprise Talent Management Update for the Board. Attachments: Talent Management_Update_2018_Final with notes." Oh, and then a final of the same document in a PDF form it looks like. And my comment to Bob: "Bob, attached is the final version of the 2018 talent update deck for the Board. The PowerPoint version includes the notes and the PDF version is the slides only (to print or email to the Board). Please let me know if you need any changes/revisions before the meeting."

Q. And that email is part of an email chain; is that correct?

A. That's correct.

Q. And that email chain starts with an email from Mr. Shaffer to Mr. Carmichael; is that correct?

A. Yes.

Q. On November 30th?

A. Yes.

Q. In which he says, "Greg, attached is the

updated deck we discussed today. Please let me know if you have any questions/comments and we will finalize. Thanks Bob;" is that right?

A. Yes.

Q. Mr. Carmichael responds on December 1st. "Bob, this looks good. It captures the key points for our discussion another the Enterprise members. Thanks for putting this together. Thanks, Greg;" is that correct?

A. Correct.

Q. That's followed by an email from Mr. Shaffer to you, Miss Pinckney and Miss Hennard and indicates on December 1st, "Let's consider this document final. Thanks Liz. Great work! Bob;" is that correct?

A. Correct.

Q. And then it goes to the email that you referenced with respect to final versions with notes and one without notes; is that right?

A. Correct.

(Whereupon, Plaintiff's Exhibit 7 and Exhibit 8 were marked for identification purposes.)

Q. Miss McKay, I've handed you two exhibits marked as Defendant's Exhibit No. 7 and Exhibit No. 8. Are you able to identify both of those for me?

A. They appear -- one appears -- Exhibit 7

appears to be the final version of the talent management update deck for the board for 2018. And it looks like this one is in the PDF form. And then Exhibit 8 appears to be the same deck in the PowerPoint form with notes.

Q. And just to be clear, Exhibit No. 7 was Bates Stamped Fifth Third McHugh 005778 through Fifth Third McHugh 005810; is that correct?

A. Yes.

Q. And Exhibit No. 8 is Bates Stamped Fifth Third McHugh 005811 through Fifth Third McHugh 005843; is that correct?

A. Yes, that's correct.

Q. And this -- referring to both Exhibit 7 and Exhibit 8, these are the versions of the talent deck that were approved by Mr. Carmichael; is that correct?

A. I believe -- according to Exhibit 6, the emails, I would believe, yes, this was the final version. It's not -- doesn't have a draft date at the top, so I would believe it's the final version.

Q. And looking first at Exhibit No. 7, what we referred to as Slide No. 22 from Exhibit 1 and Slide No. 20 from Exhibit 5, does that appear anywhere in Exhibit No. 7?

A. Okay. Wait a minute. Could you repeat that?

Q. Certainly.

A. Okay. Okay.
MR. CIOFFI: Can you read the question back, please?
A. Yes. I'm sorry.
Q. Let me -- I can refer you back to the slide we're referring to.
A. Okay.
Q. If we're looking at Exhibit 1, it was on Page 005657.
A. Oh, okay.
Q. And that is the strategic talent opportunity slide that we were discussing earlier --
A. Okay.
Q. -- regarding revisions to the recent moves and benefits associated with Tim Spence; is that correct?
A. Yes. And Brian Lamb and Kevin Hipskind.
Q. Correct. They're referenced there, but there weren't -- there weren't necessarily changes to the descriptions for them?
A. Correct.
Q. That also appears on the revised version on Exhibit No. 5 on 005467, correct?
A. Yes.
Q. And my question is: With respect to the two versions of that slide that we see in Exhibit No. 1 and

Exhibit No. 5., does that slide appear anywhere in Exhibit No. 7?

MR. CIOFFI: Objection. Documents speak for themselves. You want her to go through the whole deck? Counsel, would you like her to review --

MR. SABA: Sure. I'd like her to answer the question.

MR. CIOFFI: Take your time. Look at -- we're on 7.

A. That slide does not appear in Exhibit 7.

Q. Who made the determination that that slide would be removed from the final version of the talent deck for 2018?

MR. CIOFFI: Objection. Lack of foundation. Nothing in the record indicates that she would know. But if you know, you can answer.

A. I don't know.

Q. Were you the person who physically made the changes to remove that talent deck from the final version of the talent deck --

A. You mean the --

Q. -- in 2018?

A. -- slide from that deck?

Q. Yeah. Let me finish my question before you answer.

A. Okay.

Q. Were you the person who physically would have removed that slide from the final version of the talent deck for 2018?

MR. CIOFFI: Objection. Again, lack of foundation. She's the only one who had access to it, but if you -- if you have a recollection you may answer.

A. I don't have a specific recollection of removing it, but I most likely did remove it based on my role in the deck and working with the deck.

Q. Who would have told you to remove that slide?

MR. CIOFFI: Objection. Calls for speculation. Lack of foundation. If you know, you may answer.

A. I don't recall. However, the only person that would have given me the authority to ask me to remove it would have been Bob Shaffer.

Q. And chronologically, that would have been after Mr. Shaffer's meeting with Mr. Carmichael; is that correct?

MR. CIOFFI: Objection. Lack of foundation. If you know.

A. I don't know.

Q. Referring you to Exhibit No. 8, and as you indicated before, this is the PowerPoint version that continues to have the notes in it; is that right?

A. It looks -- yes.

Q. And are you able to identify who placed these notes in Exhibit No. 8?

A. It would -- it would vary by slide. For example, on 5 -- 005812, that appears to be a slide that is re-purposed from another deck. So those notes probably exist within that deck.

Q. Are you able to say who put those notes in in the prior deck?

A. I don't know.

Q. If I can refer you to Bates stamp Fifth Third McHugh 005829.

A. Okay.

Q. Looking at the notes that appear on that page, does it appear that the prior slide that we were referring to, Strategic Talent Opportunities from Exhibit 5, 005467, was converted to a note on Page 005829?

A. It appears to be. It's -- it's a little bit of -- there's a little bit of additional information in the notes specific to point in time reference.

Q. That's the reference to third quarter 2018 --

A. Yes.
Q. -- or quarter 1 or quarter 2 2018?
A. Right.
Q. But otherwise, it would appear to be the same content of the Slide 20 from Fifth Third McHugh 005467; is that correct?
A. Yes.
Q. Who determined that that Slide 20 from the November 30th, 2018 version of the talent deck would be converted to the notes?
MR. CIOFFI: Objection. Lack of foundation. Go ahead, if you know.
A. I don't recall.
Q. Physically you would have been the person that converted that slide to notes; is that correct?
MR. CIOFFI: Objection. Lack of foundation. It's not her testimony.
A. I just don't recall. I don't know who else would have typed in the notes other than myself, but I don't remember doing it.
Q. As indicated by Exhibit 6, you were the individual who created the final version physically; is that right?
A. On 12/4 I sent to Bob what was called the final version of the -- the deck.

Q. And just to be clear, the version that the board receives does not include notes, correct?

A. I don't believe. The intent of the notes is for the person presenting the information to the board in the meeting.

Q. Are you aware of who would present this information to the board?

A. I was aware that Bob and Greg would be presenting the information to the board.

Q. So these notes are for Mr. Shaffer and Mr. Carmichael when they're presenting the talent deck information to the board; is that correct?

MR. CIOFFI: Objection. Mischaracterizes her testimony.

A. I don't know how the notes were used.

VIDEOGRAPHER: I'm sorry. We just lost power here. We're going to go off record.

(Whereupon, a brief recess was taken.)

VIDEOGRAPHER: We are now back on record. The time is 10:46.

(Whereupon, Plaintiff's Exhibit 9 was marked for identification purposes.)

Q. Miss McKay, I've handed you what's been marked as Exhibit No. 9. Can you identify that for me, please?

A. Yes. It is an email from me to Bob Shaffer

dated 12/7/2018, copying Paula Hennard. "Subject: Final Enterprise Talent Management Update for the Board." And it looks like that was attached. "Final with notes, PowerPoint and PDF form." And my note to Bob is: "Attached is the final version that includes Paula's edits."

Q. And Paula that you refer to there is Paula Hennard; is that correct?

A. Paula, that is correct.

Q. Are you aware of what Paula's edits were to the talent deck?

A. I don't recall what they were.

Q. Your email -- strike that.

Exhibit No. 9 is part of an email chain; is that correct?

A. Yes.

Q. And for purposes of clarification, it's Bates Stamp Fifth Third McHugh 005482; is that right?

A. Yes.

Q. And the email below the one that you just referenced is an email from you to Paula Hennard; is that correct?

A. Yes.

Q. And that's from December 5th, 2018; is that right?

A. Correct.
Q. And you indicate: "Paula, thank you for your proof of the Talent Management Update Deck. Per our conversation this morning, attached is the final version that includes your edits;" is that right?
A. Yes.
Q. But as you sit here today, you don't know what edits or changes that Paula made; is that correct?
A. I don't recall. That's correct.
Q. With respect to the process of preparing the talent deck, what role would Miss Hennard typically serve?
A. As far as I know, she -- she would keep the deck for Bob when Bob was reviewing it.
Q. What do you mean she would keep the deck?
A. I would send the deck -- I would send the deck with any revisions to Bob Shaffer and I would copy her. So she always knew the most current version of the deck.
Q. Would she typically be involved in making edits to the deck?
MR. CIOFFI: Objection. Lack of foundation. Also, what do you mean by edits?
A. I -- I don't recall her making edits.
Q. The email in Exhibit 9 references that the

final version includes Miss Hennard's edits; is that correct?

A. That's what it says, yes.

Q. Who would have instructed Miss Hennard to make edits to the talent deck?

MR. CIOFFI: Objection. Lack of foundation. She can only testify to what she did.

THE WITNESS: Right.

MR. CIOFFI: As to her personal knowledge.

A. I don't -- I don't know who -- I don't know how -- how -- I mean, it says, "Thank you for your proof of the talent management deck. Per our conversation, attached is the final version that includes your edits." So that would say to me I made the edits, I physically touched the deck.

Q. In your email to Paula, just so I understand this --

A. Uh-huh.

Q. -- when you say "final version that includes your edits," you're referring to your own edits in an email to her?

A. I don't -- I don't recall what -- what the edits were. They could have been formatting edits. It doesn't say specifically there are any content edits.

It's just -- I don't recall this at all, so...
Q. At any time, would you have instructed Miss Hennard to make edits to the talent deck?
A. I would not have.
Q. At any time, would you have been responsible for instructing anybody to make changes to the talent deck?
A. I would not have.
Q. In your experience, who would direct and instruct people to make challenges -- excuse me -- changes to the talent deck?
MR. CIOFFI: Objection. Lack of foundation.
You mean this particular deck or --
A. Could you repeat the question?
Q. Sure. In your experience, who would have instructed people to make changes to the talent deck?
MR. CIOFFI: Objection. If you know, you can answer.
A. The only changes to the deck would either have been on my own proof editing process related to things such as font size or colorization, which you can't see in these versions. Any revisions to content would have come from Bob Shaffer.
(Whereupon, Plaintiff's Exhibit 10 was marked for identification purposes.)

Q. Miss McKay, can you identify Exhibit No. 10 for me, please, which is Bates Stamp Fifth Third McHugh 006048?

A. It is an email from me to -- sent on 10/25/2019 to Bob Shaffer, copying Nancy Pinckney and Paula Hennard, copy to myself. "Subject: Executive Talent Management Deck - December BOD meeting. Current Draft_Talent Management_Update-2019. "Hi Bob, The attached deck reflects the edits we discussed on Wednesday afternoon." So I'm referencing -- as I'm reviewing it, there's some inconsistency on a few related to the Potential rating (high, moderate/at potential); for example, where there is a next potential position identified with the readiness of "ready now," we have a potential rating of "moderate" based upon our 9 box definitions, it seems that should be high potential.

Also, currently, the EVP that is listed as "high potential" has 2 next potential positions, both with a readiness of 2+ years. Should this be moderate potential for the point in time? Thoughts?"

Q. What's the phrase EVP stand for?

A. Oh, executive vice president.

Q. Let me represent to you that the date of October 25th, 2019 was a Friday.

A. Okay.

Q. On the Wednesday you're referring to, that would have been October 23rd, 2019; is that correct?

A. I assume so. I don't recall.

Q. Who else would have been present in your discussion with Bob Shaffer regarding the talent deck on that Wednesday afternoon?

A. The only -- this is 2019. The only -- I -- I don't know because I don't know if this was -- it sounds like it's an in-person meeting. And the only recollection I have in 2019 of a meeting with Bob regarding this sounds like the beginning of the process. The only other person would have been Nancy Pinckney.

Q. And with respect to the beginning of this process, how would this have started going from 2018 to 2019? What would have been that process?

A. Typically we would have -- I would have come prepared with the final version of the 2018 deck as a point of reference, hence, we began to talk through what it would look like for 2019.

Q. What else would happen then?

A. Could you be more specific?

Q. Sure. So you would -- you would start with 2018's final talent deck as a base for 2019; is that correct?

A. Uh-huh. Correct.
Q. And then you would meet with Mr. Shaffer to discuss changes that should be made to the 2019 talent deck; is that right?
A. Changes or what his thoughts were on the design of the deck, what components he may want to continue to include, what components maybe not included going forward, what was his vision of what he wanted to communicate within this deck for that year.
Q. And was there anyone besides Mr. Shaffer who would provide information of what they would want to include on that new version of the talent deck for 2019?
A. No.
(Whereupon, Plaintiff's Exhibit 11 was marked for identification purposes.)
Q. Miss McKay, I've handed you what's been marked as Exhibit No. 11. Can you identify that for me, please?
A. Yes. It's titled, "Draft 10/25/19 Executive Talent Management and Succession Planning Update."
Q. And, again, this would be a draft of the board talent deck for 2019; is that correct?
A. Correct.
Q. And to be clear, Exhibit No. 11 is Bates

Stamped Fifth Third McHugh 006943 through Fifth Third McHugh 006989; is that correct?

A. Correct.

Q. Referring you to Fifth Third McHugh 006945 on Exhibit No. 11.

A. Okay.

Q. There, again, are notes that appear on this page of the talent deck; is that right?

A. Correct.

Q. Where would those notes have come from?

MR. CIOFFI: Objection. Lack of foundation. Again, if you know, you may testify -- you may answer.

A. This is a slide that would have been pulled in from another deck. And so I believe that the notes were already in there.

Q. What about with respect Fifth Third McHugh 006946? There, again, appear to be notes with respect to that slide. Where would those notes come from?

MR. CIOFFI: Same objection.

A. That would be similar to the previous slide 6945. This is a re-purposed slide and so I believe the notes would have already been in there.

Q. Are you saying the notes would have come from the 2018 slide deck?

A. I don't recall.
Q. Did you create these notes for this particular slide on 006946?
A. I don't remember creating those notes.
Q. I'm sorry. You don't remember reading the notes?
A. I don't remember creating the notes.
Q. Referring you back to Exhibit No. 8, which is the final version of the 2018 talent deck with notes, does it appear that those notes were carried over from Fifth Third McHugh 005813?
A. Yes.
Q. Does that refresh your recollection of where these notes may have originally come from?
A. The slide 5813 was re-purposed for the talent management update deck in 2018. And in 2019 it's the same slide only I remember removing all the text in the four boxes with -- and replacing it with pictures to make it more visually appealing because the notes appear to be the same, but I do not recall where the notes came from.
Q. Referring you to Fifth Third McHugh 006955, this is on Exhibit No. 11.
A. Okay.
Q. That page has Slide No. 13 titled "Workforce

of the Future, Five Generations in the Workplace - Fifth Third Bank."

A. Correct.

Q. Did that slide -- was that part of the 2018 talent deck at all?

A. It is not -- that slide is not in the 2018 version of the talent deck.

Q. Who made the decision to include that slide as part of the 2019 talent deck?

MR. CIOFFI: Objection. Lack of foundation. If you have knowledge, you may answer.

A. Yes. It was Bob Shaffer.

Q. Do you know why Slide No. 13 titled "Workforce of the Future, Five Generations in the Workplace" was included as part of the 2019 talent deck?

MR. CIOFFI: Same objection. If you have knowledge --

A. I don't --

MR. CIOFFI: -- you may answer.

A. I do not.

Q. Miss McKay, referring you to Fifth Third McHugh 006963. And this is on Exhibit No. 11.

A. Okay.

Q. And 006963 is the executive management profile page for Lars Anderson; is that correct?

A. Correct.
Q. And if I could also refer you to the 2018 version of that page on Exhibit No. 8. So that would be Fifth Third McHugh 005831. Do you see that? Do you have those two pages open?
A. I do.
Q. Okay. And there were a number of changes that were made to the executive management profile from 2018 to 2019. With respect to first the change of adding in the ages of the respective executives, who made the decision that the ages should be inserted in the executive management profile?
A. Let me clarify the two different documents. The document that is in 5831, that is the executive's individual development plan. In 2019 Bob wanted to create a -- we referred to it as the talent card for each of the enterprise leaders --
Q. Okay.
A. -- that pulled in information that previously in the decks in previous years had been shown in different -- different places in the deck. So the individual development plan is -- is really owned by the leader and often working with their senior HR business partners, pull their basically development plan. In 2019, Bob wanted to redesign the executive succession

plan portion of the deck to create these one-pagers that we called the talent cards for each of the individuals. So information was pulled from various sources into each of these one-pagers in 2019, so --

Q. And the -- go ahead. I'm sorry.

A. To answer your question about age, so all of the components on the 2019 deck, these individual talent cards, the components, that design came from Bob Shaffer.

Q. And with respect to the reference to age on the talent card, just to be clear, that does not appear anywhere within the 2018 talent deck; is that correct?

MR. CIOFFI: Objection. The documents, again, speak for themselves.

A. I don't recall. I would have to go through.

Q. Please do.

A. Okay. I do not see that in the 2018 version.

Q. Also, with respect to -- on the talent card for 2019, there's a box of information that is called "Talent Information." Do you see that?

A. Yes.

Q. And that talent information, that does not appear as part of the 2018 talent deck; is that correct?

A. That's correct.
Q. Where would that information have come from?
A. Well -- I'm sorry.
Q. Go ahead. I'm sorry.
A. If I might go back.
Q. Sure, please do.
A. With specific reference to the components within that talent information section, the performance rating would have been -- was included in the 2018 deck, the prior year's performance rating and then the 2018 performance rating was included in the talent deck for 2018.
Q. That's the 2018 PM rating; is that correct?
A. Yes.
Q. Okay. Other than the 2018 PM rating that we see under Talent Information on 006963, was any of the other information under Talent Information included in the 2018 talent deck?
A. I want to be clear. Are you -- are you referencing specifically the boxes under the header of "Talent Information"?
Q. That's correct.
A. Okay.

Q. Yes. That's correct.
A. Then I would say that the PM rating, that's consistent on both.
Q. But other than the PM rating, the information that we see under Talent Information for the 2019 executive profiles or talent cards, that did not appear in the 2018 talent deck; is that correct?
A. That's correct.
Q. And who would have decided to include that information in the 2019 talent deck?
A. Bob Shaffer.
Q. And with respect to the particular information that we see in each box under Talent Information on the 2019 talent deck and talent cards for these executives, who decided what information should appear in each of those boxes?
THE COURT: Objection. Lack of foundation.
If you know, you may answer.
A. So are you asking for what's actually populated in the boxes?
Q. Correct.
A. Okay.
Q. So to break it down, we can use Lars Anderson as an example on 006963.
A. Uh-huh.

Q. It probably would be clearer to go box by box.

A. Yeah. Okay.

Q. With respect to some of the criteria, it would appear to just maybe come from their -- their personnel file. It indicates -- bottom of the first box on the upper left-hand corner is retirement -- "Retirement Eligible: Yes or no," correct?

A. Correct.

Q. And then it has a date of eligibility; is that right?

A. Correct.

Q. And that, I assume, would come from the personnel file; is that correct?

A. From -- from the HRIS system, yes.

Q. And that would also be true for the box below that, "Unvested Equity;" is that right?

A. That would have come from executive compensation. Somebody in executive compensation provided that.

Q. And then you referenced before the 2018 PM rating --

A. Uh-huh.

Q. -- is that right?

A. That would have come from the system.

Q. Okay. Do you have any involvement in the process of determining what an executive's particular rating is for each year?
A. I do not.
Q. Who would determine that?
MR. CIOFFI: Objection. Lack of foundation. Again, if you know.
A. I would assume --
MR. CIOFFI: Don't assume.
THE WITNESS: Okay. I'm sorry.
MR. CIOFFI: You may only testify about what you know or what someone told you.
THE WITNESS: Okay.
Q. You're not involved in that process?
A. I am not involved, no.
Q. Do you know who runs that process?
A. Who runs the process?
Q. For -- for running the performance ratings and determining the process in their performance ratings for executives?
A. Well, the performance rating comes from the direct manager of the employee. And it's two questions, I believe. So the rating comes from the employee's direct manager. The process of putting it into the system could have been facilitated by an HR business

partner or the manager of performance and development at the executive level.

Q. Moving to the second column of -- of criteria under Talent Information -- and, again, we're on the page for Lars Anderson, 006963 -- there's a category of "Risk of Leaving"?

A. Yes.

Q. Who would make the determination of each executive of what their risk of leaving is?

MR. CIOFFI: Objection. Lack of foundation. Again, if you know, you may testify.

A. Again, the manager in conjunction with -- so potential is -- I'm sorry. Risk of leaving could -- could be a conversation between the business partner and the leader, that individual. So in this example, the business partner would be Bob and the leader would be Greg Carmichael.

Q. And they would determine the risk of leaving for Lars Anderson in this example; is that correct?

A. Correct.

Q. Do you know if there were established criteria for determining what a person's risk of leaving was?

A. I -- I don't. It could be -- it could be various considerations, but I don't know specifically to

each of the individuals here.

Q. Moving to "Potential" --

A. Uh-huh.

Q. -- that box, who would have made the determination of an executive's potential?

A. At the -- at this level in the organization, again, I believe it would be the leader and the HR business partner.

Q. And who would that be in this situation of Mr. Anderson?

A. This would be Bob acting as the HR business partner for Greg Carmichael.

Q. And were there specific lists of criteria with respect to the potential for executives?

A. I know that there was -- I'm not aware of what specific criteria would have been used at the executive level.

Q. And with respect to potential next position, who would have made the determination regarding potential next position for these executives?

A. That would be consistent with previously and the other boxes. So the direct manager and in conjunction with the HR business partner.

Q. And were there specific lists of criteria with respect to potential next positions?

MR. CIOFFI: Objection. Lack of foundation.
If you have knowledge.
A. I don't.
Q. With respect to -- moving over to the next column, "Leader Capabilities."
A. Uh-huh.
Q. And there's four criteria listed there; is that correct?
A. There are four distinct leadership capabilities that are consistent across the entire manager population.
Q. And who would have made the determination with respect to each of those leader capabilities?
A. It would be the direct manager and the HR business partner.
Q. And the four categories are, "Act like an Owner, Be a Great Coach, Create Connections and Lead with Agility;" is that correct?
A. Yes.
Q. And are there specific criteria associated with each of those four characteristics?
A. There are behavioral descriptors that are consistent.
Q. And you indicated before that, again, this

would have been with respect to these executives a determination made by Mr. Shaffer as the HR business partner and Mr. Carmichael as the supervisor; is that correct?

A. Correct.

Q. If I could refer you to Fifth Third McHugh 006950 in Exhibit No. 11.

A. Okay.

MR. CIOFFI: Counsel, when you finish with this, let's take a short break.

MR. SABA: Oh, sure. We can take a break right now. Let's go off the record. That's fine.

VIDEOGRAPHER: We are now going off record. The time is 11:26.

(Whereupon, a brief recess was taken.)

VIDEOGRAPHER: We are now back on record. The time is 11:38.

Q. Miss McKay, I have referred you to Exhibit 11, Page Fifth Third McHugh 006950. Do you have that page open?

A. Yes.

Q. And there are two notes listed there. Do you know where those notes came from?

A. Those are my notes.

Q. Those are your notes?

A. Yes. I created this slide and it's a slide that I used in various presentations related to the talent deck process.

Q. And with respect to the first note, you wrote, "As a reminder of our talent review approach this year, we conducted roll-up reviews beginning in first quarter, which culminated in the BTR meeting in July, where we focused our talent discussions on the incumbents, who for the most part report directly to you and enabled us to calibrate on employee potential using our assessing potential model (character, capabilities, commitment)."

Did I read that correctly?

A. Correct.

Q. The "you" that you referenced there where you say, "For the most part report directly to you," who is the "you" referring to?

A. It appears that this slide would have been included in the bancorp talent review. We called it the overview deck. It's a deck that kicks off the meeting. So the "you" would have been the people in attendance at that meeting, which would have been in 2019 Greg Carmichael and the members of the enterprise team.

Q. Okay.

A. And Nancy Pinckney.

Q. All right. Then the next note is, "Today we

will shift our focus to gain a deeper understanding of the health of the pipeline for those roles and discuss the talent identified as successors to the current incumbents or for future roles."

Did I read that correctly?

A. Yes.

Q. And your reference to "we" in that note, is that to the same group of people that you just identified: Greg Carmichael, the enterprise committee and Nancy Pinckney?

A. Yes.

Q. Okay. If you could turn on Exhibit 11 to 006968, please. Can you identify that page for me, please, on Exhibit 11?

A. Yes. It is the individual talent card for Phil McHugh.

Q. And with respect to this talent card for Mr. McHugh, going under the Talent Information section and specifically the middle column beginning with Risk of Leaving, and the determination was low. Who would have made that determination?

A. The information that was populated would have come from a conversation/meeting with Bob Shaffer.

Q. With respect to similar to Lars Anderson, are these determinations that are made by Mr. McHugh's

supervisor and the HR partner?
A. The process is that the employee's direct manager in conjunction with the HR business partner would have been involved in that decision-making process.
Q. And Mr. McHugh's direct supervisor would have been Mr. Carmichael; is that correct?
A. Yes.
Q. And the HR business partner would have been Mr. Shaffer; is that correct?
A. Yes.
Q. Okay. With respect to the potential, it indicates moderate potential. That would have been -- who would have populated that information with respect to potential?
A. The process would be the same.
Q. That would come from the -- the supervisor and the HR business partner; is that correct?
A. Correct. That's the process.
Q. Okay. And with respect to Potential Next Positions, you have a list for Mr. McHugh: "President (ready now); CEO: (1-2 years)."
Did I read that correctly?
A. Yes.
Q. And where would that information have come

from?
A. The -- the information that's populated on the slide -- and I populated the slide -- would have come from a conversation with Bob Shaffer in preparation for creating this deck.
Q. Okay.
A. This draft deck.
Q. And with respect to Leader Capabilities, that column, and the determinations were all strengths for Mr. McHugh; is that correct?
A. Yes.
Q. Where did that information come from?
A. Again, the information that I populated was from my notes in a meeting with Bob Shaffer as -- as part of preparing this draft.
Q. The meeting that you're referring to, is that the -- is that the meeting that's referenced in your October 25th email that refers to a meeting on Wednesday? Specifically that would be Exhibit 10.
A. Uh-huh. I don't recall if it was that meeting, but I do recall a meeting as part of the beginning of this -- the 2019 preparation for the talent 19 -- 2019 deck. I do recall a meeting that was pretty significant in length because this was when Bob had specific -- specific visions of changing some of the way

the information was depicted from previous years, for example, this creation of the new talent card for each of the individual enterprise leaders. So I do remember being in a meeting with that and taking notes relative to some of the information that's populated on these slides in that draft.

Q. Who would have been present at that meeting?

A. Bob Shaffer, Nancy Pinckney and myself.

Q. How long did that meeting last?

A. I don't recall exactly, but it was several hours.

Q. How do you take notes?

A. I take them by hand.

Q. What happened to your notes?

A. I would have destroyed them after I entered the information into this draft.

Q. Did you keep any copies of your notes?

A. No.

Q. Going below the Talent Information section --

A. Uh-huh.

Q. -- "Key Strengths" and "Key Focus" areas, do you see that?

A. Yes.

Q. Where does that information come from?

A. I do recall taking notes on -- again, in

conversation, discussion in that meeting. I can't recall, but some of the -- especially on the key strengths could have imported over from previous years' decks, but I do remember taking notes on what you see in the bullets.

Q. If you compare Fifth Third McHugh 006968 from this August 25th, 2019 draft of the talent deck to the final version of the talent deck for 2018, are you able to determine which bullet points were transferred over and which would have come from your notes from the meeting with Mr. Shaffer and Miss Pinckney? If I could refer you on -- I'll refer you specifically to Exhibit No. 8, Fifth Third McHugh 005835.

A. Again, the 5835 is a talent card that is prepared by the leader in conjunction often with their senior business partner. So I don't know that there would be -- that that would have been a point of reference from a previous year.

MR. CIOFFI: Counsel, I think you're trying to direct her attention to Exhibit 8, 005826.

A. Yes. This would be more the strengths and what was listed as strengths and opportunities.

Q. Looking at 005826 --

A. Uh-huh.

Q. -- and comparing it from the 2018 talent deck

and comparing that to Fifth Third McHugh 006968, are you able to determine what information would have been imported over and what would have come from your notes?

A. I -- I don't know, but I can see consistent language. So I see some consistent language, maybe a little bit of wordsmithing from 2018 to 2019 under the strengths, but, for example, the last bullet in 2018 is not referenced in 2019.

Q. That's under Strengths; is that correct?

A. I'm sorry. Yes. Yes. And then it looks like under Opportunities, in 2018 one of those bullets seems to be similar -- or the same in 2019. The other looks like new information.

Q. And is it accurate to say that the new information would have come from your notes from the meeting with Mr. Shaffer and Miss Pinckney?

A. Yes.

Q. Referring back to Exhibit No. 11 -- actually strike that.

One second. If you could stay on Fifth Third McHugh 006968. And, again, on Mr. McHugh's talent card --

A. Yes.

Q. -- below Key Strengths there's another box of successor candidates; is that correct?

A. Yes.
Q. And the first person listed is Tim Spence and then one to two years?
A. Uh-huh.
Q. Is that correct?
A. Yes.
Q. And that would be one to two years to be ready as a successor candidate; is that correct?
A. Typically, yes. It could be ready or it could be -- it could be the individual being ready or organizational readiness or a move like that to be ready for.
Q. And who would have provided that information for its successor candidates?
A. The information that I had to populate would have come from that discussion with Bob.
Q. With Bob Shaffer, correct?
A. Yes.
Q. If you could turn to 006971 under Exhibit 11.
A. 0069 -- okay.
Q. Can you identify that page for me, please, under Exhibit 11?
A. Yes. That's the talent card for Tim Spence.

Q. And with respect to the talent information for Mr. Spence, the Risk of Leaving determination was medium. Where would that have come from?

A. The information for me to populate would have come from that conversation with Bob Shaffer.

Q. And is that also true with respect to potential where it's listed Mr. Spence as high potential?

A. Correct.

Q. And under Potential Next Positions for Mr. Spence, it lists head of regional banking, two plus years; head of commercial banking, two plus years; is that correct?

A. Correct.

Q. And where would that information have come from?

A. From my notes from -- that I had taken in that meeting with Bob Shaffer.

Q. And under Leader Capabilities, it indicates that Mr. Spence had all strengths except for "Be a Great Coach" where it only lists effective. Where would that information come from?

A. From my notes from that meeting with Bob.

Q. Going back to Exhibit No. 10, in your email you indicate, "As I reviewed the EVP-1 pagers

holistically, there is some inconsistency on a few related to the Potential rating. For example, where there is a next potential position identified with a readiness of "ready now," we have a potential rating of "moderate." Based upon our 9 box definitions, it seems these should be "high potential." Do you see that?

A. Yes.

Q. Are -- are one of the people you're referring to there Phil McHugh?

A. I don't recall who I was referring to.

Q. Would that description appear to fit Mr. McHugh's talent card on Exhibit No. 11?

A. Yes, that would -- on that draft of the talent card potential for Phil is listed as moderate potential and there's a potential next position listed as president, ready now.

Q. Is that one of the people you were referring to there in the email?

A. I don't recall without going through the entire deck. I don't recall who I --

Q. Okay.

A. -- was referring to.

Q. And the next sentence in your email indicates, "Also, currently the EVP that's listed as "high potential" has two next potential positions, both with a

readiness of 2+ years? Should this be "moderate" potential for the point in time?"

And would that sentence in your email be referring to Mr. Spence?

A. On the 10/25 draft, the potential for Tim is listed as high potential with two next potential positions, both 2+ years. So that would fit for that, yes.

Q. Did Mr. Shaffer ever respond to this email?

A. I have no recollection of that.

Q. You don't have any -- you don't have any recollection of any conversation with him about your email?

A. About the email, no.

Q. Okay. Or the specific questions that you raised in the email?

A. I don't recall.

Q. Referring you back to 006968, the talent card for Mr. McHugh.

A. Okay.

Q. Where it lists potential next positions for Mr. McHugh, President (ready now); and CEO (1-2 years), did that surprise you at all to see that listed for Mr. McHugh?

A. Well, I would have no opinion about that.

Q. One way or another?
A. No.
Q. Referring to Mr. Spence's talent card for -- that draft from October 25th, 2019, where potential next positions says head of regional banking (2+ years), head of commercial banking (2+ years), did that surprise you at all to see that listed for Mr. Spence?
A. It's the same. I would have no opinion on that.
MR. SABA: Michael, do you have a copy of Exhibit 12?
MR. CIOFFI: I do.
(Whereupon, Plaintiff's Exhibit 12 was marked for identification purposes.)
Q. Miss McKay, if I could refer you to Exhibit 12. If you could identify that for me, please.
A. Yes. It's an email from Bob Shaffer sent on 11/11/2019 to Nancy Pinckney and myself. "Subject: Executive Talent Management and Succession Document," which is attached, dated -- it looks like a version of -- dated 11/17 is attached. Excuse me. 11/7 is attached.
(Whereupon, Plaintiff's Exhibit 13 was marked for identification purposes.)
Q. Miss McKay, I've handed you what's been marked

as Exhibit No. 13. Can you identify that for me, please?

A. Yes. It is a draft dated 11/7/19 of the Executive Talent Management and Succession Update Deck.

Q. And to be clear, it's Bates Stamped Fifth Third McHugh 006714 through Fifth Third McHugh 006761; is that correct?

A. Yes.

Q. And if I could refer you to 006739 in Exhibit 13.

A. Okay.

Q. And if you compare that to the October -- and that's the -- let me be clear. 006739 is the talent card for Mr. McHugh in the November 7th draft; is that correct?

A. Yes.

Q. Of the 2019 talent deck; is that right?

A. Uh-huh.

Q. And if you compare that to the talent card for Mr. McHugh from the October 25th, 2019 draft of the 2019 talent deck, which is 006968, it does not appear that Mr. Shaffer made any changes to that talent card for Mr. McHugh; is that correct?

A. Well, the two talent cards do not appear -- they appear to be the same. The email looks

like, according to what it says, that I would have sent Bob the 11/7 version of a draft. He's saying, I used that to make -- and it's directed to the document. He must have sent it back to me. So they would not -- he would have sent them back to me and -- let me see if there's -- so appreciate you reviewing it. Let me know if you have any questions.

So -- so I'm reading this that he took the 11/7 document, made notes on or changes, sent it back to me, but he's also asking me to look at other parts of the deck. So I would have created a new version that would have included his new changes or notes and sent back the next version, so to speak, with these other -- looking at these other questions, for example, including the employee viewpoint survey, executive summary slide, for example. So I would have inserted that probably for the next version and sent it back to Bob.

Q. And my specific question is with respect to these two versions we have here, the notes of November 7th --

A. Uh-huh.

Q. -- and October 25th. He made no changes to the talent card for Mr. McHugh; is that correct?

A. Well, I don't -- they are exactly the same --

Q. Okay.

A. -- in these two versions.

Q. It still lists Mr. McHugh as potential next positions, president (ready now) and CEO (1-2 years); is that right?

A. Uh-huh. Yes. Correct.

Q. And referring, again, to Exhibit No. 13, if I can refer you to the talent card for Mr. Spence, which is 006742, and comparing that to the talent card in the October 25th draft of the talent deck, which is Exhibit 11, and Page 006971 for Mr. Spence, Mr. Shaffer did not make any changes to Mr. Spence's talent card; is that right?

A. The two talent cards are identical on both versions.

Q. If I could also refer you, in staying with Exhibit No. 11, to Fifth Third McHugh 006977.

A. Okay.

Q. And this is the talent card for the CEO Succession Plan for Fifth Third Bank; is that correct? Excuse me. The slide for the CEO Succession Plan for Fifth Third Bank; is that correct?

A. It's titled slide, yes.

Q. Okay. And if we turn to the next Page, 006978 --

A. Yes.

Q. -- that's the actual slide with the CEO Succession Plan; is that correct?
A. Correct.
Q. And that slide lists Mr. McHugh as the first in line for CEO succession, 1-2 two years; is that correct?
A. Correct.
Q. And if we compare the October 25th draft to the November 7th draft for the 2019 talent deck and specifically referring to the Fifth Third McHugh 006749, that CEO Succession Plan did not change; is that correct?
A. That's correct.
Q. It still listed Mr. McHugh as first in line for CEO succession, 1-2 years, correct?
A. Yes.
Q. With respect to Exhibit No. 12, the email from Mr. Shaffer, did you ever respond to Mr. Shaffer's email?
A. I don't recall.
(Whereupon, Plaintiff's Exhibit 14 was marked for identification purposes.)
Q. Miss McKay, I've handed you what's been marked as Exhibit No. 14. Can you identify that for me, please?

A. Yes. It is a draft dated 11/11/19 of the Executive Talent Management and Succession Planning Update Deck.

Q. And just to be clear, Exhibit No. 14 is Bates Stamped Fifth Third McHugh 006886 through 006940; is that correct?

A. Yes.

Q. With respect to this draft, November 11th, 2019 draft, would this reflect changes made by you at the direction of Mr. Shaffer?

A. I believe so.

Q. The November 11th, 2019 draft, did that include insertions of employee engagement scores that were otherwise not included with the prior drafts of the 2019 talent deck?

MR. CIOFFI: Objection. Counsel, you have a -- question's confusing. Do you have a page reference?

MR. SABA: Certainly.

Q. I'm referring specifically to Bates Stamped pages that begin with Slide No. 19. Let me see. Yes, Slide No. 19, which is 006904 through 006910 of Exhibit No. 14.

A. I see those slides, but could you repeat your question?

Q. Certainly. I'm just trying to establish that these slides were added in to the November 7th, 2019 draft of the talent deck as part of the November 11th draft? The difference between the two is starting with the insertion of these pages, correct?

A. In the -- okay. So your question?

Q. Sure. Let me rephrase the question.

A. Okay.

Q. That specifically Fifth Third McHugh 006904 --

A. Uh-huh.

Q. -- through Fifth Third McHugh 006910 --

A. Okay.

Q. -- that, first of all, those -- those pages are from the employee engagement surveys; is that correct?

A. Yes. The employee viewpoint survey, yes.

Q. And those pages were added in to the November 11th, 2019 draft of the 2019 talent deck; is that correct?

A. Yes. I don't believe they existed in prior drafts.

Q. If I can refer you to Fifth Third McHugh 006918 on Exhibit No. 14.

A. Okay.

Q. This is the talent card for Phil McHugh; is

that correct?
A. Correct.
Q. And the talent card was changed from the version four days earlier in the November 11th draft to the talent deck. The potential next positions for Mr. McHugh had been changed from president (ready now) and CEO (1-2 years) to head of middle market banking (ready now). Do you see that?
A. Yes.
Q. Where would that information have come from?
A. They would have either come from -- they appear to be revisions by way of Bob's feedback to me to put in here.
Q. Do you know what would have happened in the four days between November 7th, 2019 and November 11th, 2019 that would have justified changing Mr. McHugh's talent card from saying "President (ready now) and CEO (1-2 years)" to "Head of Middle Market Banking (ready now)" with respect to the potential next position?
MR. CIOFFI: Objection. Foundation. That assumes something happened.
A. I don't recall.
Q. Did Mr. Shaffer provide you with any explanation as to why he changed the potential next position for Mr. McHugh from president (ready now) and

CEO (1-2 years) to Head of Middle Market Banking (ready now)?

A. Did he provide an explanation? No.

Q. Were you provided with any information as to why that change was being made?

A. No.

Q. Did you ask Mr. Shaffer questions as to why that --

A. I did not.

Q. -- change is being made? How would that information have been conveyed to you?

A. I don't recall specifically. Either in a conversation or it could have been through notes, you know, a conversation -- like an email or -- sorry. Excuse me. Notes back and forth that could have been in email form, but I just don't recall.

Q. Did you ever communicate with Mr. Shaffer by text?

A. No.

Q. When you say "notes in email form," do you mean -- what do you mean by that?

A. Similar to Exhibit 12, just conversational notes, but I don't recall specifically related to this change that you're referencing. This -- you know, this is a very iterative process that goes from October

through -- and up to close to the finalization in December of this deck. So there could have been multiple ways of getting feedback.

Q. Under Leader Capabilities, the category of "Be a Great Coach" was changed from a strength for Mr. McHugh as of November 7th, 2019 to just effective for Mr. McHugh as of November 11th, 2019. Do you see that?

A. Yes.

Q. Who would have made that change?

MR. CIOFFI: Objection. Lack of foundation. If you know.

A. I believe I would have made the change on the slide.

Q. Who would have instructed you to make that change?

A. Bob Shaffer.

Q. Do you know what would have happened within the four days from November 7th to November 11th, 2019 that would have justified a change from strength to effective with respect to Mr. McHugh's leadership capabilities as be a great coach?

MR. CIOFFI: Objection to the form of the question. It assumes that something happened. You may answer if you know.

A. I don't know.
Q. Did you have any discussion with Mr. Shaffer as to why the leader capability of be a great coach for Mr. McHugh would be changed from a strength to effective?
A. No.
Q. Did you have any conversations with anyone as to why that change was being made to Mr. McHugh's talent deck?
A. No.
Q. Or talent card. Excuse me. Under the Key Focus areas on Mr. McHugh's talent card, referring to the November 7th version, 006739, the first bullet point listed is "Exposure to certain key stakeholders (e.g. investors, earnings call and rating agencies)." Do you see that?
A. Yes.
Q. Comparing that to the talent card for Mr. McHugh for November 11th, which is Fifth Third McHugh 006918, the first bullet point is deleted, correct?
A. Yes.
Q. Who would have made the determination that that first bullet point should be deleted from Mr. McHugh's key focus areas?
A. It -- it would have been feedback from Bob to

me.
Q. Do you know why that first bullet point was deleted from Mr. McHugh's key focus areas?
A. No.
Q. Did Mr. Shaffer ever communicate to you why that first bullet point was being deleted from Mr. McHugh's key focus areas?
A. He did not.
Q. Did you have any discussions with anyone with respect to the removal of that bullet point from Mr. McHugh's talent card?
A. Not that I recall.
Q. Under Succession Candidates under the November 11th, 2019 version of Mr. McHugh's talent card, it lists "Tim Spence (ready now)." Did I read that correctly?
A. Correct.
Q. And looking at the November 7th talent card, it lists "Tim Spence, (1-2 years);" is that correct?
A. Correct.
Q. Who would have instructed you to make that change to Mr. McHugh's talent card?
A. Bob Shaffer.
Q. Do you know why that change was made to Mr. McHugh's talent card?
A. I do not.

Q. Did you have any discussion with Mr. Shaffer as to why that change was being made?
A. I did not.
Q. Did you have discussion with anyone as to the making of that change to McHugh's talent card?
A. Not that I recall.
Q. If you could turn to Fifth Third McHugh 006921 on Exhibit 14, that's the talent card for Mr. Spence; is that correct?
A. Yes.
Q. Comparing the November 11th, 2019 version of the talent card for Mr. Spence on Exhibit No. 14 to the November 7th, 2019 version of the talent card for Mr. Spence, which is 006742 --
A. Okay.
Q. -- the potential next position for Mr. Spence was changed from head of regional banking (2+ years), Head of Commercial Banking (2+ years) to president/COO (1 year) and CEO (2 years). Did I read that correctly?
A. Yes.
Q. Who would have made the determination that the potential next position for Mr. Spence should be changed as of November 11th, 2019?
A. From the -- from the November version, it

would have been feedback from Bob to me.
Q. Do you know why that change was made with respect to Mr. Spence's next position as of November of 11th, 2019?
A. I don't.
Q. Did you have any discussions with Mr. Shaffer regarding why that change would be made to the 2000 -- excuse me -- November 11th, 2019 version of Mr. Spence's talent card?
A. I don't.
Q. Did you have any discussions with anyone regarding the change of Mr. Spence's talent card with respect to the potential next position?
A. Not that I recall.
Q. The November 11th, 2019 version of Mr. Spence's talent card also changes his potential to include the note, "Head of Regional Banking and Head of Commercial Banking (ready now)." Do you see that?
A. I do.
Q. And who would have instructed you to put that information in Mr. Spence's talent card?
A. Feedback from Bob Shaffer.
Q. And do you know why that change was made?
A. I do not.
Q. Did Mr. Shaffer give any indication as to why

that change was being made?
A. Not that I recall.
Q. Are you aware of anything that happened in the four days between November 7th, 2019 and November 11th, 2019 that would have justified these changes to Mr. Spence's talent card?
MR. CIOFFI: Objection to the form. You may answer.
A. No.
Q. Under Leader Capabilities with respect to Mr. Spence, under the category of Be a Great Coach, Mr. Spence's previous rating of effective as of November 7th, 2019 was changed to strength as of November 11th, 2019. Do you see that change?
A. I do.
Q. Who would have instructed you to make that change?
A. Feedback from Bob.
Q. Do you know why that change was made?
A. I do not.
Q. Did Mr. Shaffer provide an explanation as to why that change was made?
A. I don't recall.
Q. Under Key Focus Areas for Mr. Spence, the fourth bullet point for Mr. Spence under the

November 7th, 2019 version of his talent card --
A. Uh-huh.
Q. -- reads, "Improved communication response approach to eliminate perception of being dismissive. Ensure open dialogue is permitted before finalizing decision." Did I read that correctly?
A. Yes.
Q. The -- that bullet point was deleted from the November 11th, 2019 version of Mr. Spence's talent card and it was replaced with "Exposure to certain stakeholders (e.g. example, investors, earnings call and rating agencies)." Do you see that?
A. I do.
Q. Who would have made the determination to change the key focus areas for Mr. Spence as of November 11th, 2019?
A. Feedback from Bob Shaffer.
Q. And the key focus area that was added to Mr. Spence, that was the same key focus area that was deleted from Mr. McHugh's key focus areas; is that correct?
A. Could you --
Q. Certainly.
A. -- remind me.?
Q. Specifically, if I refer you back to Exhibit

No. 13 --
A. Okay.
Q. -- and the talent card for Mr. McHugh, which is 006739, the November 7th talent card for Mr. McHugh, the first bullet point is "Exposure to certain key stakeholders (e.g. investors, earnings call and rating agencies);" is that correct?
A. Yes.
Q. And that is the same bullet point that is then added to Mr. Spence's key focus areas as of November 11th, 2019; is that correct?
A. That's correct.
Q. And it was also removed from Mr. McHugh's key focus areas as of November 11th, 2019; is that correct?
A. Yes.
Q. Who would have been instructed that that change should be made to the respective talent cards?
A. Feedback to me from Bob Shaffer.
Q. And do you know why that change was made?
A. I do not.
Q. Did you have any discussions with Mr. Shaffer or anyone else as to why that change was being made to their respective talent cards?
A. I don't recall.

Q. Are you aware of anything that happened between November 7th, 2019 and November 11th, 2019 that would have justified that change?

MR. CIOFFI: Objection to the form. You may answer.

A. No.

Q. If you could turn to fifth Third McHugh 006928 under Exhibit No. 14.

A. Okay.

Q. And this is the CEO Succession Plan for the November 11th, 2019 version of the talent deck; is that correct?

A. Yes.

Q. And compared to the November 7th, 2019 CEO Succession Plan for the 2019 talent deck, Mr. McHugh has been removed as the first in line for CEO succession; is that correct?

A. Yes.

Q. And he is replaced by Tim Spence, 1-2 years; is that correct?

A. Yes.

Q. And Mr. McHugh is removed as the second emergency successor; is that correct?

A. I see on the 11th -- on the 11/11 emergency successors listed are Tayfun Tuzun and

Phil McHugh.
Q. And that's the only place where he's listed, correct?
A. Yes.
Q. Do you know why that change was made to the CEO Succession Plan?
A. I do not.
Q. Who would have instructed you to make that change to the CEO Succession Plan?
A. Feedback from Bob Shaffer.
Q. Did you have any discussions with Mr. Shaffer as to why that change was being made?
A. I did not.
Q. Did you have any discussions with anyone as to why that change was being made?
A. Not that I recall.
Q. Are you aware of any incident that occurred between November 7th, 2019 and November 11th, 2019 that would have justified those changes to the CEO Succession Plan for Fifth Third Bank?
MR. CIOFFI: Objection to form. You may answer.
A. No.
MR. CIOFFI: While you're looking, can we take a break?

MR. SABA: That's fine. We can go off the record.

VIDEOGRAPHER: We are now going off record. The time is 12:32.

(Whereupon, a brief recess was taken.)

VIDEOGRAPHER: We are now back on record and the time is 12:45.

(Whereupon, Plaintiff's Exhibit 15 was marked for identification purposes.)

Q. Miss McKay, you've just been handed what's been marked as Exhibit No. 15. Can you identify that for me, please?

A. Yes. It's a draft dated 11/12/19 of the Human Capital Talent Succession Plan.

Q. And to be specific, Exhibit 15 is Bates Stamped Fifth Third McHugh 006762 through Fifth Third McHugh 006811; is that correct?

A. Correct.

Q. With respect to the November 12th draft, if you could turn to Fifth Third McHugh 006780.

A. Okay. Yes.

Q. And Fifth Third McHugh 006780 and the succeeding page, Fifth Third McHugh 006781, are both from the 2019 Employee Viewpoint Surveys; is that correct?

A. Yes.
Q. And that was a reduction in the number of pages that appeared in the November 11th, 2019 draft; is that correct?
A. Yes. It looks like it went from six slides on the 11/11 draft to two slides on the 11/12 draft.
Q. And the four slides that were removed from the 11/11 draft going to the November 12, 2019 draft, those would be the pages that are Bates Stamped 006905, "Engagement and Distribution of Engagement Levels;" is that correct?
A. Yes.
Q. And Fifth Third McHugh 006906, "Engagement Levels Across the Employee Life Cycle;" is that correct?
A. Yes.
Q. Including the notes that go on to Fifth Third McHugh 006907; is that right?
A. Yes.
Q. And Fifth Third McHugh 006908, "Engagement By Line of Business;" is that correct?
A. Yes.
Q. And Fifth Third McHugh 006909, "Engagement by Generation and Gender;" is that correct?
A. Yes.
Q. Who would have instructed you to remove those

pages from the November 12th, 2019 draft?
MR. CIOFFI: Objection to the form. You may answer, if you know.
A. Yes. As I recall, it would have been feedback from Bob Shaffer.
Q. Do you know why those pages were removed?
A. I do not.
Q. Did you have any discussions with Mr. Shaffer as to why those page would be removed?
A. Not that I recall.
Q. Did you have any discussions with anyone with respect to why those pages would be removed?
A. No, not that I recall.
Q. If you could turn to Fifth Third McHugh 006792. 006792 is the talent card for Mr. Spence, the November 12th, 2019 version; is that correct?
A. Yes.
Q. And comparing that to the talent card for Mr. Spence on Fifth Third McHugh 006921 --
A. Okay.
Q. -- Mr. Spence's key strengths were rewritten and added to for the November 12th, 2019 version; is that correct?
A. I'm sorry. Could you repeat the

question?
Q. Certainly. So comparing Mr. Spence's talent card for the November 12th, 2019 version --
A. Okay.
Q. -- to the November 11th, 2019 version, referring specifically to the bullet points under Key Strengths, those key strengths were rewritten and added to; is that correct?
A. Yes.
Q. Where would those changes to Mr. Spence's key strengths have come from?
A. Feedback from Bob Shaffer.
Q. Do you know why those changes were made to Mr. Spence's key strengths?
A. I do not.
Q. Did you have any discussions with anyone as to why those changes were being made to Mr. Spence's key strengths?
A. Not that I recall.
Q. Mr. Spence's key focus areas were also rewritten and added to as of the November 12th, 2019 draft compared to the November 11th, 2019 draft; is that correct?
A. Yes. Yes.
Q. Who would have instructed that those changes

be made to Mr. Spence's key focus areas?
A. Feedback from Bob.
Q. Do you know why those changes were made?
A. I do not.
Q. Did you have any discussions with Mr. Shaffer or anyone else regarding the changes to Mr. Spence's key focus areas for the November 12th, 2019 draft of the talent deck?
A. I don't recall.
(Whereupon, Plaintiff's Exhibit 16 was marked for identification purposes.)
Q. Miss McKay, I just handed you what's been marked Exhibit 16. Can you identify that for me, please?
A. Yes. It is a draft dated 11/13/19 of the Human Capital Executive Talent Management and Succession Plan Update Deck.
Q. If you could turn to Fifth Third -- just to be clear, Exhibit No. 16 begins with Fifth Third McHugh 006836 and runs through Fifth Third McHugh 006885; is that correct?
A. That's correct.
Q. And if you could you turn to Fifth Third McHugh 006866, please.
A. Okay.

Q. That's the talent card for Mr. Spence; is that correct?
A. Yes.
Q. And with respect to the potential next position for Mr. Spence, under CEO, the time period has changed from two years to two to three years; is that correct?
A. As on a previous?
Q. Correct. I'm comparing that to the November 12th, 2019 version, which is Fifth Third McHugh 006792.
A. The CEO 11/12 was two years and on 11/13 it is two to three years.
Q. Who instructed you to make changes to Mr. Spence's talent card?
A. Feedback from Bob Shaffer.
Q. Do you know why that change was made?
A. I do not.
Q. Did you have any discussions with Mr. Shaffer or anyone else regarding the making of that change to Mr. Spence's talent card?
A. I don't recall.
Q. If you could turn to the Fifth Third McHugh 006873 in Exhibit No. 16.
A. Okay.
Q. And comparing that to Fifth Third McHugh

006799 in Exhibit No. 15.
A. Okay.
Q. The CEO Succession Plan was also changed such that with respect to Tim Spence it was changed from one to two years to two to three years; is that correct?
A. Correct.
Q. And who would have instructed you to make that change?
A. Bob Shaffer.
Q. And do you know why that change was made?
A. I do not.
Q. Did you have any discussions with anyone as to why that change was being made?
A. Not that I recall.
(Whereupon, Plaintiff's Exhibit 17 was marked for identification purposes.)
Q. Miss McKay, you've been handed Exhibit No. 17. Can you identify that for me, please?
A. Yes. It is a draft dated 11/18 of '19 of Human Capital Executive Talent Management and Succession Planning Update Deck.
Q. And that Exhibit No. 17 is Bates Stamped Fifth Third McHugh 006330 through Fifth Third McHugh 006379; is that correct?

A. That's correct.
Q. If I could refer you to Fifth Third McHugh 006357.
A. Okay.
Q. That is a talent card for Mr. McHugh; is that correct?
A. Correct.
Q. And with respect to that talent card, it now includes a 2019 performance rating; is that correct?
A. Yes.
Q. And the performance rating for Mr. McHugh is exceeds; is that right?
A. That's correct.
Q. When would those performance ratings become available?
A. I'm not sure I understand what you're asking.
Q. Well, let me -- let's go back to Exhibit No. 16. And if I could refer you to the talent card for Mr. McHugh in Exhibit No. 16, which is Fifth Third McHugh 006863.
A. Okay.
Q. And you will see in that talent card for Mr. McHugh from November the 13th the performance rating for 2019 is blank?

A. Yes.

Q. And now as of November 18th, they have exceeds for his 2019 performance rating. My question is just when did those become available?

A. I would have gotten that information from Bob Shaffer to populate on this talent card.

Q. Historically, do you recall when performance ratings become available each year?

A. It really -- it's a process, so it could vary by division leader. At lower levels in the organization there are calibration meetings where managers will populate a rating and then the leader of the group will have a calibration session so there will be discussion. They're -- it's -- systemically they're not formalized until later in the process and we close up performance management cycles, but regardless, this information came to me from Bob Shaffer.

Q. Uh-huh. When would you close out the process typically for performance rating?

MR. CIOFFI: Objection. Lack of foundation. But if you know, you may answer.

A. For the entire organization, it would have been formally in the system, I believe, gosh, February time frame, sometime in February.

Q. February the following year?

A. Yes.
Q. That would usually be the process?
A. Well, to be in the system.
Q. Okay.
A. Again, there -- to be formalized in the system, but the ratings could sit in the system prior to that.
Q. Okay. Is it typical that there would be a rating for a year that's not yet complete?
A. Yes. It could happen for sure.
Q. Did that typically happen?
A. Yes. As I described, the performance -- the performance management cycle for the entire organization typically kicked off in November of that year, of the current year. And then there's a process where employees can put in, you know, self comments and then managers put in their comments. And they can put in ratings into the system any time between then and when the, quote, unquote, performance evaluation formally is closed.
Q. And as you indicated before, that information would have been given to you by Mr. Shaffer to insert in Mr. McHugh's talent card in Exhibit No. 17, the November 18th draft on the 2019 talent deck, correct?
A. Yes. That would have come from Bob Shaffer to

me.
Q. Referring you to Fifth Third McHugh 006360 on Exhibit No. 17.
A. Okay.
Q. That's the talent card for Mr. Spence; is that correct?
A. Correct.
Q. And comparing that talent card to the November 13th draft of Mr. Spence's talent card --
A. Okay.
Q. -- under Potential as of November 13th, the potential for Mr. Spence listed high potential, Head of Regional Banking and Head of Commercial Banking (ready now). But in the November 18th version, it lists high potential, Head of Regional Banking (ready now), Head of Commercial Banking (1-2 years). Do you see that?
A. Okay. Could you repeat that? I think I got it backwards.
Q. Certainly. Looking at the November 18th talent deck --
A. Yes.
Q. -- 006360, and the talent card for Mr. Spence --
A. Uh-huh.
Q. -- to the talent card for Mr. Spence in the

November 13th version --
A. Okay.
Q. -- 006866?
A. Yes.
Q. The potential has been changed where it previously indicated "High Potential, Head of Regional Banking and Head of Commercial Banking (ready now)." The November 18th version lists High Potential, "Head of Regional Banking (ready now), Head of Commercial Banking (1-2 years)"?
A. Correct.
Q. Where did that change come from?
A. It would have come from Bob Shaffer's feedback to make the edit in the deck.
Q. Do you know why that change was made?
A. I do not.
Q. Did you have any discussions with anyone as to why that change was being made?
A. Not that I recall.
(Whereupon, Plaintiff's Exhibit 18 was marked for identification purposes.)
Q. Miss McKay, I've handed you what's been marked Exhibit No. 18. Can you identify that for me, please?
A. Yes. It is a draft dated 12/1/19, "Human Capital and Executive Talent Management and Succession

Plan Updates."
Q. Exhibit No. 18 is Bates Stamped Fifth Third McHugh 007016 through Fifth Third McHugh 007065; is that correct?
A. Yes.
Q. If you could turn to Fifth Third McHugh 007046 on Exhibit No. 18.
A. Okay.
Q. That's the talent card for Mr. Spence; is that correct?
A. Yes.
Q. And comparing that to the talent card for Mr. Spence for the November 18th, 2019 draft of the talent deck, which is 006360 --
A. Yes.
Q. -- under Potential Next Position, under CEO, it has changed from 2-3 years to 3+ years. Do you see that?
A. Yes.
Q. Who would have instructed you to make that change?
A. Bob Shaffer.
Q. Do you know why that change was made?
A. I do not.
Q. Did you have any discussions with

Mr. Shaffer as to why that change was being made?
A. Not that I recall.
Q. When did you first become aware that Mr. Spence would succeed Mr. Carmichael as president of Fifth Third Bank?
MR. CIOFFI: Objection. Lack of foundation.
A. I would not have become aware.
Q. You've never become aware that Mr. Spence succeeded Mr. Carmichael as president of Fifth Third Bank?
A. Just after the fact.
Q. That was the first time you became aware of it?
A. Correct.
Q. When would that have been?
A. I don't recall exactly. It would have been, I believe, in 2020.
Q. Did you have any discussions with anyone about Mr. Spence becoming president of Fifth Third Bank prior to September or October of 2020?
A. Not that I recall.
Q. Did -- were you involved at all with respect to the coaching of Mr. Spence to take over as president of Fifth Third Bank?

A. No.
Q. Were you involved at all with the coaching of Mr. Spence becoming the CEO of Fifth Third Bank?
A. No.
Q. Do you know who RHR International is?
A. I do not.
Q. Do you know who Guy Boden is?
A. I do not.
Q. What involvement do you have in the employee engagement surveys?
A. I don't have any specific direct involvement.
Q. Other than participating in taking the survey?
A. Correct.
Q. Are you ever provided with the results of the surveys?
A. Perhaps at the organizational level. So at Nancy Pinckney's level, like a recap of her -- her team's results. I believe that a direct manager had to have four or more direct reports to get individual results. So I don't believe I had individual results for my specific team, but I've seen roll-up view, so to speak.
Q. So the members of the enterprise committee would have individual results because they would have

more than four people reporting to them, correct?
A. I believe that's correct.
Q. You continued to be involved in modifying the 2019 talent deck until the final version was created; is that correct?
A. Yes. That's what I remember.
Q. What's your understanding of why Phil McHugh's employment with Fifth Third Bank ended?
MR. CIOFFI: Objection to form. Lack of foundation. If you have an understanding, you may answer.
A. My understanding was that he left after Tim Spence was named president.
Q. Do you have any understanding as to why he left?
A. Only from what I read on the internet.
Q. What did you read on internet?
A. That he left after Tim Spence was named president and was pursuing litigation based on age discrimination.
Q. Anything else?
A. That's all I can recall.
Q. Did you have any discussions with anyone at Fifth Third Bank about that?
A. I do not recall having any

conversations.

Q. Did you ever hear Bob Shaffer refer to Phil McHugh as the silver fox?

A. No.

Q. Did you ever hear anyone at Firth Third refer to Phil McHugh as the silver fox?

A. No.

MR. SABA: We can go off the record. I'll just take two minutes and I'll see what I have left.

MR. CIOFFI: Okay.

VIDEOGRAPHER: We are now going off record. We are now going off record and the time is 1:17.

(Whereupon, a brief recess was taken.)

VIDEOGRAPHER: We're now back on record. The time is 1:31.

MR. SABA: Miss McKay, that's all the questions I have at this time. Our position that we're continuing the depositions in progress pending resolution of various discovery issues. But, otherwise, those are all the questions I have for today.

MR. CIOFFI: We acknowledge that you're attempting to keep the record open. We do not believe you have the right to do so. But having

said that, I have no questions. The witness will read the transcript and proceed from there.

VIDEOGRAPHER: This adjourns the deposition of Elizabeth McKay. We are now going off record. The time is 1:32.

____________________________

ELIZABETH MCKAY

(DEPOSITION CONCLUDED AT 1:32 P.M.)

C E R T I F I C A T E

STATE OF OHIO :
: SS:
COUNTY OF HAMILTON :

I, Jennifer K. Starner, the undersigned, a duly qualified and commissioned Notary Public within and for the State of Ohio, do hereby certify that before giving of the aforesaid deposition, the said ELIZABETH MCKAY was by me first duly sworn to depose the truth, the whole truth and nothing but the truth; that the foregoing deposition was given at the said time and place and was taken in all respects pursuant to Notice; that the deposition was taken in stenotypy by me and transcribed into typewritten form under my supervision; that the transcribed deposition is to be submitted to the witness for her examination and signature, and that signature may be affixed out of the presence of the Notary Public; that I am neither relative, attorney, nor employee of any party or their counsel and have no interest in the result of this pending action.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal of office at Cincinnati, Ohio, this 30th day of May, 2023.

My commission expires: March 7, 2024

__________________________
Jennifer K. Starner, RPR
Notary Public

1 DEPOSITION ERRATA SHEET

Date Taken: May 15, 2023

Case Caption: PHILIP R. MCHUGH

vs. FIFTH THIRD BANCORP, et al.,

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the ______ day of

____________, 20___.

___________________________________

ELIZABETH MCKAY

2 DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:______________

____________________________________________________

Reason for change:_________________________________

Page No._____Line No._____Change to:______________

____________________________________________________

Reason for change:_________________________________

Page No._____Line No._____Change to:______________

____________________________________________________

Reason for change:_________________________________

Page No._____Line No._____Change to:______________

____________________________________________________

Reason for change:_________________________________

Page No._____Line No._____Change to:______________

____________________________________________________

Reason for change:_________________________________

Page No._____Line No._____Change to:______________

____________________________________________________

Reason for change:_________________________________

Page No._____Line No._____Change to:______________

____________________________________________________

Reason for change:_________________________________

SIGNATURE:_______________________DATE:___________

ELIZABETH MCKAY

3 DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_______________

______________________________________________________

Reason for change:___________________________________

Page No._____Line No._____Change to:_______________

______________________________________________________

Reason for change:___________________________________

Page No._____Line No._____Change to:_______________

______________________________________________________

Reason for change:___________________________________

Page No._____Line No._____Change to:_______________

______________________________________________________

Reason for change:___________________________________

Page No._____Line No._____Change to:_______________

______________________________________________________

Reason for change:___________________________________

Page No._____Line No._____Change to:_______________

______________________________________________________

Reason for change:___________________________________

Page No._____Line No._____Change to:_______________

______________________________________________________

Reason for change:___________________________________

SIGNATURE:_______________________DATE:___________

ELIZABETH MCKAY

**WORD INDEX**

< 0 >
**005445** 22:10
**005446** 22:10
**005447** 23:10
**005467** 23:18 31:22 34:20 35:5
**005481** 23:11
**005482** 37:18
**005635** 14:17
**005639** 19:17
**005657** 31:9
**005671** 14:18
**005778** 30:6
**005810** 30:7
**005811** 30:10
**005812** 34:8
**005813** 45:11
**005826** 62:20, 23
**005829** 34:15, 21
**005831** 47:4
**005835** 62:13
**005843** 30:10
**006048** 41:3
**006330** 93:24
**006357** 94:3
**006360** 97:2, 22 99:14
**006379** 93:24
**006714** 69:6
**006739** 69:9, 13 78:13 84:4
**006742** 71:8 80:14
**006749** 72:10
**006761** 69:6
**006762** 87:16
**006780** 87:20, 22
**006781** 87:23
**006792** 89:16 92:10
**006799** 93:1
**006811** 87:17
**006836** 91:20
**006863** 94:21
**006866** 91:24 98:3
**006873** 92:23
**006885** 91:20
**006886** 73:5
**0069** 64:21
**006904** 73:22 74:9
**006905** 88:9
**006906** 88:13
**006907** 88:17
**006908** 88:19
**006909** 88:22
**006910** 73:22 74:11
**006918** 74:23 78:20
**006921** 80:7 89:20
**006928** 85:7
**006940** 73:5
**006943** 44:1
**006945** 44:4
**006946** 44:18 45:3
**006950** 56:7, 19
**006955** 45:22
**006963** 46:22, 24 49:18 50:24 53:5
**006968** 58:13 62:6 63:1, 21 67:18 69:21
**006971** 64:19 71:10
**006977** 71:16
**006978** 71:24
**006989** 44:2
**007016** 99:3
**007046** 99:6
**007065** 99:3
**05467** 24:16
**05657** 24:12, 13

< 1 >
**1** 4:9 14:2, 5, 16 19:16 20:21 23:22 24:7, 8, 14, 24 25:1, 6 30:21 31:8, 25 35:2 80:19 106:1
**1:17** 103:13
**1:21-CV-00238** 1:6 5:8
**1:31** 103:16
**1:32** 104:5, 13
**10** 4:13 21:9 40:24 41:1 60:19 65:24
**10/25** 67:5
**10/25/19** 43:20
**10/25/2019** 41:5
**10:46** 36:20
**11** 4:14 22:3 43:14, 17, 25 44:5 45:23 46:22 56:7, 18 58:12, 14 63:18 64:20, 23 66:12 71:10, 16
**11/11** 85:25 88:6, 8
**11/11/19** 73:1
**11/11/2019** 68:18
**11/12** 88:6 92:11
**11/12/19** 87:13
**11/13** 92:12
**11/13/19** 91:15
**11/17** 68:21
**11/18** 93:20
**11/28/18** 14:6 20:11, 14
**11/29/18** 21:5
**11/29/2018** 21:3
**11/30** 22:2
**11/30/18** 23:7
**11/30/2018** 22:1
**11/7** 68:21 70:2, 9
**11/7/19** 69:3
**11:26** 56:14
**11:38** 56:17
**11th** 73:8, 12 74:3, 18 75:4, 15 77:7, 19 78:19 79:14 80:11, 24 81:4, 8, 15 82:5, 14 83:9, 16 84:11, 14 85:2, 11, 24 86:18 88:3 90:5, 22
**12** 4:14 68:11, 13, 16 72:17 76:22 88:8
**1-2** 59:22 67:22 71:3 72:5, 15 75:7, 18 76:1 79:18 85:19 97:16 98:10
**12/1/19** 98:24
**12/4** 35:24
**12/4/2018** 28:6
**12/7/2018** 37:1
**12:32** 87:4
**12:45** 87:7
**12th** 87:19 89:1, 17, 23 90:3, 21 91:7 92:10
**13** 4:15 45:25 46:13 68:23 69:1, 10 71:6 84:1
**13th** 94:24 97:9, 11 98:1
**14** 4:9, 15 72:21, 24 73:4, 23 74:23 80:8, 12 85:8
**15** 1:16 4:16 87:8, 11, 15 93:1 106:2
**15th** 5:3
**16** 4:16 91:10, 13, 19 92:23 94:19, 20
**17** 4:17 93:16, 18, 23 96:23 97:3
**18** 4:17 98:20, 23 99:2, 7
**18th** 95:2 96:24 97:14, 19 98:8 99:13
**19** 60:23 73:21, 22 93:20
**1958** 7:25
**1st** 8:24 29:5, 12

< 2 >
**2** 4:9 9:12 20:5, 8 35:2 41:19, 20 67:1, 7 68:5, 6 80:17, 18, 19 107:1
**20** 4:9, 10 23:17, 22 25:16 30:22 35:5, 8 106:17
**200** 1:15
**2000** 81:8
**201** 2:10
**2016** 9:4
**2018** 13:25 14:9 18:14 22:25 23:20, 21, 23 26:20 27:1, 11 28:12 30:2 32:13, 22 33:4 34:25 35:2, 9 37:24 42:15, 18 44:25 45:9, 16 46:4, 6 47:2, 8 48:12, 18, 25 49:10, 11, 13, 14, 17, 20 50:7 51:21 62:8, 25 63:6, 7, 11
**2018's** 42:24
**2019** 41:25 42:3, 8, 11, 16, 20, 24 43:3, 12, 23 45:16 46:9, 15 47:9, 15, 25 48:4, 7, 21 50:5, 10, 14 57:21 60:22, 23 62:7 63:6, 8, 12 68:4 69:17, 20

72:9 73:9, 12, 15 74:2, 18 75:15, 16 77:6, 7, 19 79:14 80:11, 13, 24 81:4, 8, 15 82:4, 5, 13, 14 83:1, 9, 16 84:11, 14 85:2, 11, 14, 15 86:18 87:24 88:3, 8 89:1, 17, 23 90:3, 5, 21, 22 91:7 92:10 94:9, 25 95:3 96:24 99:13 102:4
**2020** 100:18, 21
**2022** 8:25
**2023** 1:16 5:3 105:22 106:2
**2024** 105:25
**21** 4:10
**22** 30:21
**23** 4:11
**2-3** 99:17
**23rd** 42:3
**25th** 41:25 60:18 62:7 68:4 69:20 70:22 71:9 72:8
**2623** 2:4
**28** 4:11 7:16
**28th** 23:21, 23 24:9
**29** 4:12

**< 3 >**
**3** 4:10 20:24 21:2 22:17 99:17 108:1
**300** 9:12 10:24
**30th** 22:25 23:20 26:20, 25 27:11 28:23 35:9 105:22
**36** 4:13

**< 4 >**
**4** 4:10 21:21, 24 22:6, 12, 25 23:15 26:19 27:3, 22
**40** 4:13
**4030** 1:15
**43** 4:14
**45036** 7:17
**45202** 2:10
**45208** 2:5
**4th** 7:25

**< 5 >**
**5** 4:11 23:3, 6, 9, 21 24:17 25:3, 9, 16 26:25 27:11 30:22 31:22 32:1 34:8, 20
**513.362.8701** 2:11
**513.533.2711** 2:5
**5813** 45:15
**5831** 47:14
**5835** 62:14
**5th** 37:24

**< 6 >**
**6** 4:5, 11 28:1, 4 30:16 35:21
**68** 4:14, 15
**6945** 44:22

**< 7 >**
**7** 4:12 29:19, 23, 25 30:5, 13, 20, 23 32:2, 9, 10 105:25
**72** 4:15
**7th** 69:14 70:20 72:9 74:2 75:15 77:6, 19 78:13 79:17 80:13 82:4, 13 83:1 84:4 85:2, 14 86:18

**< 8 >**
**8** 4:12 29:20, 23 30:3, 9, 14 34:1, 6 45:8 47:3 62:13, 20
**87** 4:16

**< 9 >**
**9** 4:13 36:21, 24 37:14 38:25 41:16 66:5
**9:00** 21:16 22:5 27:23
**9:37** 1:16 5:4
**91** 4:16
**93** 4:17
**98** 4:17

**< A >**
**a.m** 1:16 5:4 21:16
**able** 29:24 34:5, 11 62:8 63:2
**accelerate** 10:15, 22
**accelerated** 10:11
**acceleration** 9:9
**access** 33:6
**accurate** 63:14 106:10
**acknowledge** 103:23
**Act** 55:17
**acting** 54:11
**action** 105:19
**actual** 72:1
**added** 27:17 74:2, 17 83:18 84:10 89:23 90:7, 21
**adding** 18:9 47:9
**addition** 25:2, 4
**additional** 9:15 17:16 21:15 34:23
**Additionally** 6:24 7:5
**address** 7:14, 16, 19
**adjourns** 104:3
**administrative** 15:10
**adult** 7:22
**affixed** 3:13 105:16
**aforesaid** 105:7
**afternoon** 20:19 21:9 41:10 42:7
**age** 6:4 48:6, 10 102:19
**agencies** 78:15 83:12 84:7
**ages** 47:10, 11
**Agility** 55:19
**agreed** 5:20
**ahead** 6:8 21:23 35:12 48:5 49:5
**al** 1:8 5:6 106:4
**alignment** 25:8, 12
**and/or** 12:13 13:1, 5 19:5 106:11
**Anderson** 46:25 50:23 53:5, 19 54:10 58:24
**annual** 9:24 10:6 11:6, 10, 15 13:16
**annually** 10:10 13:12
**answer** 6:19, 21, 22, 25 7:8 8:9 32:6, 16, 25 33:8, 16 40:18 44:13 46:11, 19 48:6 50:18 77:25 82:8 85:5 86:22 89:3 95:21 102:11
**answers** 7:1
**anticipate** 7:5
**anybody** 40:6
**appealing** 45:19
**appear** 23:23 29:25 30:22 32:1, 10 34:17, 18 35:4 44:7, 18 45:10, 19 48:11, 25 50:6, 15 51:5 66:11 69:21, 25 75:12
**APPEARANCES** 2:1
**appeared** 88:3
**appears** 19:19 20:9 23:7, 14, 16, 18 27:2, 25 29:25 30:1, 3 31:21 34:8, 22 57:17
**appreciate** 70:6
**approach** 9:23 10:6 57:5 83:4
**approved** 30:15
**approximately** 9:14
**area** 83:18, 19
**areas** 61:21 78:12, 24 79:3, 7 82:24 83:15, 20 84:10, 14 90:20 91:1, 7
**asked** 13:11 27:4, 22
**asking** 6:15 7:1 23:25 27:8 50:19 70:10 94:17
**assessing** 57:10
**assistant** 17:12
**assisting** 19:2
**associated** 31:15 55:21
**Assume** 25:1, 3 42:4 51:13 52:8, 9
**Assumed** 24:25
**assumes** 75:21 77:24
**attached** 21:8 22:4 27:1, 21 28:11, 25 37:3, 5 38:4 39:14 41:9 68:20, 21, 22
**Attachment** 21:6

**Attachments** 28:8
**attempting** 103:24
**attendance** 57:20
**attention** 62:20
**attorney** 8:11 105:17
**August** 8:24 62:7
**authority** 33:18
**available** 94:15 95:4, 8
**Avenue** 2:4
**aware** 36:6, 8 37:10 54:15 82:3 85:1 86:17 100:3, 8, 9, 13

**< B >**
**bachelor's** 8:13
**back** 13:25 17:11, 15 26:19 31:2, 5 36:19 45:8 49:6 56:16 63:18 65:24 67:18 70:4, 5, 9, 13, 17 76:15 83:25 87:6 94:18 103:15
**backwards** 97:18
**BANCORP** 1:7 5:6 11:16, 17 57:18 106:4
**Bank** 2:13, 15 5:22, 24 8:18, 20, 23, 24 25:2, 4 46:2 71:19, 21 86:20 100:5, 11, 20, 25 101:3 102:8, 24
**banking** 11:8 65:11, 12 68:5, 6 75:7, 18 76:1 80:17, 18 81:17, 18 97:13, 15, 16 98:7, 9
**base** 20:17 42:24
**based** 16:12, 24 21:13 33:10 41:15 66:5 102:19
**basically** 47:24
**Bates** 14:14, 16 22:9 23:9 30:5, 9 34:14 37:17 41:2 43:25 69:5 73:4, 20 87:15 88:9 93:23 99:2
**becoming** 13:1, 4 100:20 101:3
**began** 42:19
**beginning** 16:2 42:12, 14 57:6 58:19 60:22
**begins** 14:16 22:16, 18 91:19
**begun** 16:15
**behalf** 2:2, 6 5:12, 14, 18
**behavioral** 55:23
**believe** 14:10 17:23 30:16, 17, 19 36:3 44:15, 22 52:23 54:7 73:11 74:20 77:13 95:23 100:18 101:19, 21 102:2 103:25
**Benefit** 25:6, 10
**benefits** 31:15
**birth** 7:24
**bit** 24:25 34:22, 23 63:6
**Blank** 2:9 5:17 94:25
**board** 13:12, 14, 22, 24 14:8, 21 15:9 17:20 18:6 20:11, 15 21:5 22:2 28:8, 13, 15 30:2 36:2, 4, 7, 9, 12 37:2 43:22
**Bob** 13:10 14:25 15:4, 25 17:11 19:5 20:9, 13, 16 21:4, 6, 8, 25 26:7 28:6, 11 29:3, 5, 13 33:19 35:24 36:8, 25 37:4 38:14, 17 40:23 41:5, 8 42:6, 11 46:12 47:15, 25 48:8 50:11 53:16 54:11 58:23 60:4, 14, 24 61:8 64:16, 17 65:5, 18, 23 68:17 70:2, 17 77:17 78:25 79:22 81:1, 22 82:18 83:17 84:19 86:10 89:5 90:12 91:2 92:15 93:9 95:5, 17 96:25 98:13 99:22 103:2
**Bob's** 15:2 20:12 22:4 75:12
**BOD** 41:7
**Boden** 101:7
**bottom** 14:13 51:6
**box** 41:16 48:21 50:13 51:1, 2, 6, 16 54:4 63:24 66:5
**boxes** 45:18 49:22 50:16, 20 54:22
**break** 7:7, 9 50:23 56:10, 11 86:25
**Brian** 2:13 5:21 31:16
**brief** 36:18 56:15 87:5 103:14
**Broaden** 25:7, 10
**BTR** 57:7
**Building** 21:10
**bullet** 21:10 62:9 63:7 78:13, 20, 23 79:2, 6, 10 82:25 83:8 84:5, 9 90:6
**bullets** 62:5 63:11
**business** 10:8, 21 15:2 25:11 47:23 52:25 53:14, 16 54:8, 11, 23 55:16 56:2 59:3, 9, 18 62:16 88:20

**< C >**
**calibrate** 57:10
**calibration** 95:11, 13
**call** 14:13 78:15 83:11 84:6
**called** 3:4 11:16 35:24 48:2, 21 57:18
**Calls** 33:14
**candidate** 64:8
**candidates** 63:25 64:14 79:13
**Capabilities** 55:5, 10, 14 57:11 60:8 65:19 77:4, 22 82:10
**capability** 78:3
**Capital** 87:14 91:16 93:21 98:25
**Caption** 106:3
**captioned** 106:8
**captures** 29:6
**card** 47:16 48:11, 20 58:15, 17 61:2 62:14 63:22 64:24 66:12, 14 67:18 68:3 69:14, 19, 22 70:23 71:7, 8, 11, 18 74:25 75:3, 17 78:11, 12, 18 79:11, 14, 17, 21, 24 80:5, 8, 12, 13 81:9, 12, 16, 21 82:6 83:1, 9 84:3, 4 89:16, 19 90:3 92:1, 14, 20 94:5, 8, 19, 23 95:6 96:23 97:5, 8, 9, 22, 25 99:9, 12
**cards** 48:2, 8 50:6, 14 69:24 71:13 84:18, 24
**Carmichael** 12:13, 20 17:22 18:1 21:19, 20 26:14, 16, 22 28:21 29:5 30:15 33:21 36:11 53:17 54:12 56:3 57:22 58:9 59:7 100:4, 10
**carried** 45:10
**CASE** 1:6 5:8 106:3
**categories** 55:17
**category** 53:5 77:4 82:11
**Center** 21:11
**CEO** 11:18 12:13, 20 13:1, 5 25:13, 15 26:8 27:18 59:22 67:22 71:3, 18, 20 72:1, 5, 11, 15 75:7, 17 76:1 80:19 85:10, 14, 16 86:6, 9, 19 92:5, 11 93:3 99:16 101:3
**certain** 14:12 16:15 78:14 83:10 84:6
**Certainly** 30:25 73:19 74:1 83:23 90:2 97:19
**certified** 6:5
**certify** 105:6
**chain** 22:12, 20 28:17, 20 37:14

**challenges** 7:23 40:10
**change** 10:19 47:9 72:11 76:5, 10, 24 77:10, 13, 16, 20 78:8 79:21, 23 80:2, 5 81:2, 7, 12, 23 82:1, 14, 17, 19, 22 83:15 84:18, 20, 23 85:3 86:5, 9, 12, 15 92:16, 20 93:8, 10, 14 98:12, 15, 18 99:21, 23 100:1 107:4, 7, 10, 13, 16, 19, 22 108:4, 7, 10, 13, 16, 19, 22
**changed** 21:9 75:3, 6, 24 77:5 78:4 80:17, 23 82:13 92:6 93:3, 4 98:5 99:17
**changes** 11:23 16:24 17:8, 10, 14, 16 18:9 19:6 21:15 24:19, 22 26:14 31:18 32:19 38:8 40:6, 11, 16, 19 43:3, 5 47:7 69:22 70:9, 12, 22 71:11 73:9 81:16 82:6 86:19 90:10, 13, 17, 25 91:3, 6 92:13 106:11, 14
**changes/revisions** 28:16
**changing** 60:25 75:16
**character** 57:11
**characteristics** 55:22
**checking** 18:15
**chief** 13:10
**chronologically** 33:20
**Cincinnati** 1:15 2:5, 10 105:21
**Cioffi** 2:6 5:17 8:8 18:18, 21 24:3 26:23 27:4 31:2 32:3, 8, 14 33:5, 14, 23 35:11, 16 36:13 38:22 39:6, 9 40:12, 17 44:11, 20 46:10, 16, 19 48:13 52:6, 9, 11 53:10 55:1 56:9 62:19 68:12 73:16 75:20 77:11, 23 82:7 85:4 86:21, 24 89:2 95:20 100:6 102:9 103:11, 23
**Civil** 1:14 3:6
**clarification** 37:17
**clarify** 47:13
**clear** 12:22 14:16 22:6 27:10 30:5 36:1 43:25 48:11 49:21 69:5, 13 73:4 91:19
**clearer** 6:20, 23 7:2 51:1
**close** 77:1 95:15, 18
**closed** 96:20
**closer** 15:8
**Coach** 55:18 65:21 77:5, 22 78:4 82:11
**coaches** 9:5
**coaching** 8:22 9:2, 8, 9 10:1, 12, 15 11:3 12:1, 6, 11, 18 100:24 101:2
**collecting** 11:22
**Collin** 2:9
**colorization** 40:21
**column** 53:3 55:5 58:19 60:9
**come** 15:14 16:17 26:5, 6 40:23 42:17 44:10, 19, 24 45:14 49:2 51:5, 13, 18, 25 58:23 59:17, 25 60:3, 12 61:24 62:10 63:3, 15 64:16 65:3, 5, 15, 22 75:10, 11 90:11 96:25 98:12, 13
**comes** 52:21, 23
**comment** 20:12, 15 22:4 28:11
**comments** 96:16, 17
**commercial** 65:12 68:6 80:18 81:18 97:13, 16 98:7, 9
**commission** 105:24
**commissioned** 105:5
**commitment** 57:11
**committee** 58:9 101:24
**Commons** 7:16
**communicate** 43:9 76:17 79:5
**communication** 10:8 83:3
**Company** 2:4 10:25
**compare** 62:6 69:12, 19 72:8
**compared** 85:14 90:22
**Comparing** 23:20 24:13 62:25 63:1 71:8 78:18 80:11 89:19 90:2 92:9, 25 97:8 99:12
**compensation** 51:19
**complete** 96:9
**components** 9:25 15:5, 16 43:6, 7 48:7, 8 49:8
**compounded** 18:19
**comprehensive** 18:17 19:3
**CONCLUDED** 104:13
**conducted** 57:6
**confirm** 23:25 24:1, 4
**confirmed** 21:12
**confusing** 18:19 73:17
**conjunction** 53:12 54:23 59:3 62:15
**Connections** 55:18
**consider** 29:12
**considerations** 53:25
**consistent** 50:3 54:21 55:10, 24 63:4, 5
**consumer** 25:2, 4
**content** 15:13, 16, 22 35:5 39:25 40:22
**continue** 43:7
**continued** 9:17 102:3
**continues** 34:3
**continuing** 103:19
**conversation** 11:22 13:7 38:4 39:13 53:14 60:4 62:1 65:5 67:12 76:13, 14
**conversation/meeting** 58:23
**conversational** 76:22
**conversations** 12:24, 25 26:13 78:7 103:1
**converted** 34:20 35:10, 15
**conveyed** 76:11
**copied** 17:13
**copies** 22:5 27:23 61:17
**copy** 17:11 38:18 41:6 68:10
**copying** 20:13 21:4 28:6 37:1 41:5
**corner** 14:13 51:7
**correct** 9:19, 20 10:25 11:1 14:18, 19 17:1 20:22 22:7, 11, 14, 17, 21 23:1, 11, 15, 24 24:14, 20 25:20 26:2, 3, 22 27:14, 15, 18, 24, 25 28:18, 19, 21 29:8, 9, 13, 14, 18 30:7, 11, 12, 15 31:15, 17, 20, 22 33:22 35:6, 15 36:2, 12 37:8, 9, 15, 22 38:1, 8, 9 39:2 42:3, 25 43:1, 23, 24 44:2, 3, 9 46:3, 25 47:1 48:12, 25 49:1, 15, 24 50:1, 7, 8, 21 51:8, 9, 12, 14 53:19, 20 55:8, 19 56:4, 5 57:13 59:7, 10, 18, 19 60:10 63:9, 25 64:5, 8, 17 65:9, 13, 14 69:7, 15, 23 70:23 71:5, 19, 21 72:2, 3, 6, 7, 12, 13, 15 73:6 74:5, 15, 19 75:1, 2 78:20 79:16, 18, 19 80:9 83:21 84:7, 11, 12, 15 85:12, 17, 20, 23 86:3 87:17, 18, 25 88:4, 11, 14, 20, 23 89:17, 24 90:8, 23 91:21, 22 92:2, 7, 9

93:5, 6, 25 94:1, 6, 7, 9, 13 96:24 97:6, 7 98:11 99:4, 10 100:15 101:14 102:1, 2, 5
**corrections** 106:11
**correctly** 17:3 57:12 58:5 59:23 79:15 80:20 83:6
**counsel** 3:2 8:3 32:5 56:9 62:19 73:16 105:18
**COUNTY** 105:3
**COURT** 1:1 3:9 5:7, 25 6:18 50:17
**create** 45:2 47:16 48:1 55:18
**created** 14:24 35:22 57:1 70:11 102:4
**creating** 15:22 45:4, 7 60:5
**creation** 61:2
**criteria** 51:4 53:3, 22 54:13, 16, 24 55:7, 21
**Cross-Examination** 1:13 3:5 4:5 6:6
**culminated** 57:7
**current** 16:19 38:18 41:7 58:3 96:15
**currently** 8:15 41:18 66:24
**Cycle** 88:14 96:13
**cycles** 95:16

**< D >**
**data** 11:23 13:17
**date** 7:24 30:18 41:24 51:10 106:2
**dated** 14:6 22:1 26:20 28:6 37:1 68:20, 21 69:3 73:1 87:13 91:15 93:20 98:24
**day** 105:22 106:16
**days** 75:4, 15 77:19 82:4
**December** 13:13 29:5, 12 37:24 41:7 77:2
**decided** 50:9, 15
**decision** 18:23 46:8 47:11 83:6
**decision-making** 59:4
**deck** 13:12, 21, 22, 24 14:9, 21 15:5, 7, 21 16:8, 17 17:4, 9, 17, 21 18:3, 7, 10, 11 19:2, 3, 11 20:1, 20, 21 21:5 22:2 23:1, 8, 13 25:18 26:15, 17, 20, 24 28:12 29:1 30:2, 4, 14 32:5, 13, 19, 20, 23 33:4, 11 34:9, 10, 12 35:9, 25 36:11 37:11 38:3, 11, 14, 15, 16, 17, 19, 21 39:5, 13, 16 40:3, 7, 11, 13, 16, 19 41:7, 9 42:6, 18, 24 43:4, 6, 9, 12, 23 44:8, 15, 25 45:9, 16 46:5, 7, 9, 15 47:21 48:1, 7, 12, 25 49:10, 12, 20 50:7, 10, 14 57:3, 19 60:5, 7, 23 62:7, 8, 25 66:20 69:4, 17, 21 70:11 71:9 72:9 73:3, 15 74:3, 18 75:5 77:2 78:9 85:11, 15 91:8, 17 93:22 96:24 97:20 98:14 99:14 102:4
**decks** 15:20 47:20 62:4
**DECLARATION** 106:5
**declare** 106:6
**deeper** 58:1
**Defendant** 2:6
**Defendants** 1:9 5:18
**Defendant's** 23:15 29:23
**definitely** 19:14
**definitions** 41:16 66:5
**degree** 8:13
**deleted** 78:20, 23 79:3, 6 83:8, 20
**delivered** 15:9
**deliveries** 25:9, 12
**depicted** 61:1
**deponent** 5:9
**depose** 105:8
**deposition** 1:11 3:3, 8, 11 5:4, 10 6:12 8:2, 7 14:11 104:3, 13 105:7, 10, 12, 14 106:1, 8, 12 107:1 108:1
**depositions** 103:19
**Deposits** 21:10, 11
**described** 12:7 96:12
**description** 66:11
**descriptions** 31:19
**descriptors** 55:23
**design** 43:6 48:8
**destroyed** 61:15
**determination** 32:11 53:8 54:5, 19 55:13 56:2 58:20, 21 65:2 78:22 80:22 83:14
**determinations** 58:25 60:9
**determine** 52:5 53:18 62:9 63:2
**determined** 35:8
**determining** 52:2, 19 53:22
**developed** 10:14
**development** 8:22 9:2, 7, 8, 10 10:4 11:3 12:5, 11, 17 19:10 20:18 47:15, 22, 24 53:1
**dialogue** 83:5
**dictate** 15:13
**dictating** 15:15
**difference** 74:4
**different** 47:13, 21
**digital** 25:4, 9, 12
**direct** 10:9, 21 11:10, 18, 20, 25 15:1 40:9 52:22, 24 54:22 55:15 59:2, 6 62:20 101:11, 19, 20
**directed** 70:3
**direction** 8:10 73:10
**directly** 15:18 57:9, 15
**director** 8:21 9:1 11:3 12:5, 11, 17
**directors** 13:13
**discloses** 8:11
**discovery** 103:20
**discrimination** 102:20
**discuss** 43:3 58:2
**discussed** 29:1 41:9
**discussing** 31:12
**discussion** 11:24 15:3 29:7 42:6 62:1 64:16 78:2 80:1, 4 95:13
**discussions** 12:12 26:10 57:8 79:9 81:6, 11 84:22 86:11, 14 89:9, 12 90:16 91:5 92:18 93:13 98:17 99:25 100:19 102:23
**dismissive** 83:4
**distinct** 55:9
**Distribution** 88:10
**DISTRICT** 1:1, 2 5:7
**DIVISION** 1:3 5:8 95:10
**document** 13:6, 8, 20 14:15 16:11 24:3 27:16, 20 28:10 29:12 47:14 68:19 70:3, 9
**documentation** 12:18 13:3
**documents** 8:6, 9 14:12 32:3 47:13 48:13
**doing** 35:20
**draft** 13:6 14:6, 8 16:8 17:8 18:14, 17 22:25 23:7, 13, 20, 22, 23 24:9 27:12 30:18 43:19, 22 60:7, 15 61:6, 16 62:7 66:13 67:5 68:4 69:3, 15, 20 70:2 71:9 72:8, 9 73:1, 8, 9, 12 74:3, 4, 18 75:4 87:13, 19 88:3, 6, 8 89:1 90:22

91:8, 15 93:20 96:24 97:9 98:24 99:13
**Draft_Talent** 41:8
**draft-11/29/18** 21:6
**drafts** 73:14 74:21
**Drive** 7:16
**duly** 6:4 105:5, 8
**duties** 9:1

< E >
**e.g** 78:14 83:11 84:6
**earlier** 22:23 31:12 75:4
**earnings** 78:15 83:11 84:6
**East** 2:10
**edit** 98:14
**editing** 40:20
**edits** 20:16 21:7 26:18 37:6, 10 38:5, 8, 21, 23, 24 39:1, 5, 14, 15, 21, 24, 25 40:3 41:9
**education** 8:12
**effective** 65:21 77:6, 21 78:5 82:12
**either** 10:15 26:6 40:20 75:11 76:12
**eligibility** 51:10
**Eligible** 51:8
**eliminate** 83:4
**ELIZABETH** 1:11 3:3 4:3 5:9 6:3, 11 104:4, 10 105:7 106:19 107:24 108:24
**email** 20:9 21:3, 25 22:12, 16, 20, 24 23:14 27:1, 21 28:5, 14, 17, 20 29:10, 15 36:25 37:13, 14, 20, 21 38:25 39:17, 22 41:4 60:18 65:24 66:18, 23 67:3, 9, 13, 14, 16 68:17 69:25 72:17, 19 76:14, 16, 20
**emails** 30:17
**emergency** 85:23, 25
**employed** 8:15
**employee** 52:22 57:10 70:15 73:13 74:14, 16 87:24 88:14 101:9 105:18
**employees** 10:2 96:16
**employee's** 52:23 59:2
**employment** 8:17 102:8
**enabled** 57:9
**encouraging** 10:1
**ended** 102:8
**engagement** 73:13 74:14 88:10, 13, 19, 22 101:10
**Ensure** 83:5
**entered** 19:25 61:15
**enterprise** 11:19 13:18 28:7 29:7 37:2 47:17 57:22 58:9 61:3 101:24
**entire** 18:10, 14 55:10 66:20 95:22 96:13 106:7
**Equity** 51:17
**Erie** 2:4
**ERRATA** 106:1, 13 107:1 108:1
**especially** 62:2
**Esquire** 2:3, 6, 9, 13
**establish** 74:1
**established** 53:21
**et** 1:7 5:6 106:4
**evaluation** 9:24 96:19
**eventual** 13:4
**evergreen** 20:3
**EVP** 41:18, 22 66:24
**EVP-1** 65:25
**exactly** 25:23 61:10 70:24 100:17
**examination** 3:12 105:15
**examined** 6:5
**example** 18:13 19:25 34:8 41:13 50:24 53:16, 19 61:2 63:7 66:2 70:14, 16 83:11
**exceeds** 94:12 95:2
**Excellence** 21:11
**Excuse** 11:25 24:8 25:1 40:10 68:21 71:20 76:15 78:11 81:8
**execute** 10:9
**execution** 25:11
**executions** 9:23
**executive** 8:21 9:1, 5, 6, 8 11:3 12:5, 11, 17 17:11 41:6, 23 43:20 46:24 47:8, 12, 25 50:6 51:18, 19 53:2, 9 54:16 68:19 69:4 70:15 73:2 91:16 93:21 98:25
**executives** 9:11, 12 10:25 47:10 50:14 52:20 54:14, 20 56:1
**executive's** 47:14 52:2 54:5
**Exhibit** 4:9, 10, 11, 12, 13, 14, 15, 16, 17 14:2, 5, 16 19:16 20:5, 8, 21, 24 21:2, 21, 24 22:6, 7, 12, 17, 24 23:3, 6, 9, 15, 21, 22 24:7, 8, 14, 16, 24 25:1, 3, 6, 9, 16 26:19, 25 27:3, 11, 22 28:1, 4 29:19, 20, 23, 25 30:3, 5, 9, 13, 14, 16, 20, 21, 22, 23 31:8, 22, 25 32:1, 2, 10 34:1, 6, 20 35:21 36:21, 24 37:14 38:25 40:24 41:1 43:14, 17, 25 44:5 45:8, 23 46:22 47:3 56:7, 18 58:12, 14 60:19 62:12, 20 63:18 64:20, 23 65:24 66:12 68:11, 13, 15, 23 69:1, 9 71:6, 9, 16 72:17, 21, 24 73:4, 23 74:23 76:22 80:8, 12 83:25 85:8 87:8, 11, 15 91:10, 13, 19 92:23 93:1, 16, 18, 23 94:18, 20 96:23 97:3 98:20, 23 99:2, 7
**exhibits** 29:22
**exist** 34:10
**existed** 74:20
**existing** 15:20
**experience** 25:8, 11 40:9, 15
**expires** 105:24
**explain** 9:21 20:3
**explanation** 75:24 76:3 82:21
**Exposure** 78:14 83:10 84:5
**extent** 8:12

< F >
**facilitated** 52:25
**fact** 100:12
**far** 13:25 25:17 26:4 38:13
**February** 95:23, 24, 25
**Federal** 1:13 3:6
**feedback** 10:2 19:4 75:12 77:3 78:25 81:1, 22 82:18 83:17 84:19 86:10 89:4 90:12 91:2 92:15 98:13
**feel** 6:17
**FIFTH** 1:7 2:10, 13, 15 5:5, 21, 23 8:18, 20, 23 12:14, 20 13:1, 5 14:17 23:10, 18 30:6, 9, 10 34:14 35:5 37:18 41:2 44:1, 4, 17 45:11, 22 46:1, 21 47:4 56:6, 19 62:6, 13 63:1, 20 69:5, 6 71:16, 19, 21 72:10 73:5 74:9, 11, 22 78:19 80:7 85:7 86:20 87:16, 20, 22, 23 88:13, 16, 19, 22 89:15, 20 91:18, 19, 20, 23 92:10, 22, 25 93:23, 24 94:2, 20 97:2 99:2, 3, 6 100:5,

11, 20, 25 101:3 102:8, 24 106:4
**file** 51:6, 14
**final** 19:11 28:10, 12 29:13, 16 30:1, 17, 19 32:12, 19 33:3 35:22, 25 37:1, 3, 5 38:4 39:1, 14, 20 42:18, 24 45:9 62:8 102:4
**finalization** 77:1
**finalize** 29:2
**finalizing** 83:5
**fine** 56:12 87:1
**finish** 6:24 32:24 56:9
**first** 13:23 22:24 23:9 30:20 47:9 51:6 57:4, 6 64:2 72:4, 14 74:13 78:13, 20, 23 79:2, 6 84:5 85:16 100:3, 13 105:8
**Firth** 103:5
**fit** 66:11 67:7
**Five** 46:1, 14
**focus** 58:1 61:21 78:12, 24 79:3, 7 82:24 83:15, 18, 19, 20 84:10, 14 90:20 91:1, 7
**focused** 10:24 57:8
**follow** 11:14
**followed** 29:10
**following** 16:5 95:25
**follows** 6:5
**font** 40:21
**foregoing** 105:10
**form** 18:18 19:11 28:10 30:3, 4 37:4 76:16, 20 77:23 82:7 85:4 86:21 89:2 102:9 105:13
**formalized** 9:7 95:14 96:5
**formally** 95:23 96:19
**formatting** 39:24
**forth** 76:15
**forward** 17:5 22:19 43:8
**foundation** 18:22 32:14 33:6, 15, 23 35:11, 16 38:22 39:6 40:12 44:11 46:10 50:17 52:6 53:10 55:1 75:20 77:11 95:20 100:7 102:10
**foundational** 27:6
**four** 45:18 55:7, 9, 17, 22 75:4, 15 77:19 82:4 88:7 101:20 102:1
**fourth** 16:2 82:25
**fox** 103:3, 6
**frame** 95:24
**free** 6:17
**Friday** 41:25
**front** 16:14
**Future** 46:1, 14 58:4

**< G >**
**gain** 58:1
**gather** 15:11
**Gender** 88:23
**general** 13:14 16:14
**Generally** 13:22 14:25 15:24 16:9, 21
**Generation** 88:23
**Generations** 46:1, 14
**getting** 77:3
**give** 81:25
**given** 9:15 33:18 96:22 105:10
**giving** 105:7
**go** 6:8 18:9, 10, 14, 24 19:10 21:23 32:4 35:12 36:17 48:5, 15 49:5, 6 51:1 56:12 87:1 88:16 94:18 103:8
**goes** 29:15 76:25
**going** 6:15 8:8 14:11 18:13 22:19 36:17 42:15 43:8 56:13 58:18 61:19 65:24 66:19 87:3 88:8 103:12, 13 104:4
**good** 29:6
**gosh** 95:23
**gotten** 95:5
**Great** 29:13 55:18 65:20 77:5, 22 78:4 82:11
**Greg** 12:13, 19 21:16, 18, 20 22:5 27:23 28:25 29:8 36:8 53:17 54:12 57:21 58:9
**group** 58:8 95:12
**Guy** 101:7

**< H >**
**half** 7:20
**HAMILTON** 105:3
**hand** 61:13 105:21
**handed** 14:4 20:7 21:1 23:5 28:3 29:22 36:23 43:16 68:25 72:23 87:10 91:12 93:18 98:22
**happen** 42:21 96:10, 11
**happened** 61:14 75:14, 21 77:18, 24 82:3 85:1
**Hart** 2:9
**Hathaway** 7:16
**head** 6:21 11:7 65:11, 12 68:5 75:7, 18 76:1 80:17, 18 81:17 97:12, 13, 15 98:6, 7, 8, 9
**header** 49:22
**health** 58:2
**hear** 6:16 12:12, 24 103:2, 5
**held** 8:19 11:2 12:16
**help** 10:15
**helps** 14:14
**Hennard** 17:12 20:10, 14 21:4 22:1 27:2, 21 28:7 29:11 37:1, 8, 21 38:11 39:4 40:3 41:6
**Hennard's** 39:1
**hereinafter** 6:4
**hereof** 106:13
**hereunto** 105:20
**Hi** 20:15 41:8
**high** 9:10 41:12, 16, 19 65:7 66:6, 24 67:6 97:12, 14 98:6, 8
**Hipskind** 31:16
**hired** 21:12
**Historically** 95:7
**holistically** 66:1
**hours** 61:11
**house** 11:16
**HR** 10:8 15:2 47:23 52:25 54:7, 11, 23 55:15 56:2 59:1, 3, 9, 18
**HRIS** 51:15
**huh-uhs** 6:22
**human** 13:10 87:13 91:16 93:21 98:24
**husband** 7:22

**< I >**
**identical** 71:13
**identification** 14:3 20:6, 25 21:22 23:4 28:2 29:20 36:22 40:25 43:15 68:14, 24 72:22 87:9 91:11 93:17 98:21
**identified** 19:1 22:17 41:14 58:3, 9 66:3
**identify** 5:10 14:5, 14 20:8 21:2, 23 23:6 28:4 29:24 34:5 36:24 41:1 43:17 58:13 64:22 68:16 69:1 72:24 87:11 91:13 93:19 98:23
**imported** 62:3 63:3
**Improved** 83:3
**incident** 86:17
**include** 15:6 25:7, 10 36:2 43:7, 12 46:8 50:9 73:13 81:17

**included** 14:15 43:7 46:15 49:10, 12, 19 57:18 70:12 73:14
**includes** 20:16 27:16 28:13 37:5 38:5 39:1, 14, 20 94:9
**including** 9:25 70:14 88:16
**inconsistency** 41:11 66:1
**incorporated** 19:6
**incumbents** 57:8 58:4
**indicate** 12:19 38:2 65:25
**indicated** 22:23 27:10 34:2 35:21 55:25 96:21 98:6 106:12
**indicates** 29:12 32:15 51:6 59:13 65:19 66:23
**indication** 81:25
**individual** 35:22 47:15, 22 48:7 53:15 58:15 61:3 64:10 101:20, 21, 25
**individuals** 48:2 54:1
**industry** 16:14
**information** 13:7 15:4, 11, 18 16:16 18:15, 16 25:19, 22 26:5 34:23 36:4, 7, 9, 12 43:11 47:19 48:3, 21, 22, 24 49:2, 9, 18, 19, 23 50:4, 5, 10, 12, 13, 15 53:4 58:18, 22 59:14, 25 60:2, 12, 13 61:1, 5, 16, 19, 24 63:2, 13, 15 64:13, 15 65:1, 4, 15, 22 75:10 76:4, 11 81:21 95:5, 16 96:21
**initial** 16:8, 22
**in-person** 42:10
**insert** 96:22
**inserted** 25:15 47:11 70:16
**insertion** 74:5
**insertions** 73:13
**Institutional** 21:10, 11
**instruct** 8:9 40:10
**instructed** 39:4 40:2, 16 77:15 79:20 81:20 82:16 84:17 86:8 88:25 90:25 92:13 93:7 99:20
**instructing** 40:6
**instructions** 7:3, 12
**intent** 36:3
**interactions** 11:5 12:8
**interest** 105:19
**internally** 10:14
**International** 101:5
**internet** 102:16, 17
**investors** 78:15 83:11 84:6
**involved** 11:25 13:9, 23 14:1, 20, 24 17:23 38:20 52:14, 15 59:4 100:23 101:2 102:3
**involvement** 11:4 12:4 52:1 101:9, 11
**issues** 103:20
**iterations** 19:9
**iterative** 15:8 19:14 76:25
**its** 19:11 64:14

**< J >**
**Jennifer** 1:17 3:9 6:1 105:4, 24
**jms@sspfirm.com** 2:6
**joint** 5:20
**Joshua** 2:3 5:14
**July** 57:7
**justified** 75:16 77:20 82:5 85:3 86:19

**< K >**
**keep** 21:14 38:13, 15 61:17 103:24
**Kevin** 31:16
**key** 29:6 61:21 62:2 63:24 78:11, 14, 24 79:3, 7 82:24 83:15, 18, 19, 20 84:6, 10, 14 89:22 90:6, 7, 11, 14, 17, 20 91:1, 7
**kick** 15:3
**kicked** 96:14
**kicks** 57:19
**knew** 16:16 38:18
**know** 7:7 9:11 15:2, 5 16:9, 13 21:17 25:17 26:4, 9 28:15 29:1 32:16, 17 33:15, 24, 25 34:13 35:12, 18 36:15 38:7, 13 39:11 40:17 42:9 44:12 46:13 50:18 52:7, 12, 16 53:11, 21, 25 54:15 56:23 62:16 63:4 70:6 75:14 76:14, 24 77:12, 18, 25 78:1 79:2, 23 81:2, 23 82:19 84:20 86:5 89:3, 6 90:13 91:3 92:16 93:10 95:21 96:16 98:15 99:23 101:5, 7
**knowledge** 39:10 46:11, 17 55:2

**< L >**
**Lack** 32:14 33:5, 15, 23 35:11, 16 38:22 39:6 40:12 44:11 46:10 50:17 52:6 53:10 55:1 77:11 95:20 100:6 102:9
**laid** 15:16
**Lamb** 31:16
**language** 12:24 25:14 26:11 27:17 63:5
**Lars** 46:25 50:23 53:5, 19 58:24
**late** 16:3
**lateral** 10:19
**latest** 20:16
**lawful** 6:4
**Lead** 55:18
**leader** 9:9 10:11 21:13 47:23 53:15, 17 54:7 55:5, 13 60:8 62:15 65:19 77:4 78:3 82:10 95:10, 12
**leaders** 9:12 10:14 13:18 47:17 61:3
**leadership** 25:1, 3 55:9 77:21
**leading** 9:15
**learning** 7:23
**leave** 8:23
**Leaving** 53:6, 9, 13, 18, 22 58:20 65:2
**Lebanon** 7:17
**left** 102:12, 15, 18 103:10
**left-hand** 51:7
**length** 60:24
**level** 9:11 10:16 53:2 54:6, 17 101:17, 18
**Levels** 88:10, 14 95:10
**leveraged** 25:8, 11
**Life** 88:14
**limit** 12:23
**line** 25:10 72:5, 14 85:16 88:20
**list** 59:21
**listed** 41:18 55:7 56:22 62:22 64:2 65:7 66:14, 15, 24 67:6, 23 68:7 72:14 78:14 85:25 86:2 97:12
**lists** 54:13, 24 65:11, 21 67:21 71:2 72:4 79:14, 18 97:14 98:8
**litigation** 102:19
**little** 24:25 34:22, 23 63:6
**live** 7:21, 22
**lived** 7:18, 19
**Liz** 29:13
**LLP** 2:9
**LOB** 25:7
**long** 7:6, 18 61:9
**look** 19:7 32:8 42:20 70:10
**Looking** 19:19 30:20 31:8 34:17 62:23

70:14 79:17 86:24 97:19
**looks** 19:24 20:13 24:24 26:17 28:11 29:6 30:2 34:4 37:3 63:10, 12 68:20 69:25 88:5
**lost** 36:16
**low** 58:20
**lower** 95:10
**LPA** 2:4

< M >
**maker** 18:23
**making** 11:23 38:20, 24 80:5 92:19
**management** 9:16, 18, 19, 22, 25 10:5 14:7 20:11, 15 23:8 28:8 30:1 37:2 38:3 39:13 41:7 43:20 45:16 46:24 47:8, 12 68:19 69:4 73:2 91:16 93:21 95:16 96:13 98:25
**Management_Update_2018_Final** 28:9
**Management_Update-2019** 41:8
**manager** 10:21 15:1 52:22, 24 53:1, 12 54:22 55:11, 15 59:3 101:19
**managers** 10:1 95:11 96:17
**March** 7:25 105:25
**marked** 14:3, 4 20:6, 7, 21, 25 21:1, 22 23:4, 5, 21, 22 28:2, 3 29:20, 23 36:22, 23 40:25 43:15, 16 68:14, 24, 25 72:22, 23 87:9, 11 91:11, 13 93:17 98:21, 22
**market** 75:7, 18 76:1
**materials** 10:7 11:9, 13
**matter** 5:5 20:10 106:8
**Maxwell** 21:12
**MCHUGH** 1:5 5:5, 13, 15, 16 11:4 12:1, 8, 12, 19 13:1, 4 14:17, 18 22:9, 10 23:10, 11, 18 30:6, 7, 10 34:15 35:5 37:18 41:2 44:1, 2, 4, 17 45:11, 22 46:22 47:4 56:6, 19 58:16, 18 59:21 60:10 62:6, 13 63:1, 21 66:9 67:19, 22, 24 69:6, 14, 20, 23 70:23 71:2, 16 72:4, 10, 14 73:5 74:9, 11, 22, 25 75:6, 25 77:6, 7 78:4, 19 80:7 84:3, 5 85:7, 15, 22 86:1 87:16, 17, 20, 22, 23 88:13, 17, 19, 22 89:15, 20 91:19, 20, 24 92:10, 22, 25 93:24 94:2, 5, 12, 20, 21, 24 97:2 99:3, 6 103:3, 6 106:3
**McHugh's** 58:25 59:6 63:21 66:12 75:16 77:21 78:8, 12, 24 79:3, 7, 11, 14, 21, 24 80:5 83:20 84:14 96:23 102:7
**MCKAY** 1:11 3:4 4:3 5:9, 19 6:3, 8, 11 14:4 20:7 21:1, 23 23:5 27:7 28:3 29:22 36:23 41:1 43:16 46:21 56:18 68:15, 25 72:23 87:10 91:12 93:18 98:22 103:17 104:4, 10 105:8 106:19 107:24 108:24
**M-C-K-A-Y** 6:11
**mean** 26:8 32:21 38:15, 23 39:12 40:13 76:21
**medium** 65:3
**meet** 43:2
**meeting** 11:12, 18 14:25 15:23 16:5, 7, 18, 22, 24 21:9, 16 22:5 26:21 27:23 28:16 33:21 36:5 41:7 42:10, 11 57:7, 19, 21 60:14, 16, 17, 18, 21, 23 61:4, 7, 9 62:1, 11 63:16 65:18, 23
**meetings** 17:25 18:6 95:11
**members** 18:6 29:7 57:22 101:24
**mentioned** 10:11
**met** 8:3 26:16
**metrics** 13:16
**Miami** 8:13
**Michael** 2:6 5:17 68:10
**michael.cioffi@blankrome.com** 2:11
**middle** 58:19 75:7, 18 76:1
**Mindy** 1:16 5:2
**minute** 30:24
**minutes** 103:9
**Mischaracterizes** 36:13
**model** 57:11
**moderate** 41:15, 20 59:13 66:5, 14 67:1
**moderate/at** 41:12
**modifying** 102:3
**Monday** 20:17
**morning** 20:17 38:4
**move** 10:19 24:24 64:11
**moves** 31:14
**moving** 10:17 22:19 53:3 54:2 55:4
**multiple** 19:14 77:3

< N >
**name** 5:2 6:9, 10
**named** 102:13, 18
**Nancy** 15:1, 25 17:13 19:5 20:14 21:4 28:6 41:5 42:13 57:24 58:10 61:8 68:18 101:18
**necessarily** 11:21 15:15, 21 31:18
**need** 6:19 7:7 28:15
**needed** 21:15
**neither** 105:17
**never** 17:25 26:16 100:9
**new** 10:23 17:8 43:12 61:2 63:13, 14 70:11, 12
**No._____Change** 107:2, 5, 8, 11, 14, 17, 20 108:2, 5, 8, 11, 14, 17, 20
**No._____Line** 107:2, 5, 8, 11, 14, 17, 20 108:2, 5, 8, 11, 14, 17, 20
**nodding** 6:21
**Notary** 1:17 3:14 105:5, 17, 25
**Note** 21:9 34:20 37:4 57:4, 25 58:7 81:17
**notes** 11:14, 22 16:23, 25 19:20, 23, 24 28:9, 13 29:16, 17 30:4 34:3, 6, 9, 11, 17, 24 35:10, 15, 19 36:2, 3, 10, 15 37:3 44:7, 10, 15, 18, 19, 23, 24 45:2, 4, 6, 7, 9, 10, 14, 19, 20 56:22, 23, 24, 25 60:14 61:4, 12, 14, 17, 25 62:4, 10 63:3, 15 65:17, 23 70:9, 12, 19 76:13, 15, 20, 23 88:16
**Notice** 1:14 3:7 105:11
**November** 22:25 23:20, 21, 23 24:9 26:20, 25 27:11 28:23 35:9 69:14 70:20 72:9 73:8, 12 74:2, 3, 17 75:4, 15 77:6, 7, 19 78:13, 19 79:13, 17 80:11, 13, 24, 25 81:3, 8, 15 82:4, 5, 13, 14 83:1, 9, 16 84:4, 11, 14 85:2,

11, 14 86:18 87:19 88:3, 8 89:1, 17, 23 90:3, 5, 21, 22 91:7 92:9 94:24 95:2 96:14, 23 97:8, 11, 14, 19 98:1, 8 99:13
**number** 5:8 19:12 47:7 88:2
**numbers** 14:12, 14

< O >
**oath** 106:15
**Objection** 8:8 18:18 24:3 26:23 27:4 32:3, 14 33:5, 14, 23 35:11, 16 36:13 38:22 39:6 40:12, 17 44:11, 20 46:10, 16 48:13 50:17 52:6 53:10 55:1 73:16 75:20 77:11, 23 82:7 85:4 86:21 89:2 95:20 100:6 102:9
**obviously** 11:12
**occurred** 86:17
**October** 16:3, 4 41:25 42:3 60:18 68:4 69:13, 20 70:22 71:9 72:8 76:25 100:21
**offer** 106:14
**office** 105:21
**OfficeKey** 1:14
**officer** 13:10
**offices** 1:14
**official** 105:21
**Oh** 28:9 31:10 41:23 56:11
**OHIO** 1:2, 15, 18 2:5, 10 5:7 7:17 105:2, 6, 21
**Okay** 6:15 7:10 17:2, 7, 25 18:5, 20 23:19 24:23 27:10, 20 30:24 31:1, 7, 10, 13 33:1 34:16 42:1 44:6 45:24 46:23 47:7, 18 48:18 49:17, 25 50:22 51:3 52:1, 10, 13 56:8 57:23 58:12 59:12, 20 60:6 64:21 66:21 67:15, 20 69:11 70:25 71:17, 23 74:6, 8, 12, 24 80:15 84:2 85:9 87:21 89:21 90:4 91:25 92:24 93:2 94:4, 22 96:4, 8 97:4, 10, 17 98:2 99:8 103:11
**Once** 15:16 17:8
**one-on-one** 9:9 10:14, 20
**one-pagers** 48:1, 4
**ongoing** 10:1
**open** 47:5 56:20 83:5 103:24
**operational** 25:7, 11
**opinion** 67:25 68:8
**Opportunities** 34:19 62:22 63:11
**opportunity** 20:18 31:11
**organization** 9:13 10:16 13:15 54:6 95:10, 22 96:13
**organizational** 64:11 101:17
**origin** 15:22
**originally** 9:3 20:13 45:14
**overview** 13:14, 15 57:19
**owned** 47:22
**Owner** 55:18

< P >
**P.M** 104:13
**Page** 4:4, 8 19:17, 19 22:24 23:10 31:8 34:17, 20 44:8 45:25 46:25 47:3 53:5 56:19 58:13 64:22 71:10, 23 73:18 87:23 89:10 107:2, 5, 8, 11, 14, 17, 20 108:2, 5, 8, 11, 14, 17, 20
**pagers** 65:25
**pages** 14:15 22:9 24:13 47:5 73:21 74:5, 13, 17 88:3, 9 89:1, 6, 13
**part** 11:23 17:24 19:1 24:14, 16 28:17 37:14 46:4, 9, 15 48:25 57:9, 15 60:15, 21 74:3
**participate** 12:25
**participated** 17:25
**participating** 11:21 101:12
**particular** 15:21 19:20 26:11, 18, 20 40:13 45:2 50:12 52:2
**parties** 3:3 5:9, 11
**partner** 15:2 53:1, 15, 16 54:8, 12, 23 55:16 56:3 59:1, 3, 9, 18 62:16
**partnering** 10:3
**partners** 10:8, 21 47:24
**parts** 70:10
**party** 105:18
**pas@sspfirm.com** 2:6
**Patterson** 2:4
**Paula** 17:12 20:10, 12, 14 21:4 22:1, 4 28:7 37:1, 7, 9, 21 38:2, 8 39:17 41:6
**Paula's** 37:5, 10
**payments** 25:2, 4
**PDF** 28:10, 14 30:3 37:4
**PENALTY** 106:5, 6
**pending** 103:20 105:19
**people** 40:10, 16 57:20 58:8 66:8, 17 102:1
**perception** 83:4
**performance** 9:16, 18, 22, 24, 25 10:22 49:9, 11, 12 52:18, 19, 21 53:1 94:9, 11, 14, 24 95:3, 7, 15, 19 96:12, 13, 19
**performing** 9:10
**period** 92:5
**PERJURY** 106:5, 6
**permitted** 83:5
**person** 25:17 32:18 33:2, 17 35:14 36:4 42:13 64:2
**personal** 39:9
**personally** 5:19
**personnel** 51:5, 14
**person's** 53:22
**Peter** 2:3 5:12
**Phenise** 2:13 5:23
**Phil** 11:4, 5, 7, 11, 21 12:1, 8, 12, 19, 25 13:4 58:16 66:9, 14 74:25 86:1 102:7 103:2, 6
**PHILIP** 1:5 5:5, 13, 15, 16 106:3
**phrase** 41:22
**physically** 32:18 33:2 35:14, 22 39:15
**pictures** 45:18
**Pinckney** 15:1, 25 16:23 17:13 20:14 21:4 28:7 29:11 41:5 42:13 57:24 58:10 61:8 62:11 63:16 68:18
**Pinckney's** 101:18
**pipeline** 11:17 58:2
**place** 3:6, 7 86:2 105:11
**placed** 34:5
**places** 47:21
**Plaintiff** 1:6, 12 2:2 3:5 5:13, 15
**Plaintiff's** 4:9, 10, 11, 12, 13, 14, 15, 16, 17 14:2 20:5, 24 21:21 23:3 28:1 29:19 36:21 40:24 43:14 68:13, 23 72:21 87:8 91:10 93:16 98:20
**plan** 10:8 47:15, 22, 24 48:1 71:19, 20 72:2, 11 85:10, 15 86:6, 9, 20 87:14 91:17 93:3 99:1

**planning** 10:4 20:3 43:21 73:2 93:22
**please** 5:10 6:9, 17 7:15 14:5 20:8, 12 21:2, 16, 24 22:4 23:6 24:1 28:4, 15 29:1 31:3 36:24 41:2 43:18 48:17 49:7 58:13, 14 64:22 68:16 69:2 72:25 87:12 91:14, 24 93:19 98:23
**plus** 65:11, 12
**PM** 49:14, 17 50:2, 4 51:21
**point** 10:22 13:11 34:24 41:21 42:19 62:17 67:2 78:13, 20, 23 79:2, 6, 10 82:25 83:8 84:5, 9
**points** 29:6 62:9 90:6
**Poole** 2:13 5:23
**populate** 15:11, 18 16:12, 15 64:15 65:4 95:6, 12
**populated** 50:20 58:22 59:14 60:2, 3, 13 61:5
**populating** 25:18
**population** 55:11
**portion** 48:1
**position** 8:19 10:18 12:17 41:14 54:18, 20 66:3, 15 75:19, 25 80:16, 23 81:3, 13 92:5 99:16 103:18
**position/title** 8:21
**positions** 41:19 54:25 59:21 65:10 66:25 67:7, 21 68:5 71:3 75:5
**possible** 10:23 16:9
**Potential** 41:12, 13, 15, 17, 19, 21 53:13 54:2, 5, 14, 18, 20, 25 57:10, 11 59:12, 13, 15, 20 65:7, 8, 10 66:2, 3, 4, 6, 14, 15, 25 67:2, 5, 6, 21 68:4 71:2 75:5, 19, 24 80:16, 23 81:13, 16 92:4 97:11, 12, 15 98:5, 6, 8 99:16
**power** 36:16
**PowerPoint** 28:13 30:4 34:2 37:4
**preparation** 8:6 14:21 19:2 60:4, 22
**prepare** 8:1 11:9 25:12, 15 26:8 27:17
**prepared** 17:20 26:21 42:18 62:15
**preparing** 13:24 38:10 60:15
**presence** 3:10, 13 105:16
**present** 2:13 18:5 36:6 42:5 61:7
**presentations** 57:2
**presented** 13:12
**presenting** 36:4, 9, 11
**president** 12:13, 20 13:1, 5 41:23 59:21 66:16 67:22 71:3 75:6, 17, 25 100:4, 10, 20, 24 102:13, 19
**president/COO** 80:19
**presidents** 11:8, 11
**pretty** 17:13 60:23
**previous** 15:6 16:10, 12 44:21 47:20 61:1 62:3, 18 82:12 92:8
**previously** 47:20 54:21 98:6
**primarily** 9:5
**print** 20:12 22:4 27:23 28:14
**prior** 17:3 21:16 26:21 34:12, 18 49:11 73:14 74:20 96:6 100:20
**probably** 19:12 34:10 51:1 70:16
**problem** 27:6
**Procedure** 1:14 3:7
**proceed** 6:2 104:2
**process** 9:24 10:9 11:7 13:17, 24 14:23 15:7, 24 16:11 17:24 19:1 20:2, 4 38:10 40:20 42:12, 15, 16 52:2, 14, 16, 17, 19, 24 57:3 59:2, 5, 16, 19 76:25 95:9, 15, 18 96:2, 15
**processes** 9:16, 19 10:5
**product** 8:11
**profile** 46:24 47:8, 12
**profiles** 50:6
**program** 10:13
**programs** 9:7, 8
**progress** 103:19
**promoted** 9:3
**promotion** 10:18
**proof** 38:3 39:12 40:20
**provide** 7:14 10:1, 14, 20 43:11 75:23 76:3 82:21
**provided** 11:13 51:20 64:13 76:4 101:15
**providing** 10:7 13:14
**Public** 1:18 3:14 105:5, 17, 25
**pull** 47:24
**pulled** 15:17, 18, 19 44:14 47:19 48:3
**pulling** 13:11 15:4 16:16
**purposes** 14:3 20:6, 25 21:22 23:4 28:2 29:21 36:22 37:17 40:25 43:15 68:14, 24 72:22 87:9 91:11 93:17 98:21
**pursuant** 1:13 3:6 5:19 105:11
**pursuing** 102:19
**put** 15:20 19:23 25:19 34:11 75:13 81:20 96:16, 17
**putting** 29:8 52:24

**< Q >**
**qualified** 105:5
**quarter** 16:2 34:25 35:2 57:6
**question** 6:18 7:2, 8 12:22 18:19, 25 27:6, 7 31:2, 24 32:7, 24 40:14 48:6 70:18 73:25 74:6, 7 77:24 90:1 95:3
**questions** 6:16, 25 24:2 27:5 52:22 67:15 70:7, 14 76:7 103:18, 21 104:1
**question's** 73:17
**questions/comments** 29:2
**quickly** 10:23
**quite** 17:12
**quote** 96:19

**< R >**
**raised** 67:16
**rating** 41:12, 15 49:10, 11, 12, 14, 17 50:2, 4 51:22 52:3, 21, 23 66:2, 4 78:15 82:12 83:12 84:7 94:9, 11, 24 95:3, 12, 19 96:9
**ratings** 52:18, 19 94:14 95:8 96:6, 18
**Raymer** 5:3
**reach** 19:11
**read** 31:2 57:12 58:5 59:23 79:15 80:19 83:6 102:16, 17 104:2 106:7, 9
**readiness** 41:14, 20 64:11 66:4 67:1
**reading** 45:5 70:8
**reads** 25:3 83:3
**ready** 41:14 59:22 64:7, 9, 10, 11 66:4, 16 67:22 71:3 75:6, 7, 17, 18, 25 76:1 79:15 81:18 97:13, 15 98:7, 9
**really** 11:6 47:22 95:9
**Reason** 107:4, 7, 10, 13, 16, 19, 22 108:4, 7, 10, 13, 16, 19, 22

**recall** 12:21 13:2, 7, 25 14:20 19:9 26:10 33:17 35:13, 18 37:12 38:9, 24 39:23 40:1 42:4 45:1, 20 48:15 60:20, 21, 23 61:10, 25 62:2 66:10, 19, 20 67:17 72:20 75:22 76:12, 16, 23 79:12 80:6 81:14 82:2, 23 84:25 86:16 89:4, 11, 14 90:19 91:9 92:21 93:15 95:7 98:19 100:2, 17, 22 102:22, 25
**recap** 101:18
**receives** 36:2
**recess** 36:18 56:15 87:5 103:14
**recollection** 12:15 33:7, 9 42:11 45:13 67:10, 12
**record** 5:1 6:9, 21, 23 7:2 32:15 36:17, 19 56:12, 13, 16 87:2, 3, 6 103:8, 12, 13, 15, 24 104:4
**recorded** 3:8
**redesign** 47:25
**reduction** 88:2
**refer** 19:16 23:17 31:5 34:14 37:7 47:2 56:6 62:12 68:15 69:9 71:7, 15 74:22 83:25 94:2, 19 103:2, 5
**reference** 34:24, 25 42:19 48:10 49:8 58:7 62:18 73:18
**referenced** 15:23 20:20 23:14 27:22 29:16 31:17 37:21 51:21 57:14 60:17 63:8
**references** 16:10 22:24, 25 38:25
**referencing** 22:2 41:10 49:22 76:24
**referred** 12:25 13:4, 21 30:21 47:16 56:18
**referring** 13:8, 20 14:12 19:16, 21 21:18 26:19, 24, 25 30:13 31:6 34:1, 19 39:21 42:2 44:4 45:8, 22 46:21 57:16 60:16 63:18 66:8, 10, 17, 22 67:4, 18 68:3 71:6 72:10 73:20 78:12 90:6 97:2
**refers** 60:18
**reflect** 73:9
**reflects** 41:9
**refresh** 45:13
**regarding** 10:2 12:12 18:3 25:14 31:14 42:6, 12 54:19 81:7, 12 91:6 92:19
**regardless** 95:16
**regional** 11:7, 8 65:11 68:5 80:17 81:17 97:13, 15 98:6, 9
**related** 10:5 13:16 16:14 40:20 41:12 57:2 66:2 76:23
**relative** 13:18 24:23 61:4 105:17
**remember** 16:19 17:6, 12 25:23 35:20 45:4, 5, 7, 17 61:3 62:4 102:6
**remind** 83:24
**reminder** 57:5
**removal** 79:10
**remove** 32:19 33:10, 12, 18 88:25
**removed** 32:12 33:3 84:13 85:16, 22 88:7 89:7, 10, 13
**removing** 33:10 45:17
**repeat** 6:17 30:24 40:14 73:24 89:25 97:17
**rephrase** 6:18 18:20, 25 74:7
**replaced** 83:10 85:19
**replacing** 45:18
**report** 57:9, 15
**reported** 11:8
**reporter** 3:9 5:25 6:19
**Reporting** 5:3 102:1
**reports** 10:9 11:10, 18, 20 101:20
**represent** 5:11, 19 41:24
**representation** 5:20
**re-purposed** 20:1 34:9 44:22 45:15
**resolution** 103:20
**resource** 13:10
**respect** 7:1 12:3 13:20 17:14 18:6, 23 19:10 25:14 29:16 31:24 38:10 42:14 44:17, 18 47:9 48:10, 20 50:12 51:4 54:14, 18, 25 55:4, 13 56:1 57:4 58:17, 24 59:12, 14, 20 60:8 65:1, 6 70:18 72:17 73:8 75:19 77:21 79:10 81:3, 13 82:10 87:19 89:13 92:4 93:4 94:8 100:23
**respective** 3:3 47:10 84:18, 24
**respects** 105:11
**respond** 67:9 72:18
**responds** 22:20 29:5
**response** 83:3
**responses** 6:23
**responsibilities** 9:6 25:7, 10
**responsibility** 9:4, 15 10:19
**responsible** 40:5
**resubmitted** 19:8
**result** 105:19
**results** 101:15, 19, 21, 25
**retired** 8:24 9:17
**retirement** 51:7
**revealing** 8:10
**review** 8:6 10:6 11:7, 10, 17 13:17 18:17 19:3 20:2, 11, 15 32:5 57:5, 18
**reviewed** 8:10 17:21 65:25
**reviewing** 11:19 38:14 41:11 70:6
**reviews** 11:15 57:6
**revised** 16:19 22:3 31:21
**revision** 19:4
**revisions** 31:14 38:17 40:22 75:12
**rewritten** 89:22 90:7, 21
**RHR** 101:5
**right** 10:12 17:4 22:10 29:3, 17 34:3 35:3, 23 37:18, 25 38:5 39:8 43:4 44:8 51:11, 17, 24 56:12 57:25 69:17 71:4, 12 88:17 94:12 103:25
**right-hand** 14:13
**Risk** 53:6, 9, 13, 18, 22 58:19 65:2
**Road** 1:15
**role** 9:4, 17 10:23 11:2 12:10 14:24 15:7, 10 16:21 25:13, 15 26:8 27:18 33:11 38:11
**roles** 9:5 58:2, 4
**roll-up** 11:15 13:16 57:6 101:22
**Rome** 2:9 5:18
**Rookwood** 1:15
**room** 11:11, 13, 20
**RPR** 1:17 3:10 105:24
**Rules** 1:13 3:6
**running** 52:18
**runs** 52:16, 17 91:20

**< S >**
**Saba** 2:3, 4 4:5 5:12 6:7 18:20, 25 32:6 56:11 68:10

73:19 87:1 103:8, 17
**sake** 6:18
**save** 106:10
**saying** 44:24 70:2 75:17
**says** 22:3 25:9 28:25 39:3, 12 68:5 70:1
**scope** 10:19
**scores** 73:13
**seal** 105:21
**second** 53:3 63:20 85:22
**section** 49:9 58:18 61:19
**see** 12:18 13:3 19:5, 20 24:6, 11 27:3 31:25 40:22 47:4 48:18, 22 49:18 50:5, 13 61:22 62:4 63:4, 5 66:6 67:23 68:7 70:5 73:21, 24 75:8 77:7 78:16 81:18 82:14 83:12 85:24 94:23 97:16 99:17 103:9
**seen** 13:6 101:22
**self** 96:16
**send** 17:11 38:16
**senior** 9:11 10:8, 16, 21 47:23 62:16
**sense** 15:20
**sent** 17:15 20:13, 18 21:3 35:24 41:4 68:17 70:1, 4, 5, 9, 12, 17
**sentence** 66:23 67:3
**September** 16:4 100:21
**series** 6:15
**serve** 38:12
**serving** 12:10
**session** 95:13
**set** 105:20
**Shaffer** 13:10 15:1, 25 16:22 17:15, 20 18:1 20:10 21:4, 6, 25 22:20 23:14 26:7, 11, 21 27:2, 21 28:6, 21 29:11 33:19 36:10, 25 38:17 40:23 41:5 42:6 43:2, 10 46:12 48:9 50:11 56:2 58:23 59:10 60:4, 14 61:8 62:11 63:16 64:17 65:5, 18 67:9 68:17 69:22 71:10 72:18 73:10 75:23 76:7, 18 77:17 78:3 79:5, 22 80:2 81:7, 22, 25 82:21 83:17 84:19, 23 86:10, 12 89:5, 10 90:12 91:6 92:15, 19 93:9 95:6, 17 96:22, 25 99:22 100:1 103:2
**Shaffer's** 33:21 72:19 98:13
**shaking** 6:21
**SHEET** 106:1, 13 107:1 108:1
**shift** 58:1
**short** 56:10
**shown** 47:20
**signature** 3:12, 13 105:15, 16
**SIGNATURE:__________________________DATE** 107:23 108:23
**Signed** 106:16
**significant** 60:24
**silver** 103:3, 6
**similar** 44:21 58:24 63:12 76:22
**Sindiong** 1:16 5:2
**single** 19:7
**sit** 11:18 38:7 96:6
**situation** 54:9
**six** 7:19 88:5
**size** 40:21
**slide** 15:21 19:7, 20, 25 20:3, 18 21:9 22:2, 3 23:17, 22 24:6, 19 25:16, 20, 21 26:11, 18 30:21 31:5, 12, 25 32:1, 10, 11, 23 33:3, 13 34:7, 8, 18 35:5, 8, 15 44:14, 19, 21, 22, 25 45:3, 15, 17, 25 46:4, 6, 8, 13 57:1, 17 60:3 70:15 71:20, 22 72:1, 4 73:21, 22 77:14
**slides** 15:11, 12, 14, 17, 19 16:13, 15 28:14 61:6 73:24 74:2 88:5, 6, 7
**small** 9:5
**Smith** 1:15 2:3 5:14
**Somebody** 51:19
**son** 7:22
**sorry** 31:4 36:16 45:5 48:5 49:4, 5 52:10 53:13 63:10 76:14 89:25
**sort** 9:12, 23 13:14, 15 15:3 16:13, 18
**sounds** 42:10, 12
**sources** 15:15 48:3
**SOUTHERN** 1:2 5:7
**speak** 15:10 32:3 48:14 70:13 101:23
**speaking** 16:21
**speaks** 24:4
**specific** 9:6 13:7, 13, 17 14:15 18:12 33:9 34:24 42:22 49:8 54:13, 16, 24 55:21 60:25 67:15 70:18 87:15 101:11, 22
**specifically** 10:6 16:20 19:6 39:25 49:22 53:25 58:19 60:19 62:12 72:10 73:20 74:9 76:12, 23 83:25 90:6
**speculation** 33:15
**spell** 6:9
**Spence** 12:3, 4 24:23 27:17 31:15 64:2, 25 65:2, 7, 11, 20 67:4 68:7 71:7, 10 79:15, 18 80:8, 12, 14, 17, 23 82:11, 24, 25 83:15, 19 85:19 89:16, 20 92:1, 5 93:4 97:5, 12, 23, 25 99:9, 13 100:4, 10, 20, 24 101:3 102:13, 18
**Spence's** 68:3 71:11 81:3, 9, 12, 16, 21 82:6, 12 83:9 84:10 89:22 90:2, 11, 14, 17, 20 91:1, 7 92:14, 20 97:9
**SS** 105:2
**Stagnaro** 2:4
**stakeholders** 78:14 83:11 84:6
**stamp** 14:14, 16 34:14 37:18 41:2
**Stamped** 22:9 23:9 30:6, 9 44:1 69:5 73:5, 20 87:16 88:9 93:23 99:2
**stand** 41:22
**Starner** 1:17 3:9 6:1 105:4, 24
**start** 16:1, 24 17:3 27:5 42:23
**started** 16:18 42:15
**starting** 74:4
**starts** 28:20
**State** 1:18 6:8 105:2, 6
**STATES** 1:1 5:6
**stay** 63:20
**staying** 71:15
**stenotypy** 3:9 105:12
**stipulated** 3:2
**strategic** 31:11 34:19
**strategies** 25:8, 12
**strategy** 9:23 10:7 25:2, 5
**Street** 2:10
**strength** 20:17 77:5, 20 78:5 82:13
**strengths** 60:9 61:21 62:3, 21, 22 63:7, 9, 24 65:20 89:22 90:7, 11, 14, 18
**strike** 13:19 16:6 37:13 63:19
**structured** 9:8
**subject** 20:10 21:5 28:7 37:1 41:6 68:18
**submitted** 3:11

105:14
**succeed** 100:4
**succeeded** 100:10
**succeeding** 12:13, 19 87:23
**Succession** 43:20 47:25 68:19 69:4 71:19, 20 72:2, 5, 11, 15 73:2 79:13 85:10, 15, 16 86:6, 9, 19 87:14 91:16 93:3, 21 98:25
**successor** 63:25 64:8, 14 85:23
**successors** 58:3 85:25
**Suite** 1:15
**summary** 70:15
**supervision** 105:13
**supervisor** 56:3 59:1, 6, 17
**support** 10:20 13:11
**Sure** 9:22 17:13 18:13, 15, 22 21:13 27:9 32:6 40:15 42:23 49:7 56:11 74:7 94:16 96:10
**surprise** 67:23 68:6
**survey** 70:15 74:16 101:13
**surveys** 74:14 87:24 101:10, 16
**swear** 6:1
**sworn** 6:4 105:8
**system** 51:15, 25 52:25 95:23 96:3, 6, 18
**systemically** 95:14

**< T >**
**table** 7:8
**take** 7:8 11:14 14:23 16:23 17:21 32:8 56:10, 11 61:12, 13 86:24 100:24 103:9
**taken** 1:12 3:5 6:12 36:18 56:15 65:17 87:5 103:14 105:11, 12 106:2, 8
**talent** 9:16, 19 10:5, 6 11:6, 15, 16 13:15, 17, 18, 21, 22, 24 14:6, 8, 21 16:8, 15 17:4, 9, 17, 21 18:3, 7, 10 19:2, 3, 11 20:2, 10, 14, 20, 21 22:2, 25 23:8, 13 26:15, 20, 24 28:8, 9, 12 30:1, 14 31:11 32:12, 19, 20 33:3 34:19 35:9 36:11 37:2, 11 38:3, 11 39:5, 13 40:3, 6, 11, 16 41:7 42:6, 24 43:3, 12, 20, 23 44:8 45:9, 15 46:5, 7, 9, 15 47:16 48:2, 7, 11, 12, 20, 22, 24, 25 49:9, 12, 18, 19, 20, 23 50:5, 6, 7, 10, 13, 14 53:4 57:3, 5, 8, 18 58:3, 15, 17, 18 60:22 61:2, 19 62:7, 8, 14, 25 63:21 64:24 65:1 66:12, 13 67:18 68:3, 19 69:4, 14, 17, 19, 21, 22, 24 70:23 71:7, 8, 9, 11, 13, 18 72:9 73:2, 15 74:3, 18, 25 75:3, 5, 17 78:8, 11, 12, 18 79:11, 14, 17, 21, 24 80:5, 8, 12, 13 81:9, 12, 16, 21 82:6 83:1, 9 84:3, 4, 18, 24 85:11, 15 87:14 89:16, 19 90:2 91:8, 16 92:1, 14, 20 93:21 94:5, 8, 19, 23 95:6 96:23, 24 97:5, 8, 9, 20, 22, 25 98:25 99:9, 12, 13 102:4
**talk** 42:19
**talks** 16:14
**targeted** 9:11
**Tayfun** 85:25
**team** 9:5, 10 11:19 57:22 101:22
**team's** 101:19
**testified** 6:5
**testify** 39:7 44:12 52:11 53:11
**testimony** 35:17 36:14
**text** 45:17 76:18
**thank** 38:2 39:12
**Thanks** 20:12 22:5 29:3, 7, 8, 13
**things** 40:21
**think** 16:4, 9 26:6 27:4 62:19 97:17
**thinking** 15:4 16:3
**THIRD** 1:7 2:13, 15 5:5, 21, 24 8:18, 20, 23 12:14, 20 13:1, 5 14:17, 18 23:10, 11, 18 30:6, 9, 10 34:14, 25 35:5 37:18 41:2 44:1, 4, 17 45:11, 22 46:2, 21 47:4 56:6, 19 62:6, 13 63:1, 20 69:6 71:16, 19, 21 72:10 73:5 74:9, 11, 22 78:19 80:7 85:7 86:20 87:16, 20, 22, 23 88:13, 16, 19, 22 89:15, 20 91:18, 19, 20, 23 92:10, 22, 25 93:24 94:2, 20 97:2 99:2, 3, 6 100:5, 11, 20, 25 101:3 102:8, 24 103:5 106:4
**Thomas** 2:13 5:21
**Thoughts** 41:21 43:5
**three** 92:6, 12 93:5
**Tim** 12:3, 4 24:23 31:15 64:2, 24 67:5 79:15, 18 85:19 93:4 102:12, 18
**time** 3:6, 7 5:4 7:6 9:4 11:2 12:5, 10, 16, 24 15:2, 8 16:1, 7 32:8 34:24 36:20 40:2, 5 41:21 56:14, 17 67:2 87:4, 7 92:5 95:24 96:18 100:13 103:13, 16, 18 104:5 105:10
**titled** 14:6 43:19 45:25 46:13 71:22
**Today** 5:3 6:16 7:6 29:1 38:7 57:25 103:22
**today's** 8:1, 7
**told** 33:12 52:12
**Tom** 21:12
**top** 9:12 10:24 11:15 22:24 27:2 28:5 30:19
**touch** 20:16
**touched** 39:16
**transcribed** 3:10 105:13, 14
**transcript** 104:2 106:7
**transferred** 62:9
**true** 51:16 65:6 106:10
**truth** 105:8, 9
**try** 6:25
**trying** 62:19 74:1
**turn** 58:12 64:19 71:23 80:7 85:7 87:20 89:15 91:18, 23 92:22 99:6
**Tuzun** 85:25
**two** 22:5, 9 24:13 27:4, 23 29:22 31:24 47:5, 13 52:22 56:22 64:3, 7 65:11, 12 66:25 67:6 69:24 70:19 71:1, 13 72:5 74:4 88:6 92:6, 11, 12 93:5 103:9
**two-page** 22:7
**typed** 25:21 35:19
**typewritten** 105:13
**typical** 96:8
**typically** 16:13 17:3 19:10, 15 38:11, 20 42:17 64:9 95:19 96:11, 14

**< U >**
**Uh-huh** 19:22 24:15 39:19 43:1 50:25 51:23 54:3 55:6 60:20 61:20 62:24 64:4 69:18 70:21

71:5 74:10 83:2 95:18 97:24
**uh-huhs** 6:22
**ultimately** 17:19
**undersigned** 105:4
**understand** 6:17 7:3, 11 17:2 27:7 39:17 94:16
**understanding** 58:1 102:7, 10, 12, 14 106:13
**UNITED** 1:1 5:6
**University** 8:14
**unquote** 96:19
**Unvested** 51:17
**Update** 14:7 20:11, 15 22:2 23:8 28:8, 12 30:2 37:2 38:3 43:21 45:16 69:4 73:3 91:17 93:22
**Update-2018** 21:6
**Updated** 21:5, 8 29:1
**Updates** 99:1
**upper** 51:7
**use** 50:23
**Usually** 16:2, 3, 4 96:2

**< V >**
**varied** 19:12
**various** 48:3 53:25 57:2 103:20
**vary** 34:7 95:9
**verbal** 6:22
**verbally** 6:19
**version** 20:16 21:8 24:25 27:1 28:12, 13, 14 30:1, 18, 19 31:21 32:12, 20 33:3 34:2 35:9, 22, 25 36:1 37:5 38:4, 18 39:1, 14, 20 42:18 43:12 45:9 46:7 47:3 48:19 62:8 68:20 70:2, 11, 13, 17 75:4 78:13 79:14 80:11, 13, 25 81:8, 15 83:1, 9 85:11 89:17, 23 90:3, 5 92:10 97:14 98:1, 8 102:4
**versions** 19:14 29:16 30:14 31:25 40:22 70:19 71:1, 14
**versus** 5:5
**vice** 41:23
**video** 6:20
**videographer** 1:17 5:1, 2, 25 36:16, 19 56:13, 16 87:3, 6 103:12, 15 104:3
**Videotaped** 1:11
**view** 101:22
**viewpoint** 70:15 74:16 87:24
**vision** 43:8
**visions** 60:25
**visually** 45:19
**vs** 1:6 106:4

**< W >**
**wait** 6:24 30:24
**want** 12:23 15:6 17:16 18:16 32:4 43:6, 11 49:21
**wanted** 18:21 19:5 21:13 43:8 47:15, 25
**warranted** 11:24
**way** 19:6 60:25 68:1 75:12
**ways** 77:3
**Wednesday** 41:10 42:2, 7 60:19
**well** 6:20 11:5, 14 16:5 20:17 49:4 52:21 67:25 69:24 70:24 94:18 96:3
**went** 18:23 88:5
**we're** 6:20 14:11 31:6, 8 32:8 36:17 53:4 103:15, 19
**WESTERN** 1:3 5:7
**WHEREOF** 105:20
**witness** 1:12 3:4, 10, 12 4:2 6:1 39:8 52:10, 13 104:1 105:15, 20
**wordsmithing** 24:25 63:6
**work** 8:11 29:13
**worked** 15:8 16:12
**Workforce** 45:25 46:13
**working** 10:3 11:9 17:4 19:7 33:11 47:23
**Workplace** 46:1, 14
**wrote** 57:4

**< Y >**
**Yeah** 32:24 51:3
**year** 9:14 10:2 13:13 16:1, 8, 13, 19 19:13 43:9 52:3 57:5 62:18 80:19 95:8, 25 96:9, 14, 15
**years** 7:20 20:2 41:20 47:20 59:22 61:1 62:3 64:3, 7 65:12 67:1, 7, 22 68:5, 6 71:3 72:5, 15 75:7, 18 76:1 79:18 80:18, 19 85:19 92:6, 11, 12 93:5 97:16 98:10 99:17
**year's** 15:5, 7 16:11 17:4, 9 49:11