# EXHIBIT 1

# [PRODUCED FOR *IN CAMERA* INSPECTION]

Message

| | |
|---|---|
| **From:** | Shaffer, Bob [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=BOB.SHAFFER] |
| **Sent:** | 11/29/2018 12:44:22 AM |
| **To:** | Hennard, Paula [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Paula.Hennard] |
| **Subject:** | FW: Talent Management Board Update - 112818 for review |
| **Attachments:** | Talent Management_Update-2018 BOD_draft_11-28-18-Bob S. edits.pptx |

Please print. Thanks.

---

**From:** McKay, Elizabeth
**Sent:** Wednesday, November 28, 2018 5:46 PM
**To:** Shaffer, Bob
**Cc:** Pinckney, Nancy; Hennard, Paula
**Subject:** Talent Management Board Update - 112818 for review

Hi Bob,
This latest version includes edits from our touch base on Monday morning as well as the "strengths and development opportunities" slides that you sent this afternoon.

Thanks,
Liz

PENGAD 800-631-6989 PLAINTIFF'S EXHIBIT 2 McKay

Message

---

**From:** McKay, Elizabeth [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=ELIZABETH.MCKAY]
**Sent:** 11/29/2018 11:30:41 PM
**To:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Bob.Shaffer]
**CC:** Pinckney, Nancy [/O=FIFTH THIRD BANK/OU=CINCINNATI/cn=RECIPIENTS/cn=NANCY.PINCKNEY]; Hennard, Paula [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Paula.Hennard]
**Subject:** Talent Update - Board deck 11-29-18
**Attachments:** Talent Management_Update-2018 BOD_draft_11-29-18-Bob S. edits.pptx

Bob,
Attached is the updated version per our meeting this afternoon.

Note: on slide 10, I changed the bullet on Institutional Deposits to be "Building Institutional Deposits Center of Excellence" since we confirmed with Tom Maxwell that we have not yet hired the leader. Based on that, I wasn't sure if you wanted to keep it in or not.

If you have any additional changes needed prior to your meeting with Greg @ 9:00am, just let me know.

Thanks,
Liz

PLAINTIFF'S EXHIBIT 3 McKay
PENGAD 800-631-6989

Message

**From:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=BOB.SHAFFER]
**Sent:** 11/30/2018 12:33:20 PM
**To:** Hennard, Paula [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Paula.Hennard]
**Subject:** FW: Talent Update - Board deck 11-30-18 (slide 11 revised)
**Attachments:** Talent Management_Update-2018 BOD_draft_11-30-18-Bob S. edits.pptx

Please print 2 copies for my meeting with Greg at 9. Thanks.

---

**From:** McKay, Elizabeth
**Sent:** Friday, November 30, 2018 7:29 AM
**To:** Shaffer, Bob
**Cc:** Pinckney, Nancy; Hennard, Paula
**Subject:** RE: Talent Update - Board deck 11-30-18 (slide 11 revised)

Bob,
I revised slide 11 in the attached version. Let me know if this works better.

Thanks,
Liz

---

**From:** Shaffer, Bob
**Sent:** Thursday, November 29, 2018 8:45 PM
**To:** McKay, Elizabeth
**Subject:** RE: Talent Update - Board deck 11-29-18

Ok. Keep as is for now. Let me print it out tomorrow and look at it the way you have it. Thanks!

---

**From:** McKay, Elizabeth <Elizabeth.McKay@53.com>
**Date:** November 29, 2018 at 8:36:11 PM EST
**To:** Shaffer, Bob <Bob.Shaffer@53.com>
**Subject:** RE: Talent Update - Board deck 11-29-18

No, you explained it... I worked on it with that framework and it looked as busy as the original so I tried something different. I will re-do and send you an updated version early tomorrow.
Thanks!

---

**From:** Shaffer, Bob <Bob.Shaffer@53.com>
**Date:** November 29, 2018 at 7:43:52 PM EST
**To:** McKay, Elizabeth <Elizabeth.McKay@53.com>
**Cc:** Pinckney, Nancy <Nancy.Pinckney@53.com>, Hennard, Paula <Paula.Hennard@53.com>
**Subject:** RE: Talent Update - Board deck 11-29-18

Liz, looks really good! For page 11, sorry I must have not explained it well. I would like two columns, one with the words that are in bold and the other with the other words. You may have to wordsmith it slightly. What do you think? Thanks, Bob

PLAINTIFF'S EXHIBIT 4 McKay
PENGAD 800-631-6989

**From:** McKay, Elizabeth
**Sent:** Thursday, November 29, 2018 6:31 PM
**To:** Shaffer, Bob
**Cc:** Pinckney, Nancy; Hennard, Paula
**Subject:** Talent Update - Board deck 11-29-18

Bob,
Attached is the updated version per our meeting this afternoon.

Note: on slide 10, I changed the bullet on Institutional Deposits to be "Building Institutional Deposits Center of Excellence" since we confirmed with Tom Maxwell that we have not yet hired the leader. Based on that, I wasn't sure if you wanted to keep it in or not.

If you have any additional changes needed prior to your meeting with Greg @ 9:00am, just let me know.

Thanks,
Liz

# EXHIBIT 5

# [PRODUCED FOR *IN CAMERA* INSPECTION]

Message

| | |
|---|---|
| **From:** | McKay, Elizabeth [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=ELIZABETH.MCKAY] |
| **Sent:** | 12/4/2018 6:11:31 PM |
| **To:** | Shaffer, Bob [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Bob.Shaffer] |
| **CC:** | Pinckney, Nancy [/O=FIFTH THIRD BANK/OU=CINCINNATI/cn=RECIPIENTS/cn=NANCY.PINCKNEY]; Hennard, Paula [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Paula.Hennard] |
| **Subject:** | RE: Enterprise Talent Management Update for the Board |
| **Attachments:** | Talent Management_Update-2018 _Final-with notes.pptx; Talent Management_Update-2018_Final.pdf |

Bob,
Attached is the final version of the 2018 Talent Update deck for the Board.

The ppt version includes the notes and the pdf version is the slides only (to print or email to the Board).

Please let me know if you need any changes/revisions before the meeting.

Thanks,
Liz

---

**From:** Shaffer, Bob
**Sent:** Saturday, December 01, 2018 9:16 AM
**To:** McKay, Elizabeth; Pinckney, Nancy; Hennard, Paula
**Subject:** FW: Enterprise Talent Management Update for the Board

Let's consider this document final. Thanks Liz! Great work! Bob

---

**From:** Carmichael, Greg
**Sent:** Saturday, December 01, 2018 9:05 AM
**To:** Shaffer, Bob
**Subject:** Re: Enterprise Talent Management Update for the Board

Bob,

This looks good and captures the key points of our discussion another the Enterprise members. Thanks for putting this together.

Thanks
Greg

---

**From:** Shaffer, Bob <Bob.Shaffer@53.com>
**Date:** November 30, 2018 at 5:46:55 PM EST
**To:** Carmichael, Greg <Greg.Carmichael@53.com>
**Subject:** Enterprise Talent Management Update for the Board

Greg,

Attached is the updated deck we discussed today. Please let me know if you have any questions/comments and we will finalize. Thanks, Bob

PENGAD 800-631-6989 PLAINTIFF'S EXHIBIT 6 McKay

# EXHIBIT 7

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 8

# [PRODUCED FOR *IN CAMERA* INSPECTION]

Message

**From:** McKay, Elizabeth [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=ELIZABETH.MCKAY]
**Sent:** 12/7/2018 1:39:51 PM
**To:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Bob.Shaffer]
**CC:** Hennard, Paula [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Paula.Hennard]
**Subject:** FW: Final - Enterprise Talent Management Update for the Board
**Attachments:** Talent Management_Update-2018 _Final-with notes.pptx; Talent Management_Update-2018_Final.pdf

Bob,
Attached is the Final version that includes Paula's edits.

Thanks,
Liz

---

**From:** McKay, Elizabeth
**Sent:** Wednesday, December 05, 2018 10:23 AM
**To:** Hennard, Paula
**Cc:** Shaffer, Bob
**Subject:** Final - Enterprise Talent Management Update for the Board

Paula,
Thank you for your proof of the Talent Management Update deck. Per our conversation this morning, attached is the FINAL version that includes your edits.

The pptx version includes the notes (Bob) and the pdf version (slides only) is for the email to the Board members.

Thanks!
Liz

PENGAD 800-631-6989
PLAINTIFF'S EXHIBIT
9
McKay

Message

**From:** McKay, Elizabeth [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=ELIZABETH.MCKAY]
**Sent:** 10/25/2019 4:31:55 PM
**To:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Bob.Shaffer]
**CC:** Pinckney, Nancy [/O=FIFTH THIRD BANK/OU=CINCINNATI/cn=RECIPIENTS/cn=NANCY.PINCKNEY]; Hennard, Paula [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Paula.Hennard]
**BCC:** mckay, elizabeth [elizabeth.mckay@53.com]
**Subject:** Exec. Talent Mgmt deck- Dec BoD meeting
**Attachments:** Current DRAFT_Talent Management_Update-2019_102519.pptx

Hi Bob,
The attached deck reflects the edits we discussed on Wednesday afternoon.

As I reviewed the EVP 1-pagers holistically, there is some inconsistency on a few related to the Potential rating (high/moderate/at potential); for example where there is a next potential position identified with a readiness of "ready now", we have a potential rating of "moderate"… based upon our 9 box definitions, it seems these should be "high potential".

Also, currently, the EVP that is listed as "high potential" has 2 next potential positions, both with a readiness of 2+ years? Should this be "moderate" potential for the point-in-time?

Thoughts?

Thanks,

Liz This Message has been classified as **Confidential** by McKay, Elizabeth on Friday, October 25, 2019 12:31:53 PM.

PLAINTIFF'S EXHIBIT
PENGAD 800-631-6989
10
McKay

# EXHIBIT 11

# [PRODUCED FOR *IN CAMERA* INSPECTION]

Message

**From:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=BOB.SHAFFER]
**Sent:** 11/11/2019 7:48:23 PM
**To:** Pinckney, Nancy [/O=FIFTH THIRD BANK/OU=CINCINNATI/cn=RECIPIENTS/cn=NANCY.PINCKNEY]; McKay, Elizabeth [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Elizabeth.McKay]
**Subject:** Executive Talent Management and Succession Document
**Attachments:** Executive Talent Management_Update-2019_110719.pptx

Nancy and Liz,

Thanks for all of the great work on this. I have made some changes directly to the document attached. I would appreciate you reviewing and letting me know if you have any questions or other suggestions. Nancy, as we were communicating earlier please have Brian add the 12/17 data to the generations page. Also, I would like to get the EVS executive summary slide we used for Enterprise and replace it with the current slide in the attached. I want the Board to get the page that includes the 5/3 score without MB.

Also, do you know if we hired Todd Flick yet? I changed Marybeth from "red" since the announcement went out about her. And, on page 24 the percentages out to the right seem to be distorted. Could you please take a look at them and see if they need fixed?

Lastly, I had Phil review the one page on Kris Garrett. He was good with it. I have Brian's out to Tim for his review as well. And, I had Saema review the CEO Emergency Succession Plan. She had one comment I will address tomorrow.

Thanks,

Bob

PLAINTIFF'S EXHIBIT
12
McKay
PENGAD 800-631-6989

# EXHIBIT 13

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 14

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 15

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 16

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 17

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 18

# [PRODUCED FOR *IN CAMERA* INSPECTION]