# Fifth Third Bancorp
# Senior Executive Management



## Bob Shaffer
**Executive Vice President**
**Chief Human Resources Officer**
Fifth Third Bancorp

Bob Shaffer serves as executive vice president and chief human resources officer. He oversees Human Capital Business Consulting, Compensation, Benefits, Talent Management and Development, Human Capital Shared Services and Business Controls. Bob was promoted to chief human resources officer in February 2017.

Bob joined Fifth Third in 2002 as vice president and group audit manager. He was promoted to director of financial audit in 2003 and to senior vice president in 2004. He was named chief auditor in August 2007 and an executive vice president in February 2010.

Before joining Fifth Third, Bob served as a partner in Andersen's Business Advisory Practice in Chicago, where he specialized in the audit of public companies in the financial services industry. He also served as head of the United States Central Region's Operational Risk Management Consulting Practice. From 1991 through 1999, Bob served in KPMG's Assurance Services Practice in Pittsburgh, specializing in auditing public financial services companies.

Bob and his wife live in Loveland, Ohio, with their three daughters.

## Education
Bob earned a bachelor's degree in business administration and accounting from Bucknell University.

## Professional and Civic
Bob is a member of the American Institute of Certified Public Accountants, Institute of Internal Auditors, the Pennsylvania Institute of Certified Public Accountants and the Illinois Institute of Certified Public Accountants.

Bob served as chairman for the American Heart Association's Heart Mini Marathon 2018 campaign. He also served as chairman of the Fifth Third Bank (Cincinnati) 2011 United Way fundraising campaign and in 2012 was awarded a United Way of Greater Cincinnati Community Service award for developing resources. Bob also was a 2015 finalist for Gallup Manager of the Year.

EXHIBIT
PENGAD 800-631-6989
Shaffer 1
8-24-23

FIFTH THIRD BANCORP

# EXHIBIT 2

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 3

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 4

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# Fifth Third Bank's Strategic Planning Offsite

**2019 | August 18 - 21**

Sunday through Wednesday



***Logistics prepared for Enterprise Committee, their Executive Assistants &***

***The Strategy Team***

**As of 8/14/19**




Classification: Internal Use Confidential



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Table of Contents


| Component | Page # |
|---|---|
| Overview | 3 |
| What to bring | 4 |
| Sunday | 5-6 |
| Monday including meeting room layout | 7-8 |
| Tuesday | 9 |
| Wednesday | 10 |
| Inn Aerial View | 11 |
| Meeting Space Aerial View | 12 |

# Fifth Third Bank's Strategic Planning Offsite

**2019 | August 18 - 21**

Sunday through Wednesday

***Logistics prepared for Enterprise Committee & their Executive Assistants***

## Preparing for the Meeting - Content

- **Ben Hoffman** and **Ben Smith** is leading the agenda and content preparation.
- Ben and Ben will ensure you have an electronic copy in advance of the meeting.
    - They will also provide a hard copy at the offsite. You **do not need** to bring a hard copy.

## Logistics

- **Michelle Rheude** is leading all logistics. She may be reached at ***513-313-4066.***

## Where are we headed?

| Location | Property Highlights |
|---|---|
| **The Inn at Perry Cabin**<br>308 Watkins Lane<br>St. Michaels, MD 21663<br>Phone: 1.888.805.8885<br><br>https://innatperrycabin.com/<br><br>*Eastern Standard Time Zone*<br><br>*Weather is expected in mid-80's to low 90's*<br><br>*Bay offers a nice breeze* | • Approximately 2 hours from Washington DC; 90 minutes from Baltimore<br><br>• Situated on the Chesapeake Bay<br><br>• #1 Best Resorts in Maryland, U.S. News & World Report — 2019<br><br>• We have 18/20 of the 78 sleeping rooms; a boutique hotel<br><br>• Meeting space and meeting meals are entirely private - apart from the other resort guests (similar to Meadowood) |



## What to bring, suggested attire, etc...

| Sunday | Monday | Tuesday |
|---|---|---|
| **Noon** - Upon arrival, a buffet lunch will be available.<br>Casual attire is acceptable (no shorts)<br>---------------------------<br>Free time options – bring attire if interested in the following:<br>• **Pool**<br>  ○ opens at sunrise and closes at dusk<br>• **Tennis**<br>• **Gym**<br>  ○ 24 hours with key card access - Peloton bikes, treadmills and free weights<br>• **Bike**<br>  ○ To St. Michaels<br>• **Hike**<br>• **Spa**<br>  ○ 9am – 7pm some exceptions can be made<br>---------------------------<br>**1:30 p.m.** a sailing activity is planned; Attire suggestions include:<br>  ○ Closed-toe shoes – no flip flops (tennis shoes, Sperry's, etc.)<br>  ○ Comfortable cool clothes<br>  ○ Shorts are OK<br>  ○ Sunscreen<br>  ○ Sunglasses<br>  ○ Hat<br>There is time to change before leaving for dinner.<br>---------------------------<br>**Dinner**<br>We will travel a brief distance to the Maritime Museum.<br>Casual attire is acceptable (no shorts) | Meetings –<br>  ○ Ben and Ben will bring hard copies<br>  ○ Your phone charger<br>  ○ Your laptop/tablet<br>  ○ Your device charger<br>Casual attire is acceptable (no shorts)<br>The meeting space will be locked overnight so you are welcome to leave items in the room.<br>Michelle will have onsite:<br>• Printer and supplies<br>• Ability to make calls for you, email or receive materials for you, etc.<br>• Ancillary items to anticipate your needs<br>---------------------------<br>**Dinner**<br>We will travel into Easton to visit The Stewart – a Scotch and Champagne Bar with a customized session on Scotch and pairings.<br>A brief walk a few doors down to dinner at BasRouge.<br>Casual attire is acceptable (no shorts) | Meetings –<br>  ○ Same as outlined to the left<br>---------------------------<br>**Dinner**<br>Cocktails will be on the Inn's Hinckley Yacht and dinner is onsite at the Inn's Miles Room.<br>Yacht:<br>Closed-toe shoes preferred<br>No flip flops<br>Women no heels; wedges OK<br>Casual attire is acceptable (no shorts) |

## Sunday, August 18, 2019 (see aerial maps on the last 2 pages)

| Time | Detail |
|---|---|
| 9:20 a.m. | Arrive at Lunken Airport & board planes<br>• ~ 1 hour 18-minute flight<br><br>**Plane #1 – Tail N167FT**<br>1. Greg<br>2. Shellie<br>3. Kris<br>4. Brian<br>5. Phil<br>6. Bob<br>7. Susan<br><br>**Plane #2 – Tail N985BC**<br>1. Lars<br>2. Tim<br>3. Tayfun<br>4. Ben<br>5. Ben<br>6. Jude<br>7. Kala<br><br>Light refreshments available on the planes<br><br>***Note:***<br>• *Frank Forrest, Frank Loveridge and Michelle Rheude are flying commercial.*<br>• *Greg Schroeck and Daniel Seay are flying commercial (guest speakers for Monday along with Kala)* |
| 9:45 a.m. | Wheels Up |
| 11:03 a.m. | Arrive in Easton, Maryland<br>(410) 820-8770<br>9415 Jet Lane, Unit 3<br>Easton, MD 21601<br><br>Travel to The Inn at Perry Cabin<br>• ~ 15 minutes from airport<br>• 2 shuttle services to allow for plane arrival differentiation<br><br>***Note:*** *Greg S and Daniel should arrive during this time frame too.* |
| 11:20 a.m. | Luggage received by valet staff and delivered to your room<br><br>Meet Michelle Rheude at the Morning Room (2nd room to the left of the lobby)<br>• Resort map and key cards provided<br><br>Check-in<br>• No credit card required; all business charges to master bill; personals charges will be settled at the end<br>• The hotel is intimate; no golf carts required to travel to rooms<br>• Hotel does have BMWs onsite for any off-property needs<br>• Wi-Fi requires no fee or password<br>  ○ Select IPC guest, accept terms and then you are connected |
| 12 p.m. | Buffet Lunch at Fireside of Stars Restaurant<br>Arrive as you like<br>Come dressed for the Sail Boat Regatta |

## Sunday, August 18, 2019 - continued (see aerial maps on the last 2 pages)

| Time | Detail |
|---|---|
| 1:25 p.m. | Morning Room (2nd room to the left of the lobby)<br><br>We will meet our Captains at the dock |
| 1:30 - 4:30 p.m. | **Sail Boat Regatta**<br><br>• Three captains will guide us for this experience<br>• Stargazer and Starbright sailboats; small Race Committee Boat<br>• The wind will determine how long we are on the water<br>    ○ *Expect between 2-3 hours*<br>• There is no skill level required; training will be provided for the first 30-60 minutes<br>• Maximum participants are 12; 6 on each boat<br>    ○ Enterprise Committee to participate in the race<br>    ○ A race committee boat will consist of Michelle Rheude and Frank Loveridge for specific assigned roles and photos.<br>• Bottled water is provided on the boats<br>• See page 2 for suggested attire<br><br>***Note:***<br>• *An alternative activity is available if weather deters Regatta*<br>• *Frank Forrest's flight does not arrive in Baltimore until 1:02 p.m. so he will not be joining us for the activity.* |
| After the Regatta ~ 4:30 p.m. – 5:45 p.m. | Return to Fireside of Stars Restaurant for light refreshments (optional)<br><br>Free Time<br><br>Freshen up for dinner; Frank Forrest should arrive by 2:30 – 3 p.m. (Flight into Baltimore at 1:02 p.m. |
| 5:45 p.m. | Depart the Inn for Dinner – a brief car ride to the Chesapeake Bay Maritime Museum<br>• *Kala Gibson, Greg Schroeck and Daniel Seay will join us for dinner* |
| 6 p.m. | Cocktails at the Museum - upper deck<br>Transition through the museum to the Boat Shed |
| 6:30 p.m. | Dinner at the Boat Shed<br><br>Return to the Inn after Dinner<br><br>Option for drinks on your own after dinner:<br>• Purser's Pub – open until 10-11 p.m. |

Classification: Internal Use



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER 

## Monday, August 19, 2019 (see aerial maps on the last 2 pages)

| Time | Detail |
|---|---|
| 7 – 7:30 a.m. | Breakfast at the Meeting Space Area<br>• Indoor seating in Admiral Room<br>• Outdoor seating outside the Admiral Room<br><br>*See meeting space room diagram at the bottom of this page*<br>*See aerial maps on last 2 pages for bird's eye view* |
| 7:30 a.m. | Meeting starts in the Commodore Room<br><br>*See next page for room layout*<br><br>Content is forecasted at 6.25 hours:<br>• Opening Remarks (Carmichael)<br>• Market Context (Hoffman, Smith)<br>• Regional Banking (McHugh, Gibson)<br>• Wholesale Banking (Anderson, Schroeck, Seay)<br>• All other Business (Hoffman, Smith) |
| ~ 12 | Lunch – 60 minutes |
| ~ 1:30 p.m. | ***Note:*** *Kala leaves for the airport. His flight departs Baltimore at 3:45 p.m.* |
| 2:30 – 3 p.m. | Meeting is expected to end<br>***Note:***<br>• *Paul Moore, Richard Stein and Anurag Mahajan leave 10:41 a.m.; arrive at Baltimore at 12:15 p.m. arrive at The Inn at approximately 2-230 p.m.*<br>• *Greg and Daniel to leave for the airport to return home* |
| 3 - 4:50 p.m. | Free time |
| 4:50 p.m. | Meet in lobby to depart for Easton, Maryland ~ 25-minute commute<br>• *Richard, Anurag and Paul will join us for dinner* |
| 5:30 p.m. | Arrive at The Stewart<br>Scotch and Champagne tasting bar; wine offered at BasRouge |
| 6:30 p.m. | Walk a few doors down to BasRouge; We have the restaurant for ourselves only. |
| | Option for drinks on your own after dinner:<br>• Purser's Pub – open until 10-11 p.m. |


2 executives per 6`
shown with 24" wide chairs
snacks
47.00 ft
Corridor, farm tables
FIREPLACE
32.00 ft
beverages
AV tech
Projection screen is 8′ x 8′
Each executive has two outlets
for electric and 2 USB outlets

## Tuesday, August 20, 2019 (see aerial maps on the last 2 pages)

| Time | Detail |
|---|---|
| 7 – 7:30 a.m. | Breakfast at the Meeting Space Area<br><br>Indoor dining in Admiral Room<br>Outdoor dining just outside the Admiral Room |
| 7:30 a.m. | Meeting starts<br><br>Content is forecasted at 7 hours:<br>• Consumer, Payments, Strategy (Spence)<br>• Operations (Schramm, Moore, Mahajan)<br>• Credit (Forrest, Stein)<br>• All other Business (Hoffman, Smith)<br>• Enterprise Perspective & Wrap-up (Hoffman, Smith)<br>• Closing Remarks (Carmichael) |
| ~ 11:30 am | Lunch – 60 minutes |
| 3:30 p.m. | Meet is expected to end |
| 3:30 – 4:55 p.m. | Free Time |
| 4 p.m. | Paul, Richard and Anurag fly out at 7:59 p.m. so they will leave the hotel at approximately 4 p.m. |
| 4:55 p.m. | Meet in the Morning Room (2nd room to the left of the lobby) |
| 5 - 6 p.m. | Depart for the cocktail hour on the Inn's Hinckley Yacht<br><br>• Captain Jason Pinter will host our experience<br>• Yacht can hold a maximum of 16 guests<br>• Closed toe shoes or wedge sandals for women; women to avoid high heels<br>• Yacht has two restrooms and is air-conditioned<br><br>***NOTE:***<br>• *No red drinks are allowed on the yacht due to the stainable finishes* |
| 6 p.m. | Dinner in the Miles Room on property; seats 18 |
| | Option for drinks on your own after dinner:<br>• Purser's Pub – open until 10-11 p.m. |

## Wednesday, August 21, 2019

| Time | Detail |
|---|---|
| 6:30 – 7:15 a.m. | Breakfast<br><br>Farm tables outside of the Commodore Room |
| 7:15 a.m. | Meet at the exit by the Commodore Room<br><br>One shuttle to transport team to the airport<br>Depart for the Easton Airport<br>~ 10 minutes |
| 7:30 a.m. | Arrive at Easton Airport & board planes<br>• ~ 1 hour 24-minute flight<br><br>**Plane #1 – Tail N167FT**<br>1. Greg<br>2. Shellie<br>3. Frank F.<br>4. Bob<br>5. Jude<br>6. Tayfun<br>7. Susan<br><br>**Plane #2 – Tail TBD**<br>1. Lars<br>2. Kris<br>3. Brian<br>4. Ben<br>5. Ben<br>6. Phil<br>7. Tim<br><br>Light refreshments available on the planes<br><br>***Note:***<br>*Michelle Rheude and Frank Loveridge are flying commercial.* |
| 7:45 a.m. | Wheels Up |
| 9:09 a.m. | Arrive at Lunken Airport |




Classification: Internal Use


Michelle's "Work Room"
Extra space for conference calls
Main Meeting Room
Lawrence
Commodore
Niagara
Admiral
Miles
Morning Room
Library
Pub Courtyard
Purse
Pub
Stars Fireside
Miles View Terrace
Stars Waterview
Indoor Dining
Restrooms

# EXHIBIT 6

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 7

# [PRODUCED FOR *IN CAMERA* INSPECTION]

Message

**From:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=BOB.SHAFFER]
**Sent:** 9/3/2019 12:46:47 PM
**To:** 'Charley King (charley.king@fwcook.com)' [charley.king@fwcook.com]
**CC:** Hennard, Paula [/O=Fifth Third Bank/OU=Cincinnati/cn=Recipients/cn=Paula.Hennard]
**Subject:** September 16 Meeting
**Attachments:** Final Talent Management_Update-2018 _Final-with notes.pptx; 2018 Break The Glass Toolkit_.pptx

Charlie,

Hope all is well. Looking forward to catching up in a few minutes. When you are here on September 16th, I was hoping you and I could catch up for 30-60 minutes. I would like to discuss the attached two documents with you, get any feedback you may have, etc. I will cover these with the full Board in December. I would also like to discuss any insight you can provide me on CEO succession processes just so I am thinking about the most key considerations for such a process if it ever occurs.

I am copying Paula to work with you on your availability on September 16th.

Thanks,

Bob

EXHIBIT
PENGAD 800-631-6989
Shaffer 8
dee 8-24-23

Message

**From:** McKay, Elizabeth [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=ELIZABETH.MCKAY]
**Sent:** 10/25/2019 4:31:55 PM
**To:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Bob.Shaffer]
**CC:** Pinckney, Nancy [/O=FIFTH THIRD BANK/OU=CINCINNATI/cn=RECIPIENTS/cn=NANCY.PINCKNEY]; Hennard, Paula [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Paula.Hennard]
**BCC:** mckay, elizabeth [elizabeth.mckay@53.com]
**Subject:** Exec. Talent Mgmt deck- Dec BoD meeting
**Attachments:** Current DRAFT_Talent Management_Update-2019_102519.pptx

Hi Bob,
The attached deck reflects the edits we discussed on Wednesday afternoon.

As I reviewed the EVP 1-pagers holistically, there is some inconsistency on a few related to the Potential rating (high/moderate/at potential); for example where there is a next potential position identified with a readiness of "ready now", we have a potential rating of "moderate"... based upon our 9 box definitions, it seems these should be "high potential".

Also, currently, the EVP that is listed as "high potential" has 2 next potential positions, both with a readiness of 2+ years? Should this be "moderate" potential for the point-in-time?

Thoughts?

Thanks,

LizThis Message has been classified as **Confidential** by McKay, Elizabeth on Friday, October 25, 2019 12:31:53 PM.

EXHIBIT
PENGAD 800-631-6989
Shaffer 9
8-24-23

# EXHIBIT 10

# [PRODUCED FOR *IN CAMERA* INSPECTION]

Message

**From:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=BOB.SHAFFER]
**Sent:** 11/11/2019 7:48:23 PM
**To:** Pinckney, Nancy [/O=FIFTH THIRD BANK/OU=CINCINNATI/cn=RECIPIENTS/cn=NANCY.PINCKNEY]; McKay, Elizabeth [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Elizabeth.McKay]
**Subject:** Executive Talent Management and Succession Document
**Attachments:** Executive Talent Management_Update-2019_110719.pptx

Nancy and Liz,

Thanks for all of the great work on this. I have made some changes directly to the document attached. I would appreciate you reviewing and letting me know if you have any questions or other suggestions. Nancy, as we were communicating earlier please have Brian add the 12/17 data to the generations page. Also, I would like to get the EVS executive summary slide we used for Enterprise and replace it with the current slide in the attached. I want the Board to get the page that includes the 5/3 score without MB.

Also, do you know if we hired Todd Flick yet? I changed Marybeth from "red" since the announcement went out about her. And, on page 24 the percentages out to the right seem to be distorted. Could you please take a look at them and see if they need fixed?

Lastly, I had Phil review the one page on Kris Garrett. He was good with it. I have Brian's out to Tim for his review as well. And, I had Saema review the CEO Emergency Succession Plan. She had one comment I will address tomorrow.

Thanks,

Bob

EXHIBIT
PENGAD 800-631-6989
Shaffer 11
8-24-23

# EXHIBIT 12

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 13

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 14

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 15

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 16

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 17

# [PRODUCED FOR *IN CAMERA* INSPECTION]

Message

**From:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=BOB.SHAFFER]
**Sent:** 12/5/2019 5:21:06 PM
**To:** Hennard, Paula [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Paula.Hennard]
**Subject:** FW: Fifth Third Human Capital and Executive Talent Management and Succession Plan updates
**Attachments:** Executive Talent Management_Update-2019_120319.pptx

---

**From:** Shaffer, Bob <Bob.Shaffer@53.com>
**Sent:** Tuesday, December 3, 2019 8:50 AM
**To:** Marshawilliams@outlook.com; Mike McCallister <mbm2045@gmail.com>
**Cc:** Carmichael, Greg <Greg.Carmichael@53.com>
**Subject:** Fifth Third Human Capital and Executive Talent Management and Succession Plan updates

Marsha and Mike,

Attached is a draft of the deck we will use for the Human Capital and Executive Talent Management and Succession Plan updates with the Board on December 17th. We wanted to share with you ahead of time for your review. We plan to distribute to all Board members by mid next week. Please let me know if you have any questions or other feedback. I appreciate it. Looking forward to seeing you in a couple of weeks.

Thanks,

Bob

EXHIBIT
PENGAD 800-631-6989
Shaffer 8
8-24-23

Message

**To:** nkakins@aep.com; evanbayh1@gmail.com; Jorge@jorgebenitez.com; Katie.blackburn@bengals.nfl.net; embrumback@aol.com; jb5nupe@yahoo.com; bdaniels@prairie-capital.com; hal@energyinnovation.org; garyheminger@marathonpetroleum.com; jhoover5@carolina.rr.com; emallesch@gmail.com; mbm2045@gmail.com; Marshawilliams@outlook.com

**CC:** Carmichael, Greg [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Greg.Carmichael]; Wires, Lisa [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=E513863]; Hennard, Paula [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Paula.Hennard]; lrharris@aep.com; christi.mayer@gmail.com; leichler@praire-capital.com; giselle@energyinnovation.org; aaberger@marathonpetroleum.com; p.denning@yahoo.com

**BCC:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Bob.Shaffer]; Shaffer, Bob [/o=fifth third bank/ou=cincinnati/cn=recipients/cn=bob.shaffer]

**Subject:** Fifth Third Talent Management and Succession Planning Document for Board Meeting on December 17

**Attachments:** FIANLExecutive Talent Management_Update-2019_121019.pptx

Board Members:

Attached is the document Greg and I will utilize for the Human Capital and Executive Talent Management and Succession Plan Updates discussion on 12/17/19, starting at 7:00AM. This discussion will focus on our Human Capital strategies, talent management processes, key 2019 talent actions, discussions of our Enterprise Team members and our executive pipeline. I look forward to seeing you next week.

Bob

EXHIBIT
PENGAD 800-631-6989
Shaffer 19
8-24-23

# EXHIBIT 20

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 21

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 22

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 23

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 24

# [PRODUCED FOR *IN CAMERA* INSPECTION]

Message

**From:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=BOB.SHAFFER]
**Sent:** 1/3/2020 7:15:33 PM
**To:** Carmichael, Greg [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Greg.Carmichael]
**BCC:** Shaffer, Bob [/o=fifth third bank/ou=cincinnati/cn=recipients/cn=bob.shaffer]; shaffer, bob [bob.shaffer@53.com]
**Subject:** Carmichael Direct Report Reviews
**Attachments:** Enterprise Performance Rating Template_121819.xlsx; Carmichael DR Performance Reviews 2019.docx

Greg,

Happy New Year! I hope you had a great Holiday season with your family.

Attached is a Word document with draft performance reviews for all of your direct reports. A few items:

- I included proposed ratings for each "What" goal category. The rating options are Exceptional, Exceeds, Achieves, Needs Improvement and Unsatisfactory
- I also included the ratings for each "How" goal category (These ratings were included in the deck we used for the Talent discussion with the Board). The rating options are Strength, Effective and Opportunity.
- See the attached Excel document for a summary of the proposed "What" and "How" ratings of each of your direct reports. I like to look at them on one page for alignment purposes.
- I directly leveraged the key strengths and key opportunities for each person from the deck we used for the Board meeting.
- I added Employee Viewpoints Survey scores for each person.
- I don't have the Manage Risk Ratings from Frank yet. I will add when I get them.

Please review and let me know if you have any questions/thoughts. We have time scheduled at 8:30 Monday that we can use to discuss as well.

I should have proposed compensation recommendations early next week. Lorin Olson is preparing them based on the market data we shared with the HCCC in December.

Thanks,

Bob

EXHIBIT
PENGAD 800-631-6989
Shaffer 25
dh 8-24-23

# EXHIBIT 26

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 27

# [PRODUCED FOR *IN CAMERA* INSPECTION]

Message

**From:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=BOB.SHAFFER]
**Sent:** 6/8/2020 9:16:28 PM
**To:** Carmichael, Greg [/o=Fifth Third Bank/ou=Cincinnati/cn=Recipients/cn=Greg.Carmichael]
**Subject:** Guy Conversation
**Attachments:** Winning Formula - CEO Profile FTB -2015.docx

**Key Highlights/next Steps:**

- Guy agrees that if Tim is "the" successor don't add Tayfun and Phil formerly. Although, he would recommend, at a minimum, we discuss with Marsha that she/the Board is ok with only having Tim assessed by Guy. He said he has seen a few Boards surprised in the past the CEO/CHRO did have at least one other internal candidate assessed.

- Schedule a 90 minute call for Greg, Guy and me to assess and modify the attached CEO Profile used in 2015. Guy would also use this time to get feedback from each of us on Tim. We will try to schedule for this week or next.

- Guy wants to interview four of Tim's other peers, not including me, and four of his direct reports. Guy wants us to pick the interviewees. My recommendations are below. Let me know what you think.

  Enterprise
  - Phil - Yes
  - Tayfun - Yes
  - Jude - Yes
  - Susan – Yes

  - Kevin - No
  - Kris - No
  - Jamie - No
  - Lars - No
  - Shellie – No

  Direct Reports
  - Chris Shroat - Yes
  - Melissa Stevens - Yes
  - Howard Hammond - Yes
  - Art Weston - Yes

  - Ben Hoffman - No
  - Ben Smith - No
  - Matt Jauchius - No
  - Peter Kidd - No
  - Mike Butera – No
  - Tim Harden - No

EXHIBIT
PENGAD 800-631-6989
Shaffer 28
8-24-23

- Bob to send Tim and Guy an introductory email so they can set up their three hour assessment discussion.

- Guy to send us a revised proposal. He feels confident that we can execute a similar timeline as the original proposal with a full/final Board report in September. This will likely require a call with the HCCC in August since we will not have a preliminary report for them in June.

Please let me know of any questions.

Bob

# EXHIBIT 29

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 30

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 31

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 32

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 33

# [PRODUCED FOR *IN CAMERA* INSPECTION]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

Philip R. McHugh,

Plaintiff,

v.

Fifth Third Bancorp., et al.,

Defendants.[1]

Case No. 1:21-cv-00238

Judge Michael R. Barrett

**ORDER**

This matter is before the Court on Plaintiff's Motion for Sanctions Against Defendants. (Doc. 76). Defendants have filed a memorandum in opposition (Doc. 77), to which Plaintiff has replied (Doc. 78). Mindful of the impending November 4, 2025 fact (and expert) discovery deadline[2], the Court rules as follows:

Plaintiff may take targeted depositions of Greg Carmichael, Bob Shaffer, and Tim Spence with respect to the RHR documents and information withheld by Defendants. At this time, the Court declines to allow targeted depositions of "any other relevant witnesses." These depositions must occur within 30 days after this Order is entered. For this limited purpose, the November 4, 2025 fact discovery deadline is hereby extended to November 7, 2025, if necessary.

Plaintiff's request for a jury instruction with respect to the RHR documents is held in abeyance.

---

[1] Plaintiff Philip R. McHugh has sued Defendants Fifth Third Bancorp, Fifth Third Bank, N.A., and Gregory D. Carmichael (collectively, "Defendants") for violations of the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq., as well as Ohio Rev. Code § 4112. (Doc. 9). His six-count Amended Complaint includes federal and state law claims for failure to promote, wrongful termination, and retaliation. (Id. ¶¶ 39–67). Defendants have filed a counterclaim (Doc. 10 PAGEID 1809–1816) for abuse of process under state common law (id. ¶¶ 31–41).

[2] (See 06/25/2025 Minute Entry, 06/25/2025 NOTATION ORDER (resetting Calendar)).



Exhibit 34

Date 11/6/25

Plaintiff's request for a finding of fact regarding the purpose of the RHR assessment (specifically, "to provide feedback about Tim and how Tim could be a better leader at Fifth Third") is held in abeyance.

Plaintiff's request for reimbursement of his reasonable expenses—including attorneys' fees, associated with subpoenas directed to RHR International and the upcoming targeted depositions of Messrs. Carmichael, Shaffer, and Spence—is held in abeyance.

To conclude, Plaintiff's Motion for Sanctions Against Defendants (Doc. 76) is **GRANTED in part** and otherwise **HELD IN ABEYANCE**. Defendants' Motion for Leave to File a Sur-Reply (Doc. 79) is **DENIED as moot**.

**IT IS SO ORDERED.**

*/s/ Michael R. Barrett*
JUDGE MICHAEL R. BARRETT

Message

**From:** Guy Beaudin [gbeaudin@rhrinternational.com]
**Sent:** 3/18/2020 7:07:53 PM
**To:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=Cincinnati/cn=Recipients/cn=Bob.Shaffer]
**Subject:** Re: Proposal

**CAUTION EXTERNAL EMAIL**

**DO NOT open attachments or click on links from unknown senders or unexpected emails**

Bob,
I am sure you are dealing with a lot of issues at the moment, so please let me know if this is still a good time to follow up on the proposal. If so I will give you a few options for a call some time next week.
Hope you are doing ok.
Guy

On Thu, Mar 12, 2020 at 1:52 PM Guy Beaudin <gbeaudin@rhrinternational.com> wrote:

Bob,
I have attached an outline for the work with timelines, etc. I am happy to get on a call Monday either 930 or 1030 to answer any questions.
Let me know.
Guy

--

Guy Beaudin, MBA, Ph.D.
Senior Partner, Business Development & Marketing
RHR International LLP
18 King Street East, Suite 1220
Toronto, Ontario M5C 1C4

O: +1 416 865 0824
M: +1 416 738 4892
www.rhrinternational.com

RHR is the proud recipient of a Brandon Hall Group Excellence in Talent Management Award for our partnership with a client. Together, we won Gold for Best Advance in Succession and Career Management.

--

Exhibit 35

Date 11/6/25

........................................................................................................................

Guy Beaudin, MBA, Ph.D.
Senior Partner, Business Development & Marketing
RHR International LLP
18 King Street East, Suite 1220
Toronto, Ontario M5C 1C4

O: +1 416 865 0824
M: +1 416 738 4892
www.rhrinternational.com

RHR is the proud recipient of a Brandon Hall Group Excellence in Talent Management Award for our partnership with a client. Together, we won Gold for Best Advance in Succession and Career Management.

IMPORTANT NOTICE: The contents of this electronic message may be confidential and are intended for the use of intended addressees only. If you are not an intended addressee, note that any use, distribution, dissemination, disclosure or copying of the contents of this message is prohibited. If you believe you have received this e-mail in error or are not an intended addressee, please notify the sender immediately and permanently delete the original and any copy and printouts of this message.

CAUTION EXTERNAL EMAIL

DO NOT open attachments or click on links from unknown senders or unexpected emails

# EXHIBIT 36

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 37

# [PRODUCED FOR *IN CAMERA* INSPECTION]

Message

**From:** Shaffer, Bob [/O=FIFTH THIRD BANK/OU=CINCINNATI/CN=RECIPIENTS/CN=BOB.SHAFFER]
**Sent:** 3/6/2020 3:04:26 PM
**To:** gbeaudin@rhrinternational.com
**Subject:** Fifth Third
**Attachments:** EVP_bios.docx; McHugh Spence Tuzun TM Deck.pptx

Guy,

Good to talk to you this morning. Attached are bios (Word document) and one-pagers (PowerPoint document) we used with the Board Talent discussion in December 2019. A lot of similarities, but I thought both would be helpful. Please let me know if you have any questions. Also, if you have the CEO Profile information used when assessing Greg could you please send to me? I know you may want to update it. I just want to see what we used before.

Thanks,

Bob

Exhibit 38

Date 11/16/25

# EXHIBIT 39

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 40

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 41

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 42

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 43

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 44

# [PRODUCED FOR *IN CAMERA* INSPECTION]