# Fifth Third Bancorp
# Senior Executive Management



## Phil McHugh
**Executive Vice President**
**Head of Regional Banking, Business Banking, Middle Market Banking and Wealth Management**
Fifth Third Bancorp

Phil McHugh is executive vice president and head of Regional Banking, Business Banking and Wealth Management. He also oversees Fifth Third's middle market banking and insurance businesses and Corporate Communications.

Phil joined Fifth Third Bank (Cincinnati) in 1986 as a bank associate. He has served in numerous leadership positions in the Wealth & Asset Management, Commercial and Consumer divisions. In January 2005, Phil was promoted to president and CEO of Fifth Third Bank (Louisville). He most recently led Fifth Third's Consumer Bank.

### Education
Phil earned his bachelor's degree in business administration from Xavier University. He also attended numerous Harvard Business School seminars as a member of the Young Presidents Organization.

Phil holds Series 6, Series 7 and Series 24 certifications.

### Professional and Civic
Phil is a board member of the Catholic Inner-City Schools Education Fund and of the Xavier University Athletics Leadership Advisory Board. He is a past board member of the United Way of Cincinnati. Phil also is a past member of the Wealth Management Executive Circle of the Corporate Executive Board and a board member of the Consumer Bankers Association.

Before relocating to Cincinnati in 2010, Phil served as board chairman for the Catholic Education Foundation, Denny Crum Scholarship Foundation, Leadership Louisville and Louisville Orchestra Inc. He also served on the following boards: Greater Louisville Fund for the Arts (including as the 2008 campaign chairman), Heuser Hearing Institute, Build the Bridges Coalition, Louisville Urban League, Ursuline Campus Schools and New Directions Housing Corp.

FIFTH THIRD BANCORP

EXHIBIT
1

C54794 | 0320



**Timothy Spence**--At seven years--already a dapper dresser with a smile destined to steal hearts.

Love, Mom, Dad, Chris, and Fro

EXHIBIT

2

# McHugh, Phil



**Phil McHugh, EVP**

**Head of Regional Banking, Wealth & Asset Management, and Business Banking**

**Education**

Bachelors, Business Administration
Xavier University

**Community/Board Service**

- United Way of Greater Cincinnati, Board Member
- CISE, Board Member and 2019 Campaign Chair
- Xavier University President's Advisory Council
- Wealth Management Executive Circle of the Corporate Executive Board
- 5/3 Regional Advisory Board, Florida

**Job History**

| Position | Year |
|---|---|
| EVP, Head of Regional Banking, Business Banking and Wealth Management | 2018 |
| EVP, Head of Consumer Bank | 2017 |
| EVP, Head of Wealth and Asset Management | 2010 |
| President & CEO, Fifth Third Bank (Louisville) | 2004 |
| SVP, Trust and Investment Services, Fifth Third Bank, (Louisville) | 1994 |
| Vice President, Institutional Trust and Investment Services | 1992 |
| Bank Associate, Fifth Third Bank (Cincinnati) | 1986 |

| Developmental Focus | Specific Actions | Current Status |
|---|---|---|
| Be more intentional in developing the next level leaders across the organizations with a particular focus on inclusion/diversity. | • Targeted mentoring of high potential employees across the enterprise.<br>• Build pipeline of Regional President candidates through the identification of high potential individuals and intentional development planning. | • Take an active role in the WIL program.<br>• Executive sponsor of Women in Wealth BRG and Women's EBRG |
| Expand and deeper knowledge of the regulatory environment all lines of business within enterprise. | • Partner with Lars Anderson, Brian Lamb, Tim Spence and their leaders to build strategic partnerships (ex. digital and small business 10-20MM), leverage best practices and build integrated strategies.<br>• Participate in advisory counsels to understand external benchmarking and leverage best practices. | • Completed new leaders assimilation and have established regular operating rhythms.<br>• Collaborating across divisions to drive better financial results. |
| Continue to strengthen presentation skills by focusing on adjusting delivery style to meet the needs and background of the audience. | • Focus on being more deliberate during presentations to educate audience on key concepts and issues.<br>• Seek immediate feedback from leadership team and adjust style accordingly.<br>• Make presentations to a variety of audiences and seek feedback as to my effectiveness. | • Progress has been recognized in recent presentations, and this will continue to be a priority. |

FIFTH THIRD BANK

FOR INTERNAL USE ONLY



EXHIBIT

3

Confidential

FIFTHTHIRD-MCHUGH-005436

**Smith**, Emily
Smith-Sands, Lindsey
Smythe, Damon
Solberg, Scott
Sonnenberg, Whitney
Southmeyd, Nathan

**Sparks**, Gwen
Speer, Eric
Spence, Timothy
Steiert, Angela
Strauhal, Jonathan
Stuart, Matthew

**Sullivan**, Caroline
Sussman-Fletcher, Hiram
Sutton, Emily
Sznewajs, Aimee
Sznewajs, Chris
Sznewajs, Dan



EXHIBIT
4

January 27, 2010

Philip McHugh
11501 Redwood Way
Anchorage, KY 40223

Dear Phil:

It is my pleasure to provide you with this letter formalizing our offer of employment with the Investment Advisors Division. With your acceptance of this offer, you will assume the position of Senior Vice President and Head of Investment Advisors reporting directly to me.

Your biweekly salary will be $11,731.20 which is annualized to $305,011.20. Your start date will be determined after acceptance of this offer. All benefits of your tenure will remain intact.

You will be eligible to participate in the Variable Compensation Plan, which is an annual incentive plan with different payout levels for threshold, target and maximum performance. Your target bonus opportunity will be 75% of your base salary, effective with your transition into this role. The actual amount you receive is dependent upon Fifth Third, Affiliate or Division and individual performance.

You will also be eligible to receive long-term incentive (LTI) grants, which are typically made annually on a performance basis and are approved by the Board of Directors. Your LTI target award will be $350,000. The current LTI mix of vehicles at this level is 50% Stock Appreciation Rights (SARs), 25% Restricted Stock and 25% Performance Shares; however this may change from year to year. As do most employers Fifth Third reserves the right to modify this plan. In order to receive any LTI award, you must electronically accept the award agreement as well as the Confidential Information and Non-Solicitation Agreement, both of which will be available for electronic acceptance shortly following the award date. The Confidential Information and Non-Solicitation agreement prohibits the disclosure or use of Fifth Third's confidential information for purposes other than conducting Fifth Third business. It also prohibits the solicitation of customers and/or employees away from Fifth Third for the sale of any product or service that competes with those offered by Fifth Third for a period of one year.

You will be eligible for reimbursement for Executive Planning Services. This enhanced reimbursement benefit provides up to $7,500 annually for Internal Executive Wealth Planning. Reimbursements may be used for Internal Executive Wealth Planning, Tax preparation Services and External Legal Documentation Services. Reimbursements will be grossed up by 50% to help offset the payroll taxes that apply to this benefit. A two-year service requirement is waived if you move assets to Fifth Third Bank for management. Please refer to program guidelines for complete details.

Fifth Third also will provide assistance for your relocation to the Cincinnati area. Details regarding Fifth Third's relocation program and policy are outlined in the attached documents.

For questions regarding employee benefits, pay, or other Human Resource information, please contact the My HR Direct Employee Care Services at MY HR DIRECT (1-877-694-7347).

As with all positions at Fifth Third, each of us is employed on an at-will basis and no part of this letter should be construed to change that relationship. Fifth Third and each employee may terminate employment at any time.

We are pleased to offer you this position and are confident that your employment with Fifth Third will continue to be mutually rewarding. These are exciting times for us and we look forward to your acceptance of our offer and your continued contributions to the success of Fifth Third.

EXHIBIT
5

To indicate your acceptance of this position, please sign and date this document and return directly to me.

Sincerely,

Greg D. Carmichael
Executive Vice President and Chief Operating Officer

ACCEPTED & AGREED:

Philip McHugh | 2-1-10
Date

FIFTH THIRD BANCORP

Kevin T. Kabat
President & CEO

June 21, 2011

Phil McHugh
Fifth Third Bank

Dear Phil:

I want to personally congratulate you on your appointment to Executive Vice President. This is a significant and well-deserved accomplishment. Executive Vice President appointments aren't readily given or taken lightly – there is a lot of thought and discussion around nominations. You should feel very proud of yourself and the work that you do to improve our business and the lives of those we touch.

My expectations for you are now even greater. Because of the nature of the banking industry, officers are held to a higher standard of conduct than comparable management in other industries. I also hope that you will think in broader terms, not only about your current area of responsibility, but also about other areas within Fifth Third Bank. Growth is one of our four strategic goals and as we continue to build on our footprint, many challenging job opportunities will become available. I hope you will seek these out and seriously consider accepting them if such opportunities come your way.

Our success is due, in large part, to the dedication, talent and commitment of our officers. Congratulations, again, on being a part of this impressive group. I'm very proud to have you on our Fifth Third Team.

For additional information on what it means to be an officer of the Bank, please visit the Officer Intranet site on the HR Direct home page.

Sincerely,

Kevin T. Kabat
President & CEO

EXHIBIT
6

# EXHIBIT 7

# [PRODUCED FOR *IN CAMERA* INSPECTION]

**FIFTH THIRD BANCORP**

**HUMAN CAPITAL & COMPENSATION COMMITTEE**

**RESOLUTION APPROVING HEAD OF CONSUMER BANK COMPENSATION**

**April 18, 2017**

**RESOLVED**, that the compensation package payable to Philip McHugh in connection with his promotion to the role of Executive Vice President and Head of the Consumer Bank, as included in the materials for this meeting, are hereby approved, ratified and confirmed; and

**RESOLVED FURTHER**, that any act of any director or officer of the Corporation and of any person designated or authorized to act by the board of directors or any officer of the Corporation, which act would have been authorized by the foregoing resolutions except that such act was taken prior to the adoption of such resolutions is hereby ratified, confirmed, approved and adopted as the act of the Corporation; and

**RESOLVED FURTHER**, that the officers of the Corporation be, and each are hereby, authorized, directed and empowered to perform any and all other acts and things as in such officer's opinion may be necessary or appropriate in order to carry out the intent and purposes of the foregoing resolutions.



EXHIBIT 8

**FIFTH THIRD BANCORP**

**HUMAN CAPITAL & COMPENSATION COMMITTEE**

**RESOLUTION APPROVING COMPENSATION OFFER FOR HEAD OF CONSUMER BANK**

**December 18, 2017**

**RESOLVED**, that the changes to Mr. Philip R. McHugh's compensation package in connection with the expansion of his role to include Head of Wealth and Asset Management, including without limitation the increase to his long term incentive target, are hereby approved, ratified and confirmed as set forth in the materials for this meeting;

**RESOLVED FURTHER**, that any act of any director or officer of the Bancorp and of any person designated or authorized to act by the board of directors or any officer of the Bancorp, which act would have been authorized by the foregoing resolutions except that such act was taken prior to the adoption of such resolutions is hereby ratified, confirmed, approved and adopted as the act of the Bancorp; and

**RESOLVED FURTHER**, that the officers of the Bancorp be, and each are hereby, authorized, directed and empowered to perform any and all other acts and things as in such officer's opinion may be necessary or appropriate in order to carry out the intent and purposes of the foregoing resolutions.

2.740700

EXHIBIT

9

# EXHIBIT 10

# [PRODUCED FOR *IN CAMERA* INSPECTION]

FIFTH THIRD BANK

# 2018 Pay for Performance Details for **Tim Spence**

| Performance Ratings | |
|---|---|
| Overall Performance Rating | Risk Performance Rating |
| 4 | 4 |

| Base Salary | | | |
|---|---|---|---|
| Current Base Salary | Increase $ | Increase % | 2019 Base Salary |
| $482,040 | $12,043 | 2.5% | $494,083 |

| Variable Compensation | | | |
|---|---|---|---|
| 2018 VC Target | 2018 VC Target | VC Award % of Target | VC Award |
| 135% | $650,754 | 185% | $1,200,000 |

| Long-Term Incentive | | |
|---|---|---|
| 2018 Target LTI | LTI Award % of Target | LTI Award |
| $1,200,000 | 110% | $1,320,000 |

# 2019 Compensation Targets

| 2019 Base Salary | 2019 VC Target | VC Target in $'s | 2019 LTI Target |
|---|---|---|---|
| $494,083 | 135% | $667,012 | $1,200,000 |

EXHIBIT
11

FIFTH THIRD BANK

# 2018 Pay for Performance Details for **Phil McHugh**

| Performance Ratings | |
|---|---|
| Overall Performance Rating | Risk Performance Rating |
| 4 | 4 |

| Base Salary | | | |
|---|---|---|---|
| Current Base Salary | Increase $ | Increase % | 2019 Base Salary |
| $478,400 | $11,960 | 2.5% | $490,360 |

| Variable Compensation | | | |
|---|---|---|---|
| 2018 VC Target | 2018 VC Target | VC Award % of Target | VC Award |
| 110% | $526,240 | 185% | $975,000 |

| Long-Term Incentive | | |
|---|---|---|
| 2018 Target LTI | LTI Award % of Target | LTI Award |
| $1,000,000 | 110% | $1,100,000 |

# 2019 Compensation Targets

| 2019 Base Salary | 2019 VC Target | VC Target in $'s | 2019 LTI Target |
|---|---|---|---|
| $490,360 | 110% | $539,396 | $1,000,000 |

EXHIBIT
12

# EXHIBIT 13

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 14

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 15

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 16

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 17

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 18

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 19

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 20

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 21

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 22

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 23

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 24

# [PRODUCED FOR *IN CAMERA*

# INSPECTION]

Message

**From:** Spence, Timothy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=10A86DA6BE7D4FC69A9C6097BA4FC888-E961395]
**Sent:** 10/15/2020 12:47:13 AM
**To:** McHugh, Phil [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d502f9aded734649b3fe612029b6f7e3-E608833]
**Subject:** Re: Catch up

I'm sorry I missed you at the end of the day today. Greg did give me a brief recap of your discussion. If I were in your shoes I would have been surprised and also frustrated given the speed of movement the past few years. I don't know that I have much in the way of additional information but I wanted to share a few thoughts if you were open to it. As I think I shared long ago at that "enterprise minus Greg" offsite we did at the Weidemann Mansion, I very much value your leadership and what you bring to the team. I think we are a better company because of it.

Get Outlook for iOS

---

**From:** McHugh, Phil <Phil.McHugh@53.com>
**Sent:** Wednesday, October 14, 2020 1:38:33 PM
**To:** Spence, Timothy <Timothy.Spence@53.com>
**Subject:** RE: Catch up

Yes, I did speak with Greg and Bob yesterday. As I am sure they told you, I was quite surprised by the conversation and asked for time to digest the discussion.
I told Greg that I would give him an answer on Thursday which I plan to do.
If you have any information that was not shared that would be helpful in making the decision, I would be happy to listen.

Phil

**From:** Spence, Timothy <Timothy.Spence@53.com>
**Sent:** Wednesday, October 14, 2020 12:50 PM
**To:** McHugh, Phil <Phil.McHugh@53.com>
**Subject:** Catch up

Phil,

I hope you are well. I understand that you spoke with Greg and Bob yesterday, and I imagine you are still digesting the discussion. I wanted to reach out to see if it made sense to find time when we could sit town and chat. I value your perspective and our working relationship, and I am eager to hear your thoughts.

Best, Tim

${If.App.WXP}Classification: Internal Use${If.End}

EXHIBIT
25

# EXHIBIT 26

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 27

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 28

# [PRODUCED FOR *IN CAMERA* INSPECTION]

Table of Contents

# Compensation of Named Executive Officers

***Summary Compensation Table.*** The table below summarizes the compensation awarded, paid to, or earned by the Company's Named Executive Officers during 2020 through 2022. The amounts in the Stock Awards and Option Awards columns indicate the fair value on the grant date associated with all grants awarded in the corresponding year and do not correspond with the amounts that the Named Executive Officers may eventually realize with respect to these awards. The benefit, if any, actually received from these awards will depend upon the future value of our Common Stock.

**2022 Summary Compensation Table**

| Name & Principal Position | Year | Salary ($) | Bonus ($) | Stock Awards ($)(1) | Option Awards ($)(2) | Non-Equity Incentive Plan Compensation ($)(3) | All Other Compensation ($)(4) | Total ($) |
|---|---|---|---|---|---|---|---|---|
| Timothy N. Spence, President and Chief Executive Officer, Fifth Third Bancorp | 2022 | 826,923 | — | 4,621,877 | 815,610 | 1,621,220 | 253,029 | 8,138,659 |
| | 2021 | 620,915 | — | 1,275,012 | 225,000 | 1,312,500 | 139,143 | 3,572,570 |
| | 2020 | 514,987 | — | 1,020,002 | 180,000 | 910,472 | 91,819 | 2,717,280 |
| Greg D. Carmichael, Executive Chairman and Former Chief Executive Officer | 2022 | 1,184,626 | — | 5,822,513 | 1,027,501 | 2,472,000 | 513,647 | 11,020,287 |
| | 2021 | 1,100,070 | — | 4,887,500 | 862,502 | 3,300,000 | 381,577 | 10,531,649 |
| | 2020 | 1,100,070 | — | 4,674,998 | 825,002 | 2,860,000 | 337,519 | 9,797,589 |
| James C. Leonard, Executive Vice President and Chief Financial Officer | 2022 | 638,462 | — | 1,434,393 | 253,129 | 893,750 | 129,385 | 3,349,119 |
| | 2021 | 570,577 | — | 1,019,983 | 179,999 | 862,500 | 87,982 | 2,721,041 |
| | 2020 | 452,565 | — | 452,083 | 56,251 | 598,000 | 57,945 | 1,616,844 |
| Robert P. Shaffer, Executive Vice President and Chief Risk Officer | 2022 | 580,770 | — | 1,136,869 | 200,619 | 690,000 | 129,450 | 2,737,708 |
| | 2021 | 473,294 | — | 934,984 | 165,001 | 712,500 | 81,323 | 2,367,102 |
| | 2020 | 425,728 | — | 680,001 | 119,998 | 559,826 | 73,787 | 1,859,340 |
| Kevin P. Lavender, Executive Vice President and Head of Commercial Bank | 2022 | 563,462 | — | 1,147,487 | 202,500 | 546,250 | 112,652 | 2,572,351 |
| | 2021 | 498,462 | — | 934,984 | 165,001 | 750,000 | 117,382 | 2,465,829 |
| Howard Hammond, Executive Vice President and Head of Consumer Bank | 2022 | 487,695 | — | 1,028,533 | 181,507 | 575,000 | 124,169 | 2,367,904 |

(1) The values shown for performance share awards for 2022 in the Summary Compensation Table and the table below reflect the grant date fair value of $46.98, which was the average January share price used for the February 16, 2022 grant date. This price was also used to calculate the number of performance shares awarded. The values shown for performance share awards for 2021 in both tables reflect the grant date fair value of $33.53, which was the closing price on the February 17, 2021 grant date and also the price used to calculate the number of performance shares awarded. The values shown for performance share awards for 2020 in both tables reflect the grant date fair value of $29.64, which was the closing price on



EXHIBIT 29

# EXHIBIT 30

# [PRODUCED FOR *IN CAMERA* INSPECTION]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

Philip R. McHugh,

Plaintiff, Case No. 1:21-cv-00238

v. Judge Michael R. Barrett

Fifth Third Bancorp., et al.,

Defendants.[1]

**ORDER**

This matter is before the Court on Plaintiff's Motion for Sanctions Against Defendants. (Doc. 76). Defendants have filed a memorandum in opposition (Doc. 77), to which Plaintiff has replied (Doc. 78). Mindful of the impending November 4, 2025 fact (and expert) discovery deadline[2], the Court rules as follows:

Plaintiff may take targeted depositions of Greg Carmichael, Bob Shaffer, and Tim Spence with respect to the RHR documents and information withheld by Defendants. At this time, the Court declines to allow targeted depositions of "any other relevant witnesses." These depositions must occur within 30 days after this Order is entered. For this limited purpose, the November 4, 2025 fact discovery deadline is hereby extended to November 7, 2025, if necessary.

Plaintiff's request for a jury instruction with respect to the RHR documents is held in abeyance.

---

[1] Plaintiff Philip R. McHugh has sued Defendants Fifth Third Bancorp, Fifth Third Bank, N.A., and Gregory D. Carmichael (collectively, "Defendants") for violations of the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq., as well as Ohio Rev. Code § 4112. (Doc. 9). His six-count Amended Complaint includes federal and state law claims for failure to promote, wrongful termination, and retaliation. (Id. ¶¶ 39–67). Defendants have filed a counterclaim (Doc. 10 PAGEID 1809–1816) for abuse of process under state common law (id. ¶¶ 31–41).

[2] (See 06/25/2025 Minute Entry, 06/25/2025 NOTATION ORDER (resetting Calendar)).



EXHIBIT
KS 11/7/25
Spence 31

Plaintiff's request for a finding of fact regarding the purpose of the RHR assessment (specifically, "to provide feedback about Tim and how Tim could be a better leader at Fifth Third") is held in abeyance.

Plaintiff's request for reimbursement of his reasonable expenses—including attorneys' fees, associated with subpoenas directed to RHR International and the upcoming targeted depositions of Messrs. Carmichael, Shaffer, and Spence—is held in abeyance.

To conclude, Plaintiff's Motion for Sanctions Against Defendants (Doc. 76) is **GRANTED in part** and otherwise **HELD IN ABEYANCE**. Defendants' Motion for Leave to File a Sur-Reply (Doc. 79) is **DENIED as moot**.

**IT IS SO ORDERED.**

/s/ *Michael R. Barrett*
JUDGE MICHAEL R. BARRETT

# EXHIBIT 32

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 33

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 34

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 35

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 36

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 37

# [PRODUCED FOR *IN CAMERA* INSPECTION]