# EXHIBIT 1

# [PRODUCED FOR *IN CAMERA* INSPECTION]

# EXHIBIT 2

# [PRODUCED FOR *IN CAMERA* INSPECTION]

[redacted]

**From:** John J. McHugh III
**Sent:** Tuesday, October 27, 2020 11:00 AM
**To:** Zaunbrecher, Susan <Susan.Zaunbrecher@53.com>
**Subject:** Philip R. Mchugh adv. Fifth Third Bank, et al.

Good morning Susan.

Your most recent correspondence notwithstanding, Phil hopes to achieve a fair resolution with the Bank which reflects his tenure, his accomplishments, and his 34 year commitment and loyalty to Fifth Third.

I truly hope that might be accomplished, and some meaningful accord reached.

If the Bank continued to stand by its decision, Phil will file his complaint with the Hamilton County Court of Common Pleas tomorrow afternoon.
He wanted you to have a copy of the Complaint before it was filed.

I suspect that we will look to conduct discovery of Messrs. Carmichael, Shaffer, and McCalllister fairly soon, and look for proposed dates in early December for that purpose.

Please be so kind as to favor me with a copy of the directive sent to all appropriate persons addressing the litigation hold.

Regards,

John

PLAINTIFF'S EXHIBIT
#3
PENGAD 800-631-6989

----------------------------------------------------

John J. McHugh, III
McHugh & McCarthy, Ltd.
5580 Monroe Street
Sylvania, OH 43560
Telephone: (419) 885-3597
Fax: (419) 885-3861
mchugh@mchughlaw.com

CONFIDENTIALITY NOTICE: This transmission and the document(s) accompanying this transmission may contain confidential information and may be subject to the attorney-client privilege. The document(s) are intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, please notify us immediately by calling collect at (419) 885-3597 to arrange for the retrieval or destruction of this transmission and the accompanying documents. Please do not disseminate or distribute this material to anyone.