Notice Date: 09/15/2021

Deposition Date: 8/31/2021

Deponent: Philip R. McHugh Vol. II

Case Name: Philip R. McHugh vs. Fifth Third Bancorp

| Page:Line | Now Reads | Should Read |
|---|---|---|
| 10:13 | October 3 | October 13 |
| 16:17 | Walton | Wealth and |
| 18:14 | resource | reporting |
| 31:1 | af | in |
| 31:8 | handwriting | type of pen used |
| 32:9 | I | It |
| 32:12 | same | said |
| 32:13 | accuse | McHugh |
| 34:15 | progress | process |
| 36:17 | Francis Shaffer | — |
| 42:2 | that he would carry with | with the support of |
| 42:10 | from Mr. Spence | before Mr. Spence |
| 44:13 | pre | — |
| 46:13 | had honors | head hunters |
| 47:12 | I can't recall specifically | Steve Trager |
| 51:20 | this | — |
| 51:25 | This is a response from Mr. Safa | |
| 29:11/12 | I don't recall specifically where I kept these | At all times, they were either in my personal file at work, my file at home or in my briefcase |

Notice Date: 09/15/2021

Deposition Date: 8/31/2021

Deponent: Philip R. McHugh Vol. II

Case Name: Philip R. McHugh vs. Fifth Third Bancorp

| Page:Line | Now Reads | Should Read |
|---|---|---|
| 54:7 | out | on |
| 56:3 | his health | the self |
| 55:4 | I | my |
| 56:10 | uh-huh | yes |
| 59:17 | prio -- | — |
| 60:10 | nothing in that | nothing in that section |
| 63:18 | the end up Perry and of Perry | the Inn at Perry |
| 63:19 | Cabinet | Cassin |
| 69:19 | Sauna | Sonneman |
| 70:18 | I do not recall | No |
| 73:22 | said that | — |
| 73:23 | I would | and |
| 73:24 | that would that they would be providing | ~~and~~ and |
| 77:18 | but I -- the | but his |
| 79:19 | the 12 | — |
| 81:3 | 12-31-2020 | 12-31-2025 |
| 81:25 | hover | are |
| 50:20 | Well as Mr. Gaunt | Well as Mr Gaunt, Mr. Tayfun Tuzun and Mr. Greg Schroeck. |
| 70:18 | I don't recall | I did not complete the potential next position section. |

Notice Date: 09/15/2021

Deposition Date: 8/31/2021

Deponent: Philip R. McHugh Vol. II

Case Name: Philip R. McHugh vs. Fifth Third Bancorp

| Page:Line | Now Reads | Should Read |
|---|---|---|
| 83:14 | a bank | the bank |
| 83:16 | alleging | alleging the opening of |
| 83:18 | selection | action |
| 85:11 | bank has where | bank was where |
| 85:13 | escape | scape |
| 87:21 | Mr. Carmichael | — |
| 92:24/25 | Not my answer | - appears to be Mr. Goffi |
| 96:8 | Nick | — |
| 96:18 | audit | auto |

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me.

Any additions or corrections that I feel are necessary, I will attach on a separate sheet of paper to the original transcript.

Signature of Deponent

I hereby certify that the individual representing himself/herself to be the above-named individual, appeared before me this 12 day of October, 2021, and executed the above certificate in my presence.

NOTARY PUBLIC IN AND FOR

NOTARIAL SEAL STATE OF OHIO
Jessica Peterson
Notary Public, State of Ohio
My Commission Expires:
June 29, 2026

Hamilton

County Name

MY COMMISSION EXPIRES: 6/29/2026