Notice Date: 09/15/2021

Deposition Date: 8/30/2021

Deponent: Philip R. McHugh

Case Name: Philip R. McHugh vs. Fifth Third Bancorp

| Page:Line | Now Reads | Should Read |
|---|---|---|
| 30:2 | Dimensions Wealth | Wealth Dimensions |
| 41:6 | corr -- yes | correct, yes |
| 53:16 | Why Gre -- Jamie | why Jamie |
| 55:20 | to Joe | to Jamie |
| 66:10 | cell phone was left | cell phone which was left |
| 69:12 | I cannot recall if then | I followed the |
| 70:15 | including I've had a | including the |
| 79:4 | Busin. middle arch corporate | Large Corporate |
| 80:4 | that I - beyond that | beyond that |
| 80:22 | different thing than | different line |
| 81:5 | consumer lead | consumer lending |
| 81:17 | that move when I | that moved after I |
| 81:18 | had the Third | had Fifth Third |
| 81:21 | the third Securities | Fifth Third Securities |
| 81:29 | the third Securities | Fifth Third Securities |
| 83:9 | you're covering two, four years | covering two years |
| 85:6 | the third securities | Fifth Third Securities |
| 85:9 | the third securities | Fifth Third Securities |
| 34:6 | I can't recall at this time. | I did not graduate with honors. |
| 74:15/16 | I can't recall with Sid, if it was on email, a text or a phone conversation. | I received a text from Sid |

Notice Date: 09/15/2021

Deposition Date: 8/30/2021

Deponent: Philip R. McHugh

Case Name: Philip R. McHugh vs. Fifth Third Bancorp

| Page:Line | Now Reads | Should Read |
|---|---|---|
| 85:17 | the third Securities | Fifth Third Securities |
| 86:12 | not without the fi | not without the financial's |
| 89:23 | mortgage -- of these subcategories | mortgage |
| 95:4 | either bank | Private Bank |
| 98:24 | Octo - August - the date is August 19 | in August of 2019 |
| 99:9 | and - the first quarter of Jan - | in |
| 108:16 | there were | there was |
| 132:15 | This is Mr. Cioffi's question | |
| 133:9 | do a thumbs -- | do a thumbs down |
| 165:20 | October 26 | August 26 |
| 173:15 | I stopped thought | I still thought |
| 176:21 | Mr. Shaffer. Three days later, | Mr. Shaffer, three days later, |
| 176:22 | Mr. Carmichael still | told me that I would |
| | Mr. Carmichael did | not tell me that I would not |
| | | |
| 183:12 | I can't re | I cannot remember |
| 185:13 | I counted on his work | I counted on his word |

Notice Date: 09/15/2021

Deposition Date: 8/30/2021

Deponent: Philip R. McHugh

Case Name: Philip R. McHugh vs. Fifth Third Bancorp

| Page:Line | Now Reads | Should Read |
|---|---|---|
| 186:11 | the insura - assurances | the assurances |
| 193:12 | I don't re | I don't recall |
| 206:2 | language won - | language |
| 217:4 | therea | thereafter |
| 226:19 | aware of my wife, and I | aware of my work life and if I |
| 223:12 | if Mr. Carl | if Mr. Call |

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me.

Any additions or corrections that I feel are necessary, I will attach on a separate sheet of paper to the original transcript.

______________________________

Signature of Deponent

I hereby certify that the individual representing himself/herself to be the above-named individual, appeared before me this 12 day of October, 2021, and executed the above certificate in my presence.

______________________________

NOTARIAL SEAL
STATE OF OHIO

Jessica Peterson
Notary Public, State of Ohio
My Commission Expires:
June 29, 2026

NOTARY PUBLIC IN AND FOR

Hamilton

County Name

MY COMMISSION EXPIRES: 6/29/2026