# EXHIBIT 1

# *Obergefell v. Firelands Reg'l Med. Ctr.*

United States Court of Appeals for the Sixth Circuit

March 2, 2026, Filed

No. 25-3212

**Reporter**
2026 U.S. App. LEXIS 6143 *; 2026 LX 70275

LAURA OBERGEFELL, Plaintiff-Appellant, v. FIRELANDS REGIONAL MEDICAL CENTER, et al., Defendants-Appellees.

**Prior History:** *Obergefell v. Firelands Reg'l Med. Ctr., 2026 U.S. App. LEXIS 2981, 2026 WL 228727 (Jan. 28, 2026)*

**Counsel:** **[*1]** For DENISE PARRISH Vice President Patient Care Services & Chief Nursing Officer, FIRELANDS REGIONAL MEDICAL CENTER, JENNA MOLNAR, JEREMY NORMINGTON-SLAY President & Chief Executive Officer, JODY MEISLER-MCKILLIPS Senior Director Human Resources, PATTY MARTIN Vice President of Quality and Patient Satisfaction, ROBERT M. MOORE Executive Vice President and General Counsel, TONIA M. COPSEY Nurse Director and Nurse Practitioner Wound Care Department, Defendants - Appellees: Carrie L. Urrutia, Heidi N. Hartman, Eastman & Smith, Toledo, OH.

For LAURA OBERGEFELL, Plaintiff - Appellant, Peter Kevin Newman, The Newman Law Group, Dayton, OH.

**Judges:** BEFORE: DAVIS, RITZ, and HERMANDORFER, Circuit Judges.

## Opinion

ORDER

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court. No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.