# EXHIBIT 2

# Appendix A

## Summary of Director Testimony

## C. Bryan Daniels

| Category | Testimony |
| --- | --- |
| **About Spence** | **Strategic Thinking and Vision**<br>• "[I]t was clear to me that Tim was a deep thinker[.]" Dep. 16:2–3.<br>• "[S]omeone who could see around corners, a strategic deep thinker, someone who could have high EQ and IQ, have the ability to sort of deal with regulation." Dep. 38:9–12.<br>• Spence knew technology, was good tactically, was good strategically, and was not "of the, you know, kiss my ring, you know, sort of king . . . and commoner sort of view." Dep. 41:7–15.<br>• "[I]t was clear that his strategic perspective technology, just a grasp of a complicated environment . . . it was clear that he had it[.]" Dep. 70:5–7.<br>**Experience and Track Record**<br>• "Tim had had a broader set of experiences, and with breadth comes complexity." Dep. 76:7–10.<br>• As to approval of MB Financial acquisition by Fifth Third, "Tim, for me, made the difference between us going with Fifth Third and not." Dep. 39:7–8.<br>• "Tim's relationship with the regulators is . . . really very strong, evidenced by the fact that Jerome Powell is on his speed dial and he calls him Jay." Dep. 72:16–19.<br>• "[T]here was absolutely no one in those banks that had the . . . reputation with the regulators that I dealt with that Tim has." Dep. 73:7–9.<br>**Communication**<br>• "When I met Tim during diligence, he was, with one possible exception, the most impressive banker that I had met." Dep. 38:5–7.<br>**Bottom Line**<br>• "I mean, there was no one else there. . . . he was a set of one[.]" Dep. 41:1–21.<br>• "I sort of knew that he was an amazing, you know, upper 1 percentile, 1 percenter." Dep. 32:13–15. |

| Category | Testimony |
| --- | --- |
| | • "I've got 360,000 shares of this bank, that's $15 million. When I'm making the decision here, this isn't a casual decision. . . . And for me to have sort of decided that Tim was the guy to . . . essentially manage and be in charge of this, you know, substantial amount of wealth for me was not a casual decision. . . . I just feel pretty strongly that Tim was an exceptional guy[.]" Dep. 56:13–58:14.<br>• "I had pretty much concluded that he was the guy and having then met other officers at the bank, I didn't think there was anyone who was in [Spence's] class . . . as I said, the only person in his class was Jamie Dimon[.]" Dep. 45:6–12. |
| **About McHugh** | **Lack of Strategic Vision**<br>• "[B]usiness judgment from the time I spent with both would have been the basis . . . I would think that's pretty objective in my mind. . . . Tim objectively, for the reasons that I talked about earlier, was the clear superior strategic thinker and innovator." Dep. 68:2–10.<br>**Lack of Communication and Presence**<br>• "Phil probab[ly] wouldn't have been known to the street as well [as other candidates for emergency CEO.]" Dep. 47:17–18.<br>**Bottom Line**<br>• "[H]e was a lifelong journeyman banker[.]" Dep. 33:5–6. |
| **Age Never Considered or Discussed** | Q. At the board discussions concerning who should succeed and be appointed to the position of president after Greg Carmichael stepped down, was age ever a factor in those discussions as to who should succeed Greg Carmichael?<br>. . .<br>THE WITNESS: No.<br>. . .<br>Q. Did any board member ever suggest at any meeting about who should succeed Greg Carmichael that age should be considered in any way?<br>. . .<br>THE WITNESS: It was not discussed. |

| Category | Testimony |
|---|---|
| | Dep. 81:14–82:4. |
| **Board Acted Independently** | "[M]y opinion hadn't changed from when we did the deal. . . . [T]o remind you, I mean, that was a multibillion dollar decision, and that was in large part predicated on Tim being an integral part of that. . . . I had pretty much concluded that he was the guy and having then met other officers at the bank, I didn't think there was anyone who was in that class[.]" Dep. 45:1–9.<br>"When I'm making the decision here, this isn't a casual decision. . . . [T]his was a financial decision for me as well as a fiduciary responsibility that I was making for the other shareholders." Dep. 56:14–58:8. |

## Eileen Mallesch

| Category | Testimony |
|---|---|
| **About Spence** | **Strategic Thinking and Vision**<br>• "A strategic leader was going to be the reason Fifth Third could be successful and it's demonstrated. Just look what's going on. Tim is getting accolades. We chose the right leader by how the market is performing[.]" Dep. 80:4–8.<br>• "I'm always evaluating every leader in how they are meeting the capabilities of oversight, hindsight, foresight, and insight, and Tim Spence checked all the boxes[.]" Dep. 99:16–19.<br>**Experience and Track Record**<br>• "[F]rom my entire time at Fifth Third we were always just so impressed with [Spence]." Dep. 40:10–12.<br>**Communication**<br>• "Tim Spence can just answer these questions off the cuff, gives us insight on the strategy." Dep. 39:7–9.<br>**Technology**<br>• "[B]y virtue of what we're facing strategically in an environment of a huge competition from Fintech, digital, and shadow banking we needed someone who really understood what was the current environment and how we could succeed in the current environment, so Tim Spence checked all the boxes there." Dep. 99:19–25. |

| Category | Testimony |
|---|---|
| | **Bottom Line**<br>• "[T]he talent of Mr. Spence was such that the focus of the discussion was always about how are we developing him." Dep. 74:12–16<br>• "Tim is a unicorn in my view[.]" Dep. 83:16–19.<br>• "Tim Spence checked all the boxes." Dep. 99:18–19. |
| About McHugh | **Lack of Strategic Vision**<br>• "Phil is a traditional banker with deep Fifth Third internal knowledge for many years, but in any of the board presentations I observed he did not exhibit any strategic perspective." Dep. 35:22–25.<br>• In her experiences with McHugh, he never "presented in a way that showed he was strategic and able to articulate and paint a picture of his business beyond reading off his slides. Actually it showed somebody that wasn't aspirational to a CEO which is why I'm very shocked we're all sitting here today[.]" Dep. 105:15–20.<br>**Lack of Communication and Presence**<br>• "He really just was giving – reading off the slide . . . not really giving us insight as to what is it that he was seeing based off of what's occurred[.]" Dep. 35:25–36:4.<br>• When presenting, McHugh would "just read off the slide." Dep. 40:1–3.<br>• McHugh was not a good choice for even emergency CEO "because communication skills were critical and you have to be able to do more than read your slides[.]" Dep. 65:1–3.<br>**Bottom Line**<br>• "I didn't see Phil as a CEO successor." Dep. 39:2–3.<br>• "[P]hil was not qualified . . . [we] did not see him as anything more than a utility player." Dep. 102:1–21.<br>• "I never saw [McHugh] as a candidate for CEO succession at a certain point during my time interacting with Phil." Dep. 35:5–7.<br>• "He's a solid traditional banker[.]" Dep. 85:14. |

| Category | Testimony |
|---|---|
| | • "I viewed Phil as a capable traditional banker who added value at the bank. Regretfully we're sitting here because he's not self-aware to equally understand his strengths and his developments[.]" Dep. 100:20–25.<br>• In her business judgment, "[McHugh] was not qualified." Dep. 102:1–4. |
| **Age Never Considered or Discussed** | Q. . . . As a board member when you were discussing and deliberating as to who should succeed Greg Carmichael as President and CEO did you ever consider age as a factor, age of that potential successor as a factor in your discussions and deliberations?<br>. . .<br>A. Never.<br>Dep. 99:5–13. |
| **Board Acted Independently** | "The CEO successor is the board's responsibility and only the board, and even though Greg Carmichael was the Chairman the Chairman is one voice out of what, we have 15 people, so today Tim Spence is one voice and he only has one voice in that vote for how we're going to think about who's CEO succession even in today's environment." Dep. 62:17–23.<br>"It's the board's role to choose the CEO." Dep. 103:16. |

## Emerson Lee Brumback

| Category | Testimony |
|---|---|
| **About Spence** | **Strategic Thinking and Vision**<br>• "He helped us with our strategic plan even before he worked for the bank. He was critical in putting that together." Dep. 30:17–18.<br>• "He had done an outstanding job in developing our strategic plan." Dep. 30:22–23.<br>• "He had a vision for the bank [and] a good plan to execute it, that vision." Dep. 30:25–31:2.<br>**Experience and Track Record**<br>• "He had done a nice job proving himself. We had gotten to know him for several years." Dep. 30:15–16. |

| Category | Testimony |
|---|---|
| | • "He had brought to us our largest acquisition in years in MB[.]" Dep. 30:20–21.<br>• "[A]ll of us were very comfortable with Tim Spence, that he had done everything that we thought he would do when he came into the bank and more, and that he was ready or close to being ready to assume that position." Dep. 33:5–8.<br>**Communication**<br>• "He had great verbal skills. He had great knowledge of the industry and demonstrated that repeatedly." Dep. 30:23–25.<br>• "Tim Spence never read his presentation." Dep. 56:24.<br>**Bottom Line**<br>• "[W]e had one candidate that we felt could fill the position as CEO and that candidate was Tim Spence." Dep. 64:13–18.<br>• "I think Phil was a good checkers player. I think Tim Spence is an outstanding chess master." Dep. 79:6–7 |
| **About McHugh** | **Lack of Strategic Vision**<br>• "I didn't see the strategic vision, the innovation, the creativity that I think a board member wants a CEO to have." Dep. 55:18–20.<br>• "He would have had to have a strategic vision for the bank, not just for his division, for his business. He would have had to have demonstrated where he thought the bank needed to go[.] . . . He never did any of that. He didn't present those things." Dep. 77:22–78:7.<br>• "He had every opportunity to talk about the future and the development of the business industry, strategic issues that were before us that needed to be addressed. . . . Those things didn't come out in his presentation." Dep. 78:11–18.<br>**Lack of Communication and Presence**<br>• "Phil read his presentation." Dep. 56:24–25.<br>• "I think he's a good person, but he didn't stand out to me in that way. To have the presence of the CEO in circumstances that they have to be in, those things . . . didn't come out to me." Dep. 57:7–10. |

| Category | Testimony |
| --- | --- |
| | **Bottom Line**<br>• Answering whether McHugh was qualified, "Not in my opinion, no." Dep. 55:4–7.<br>• "He didn't give me any reason to believe he was a candidate or qualified for it. I mean, he did a good job in his businesses, but he didn't do standout above Tim Spence." Dep. 55:9–12.<br>• "He wasn't ever considered because he never stood out from the crowd." Dep. 76:23–24.<br>• "I think Phil was a good checkers player. I think Tim Spence is an outstanding chess master." Dep. 79:6–7 |
| **Age Never Considered or Discussed** | Age not mentioned. |
| **Board Acted Independently** | "[T]he most important job of a board it to select the CEO of the organization." Dep. 15:3–4.<br>"[T]he CEO selection is a board responsibility[.]" Dep. 16:3–4. |

## B. Evans Bayh, III

| Category | Testimony |
| --- | --- |
| **About Spence** | **Strategic Thinking and Vision**<br>• "A number of intangibles played an important role. Someone's strategic thinking. You know, the industry's going through a period of rapid change right now. And so does someone have a real understanding of potential M&A activities out there? How the, you know, combinations might work going forward." Dep. 41:19–25.<br>**Experience and Track Record**<br>• "Tim Spence was the person who was furthest along and most likely with further development to be able to assume that role." Dep. 53:1–3.<br>• "[B]y virtue of his work in consulting, he was very, very knowledgeable about the merger landscape within the banking sector." Dep. 42:22–25. |

| Category | Testimony |
|---|---|
| | **Communication**<br>• "[A]n element of, for lack of a better term, charisma, the ability to inspire people, is important. And Tim is very good at that." Dep. 44:17–19.<br>**Technology**<br>• "Same thing with technology, just exemplary." Dep. 43:9.<br>• "Tim is just exceptional with regard to [technology]. Understands it in, you know, pretty granular detail." Dep. 43:20–22.<br>**Bottom Line**<br>• "[C]learly Tim Spence was considered to be a very able person who had the potential to be a successful CEO some day[.]" Dep. 36:20–23. |
| **About McHugh** | **Lack of Strategic Vision**<br>• "[I]t was the judgment of the board, I think unanimously, that Tim was exemplary in those respects and that, you know, Phil had performed well in his current capacity, but did not have those attributes sufficient to be the CEO one day." Dep. 42:11–15.<br>**Lack of Communication and Presence**<br>• "[McHugh's presentations] can be described as . . . fairly workmanlike and that sort of thing, but just not . . . with the charismatic leadership that ideally you're going to have in the leader of a large institution." Dep. 44:21–25.<br>**Lack of Technological Proficiency**<br>• "Phil had never really demonstrated that at the board." Dep. 43:25–44:1.<br>**Bottom Line**<br>• "[T]he general consensus was that Phil was fine as hitting the wealth management and the other responsibilities that he had, but he didn't have the other attributes that we were looking for in a successful CEO[.]" Dep. 41:7–12.<br>• "Phil was never under consideration." Dep. 53:12–13. |

| Category | Testimony |
|---|---|
| **Age Never Considered or Discussed** | Q. During the discussions in board meetings with your fellow board members about who should be promoted to president to succeed Greg Carmichael, was age ever a factor in those discussions?<br>. . .<br>A. No, never.<br>. . .<br>Q. Did any board member suggest that the board should consider age in making its decision to promote Tim Spence to the role of president of Fifth Third Bank?<br>. . .<br>A. No, never.<br>Dep. 87:21–88:8. |
| **Board Acted Independently** | "The board obviously makes the final decisions[.]" Dep. 55:10.<br>"So 14 individuals with a variety of different backgrounds and experiences arrived at the same conclusion[.]" Dep. 87:9–11. |

## Gary Heminger

| Category | Testimony |
|---|---|
| **About Spence** | **Strategic Thinking and Vision**<br>• "From our observation of members of the management team, we felt that Tim had the – during his presentations, that he observed, you know, exemplary strategic vision, a tremendous depth and breadth of the digital Fintech platforms, outstanding interpersonal skills, and a passion to really take the bank forward." Dep. 38:14–20.<br>• "I think he had a superior strategic vision, understood venture capital markets, understood the competition much better." Dep. 101:8–10.<br>• "I would assess it, you know, one of the best visions of the business . . . He was very good at bringing a different view into the business." Dep. 176:24–177:6. |

<table>
<tr><th>Category</th><th>Testimony</th></tr>
<tr><td></td><td>
• “Mr. Spence possessed the ability to frame a vision of what, in his opinion, could happen over the next three years.” Dep. 195:20–22.<br><br>
Experience and Track Record<br>
• “Tim always had a superior grasp of the entire industry.” Dep. 104:17–18.<br>
• “His expertise really came from what he was able to learn and develop and, you know, in the consultancy business, sell. They sell that expertise and those digital platform ideas to many competitors in the industry. So he brought that depth and breadth of knowledge with him when he came to the bank[.]” Dep. 188:8–13.<br>
• “[W]e had hired Tim to do some work when he was with the consultancy firm called Oliver Wyman, and he made various presentations on the banking industry specifically in and around the digital platforms . . . and I was always, you know, very, very impressed with his knowledge, not only of the banking industry but his intimate knowledge of Fifth Third.” Dep. 164:9–17.<br><br>
Communication<br>
• “I always compare executives on do they read to you or do they really know the subject matter by just looking at the data and really draw your attention to the important parts, important analytics of that data, and Tim was exceptional in doing that.” Dep. 169:12–16.<br>
• “Tim was always, just at his fingertips, had all the data and was very articulate and succinct in being able to present that data to the full board.” Dep. 172:2–5.<br><br>
Technology<br>
• “Tim just had . . . an unbelievable grasp and understanding and control of . . . not only where the digital platform was going, but any discussion about . . . the competitive landscape[.]” Dep. 103:25–104:4.<br><br>
Bottom Line<br>
• “We felt – my business judgment and my colleagues on the board’s business judgment – was that Tim was, you know, far and above any other candidate.” Dep. 190:19–22.
</td></tr>
<tr><td>About McHugh</td><td>
Lack of Strategic Vision<br>
• McHugh not qualified to be CEO “[b]ased on his strategic vision, presentation skills, and just performance of the organizations of which he was operating.” Dep. 96:13–15.
</td></tr>
</table>

| Category | Testimony |
|---|---|
| | • "Strategic operator has the vision for where you can go and where can we expand the horizons of this business and the other business of boards that I've been on, and it's a rare quality. . . . And that's what we saw in Tim versus what we saw in Mr. McHugh." Dep. 97:1–7.<br>• "Tim was reviewing a broad strategic plan, whereas Phil might be reviewing organizational data within his organization[.]" Dep. 171:2–5.<br>**Lack of Communication and Presence**<br>• "I found Mr. Spence's presentation skills superior to Mr. McHugh's." Dep. 173:6–8.<br>• "I was just making a comparison to his presentation skills, his command of the subject wasn't as strong as what we – what I expected to see in a future CEO." Dep. 97:20–24.<br>**Bottom Line**<br>• "It was a clear consensus by the board that we didn't feel that Mr. McHugh had the potential to be the CEO of the company." Dep. 96:9–11. |
| **Age Never Considered or Discussed** | Q. In [naming Tim Spence the president of Fifth Third Bank] did the board in any way consider age as the factor in that determination?<br>. . .<br>A. No, sir.<br>. . .<br>Q. Did you or any member of the board discriminate against Mr. McHugh on account of his age?<br>. . .<br>A. Absolutely not.<br>Dep. 210:13–23. |
| **Board Acted Independently** | Q. Did Mr. Carmichael tell the board to appoint Tim Spence as president of Fifth Third Bank?<br>A. No sir, that's the board's job.<br>Dep. 211:11–13. |

## Jorge Benitez

| Category | Testimony |
| --- | --- |
| **About Spence** | **Strategic Thinking and Vision**<br>• Spence had "a strategic mind-set, having both a vision and the ability to articulate a strategy for how the bank would continue to grow and develop and prosper." Dep. 30:8–12.<br>• Describing Spence as "very future oriented, a very strategic thinker[.]" Dep. 92:9–10.<br>• "He is the best at being able to look out into the future." Dep. 91:6–7.<br>**Experience and Track Record**<br>• Describing Spence has having "banking contacts and knowledge of . . . what other banks were doing and what's happening in the marketplace[.]" Dep. 30:15–17.<br>• Describing Spence as "somebody that understood the regulatory side of things." Dep. 31:13–14.<br>**Communication**<br>• "He is very charismatic in advocating for his ideas. He's very articulate and has a great ability to present in a way that conveys his knowledge of the topics at hand." Dep. 88:18–22.<br>• "I think Tim's . . . a very effective communicator[.]" Dep. 107:7–8.<br>**Bottom Line**<br>• "The determination that we made is that we only had one candidate to be the . . . CEO . . . and that candidate was Tim Spence who met all the qualifications and criteria that we defined." Dep. 38:16–21.<br>• "It was clear to me and to the rest of the Board that Tim was the best qualified, the only qualified person, to actually become CEO[.]" Dep. 77:1–3. |
| **About McHugh** | **Bottom Line**<br>• "There were no conversations that I was part of as part of Board meetings where Phil was being considered to be CEO or discussed a potential to be CEO." Dep. 33:24–34:2. |

| Category | Testimony |
|---|---|
| **Age Never Considered or Discussed** | Q. Mr. Benitez, in any of the discussions among the Board of Directors was age ever discussed in connection with who should be the next President or CEO of Fifth Third?<br>A. Absolutely not. It was never a factor.<br>Dep. 96:16–21. |
| **Board Acted Independently** | "We get input on these individuals from management, but we as a Board deliberate and figure out what we think are the right answers and ultimately come to a consensus about both the individual and the timing." Dep. 26:16–20. |

## Katherine Blackburn

| Category | Testimony |
|---|---|
| **About Spence** | **Strategic Thinking and Vision**<br>• "Tim was extremely strong in the strategy area, and was uniquely talented I think in the board's perspective in that area." Dep. 55:12–14.<br>• "[O]bviously his strength was his strategic thought." Dep. 24:9–10.<br>**Experience and Track Record**<br>• "[H]e began working at Fifth Third in a strategy component, and . . . he just had very much impressed the board." Dep. 24:13–17.<br>• "Tim's approach with the regulators was one that I think the board had a lot of confidence in to get Fifth Third to be in a better standing than it had been in a long time." Dep. 61:21–24.<br>**Communication**<br>• "He can recite facts and . . . he can tell the story of what's happening financially at the business in a way that was very impressive." Dep. 24:7–9.<br>• "He is extremely unique in being able to, I think, break things down and deal with very complex issues." Dep. 68:9–11. |

| Category | Testimony |
|---|---|
| | **Technology**<br>• "[H]e had focused on the Fintech[.]" Dep. 24:14–15.<br>**Bottom Line**<br>• "Tim was the one guy that we wanted to pursue and thought he was the one who was best to fill the role, and others did not meet . . . I think the board did not feel that any of the others that were on the executive team at that time were certainly comparable to Tim." Dep. 47:10–16. |
| **About McHugh** | **Lack of Strategic Vision**<br>• "[H]e was not considered to have the same skills in developing a strategy. . . . I didn't view him as having those same skills to strategically lead the bank going forward." Dep. 53:15–22.<br>• "The board didn't view his strategic vision as being in the same vein as what we saw out of Tim." Dep. 60:6–8.<br>**Bottom Line**<br>• "[N]o one . . . I do not believe, felt that Phil was qualified in that area." Dep. 55:12–17. |
| **Age Never Considered or Discussed** | Q. During the board's deliberations and discussions about who should succeed Greg Carmichael as president, was age ever a factor in those deliberations or discussions?<br>. . .<br>A. It was not.<br>. . .<br>Q. Was age ever a factor in the board's decision to appoint Tim Spence as president of Fifth Third?<br>. . .<br>THE WITNESS: There was no discussion of age.<br>Dep. 75:13–25. |
| **Board Acted Independently** | "When it comes to selecting a CEO, that's a process that the board undertakes separately." Dep. 20:22–24. |

## Linda Clement-Holmes

| Category | Testimony |
|---|---|
| **About Spence** | **Communication**<br>• "[H]e knows what's going on, he's very quick, he's very intelligent, he's very smart, he's able to handle complex situations." Dep. 64:23–25.<br>• "They have got to be able to understand complex things but be able to communicate them simply. He does that. They have got to be able to know a wide range of things but able to dig deeply. He does that." Dep. 76:16–19.<br>**Bottom Line**<br>• "[W]e had an extraordinary opportunity to have not only a really good CEO but a great CEO[.]" Dep. 37:6–7. |
| **About McHugh** | No testimony on McHugh's qualifications. |
| **Age Never Considered or Discussed** | Q. Was . . . age considered in . . . any way whatsoever in the decision-making process to appoint Tim Spence as President?<br>. . .<br>A. Absolutely not.<br>Dep. 74:13–17. |
| **Board Acted Independently** | Board made unanimous decision after "robust conversation" in effort to "make sure we have got the best person for the job and that – that would have come out if that wasn't the case." Dep. 72:15–23. |

## Marsha Williams

| Category | Testimony |
|---|---|
| **About Spence** | **Strategic Thinking and Vision**<br>• "Tim had drafted our 2011 strategic plan and presented it to the board. We did a strategic plan every two years at that point and he also did the strategic plan in 2013. And it became apparent that we didn't have any of the skill sets inside the bank to really draft a sophisticated strategic plan[.]" Dep. 35:10–16.<br>• "We hired Mr. Spence in 2015 because we did not have that capability in-house, and that was an important hire for us because we had had to outsource our strategy because we did not have . . . anybody in-house that had the strategic – the ability to communicate – to draft and communicate a strategy with the skill that Mr. Spence had." Dep. 69:7–13.<br>• "Tim was deemed by RHR and the board, the entire board to be a visionary, and we never saw that skill in Phil McHugh." Dep. 123:22–24.<br>• "[H]e could tell you what the strengths and weaknesses were of all of our key competitors, and he could walk through in detail what he believed those competitors were going to do, which competitors might be actionable by us for future growth, actionable in the sense of a potential merger candidate or acquisition candidate[.]" Dep. 148:17–24.<br>• "Tim Spence thinks about new avenues of growth all the time." Dep. 135:7–8.<br>**Experience and Track Record**<br>• "[G]iven his many years in consulting for banks, he understood the operating levers necessary to drive the performance of a bank, and understood . . . what a bank needs to do to survive in a fairly rapidly changing legislative and technology-based environment[.]" Dep. 157:10–17.<br>• "[W]hen we were negotiating the MB Financial transaction, he was the gentleman who basically opened up the doors for Fifth Third to ultimately acquire MB." Dep. 33:18–21.<br>• "He also completed several Fintech, smaller Fintech acquisitions, and so I would say that in terms of driving execution, he achieved some major milestones, more significant in the opinion of the board than any of the projects that Phil McHugh was working on." Dep. 121:2–6. |

| Category | Testimony |
|---|---|
| | **Communication**<br>• "He could talk quite effectively about financial regulations, some of which was pending and some of which had just gone into effect." Dep. 142:1–3.<br>• "[H]e could also talk about Fintech and the impact that Fintech was having on basically eating into the market share of traditional banks." Dep. 142:9–11.<br>• "One of the things that always impressed me about Tim was his ability to speak with some depth of knowledge on a wide variety of topics." Dep. 38:25–39:2.<br>• "[T]he fascinating thing about Tim Spence is he could do much of that without ever looking at a note." Dep. 148:24–149:1.<br>• "He is an enormously compelling speaker[.]" Dep. 159:5–6.<br>**Technology**<br>• "He evidenced a depth of knowledge about Fifth Third Bank, about the industry, about Fintech[.]" Dep. 68:23–25.<br>• "[W]e can feel the impact of Fintechs on our business, and it was critical for the bank to have someone inside who was really conversant with the developments going on in Fintech and again, given Tim Spence's background, he had that knowledge." Dep. 116:6–10.<br>• "Tim had an extraordinary grasp of the future of banking[.]" Dep. 143:22–23.<br>**Bottom Line**<br>• "Because he was, in my view and in the view of the entire board, he was the really only viable internal candidate that we had available." Dep. 93:7–9. |
| **About McHugh** | **Lack of Strategic Vision**<br>• "In our view and the view of the board, he was not a strategic thinker." Dep. 133:4–5.<br>• "Mr. McHugh understands the roles or the businesses that he ran, but that is a subset of the knowledge that's needed to run and lead a bank as large and complex as Fifth Third. The board did not believe he had the skills to be able to effectively lead Fifth Third going forward." Dep. 116:13–18. |

| Category | Testimony |
|---|---|
| | • "We never saw in board presentation or in any board conversations that we had with Phil of hard charging desire to find new avenues of growth." Dep. 135:8–11.<br>**Lack of Key Experience and Track Record**<br>• "He was lacking M&A experience." Dep. 32:24.<br>• "Tim Spence's knowledge of the M&A landscape was far more extensive than Phil McHugh's knowledge." Dep. 153:21–23.<br>• "[I]t was clear to me that he was focused primarily . . . in the Cincinnati and Kentucky areas, and he has never evidenced any knowledge of having extensive contacts with any other bank CEOs or the external financial community such as investment bankers or investment analysts." Dep. 132:9–15.<br>• "[McHugh's acquisitions] were minor compared to the size of the MB acquisition." Dep. 121:11–12.<br>**Lack of Communication and Presence**<br>• "I don't believe his communication skills in general were sufficient to be the CEO, and that was based on the way he answered questions during board meetings. I always felt that his answers were guarded and carefully worded to tell the board what the board wanted to hear." Dep. 46:5–10.<br>• "[H]e tended to read his board presentations rather than having a conversation[.]" Dep. 46:10–12.<br>• "I don't think, because of his style of communication, I don't think he would be effective with the press." Dep. 46:17–19.<br>• "[W]henever Mr. McHugh was questioned about anything in his content his responses tended to be somewhat brief and, again, superficial[.]" Dep. 66:18–20.<br>• "We never saw the soul and energy of an entrepreneur in Phil McHugh during any of his board presentations." Dep. 134:2–3.<br>• "I never saw any evidence that he had any contacts with Wall Street." Dep. 148:1–2.<br>**Lack of Technological Proficiency**<br>• "He . . . did not have or did not evidence to the board any particular knowledge of Fintech." Dep. 133:5–7.<br>• "Could not speak or did not speak to the board about any views about the future of digital banking or any of the forces that . . . are continuing to impact the banking industry." Dep. 133:7–10. |

| Category | Testimony |
|---|---|
| | • "I don't think that he had the digital banking background that we were seeking." Dep. 32:13–15.<br>**Bottom Line**<br>• "I don't believe Phil would have been a suitable candidate for either position." Dep. 32:6–8.<br>• "Phil did not have the capabilities to be the CEO." Dep. 124:15–16. |
| **Age Never Considered or Discussed** | Q. When the board came to that decision and through its discussions about that decision, did anyone on the board discuss age as a factor in that decision?<br>A. No. Age was never a factor in any of our conversations.<br>Dep. 154:7–11. |
| **Board Acted Independently** | "We evaluated the information in the documents and compared in our own minds that information with our own observations and with the discussions that we had among ourselves as board members, and basically reached our own judgments . . . [W]e had a number of board directors with a lot of years of business experience, and we had a lot of years and interactions with both Phil McHugh and Tim Spence. And we had the ability to evaluate and assess them in the context of choosing Greg Carmichael's next successor, and we came to the reason to judgment and reasonable best judgment that Tim Spence was by far and away the succession candidate who was better than any other succession candidate at the bank[.]" Dep. 153:12–154:4. |

## Michael McAllister

| Category | Testimony |
|---|---|
| **About Spence** | **Strategic Thinking and Vision**<br>• "[I]t was Spence's background on strategy. I mean, he comes to the dance with an awful lot here. . . . And so far we were interested in the strategy given where the bank was at that time. And so, I mean, that's not a comparison." Dep. 130:22–131:2.<br>• "Well, this is probably the first thing that the board came to a consensus on was he really had his strategic hat on and understood it." Dep. 150:22–24. |

| Category | Testimony |
| --- | --- |
| | • "He was considered very bright and had a great strategic view of the world." Dep. 70:1–2.<br>**Communication**<br>• "[H]is knowledge of these things was actually outstanding, deep and he was very articulate about what it really meant to us[.]" Dep. 156:3–5.<br>**Technology**<br>• "[H]e had particularly strong background in [Fintech] and so we were very interested in this." Dep. 149:4–6.<br>• Digital transformation was "critical" and Spence's "command" on it was superior to rest of management. Dep. 149:20–150:2.<br>• "He brought a whole, you know, background in terms of fintec and the use of technology." Dep. 70:3–4.<br>**Bottom Line**<br>• "The conclusion was he was the best candidate." Dep. 147:2. |
| **About McHugh** | **Lack of Strategic Vision**<br>• Strategic vision "not a comparison" with Spence. Dep. 131:2.<br>**Bottom Line**<br>• "I would say the subjective evaluation of the board on all of these things is that collectively Spence was in a better position to take the job." Dep. 131:12–14. |
| **Age Never Considered or Discussed** | Q. In forming its business judgment to hire Tim as the president, did the board discriminate against Phil McHugh on account of his age?<br>. . .<br>A. I don't even know that age was ever brought up, so no.<br>Dep. 158:21–159:1. |

| Category | Testimony |
|---|---|
| **Board Acted Independently** | "The CEO can't make that commitment [for next CEO appointment.]" Dep. 66:12–13.<br>Q: Did anyone tell the board to hire Tim Spence to be president?<br>A: No.<br>Q: Did the board exercise its own independent business judgment in making that determination?<br>A: Yes.<br>Dep. 168:20–25. |

## Mitchell Feiger

| Category | Testimony |
|---|---|
| **About Spence** | **Strategic Thinking and Vision**<br>• "His ability to look at . . . the competitive landscape and the complexity in it and to reduce it to its fundamental nature . . . and decide, These are the actions we should take. These are the companies we should buy. These are the things we should invest in for the future, is exactly what Tim has[.]" Dep. 97:9–15.<br>**Experience and Track Record**<br>• "I think he's an amazing businessman, a brilliant businessman, a brilliant banker, and – and a very good person." Dep. 19:12–14.<br>• "He clear had then and . . . has developed since a deep understanding of the banking industry. I think his time at Oliver Wyman served him very well." Dep. 21:11–14.<br>**Communication**<br>• "[H]e is a brilliant well-rounded high emotionally – emotional intelligence person who – You know, I – I think there are people in the world who have an ability to look at complex issues and break them down to the fundamental basics and explain them." Dep. 19:6–11.<br>**Technology**<br>• "Technology was changing both of those rapidly . . . To be a great bank you have to get . . . ahead of those things, and that's what Tim . . . brought[.]" Dep. 40:4–10. |

| Category | Testimony |
|---|---|
| | **Bottom Line**<br>• "I never heard of any other . . . candidates. By the way, nor would I want to see any other candidates." Dep. 36:2-4. |
| **About McHugh** | **Lack of Strategic Vision**<br>• "I think with a reasonably limited span of responsibility I think he's probably effective. I think beyond that the ability to drive significant change I think not so much." Dep. 31:21–24.<br>**Lack of Technological Proficiency**<br>• "[H]e never struck me as a person who had that kind of deep understanding about technology and the . . . changes that were happening in the marketplace." Dep. 41:7–11.<br>**Lack of Key Experience and Track Record**<br>• "[P]utting a . . . pure old school traditional banker in the role would be exactly the wrong thing to do[.]" Dep. 37:19–21.<br>**Bottom Line**<br>• "I never considered Phil qualified for that role and so I never thought of him in – in the sense of comparing him to Tim in that way, so if you're asking me does Tim have superior skills in the items that you mentioned the answer is absolutely, yes." Dep. 92:9–14.<br>• "B players don't move into critical roles in my opinion like President or CEO of a company." Dep. 100:25–101:2. |
| **Age Never Considered or Discussed** | Q. . . . In any of those Board meetings or any Board meetings in which the successor to Greg Carmichael was discussed was age ever a factor . . . in any of those discussions?<br>. . .<br>A. Age . . . never came up in . . . the discussions. . . . It just wasn't a factor.<br>Dep. 102:25–103:19. |

| Category | Testimony |
|---|---|
| **Board Acted Independently** | "I was either the first or second – probably the second largest individual shareholder on the Board. . . . So this thing – this thing was really important to me and I was very pleased that the Fifth Third Board really did all – most of the work before me, looked like they were going to get it exactly right." Dep. 38:6–14. |

## Nicholas Akins

| Category | Testimony |
|---|---|
| **About Spence** | **Strategic Thinking and Vision**<br>• "Tim was very strategic and that he was well thought of in terms of his further development." Dep. 46:18–19.<br>• "[H]is name was put forward at given times of being a long-term CEO of the bank because he knew so much about strategy." Dep. 48:18–21.<br>**Experience and Track Record**<br>• "[H]e made a strategic plan even before he joined the bank with Oliver Wyman, and then . . . he was involved with every step of the way and brought in other strategic people to support him as well." Dep. 129:15–19.<br>**Communication**<br>• "[H]e knew the details, was very fluent, typically didn't have to use notes at all, and he was very quick on his feet." Dep. 49:1–3.<br>• "[H]e could go as deep as you wanted to in terms of a discussion without any notes or anything, but also he could carry on, you know, you know, a conversation on just about any topic that's specific to areas of the bank." Dep. 60:9–13.<br>• "He was very adept, very communicative." Dep. 122:13.<br>**Technology**<br>• "He knew so much about Fintech, digital banking, all those things that would be – that would have an impact on the bank from a strategic sense going forward." Dep. 48:21–24. |

| Category | Testimony |
|---|---|
| | **Bottom Line**<br>• "His trajectory was high, and there's no question that he had the skills required for a CEO at that particular time looking forward into the future." Dep. 122:4-123:24. |
| **About McHugh** | **Lack of Strategic Vision**<br>• "[I]t would be a very difficult proposition to ask him to do, you know, strategic development when he didn't have the skill sets to do it." Dep. 59:18–21.<br>**Lack of Communication and Presence**<br>• "Phil was . . . in my view he was a utility player." Dep. 51:18-25.<br>• "Phil was more introverted and more focused on the operations of the bank and more internal for the bank." Dep. 59:16–18.<br>**Bottom Line**<br>• "[H]e did not have the skill sets for what we viewed, the board viewed, as what the CEO for the future would need. . . . Phil McHugh was never considered to be the future CEO of the bank." Dep. 53:22-54:18. |
| **Age Never Considered or Discussed** | Q. . . . In any of the discussions about Greg Carmichael's successor, did the board at any time discuss age as a factor in making that decision?<br>A. No.<br>. . .<br>Q. Did . . . age play any factor in the board's determination of who should succeed Greg Carmichael as president and then eventually CEO?<br>A. No.<br>Dep. 127:16–25. |

| Category | Testimony |
| --- | --- |
| **Board Acted Independently** | "[T]he independent board members decide who the next CEO is based upon the inputs that are provided to them, and the management team and the CEO is there as the conduit to the board." Dep. 64:8–10.<br>"[T]he board never communicated to Phil McHugh that he was going to be the next CEO, the board never did that. And the board's responsibility is to do that, not the CEO. And that's the independent board members." Dep. 57:13–16. |

## Thomas Harvey

| Category | Testimony |
| --- | --- |
| **About Spence** | **Strategic Thinking and Vision**<br>• "[H]e is an exceptional leader and he knows a huge amount about banking beyond what you learn from running a bank." Dep. 94:2–4.<br>**Experience and Track Record**<br>• "Tim was in the bank consulting business for I think six years at Oliver Wyman, so he got to see dozens of organizations, successes and failures, understand from them and teach from them as well." Dep. 94:4–8.<br>• "[H]is name in the community . . . rings bells. Because the federal bankers call up Tim for advice. I mean, on topic after topic, day after day, there is a yawning gap between the two." Dep. 63:8–12.<br>**Communication**<br>• "[H]is first meeting with us in the MB boardroom, it was not a receptive audience, it was not a hostile audience, it was a questioning audience, and the questioning was over after two or three hours of conversation. And there were no PowerPoints and there was no jargon, it was just straight out strategy and a lot of discussions about the particulars. . . . Just one box after another was ticked off and it gave me a huge amount of confidence to proceed [with merger]." Dep. 94:11–22.<br>**Technology**<br>• "In conversations with Tim Spence, he will almost inevitably include a significant part of the meeting on technology, and with Phil I never saw that." Dep. 57:18–20. |

| Category | Testimony |
|---|---|
| | • "Because he understands fintech. Because he can make a deal with the Silicon Valley guys that put Fifth Third on top." Dep. 63:4–6.<br>**Bottom Line**<br>• "[W]hen you work with Tim and you realize what he's capable of doing and the depth and breadth of his understanding of banking and his style and his mastery of those topics . . . I would say he is . . . an extraordinary leader." Dep. 41:9–19. |
| **About McHugh** | **Lack of Strategic Vision**<br>• "I've not seen him laying out a strategy that he's led, that he's designed." Dep. 53:11–12.<br>• "I think he's a nuts-and-bolts banker. . . . He takes a task and does it. . . . I would say leadership is much more than that." Dep. 79:19–25.<br>• "In all my experience with Phil, I didn't see leadership potential." Dep. 52:19–20.<br>**Lack of Communication and Presence**<br>• "I've not seen him in conversations with regulators or Wall Street analysts." Dep. 53:12–13.<br>**Lack of Technological Proficiency**<br>• Technology "didn't come up as a strength in his cards." Dep. 62:16.<br>**Bottom Line**<br>• "It gets back to the question of leadership, and leadership has many dimensions . . . and Phil was part of that, but that's a world of difference between somebody who contributes and somebody who leads[.]" Dep. 36:5-18. |
| **Age Never Considered or Discussed** | Q. Mr. Harvey, in your discussions with your fellow board members at the board meetings and any other time when the board discussed who the successor should be to Greg Carmichael as president, was age ever a factor in those discussions?<br>A. No.<br>Q. Did any board member ever mention age?<br>A. No. |

| Category | Testimony |
| --- | --- |
| | Q. Did any board member in those discussions ever mention that age should be considered or discussed?<br>. . .<br>THE WITNESS: No.<br>Dep. 101:15–102:1. |
| **Board Acted Independently** | “Selecting an executive is one of the most important things that boards of directors do.” Dep. 13:23–25.<br>“We had extensive conversations in the board meetings themselves.” Dep. 28:11–12.<br>“I came to the conclusion that we did not have any other candidates from within the staff.” Dep. 41:3–4. |